UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )     No.  05-CR-440-1
                         )
                         )
            v.           )   **FILED**
                         )
ALTON COLES, et al,      )   FEB 11 2008
                         )   MICHAEL E. KUNZ
       Defendants. By _____ Philadelphia, PA
                         )   January 23, 2008
                         )   11:25 a.m.


TRANSCRIPT OF TESTIMONY OF KRISTINA LATNEY
BEFORE HONORABLE R. BARCLAY SURRICK
UNITED STATES DISTRICT COURT JUDGE


APPEARANCES:

For the Government:        MICHAEL J. BRESNICK, ESQUIRE
                           RICHARD A. LLORET, ESQUIRE
                           U.S. Attorney's Office
                           615 Chestnut Street
                           Suite 1250
                           Philadelphia, PA  19106


For the Defendant          CHRISTOPHER D. WARREN, ESQUIRE
Alton Coles:               Law Office of Christopher Warren
                           1500 Walnut Street
                           Philadelphia, PA  19102


For the Defendant          JACK J. McMAHON, JR., ESQUIRE
Timothy Baukman:           Law Office of Jack McMahon
                           1500 Walnut Street, Suite 900
                           Philadelphia, PA  19102


For the Defendant          LAURENCE HARMELIN, ESQUIRE
Monique Pullins:           P.O. Box 3574
                           Westchester, PA 19381



2

```
APPEARANCES:                 (continued)


For the Defendant           RONALD A. SMITH, ESQUIRE
Asya Richardson:            Ronald A. Smith and Associates
                            1617 JFK Boulevard, Suite 1240
                            Philadelphia, PA  19103


For the Defendant           PAUL J. HETZNECKER, ESQUIRE
Thais Thompson:             1420 Walnut Street, Ste 911
                            Philadelphia, PA  19102


For the Defendant           RONALD THOMPSON, ESQUIRE
James Morris:               3002 Lincoln Drive
                            Suite J
                            Marlton, NJ  08053


                            WAYNE POWELL, ESQUIRE
                            811 Church Road
                            101 Parragon Building
                            Cherry Hill, NJ  08002


Audio Operator:             INNA GOLDSHTEYN

Transcribed by:             DIANA DOMAN TRANSCRIBING
                            P.O. Box 129
                            Gibbsboro, New Jersey  08026-129
                            PHONE:   (856)435-7172
                            FAX:     (856) 435-7124
                            Email:   dianadoman@Comcast.net
```

Proceedings recorded by electronic sound recording; transcript produced by transcription service.

1                             I N D E X

2  WITNESSES:                    DIRECT   CROSS   REDIRECT    RECROSS

3  For the Government

4  Kristina Marie Latney      7(Llo)

5  EXHIBITS:                                      IDENT.    EVID.

6  For the Government

7  G-807      Photo of Ms. Latney's house           12       13

8  G-2        Photo of Mr. Coles mother's apartment  13       14

9  G-501Y     Photo of Alton Coles                   14

10 G-806      Photo of Lorraine Baker's house        24       24

11 G-506A     Photo of safe                          27

12 G-506A1    Photo of safe open                     29

13 G-5        Photo of house in Woodstown            36

14 G-6        Arial photo of house in Woodstown      36

15 G-506C     Photo of gun - 40 caliber              41

16 G-506A     Photo of holster                       43

17 G-506B     Photo of another gun                   43

18 G-64       Photo of apartment near 40th and       48

19            Chester Avenue

20 G-424      Photo of Ran                           54

21 G-13       Photo of Mr. Coles' apartment          57

22 G-802A     Department of Treasury firearms        63

23            Transaction record

24 G-802B     Department of Treasury firearms        65

25            Transaction record for 380

| | EXHIBITS: Continued | | IDENT. | EVID. |
|---|---|---|---|---|
| 1 | | | | |
| 2 | G-504W | Photo of Ms. Latney, Hakiem, Naseem, | 69 | 69 |
| 3 | | Mr. Coles, and his grandmother | | |
| 4 | G-18 | Photo of Hakiem Johnson's street | 76 | 77 |
| 5 | G-17 | Photo of Hakiem Johnson's house | 76 | 77 |
| 6 | G-101 | Photo  of Hakiem Johnson's house | 83 | |
| 7 | G-25 | Photo of Mr. Coles' grandmother house | 83 | 84 |
| 8 | G-24 | Photo of Mr. Coles' grandmother's house | 85 | 86 |
| 9 | G-503MM | Photo of various people | 88 | 88 |
| 10 | G-503S | Photo | 93 | 93 |
| 11 | G-503LL | Photo | 95 | 95 |
| 12 | G-501L | Photo | 96 | 96 |
| 13 | G-800T | Photo | 102 | 103 |
| 14 | G-428 | Photo | 108 | 110 |
| 15 | G-501B | Photo | 121 | 122 |
| 16 | G-501O | Photo | 126 | 126 |
| 17 | G-800A | Photo | 147 | 148 |
| 18 | G-800B | Photo | 149 | 151 |
| 19 | G-701A | Loan application | 153 | 154 |
| 20 | G-701B | W-2 | 155 | 157 |
| 21 | G-701C | Auto purchase order | 158 | 160 |
| 22 | G-701D | Loan document | 163 | 164 |
| 23 | G-701E | W-2 | 163 | 164 |
| 24 | G-12 | Photo | 167 | 167 |
| 25 | G-508G | Photo | 176 | 177 |

| | EXHIBITS: Continued | IDENT. | EVID. |
|---|---|---|---|
| 1 | | | |
| 2 | G-800R | 180 | 180 |
| 3 | G-800Q Photo | 181 | 181 |
| 4 | G-503R Photo | 182 | 182 |
| 5 | G-524A Dealer jacket | 183 | 184 |
| 6 | G-524A4 Pink slip | 185 | 186 |
| 7 | G-524A3 Document | 185 | 186 |
| 8 | G-524A2 Loan document | 186 | 187 |
| 9 | G-524B Dealer jacket | 188 | 190 |
| 10 | G-524B1 W-2 | 190 | 192 |
| 11 | G-19 Photo of 57th and Elmwood | 193 | 194 |
| 12 | G-88 Photo of Julies Bar | 194 | 195 |
| 13 | G-422 Photo of 118 South 46th Street | 195 | 198 |
| 14 | G-501A Photo of house Mr. Coles moved to | 203 | |
| 15 | G-421 Photo of Mr. Coles's mother's wedding | 205 | |
| 16 | G-504D1 Abstract for 5744 Tackawanna Street | 208 | 208 |
| 17 | G-504D2 Insurance policy for 5744 Tackawanna | 210 | 211 |
| 18 | G-504F Forfeiture notice for property at | 211 | 212 |
| 19 | 2757 North 25th Street | | |
| 20 | G-3 Photo of Take Down Studio location | 216 | 216 |
| 21 | G-501Z Document written by Mr. Coles | 219 | |
| 22 | G-502Y New Jack City video | 224 | |
| 23 | G-525HHH Document in Mr. Coles' handwriting | 225 | |
| 24 | G-501Z4 Document in Mr. Coles' handwriting | 229 | |
| 25 | G-50201 Document in Mr. Coles' handwriting | 231 | |

| | EXHIBITS:  Continued | | IDENT. | EVID. |
|---|---|---|---|---|
| G-50202 | Document in Mr. Coles' handwriting | | 232 | |
| G-502P1 | Document in Mr. Coles' handwriting | | 233 | |
| G-516E | Photo of unidentified person from video | | 234 | 236 |
| G-516C | Photo of unidentified person from video | | 237 | 237 |
| G-501M | Photo of Mr. Coles and Golden Girl | | 239 | 240 |
| G-501I | Photo of Alton Coles and female | | 240 | 241 |
| G-501AA | Driver's license | | 241 | 242 |
| G-501BB | Identification card | | 242 | |
| G-502K | Photo of Mr. Coles and female | | 243 | |

1          (Following is the requested portion; testimony of

2   Kristina Latney)

3          COURTROOM DEPUTY:  Please raise your right hand.

4          KRISTINA MARIE LATNEY, GOVERNMENT'S WITNESS, SWORN

5          COURTROOM DEPUTY:  Can you please state your full

6   name and spell your last name for the Court's record, ma'am?

7          THE WITNESS:  Kristina Latney, L-A-T-N-E-Y.

8          COURTROOM DEPUTY:  Thank you.  Please be seated.

9                    DIRECT EXAMINATION

10  BY MR. LLORET:

11  Q    Ma'am, what's your full name?

12  A    Kristina Marie Latney.

13  Q    And do you have some children, ma'am?

14  A    Yes, I do.

15  Q    And what are the names of your children?

16  A    Zakira (phonetic) Latney, Naseem Coles, Sajae Coles.

17  Q    Can you spell the name Naseem Coles, please?

18  A    N-A-S-E-E-M C-O-L-E-S.

19  Q    And the name of your daughter -- I think it's Sajae?

20  A    Sajae, S-A-J-A-E C-O-L-E-S.

21  Q    How old is Naseem now?

22  A    He's eight.

23  Q    And how old is Sajae?

24  A    Five.

25  Q    All right.  Ma'am, where did you go to high school?

Latney - Direct (Llo)                                                  8

1  A  I went to Benjamin Franklin.

2  Q  Did you graduate?

3  A  I got my GED.

4  Q  All right.  You grew up in Philadelphia, is that right?

5  A  Yes.

6  Q  And you now live in New Jersey, is that correct?

7  A  Yes.

8  Q  All right.  Do you know Alton Coles?

9  A  Yes.

10  Q  Is he here today in the courtroom?

11  A  Yes.

12  Q  Can you point him out, please?

13  A  He's sitting right there.

14  Q  All right.  Do you know him by any other names?

15  A  Yes.

16  Q  What other names do you know that he goes by?

17  A  Naseem Coles, Naiil Johnson.

18  Q  Can you spell Johnson?

19  A  N-A-I-I-L J-O-H-N-S-O-N.

20  Q  Do you know someone by the name of Naiil or Naiil Johnson?

21  A  I know a Naiil.  I'm not quite sure what's his last name.

22  Q  Who is it that you know as Naiil?

23  A  Alton's son.

24  Q  And this is his son by another person?

25  A  Yes.

1    Q    All right.  Do you know the name of the person who is the

2    mother of Naiil?

3    A    Her name is Lorraine.

4    Q    And do you know her last name?

5    A    Baker.

6    Q    All right.  Now, do you know an individual by the name of

7    Tim Baukman?

8    A    Yes.

9    Q    Is Mr. Baukman here today?

10   A    Yes.

11   Q    And can you identify Mr. Baukman, please?

12   A    He's sitting right there with the pinstripe suit.

13             MR. McMAHON:  Indicating defendant.

14   BY MR. LLORET:

15   Q    What's that, ma'am?

16             MR. McMAHON:  Indicating defendant.

17             THE WITNESS:  He's sitting there with the pinstripe

18   suit.

19             MR. McMAHON:  I said indicating the defendant.

20             THE COURT:  Let the record show reflecting defendant

21   Baukman.

22             MR. LLORET:  As well as Mr. Coles, Your Honor.

23             THE COURT:  As well as Mr. Coles.

24             MR. LLORET:  Thank you, Your Honor.

25   BY MR. LLORET:

Latney - Direct (Llo)                                      10

1   Q   Now, ma'am, can you describe for us when you first met Mr.

2   Coles?

3   A   '97.

4   Q   What's that?

5   A   '97.

6   Q   All right.  And where did you meet him?

7   A   Coming from a nightclub.

8   Q   And what was the name of the nightclub?

9   A   Studio 27 or 37.

10  Q   Is that in North Philadelphia?

11  A   Yes, it is.

12  Q   You met -- did you go out on a date at some point?

13  A   Yes.

14  Q   At the time that you first met Mr. Coles, was he working?

15  A   No.

16  Q   Did he have any type of profession that you knew of?

17  A   No.

18  Q   All right.  Had he ever done any barber work?

19  A   He said he did.  I don't know.

20  Q   You never saw him doing any barber work?

21  A   No.

22  Q   All right.  Were you a barber or a hairstylist?

23  A   Yes.

24  Q   Had you gone to school for that?

25  A   Yes.

1    Q    All right.  Now, ma'am, at some point in time, did you

2    become aware of something that Mr. Coles did to make money?

3    A    Yes.

4    Q    And what was that?

5    A    Sell drugs.

6    Q    And how did you become aware that he sold drugs, ma'am?

7    A    I was with him on occasions of him with the drugs.

8    Q    All right.

9          MR. McMAHON:  I do have an objection as to time

10   frame.  I mean --

11          THE COURT:  Mr. Lloret, be specific.

12          MR. LLORET:  Sure, sure.

13   BY MR. LLORET:

14   Q    Ma'am, let's just go back in time a little bit.  When you

15   first met him, this is '97 at the club or outside the club?

16   A    Yes.

17   Q    Okay.  How soon after you first Mr. Coles did you become

18   aware that he was dealing drugs?

19   A    Not long after our first date.

20   Q    And these episodes where you were with him when he was

21   doing business, did those start shortly after your first date?

22   A    Say that one more time?

23   Q    Sure.  You mentioned that you were with him on occasion

24   when he was doing some business that led you to see that he

25   was a drug dealer, is that right?

1   A    Yes.

2   Q    How long did you -- was it after you met him that you

3   started seeing him and being with him on these visits?

4   A    Maybe -- first two weeks.

5   Q    All right.  Now, did Mr. Coles have money or was he

6   without money?

7   A    What do you mean?

8   Q    Okay.  Did he have cash with him on regular occasions when

9   you first met him?

10  A    Yes.

11  Q    Okay.  Did he provide you with cash?

12  A    Yes.

13  Q    At the time that you first met Mr. Coles, where were you

14  living?

15  A    On 58th and Cedar.

16  Q    All right.  And how long did you live there at 58th and

17  Cedar?

18  A    I had been living there for about seven years at the time.

19  Q    About seven years at the time you met him?

20  A    Yes.

21  Q    Let me show you a picture that has not been introduced

22  yet.  It's number 807.  I'll show it to the witness only.

23  Ma'am, do you recognize what's in the picture?

24  A    Yes.

25  Q    What is in the picture?

1   A   The house on Cedar Avenue where I used to live.

2   Q   Does it look substantially the same as it did when you

3   used to live there?

4   A   Yeah.

5   Q   Who's house is it?

6   A   It was my Grandmother's but she passed.

7   Q   All right.

8       MR. LLORET:  Your Honor, I move the admission of

9   number 807.

10      MR. WARREN:  No objection, Your Honor.

11      THE COURT:  It will be admitted.

12  BY MR. LLORET:

13  Q   Ma'am, for the jury, which house -- we're looking at it

14  looks like a total of three houses in this picture, number 807

15  -- which of these houses is your grandmother's property?

16  A   The one in the middle.

17  Q   All right.  It's got a white facade and a porch, is that

18  right?

19  A   Yes.

20  Q   Now, what was the address there, Do you recall?

21  A   5856.

22  Q   And that's Cedar Avenue?

23  A   Yes.

24  Q   Did there ever come a time when Mr. Coles started staying

25  with you there at 5856?

1    A    Yes.

2    Q    And when was that?

3    A    Yes.

4    Q    And when was that?

5    A    About a week, two weeks later.

6    Q    All right.  So he began living with you and you're saying

7    a week or two weeks after you first met him?

8    A    Yes.

9    Q    All right.  I want to show you a picture that we've marked

10   number two.  Now, do you recognize the picture in number two?

11   A    Yes.

12   Q    What is that?

13   A    It's a apartment building.

14   Q    All right.  And do you know anyone that lives in that --

15   or did live in that apartment building?

16   A    Alton's mother.

17   Q    Did Mr. Coles ever live there?

18   A    Yes.

19   Q    All right.  Did he live there when you first met him?

20   A    Yes.

21   Q    All right.

22            MR. LLORET:  Let me move the introduction and move

23   into evidence, Your Honor.

24            MR. WARREN:  No objection, Your Honor.

25            THE COURT:  It will be admitted.

BY MR. LLORET:

Q   Ma'am, I'd -- this is an apartment building, is that right?

A   Yes.

Q   Okay.

        MR. LLORET:   Can we close-crop the awning on the front of that building, please?

BY MR. LLORET:

Q   Do you see the number on that?

A   Yes.

Q   What's the number, please?

A   4514.

Q   Were you ever in this apartment building?

A   Once.

Q   Okay.  Did you visit someone there?

A   Alton.

Q   All right.  I want to show you what's been marked number 501Y.

        MR. LLORET:   I believe this has been in, Your Honor, but just to make sure, we'll show it to the witness only.

BY MR. LLORET:

Q   Ma'am, do you recognize the picture in number 501Y?

A   Yes.

Q   And who is in number 501Y?

A   Alton Coles.

1   Q    And what's the address listed?

2   A    4514 Pine Street.

3   Q    All right.

4           MR. LLORET:  Your Honor, move the admission of 501Y.

5   I believe it has been admitted but it certainly doesn't hurt

6   to do it again.  I wasn't sure.

7           MR. WARREN:  I believe it has been admitted and we

8   have no objection.

9           THE COURT:  It will be part of the evidence.

10          MR. LLORET:  Thank you, Your Honor.  You can show

11  that to the jury.

12  BY MR. LLORET:

13  Q    What is this card, ma'am, if you can read along the side?

14  A    The Philadelphia Identification Card.

15  Q    All right.

16  A    Pennsylvania.  Sorry.

17  Q    The date of birth on that card, are you familiar with Mr.

18  Coles' date of birth?

19  A    Yes.

20  Q    What is his date of birth?  Is that the correct date of

21  birth?

22  A    Yes.

23  Q    All right.  And what's that date of birth?

24  A    1-13-1974.

25  Q    Now, if we could go back to number 807, please, ma'am, Mr.

1   Coles started staying here at this property, it's in 807 --

2   that's Cedar Avenue shortly after he met with -- or met you,

3   is that right?

4   A   Correct.

5   Q   You were living together?

6   A   Yes.

7   Q   All right.  Now, did there come a time as time went by

8   from '94 forward, did there come a time when you moved from

9   this property?

10  A   Yes.

11  Q   And when approximately was it that you moved from the

12  property?

13  A   2000.

14  Q   And where did you move when you moved?

15  A   New Jersey.

16  Q   And this was to a property in Woodstown, New Jersey?

17  A   Yes.

18  Q   It's on Mannington?

19  A   Yes.

20  Q   Okay.  Is that where you live today?

21  A   Yes.

22  Q   All right.  Did you ever see Mr. Coles bringing any

23  powdery substance into this property or out of this property?

24  A   Which property?

25  Q   The 5856 Cedar Avenue.

Latney - Direct (Llo)                    18

1   A   No.

2   Q   Okay.  Did you ever see Mr. Coles with any white powder

3   substance?

4   A   Yes.

5   Q   Okay.  Can you describe for us, was it during the period

6   that you lived at 5856 Cedar that you saw this?

7   A   Yes.

8   Q   Can you describe the context in which you saw this -- Mr.

9   Coles with the white powder substance?

10  A   Meaning?

11  Q   What's --

12  A   I don't get what you're --

13  Q   I'm sorry.  I'm sorry.  Describe for us the circumstances

14  when you saw Mr. Coles with the white powder substance.  Where

15  was it, for instance?

16  A   He had it in like a Ziploc bag.

17  Q   In a Ziploc bag -- is that a clear plastic Ziploc bag?

18  A   Yes.

19  Q   Was this at the house or was this someplace else that you

20  saw this?

21  A   At the house on Cedar Avenue.

22  Q   Okay.  Was he giving it to someone when you saw it or was

23  it just he had it in the house?

24  A   It was both.

25  Q   Okay.  When it was in the house, do you recall where you

1  saw it?

2          MR. McMAHON:  Judge, again, my only objection goes

3  to the time frame.

4          MR. LLORET:  Certainly.

5          MR. McMAHON:  I mean, this is --

6          THE COURT:  Sustained.

7  BY MR. LLORET:

8  Q  Ma'am, do you recall approximately when you saw this white

9  powder substance with Mr. Coles in relation to when you first

10 met him?  Was it a short time after, a long time after?

11 A  Maybe the next -- a little into the next year.

12 Q  Into the next year?

13 A  Yes.

14 Q  Okay.  So that was approximately '98 then?

15 A  Yes.

16 Q  All right.  You saw Mr. Coles at some point in 1998?

17 A  Yes.

18 Q  With the white powder substance?

19 A  Yes.

20 Q  At the house?

21 A  Yes.

22 Q  And this is at the house at Cedar Avenue, is that right?

23 A  Correct.

24 Q  Okay.  It was in a plastic baggie?

25 A  Yes.

Latney - Direct (Llo)                    20

1   Q    In a Ziploc?

2   A    Yes.

3   Q    Can you tell us, was it -- the approximate size that you

4   saw?  Was he -- did he have it in his hand or how did you see

5   it?

6   A    In his hand.

7   Q    And was it a very small baggie, just the size of a thumb,

8   or was it a handful or can you tell us?

9   A    Like a handful.

10  Q    All right.  So if he had his palm extended, it would fit

11  in his hand?

12  A    Yes.

13  Q    Let me just -- a few things -- golf ball, tennis ball,

14  grapefruit.  Can you give us some idea?

15  A    Maybe like a golf ball.

16  Q    Like a golf ball size?  Okay.  And was he with anybody

17  when you saw him with the white powder substance?

18  A    Not always.

19  Q    Okay.  Were there times when he was with someone else when

20  you saw him with the white powder substance?

21  A    Yes.

22  Q    Did you know what the white powder substance was?

23  A    I know it was drugs.

24  Q    Okay.  You didn't know what kind?

25  A    No.

1  Q    All right.  Now, what other people did you see with Mr.

2  Coles with the white powder drugs?

3  A    Timothy Baukman.

4  Q    Is that the individual that you identified here today?

5  A    Yes.

6  Q    Did you know a man named Hakiem?

7  A    Yes.

8  Q    And who was Hakiem?

9  A    Alton Coles' uncle.

10 Q    All right.  Did you ever see Hakiem with a white powder

11 substance?

12 A    Not really, no.

13 Q    Okay.  Tell us the circumstances under which you saw

14 Hakiem Johnson.  Did he come to this house at 5856 Cedar?

15 A    Yes, he did.

16 Q    Okay.  On more than one occasion?

17 A    Yes.

18 Q    Did he come to the house regularly?

19 A    Yes.

20 Q    What, if anything, did he do when he came to the house?

21 Did you see him?

22 A    Yeah, he would bring money sometimes.

23 Q    And when you say bring money, what type of money -- you

24 know, was it a dollar or two, was it more than that?  How was

25 it packaged, if any?

Latney - Direct (Llo)                                                    22

1    A    No, it was probably like $1,000.

2    Q    Okay.  Was the money in his hand when you saw it?

3    A    Yes.

4    Q    Okay.  Did he ever have money in a bag, that you saw

5    inside the bag?

6    A    No.

7    Q    Okay.  It was always in his hand?

8    A    Yes.

9    Q    Did he ever give you money?

10   A    Yes.

11   Q    Okay.  And Hakiem Johnson was what relationship, if any,

12   to Mr. Coles?

13   A    His uncle.

14   Q    All right.  When Hakiem Johnson gave you money, and I'm

15   talking about cash when I say that, he gave you cash, is that

16   right?

17   A    Yes.

18   Q    Did he ever give you checks or money orders?

19   A    No.

20   Q    When he gave you this cash, was this some transaction

21   between him and you that he owed you money?

22   A    No.  He was dropping it off for Ace -- Alton.

23   Q    Okay.  Now, he was dropping it off for Mr. Coles, is that

24   right?

25   A    Yes.

1    Q    All right.  Did you give it to Mr. Coles?

2    A    Yes.

3    Q    Did you have a safe there at the location or did Mr. Coles

4    have a save at 5856 Cedar?

5    A    Alton did.

6    Q    All right.  And where was the safe kept at 5856 Cedar?

7    A    In my room.

8    Q    Where was your room?

9    A    The back room.

10   Q    On the second floor or the first floor?

11   A    The first floor.

12   Q    Was that the room where Mr. Coles stayed as well?

13   A    Yes.

14   Q    Have you seen Mr. Coles with lots of cash?

15   A    Yes.

16   Q    Have you seen him on more than one occasion with lots of

17   cash?

18   A    Yes.

19   Q    Can you give us an idea of approximately when the first

20   time was that you saw Mr. Coles with a lot of cash?

21   A    I can't say exactly when.

22   Q    Okay.  In relationship to when you first met Mr. Coles

23   back in '97, did you start seeing him with large amounts of

24   cash a short time after that?  Was it months, was it a year,

25   or can you tell us?

Latney - Direct (Llo)                                          24

1    A    A short time after.

2    Q    All right.  I'd like to show you picture number 806, which

3    has not been introduced yet.  Do you recognize what's in

4    number 806?

5    A    Yes.

6    Q    What is that house?

7    A    Alton's kids' mother house.

8    Q    Is this the -- do you know her name?

9    A    Lorraine Baker.

10   Q    Do you know approximately where this house is or can you

11   give us an approximate street location?

12   A    Southwest Philadelphia.

13   Q    All right.  Did --

14            MR. LLORET:  Your Honor, I move the admission of

15   number 806.

16            MR. WARREN:  No objection, Judge.

17            THE COURT:  It's admitted.

18   BY MR. LLORET:

19   Q    Is this the house of the Lorraine Baker you mentioned that

20   has a young child named Naiil?

21   A    Yes.

22   Q    Do you know approximately how old Naiil is?

23   A    Maybe ten or 11.

24   Q    All right.  Are there -- does Mr. Coles have other

25   children with Lorraine Baker that you know of?

Latney - Direct (Llo)                                          25

1    A    Yes.

2    Q    And who are his other children with her?

3    A    Her name is Nara (phonetic).

4    Q    Can you give us the spelling, if you know?

5    A    No, I don't.

6    Q    All right.  Have you ever seen Mr. Coles or a car that Mr.

7    Coles drove near this location?

8    A    Yes.

9    Q    All right.  Can you first tell us what type of car that

10   you saw there that you knew was Mr. Coles' car?

11   A    Well, he had a lot of rent-a-cars so it was a rent-a-car.

12   Q    What type of rent-a-car, if you remember?

13   A    A pickup truck.

14   Q    Was it a Ford, a Chevy, or do you know?

15   A    I don't remember.

16   Q    Okay.  And did you see any -- it was a pickup truck

17   though, is that right?

18   A    Yes.

19   Q    This is a rental car?

20   A    Yes.

21   Q    Was this -- let's get time frame -- was this after you had

22   moved to Woodstown that you saw this truck there or was this

23   before when you lived at Cedar Avenue?

24   A    When I lived at Cedar Avenue.

25   Q    Okay.  Did you ever see any of his cars or trucks at this

1    location after you moved to Woodstown?

2    A    No, because I wasn't over that way.

3    Q    Okay.  Did you occasionally come over to Philadelphia or

4    did you pretty much stay in New Jersey once you moved there?

5    A    I did both.

6    Q    All right.  You saw Mr. Coles' cars there.  Did you ever

7    see Mr. Coles in and about this property at wherever it is you

8    mentioned it?

9    A    Yes.

10   Q    Okay.  And was this on one occasion or more than one

11   occasion?

12   A    More than one.

13   Q    Okay.  Was this a surprise to you when you saw Mr. Coles

14   there?

15   A    No, not really.  He had kids there.

16   Q    Okay.  You mentioned other cars that were there of Mr.

17   Coles.  Did you see these other cars?  Can you tell the jury

18   what type of other cars he drove that you saw there?

19   A    I didn't.

20   Q    What's that?

21   A    I didn't.

22   Q    You saw the pickup truck?

23   A    Yeah.

24   Q    Was that the only one?

25   A    Yeah.

1    Q    There -- is that correct?

2    A    Yes.

3    Q    You'd seen him in other cars at other places, is that

4    right?

5    A    Yes.

6    Q    All right.  I'd like to show the witness number 506A.  And

7    do you recognize this?

8    A    Yes.

9    Q    What is it?

10   A    It's a safe.

11   Q    All right.  And have you ever seen this safe before?

12   A    Yes.

13   Q    You're familiar with it?

14   A    Yes.

15   Q    Where did you know the safe from?

16   A    From the house on Cedar Avenue.

17            MR. LLORET:  Your Honor, this has been previously

18   admitted.  We can show this to the jury -- number 506A.

19            THE COURT:  Yeah, that's been identified.

20            MR. LLORET:  Thank you, Your Honor.

21   BY MR. LLORET:

22   Q    Ma'am, is this a safe that you had in Woodstown?

23   A    Yes.

24   Q    It was also at 5856 Cedar you mentioned?

25   A    Yes.

Latney - Direct (Llo)

1  Q   Where was it located at 5856 Cedar?

2  A   In the corner.

3  Q   In the corner of what?

4  A   Of my room.

5  Q   Is this the back bedroom --

6  A   Yes.

7  Q   -- on the second floor?

8  A   Yes.

9  Q   Where was it located at Woodstown?

10 A   In another corner.

11 Q   All right.  And agents grabbed this safe on August the

12 10th of 2005, is that right?

13 A   Yes.

14 Q   Okay.  You were there at the property in Woodstown?

15 A   Yes.

16 Q   But was this safe under some clothing at the time that

17 they grabbed it?

18 A   Yes.

19 Q   All right.  And whose clothing was it?  Was it yours or

20 was it someone else's?

21 A   It wasn't clothing, it was towels.

22 Q   Towels?  Okay.  And this particular safe, did you have a

23 combination to this safe?

24 A   I didn't.

25 Q   You did not?

Latney - Direct (Llo)                                29

1    A    I did not, no.

2    Q    Did you know how to get into the safe?  I mean, were

3    you --

4    A    When he would tell me the numbers, yes.

5    Q    All right.  Did you remember the number at all times or

6    did you have to go back to him for the number when --

7    A    I would have to go to him.

8    Q    Okay.  And why would you have occasion to open the safe?

9    A    When he would tell me to.

10   Q    Why would he tell you to?  Did he explain why he wanted

11   you to open the safe?

12   A    When he wanted me to get papers or something out of it.

13   Q    All right.  Did you ever put money into the safe?

14   A    No.

15   Q    All right.  Did you ever take money out of the safe?

16   A    No.

17   Q    All right.  And I'd like to look at number 506A1.  Ma'am,

18   is -- what is this that we're looking at?

19   A    The safe open.

20   Q    Have you seen the safe open?

21   A    Yes.

22          MR. LLORET:  And Your Honor, this has been

23   previously admitted.  I'll ask that the jury be shown this.

24          MR. WARREN:  That's correct, Judge, Yes.

25   BY MR. LLORET:

Latney - Direct (Llo)                                            30

1    Q    Ma'am, you've seen the safe open, have you ever seen cash

2    inside the safe?

3    A    I have.

4    Q    Okay.  And when did you see cash inside the safe?

5    A    Different times.

6    Q    Was this when the safe was down at Cedar Avenue or at

7    Woodstown, or both?

8    A    Both.

9    Q    All right.  Do you recall approximately when you -- when

10   this safe first came to be at 5856 Cedar?

11   A    Not really.

12   Q    Was this after Ace moved in with you?

13   A    Of course.

14   Q    Okay.  And this was sometime in 1997?

15   A    More like '98.

16   Q    Okay.  That the same came?

17   A    Yes.

18   Q    Mr. Coles, just to be clear, he moved in with you sometime

19   in '97?

20   A    Yeah, he was staying with me then.

21   Q    Do you remember approximately what month you met Mr.

22   Coles?

23   A    November.

24   Q    Of '97?

25   A    Yes.

1    Q    All right.  Now, what else have you seen inside that safe?

2    A    Really money.

3    Q    Money?

4    A    Yeah.

5    Q    Okay.  Did you ever have occasion to confront Mr. Coles

6    about the drugs that were in 5856 Cedar?

7    A    Yes.

8    Q    Yes?

9    A    Yes.

10   Q    Okay.  Can you tell us approximately when it was that you

11   confronted him about it?

12   A    '98.

13   Q    All right.  What was the nature of the confrontation?

14   What did you say, what did he say?

15   A    I just told him that I didn't want it in my Grandmom house

16   and if my Grandmom find it, she going to have a attitude about

17   it.

18   Q    Your grandmom was going to have an attitude about it?

19   A    Yes.

20   Q    She didn't approve, I take it?

21   A    No.

22   Q    All right.  What did Mr. Coles say, if anything?

23   A    He'll get rid of it.

24   Q    Did he get rid of it or did you find drugs there later?

25   A    Yeah, I did.

Latney - Direct (Llo)                                    32

1   Q    You did find drugs there later?

2   A    Yes.

3   Q    Where did you find the drugs?

4   A    In like the basement.

5   Q    Do you know approximately when that was?

6   A    No, I don't.

7   Q    You don't?

8   A    No.

9   Q    Okay.  Was this in '98 or was this after '98?

10  A    I really don't remember.

11  Q    Was this at Cedar -- well, let's just do this.  Do you

12  recall approximately when it was that you confronted Mr. Coles

13  about the drugs being in the house?

14  A    It had to be like '98.

15  Q    All right.  And the -- obviously, you found drugs later in

16  the -- in the basement?

17  A    Yes.

18  Q    Okay.  And so it was sometime after the confrontation with

19  him, is that right?

20  A    Yes.

21  Q    Were these drugs yours?

22  A    No.

23  Q    Did you confront him again with the fact that the drugs

24  were in the basement?

25  A    Yes.

Latney - Direct (Llo)                                            33

1   Q   And what did you say and what did he say?

2   A   He told me he was going to get rid of it.

3   Q   All right.  This was the second time?

4   A   Yes.

5   Q   All right.  Did you ever see a gun there at 5856 Cedar?

6   A   Yes.

7   Q   What type of gun was it, do you know?

8   A   I can't remember.

9   Q   Was it a revolver or was it a semiautomatic, or do you

10  know the difference?

11  A   I believe it was an automatic.

12  Q   Okay.  It didn't have the round thing in it?

13  A   No.

14  Q   Okay.  Did you see a gun at 5856 Cedar?

15  A   Yes.

16  Q   Okay.  And was it a revolver or was it the other type?

17  A   The automatic.

18  Q   All right.  Where did you see it?

19  A   In the back room where we slept at.

20  Q   And exactly where did you see it, do you recall?

21  A   Under the mattress.

22  Q   Did you put it there?

23  A   No.

24  Q   Was it your gun?

25  A   No.

Latney - Direct (Llo)                                  34

1    Q    Was it a gun that you bought?

2    A    Yes.

3    Q    All right.  You bought some guns in the past, haven't you?

4    A    Yes.

5    Q    Okay.  And when you bought these guns, was this your idea?

6    You woke up one morning and decided to go buy some firearms?

7    A    No.

8    Q    Okay.  Whose idea was it?

9    A    Alton.

10   Q    Okay.  Did he tell you why or did you ever talk to Mr.

11   Coles about why the gun was there at 5856 Cedar?

12   A    He just told me, I needed protection so he wanted me to

13   get a gun.

14   Q    All right.  And what type of gun did you get with Mr. --

15   well, what type of gun did you get?

16   A    I believe the first one we got as a 40 or a 44.  I'm not

17   sure.

18   Q    A 40 or a 44?

19   A    Yes.

20   Q    Okay.  And did you get another gun?

21   A    Yes.

22   Q    On each of those occasions when you bought a gun, were you

23   -- were you buying a gun because you decided to go get a gun?

24   A    No.

25   Q    Why were you going to get a gun?

1    A    Because Alton told me that I needed to go with him to go

2    get the gun.

3    Q    All right.  Did he explain why he needed you to go get him

4    the gun?

5    A    No.  I mean, there was no questions asked.  Just do what

6    he said.

7    Q    All right.  Did you go to the gun store and buy some guns?

8    A    Yes.

9    Q    More than one different gun store?

10    A    Yes.

11    Q    And you put the gun in your name, is that right?

12    A    Yes.

13    Q    Were all of these guns for you?  You were going to keep

14    several guns yourself?

15    A    No, I kept one.

16    Q    All right.  And what happened with the other ones that you

17    bought?

18    A    Ace had them.

19    Q    All right.  Was this your money that you used to buy these

20    guns?

21    A    No.

22    Q    These guns that Ace had, did you buy them for Ace?

23    A    Yes.

24    Q    Okay.  That is, you didn't buy them and keep them for a

25    while and decide to make a gift of them to Ace, is that right?

1    A    No.

2    Q    Okay.  By the way, do you know where he came up with the

3    nickname Ace?

4    A    He had it before I met him.

5    Q    All right.  And by the way -- well, let's do this.  Let me

6    show you the property -- well, let me show you picture number

7    five.  This has been previously admitted so we can show it to

8    the jury.  What is -- what are we looking at in number five?

9    A    My house in Woodstown.

10   Q    And the address is 292 Mannington Yorktown Road?

11   A    Yes.

12   Q    All right.  Now, let's look at number six.  Now, I take it

13   you've never been in an airplane above your house, is that

14   right?

15   A    Correct.

16   Q    All right.  Can you identify though your house in that

17   picture?

18   A    On the right corner.

19   Q    Right upper corner?

20   A    Yes.

21   Q    All right.  We go back to number five.  Ma'am, do you

22   recall, did Ace live with you or did Mr. Coles live with you

23   at this property that we're looking at in number five

24   A    Yeah, for a short while.

25   Q    All right.  Was this shortly after you moved there or was

Latney - Direct (Llo)                                        37

1    some other time?

2    A    No, when we moved there together.

3    Q    You moved there together in approximately when?

4    A    2000.

5    Q    And did you pay for the house?

6    A    No.

7    Q    Was the house though put in your name?

8    A    Yes.

9    Q    And your name and who else's name?

10   A    Alton's aunt.

11   Q    Now, who put up the money to buy this house?

12   A    Alton did.

13   Q    All right.  And do you know how much money he put up to

14   buy this house?

15   A    Not really.

16   Q    Okay.  He put it in your name and your aunt -- or his

17   aunt's name, is that right?

18   A    Yes.

19   Q    What was his aunt's name?

20   A    Luba Johnson (phonetic).

21   Q    Is she related in any way to Hakiem Johnson?

22   A    Yes, that's his sister.

23   Q    Okay.  And I take it, is Hakiem Johnson Mr. Coles' uncle

24   or is he just married to Alton Coles' aunt, can you tell us?

25   A    No, that's his uncle.

Latney - Direct (Llo)                                          38

1    Q    That's his uncle.  You moved there in 2000.  Did Luba

2    Johnson ever live in this house?

3    A    No.

4    Q    All right.  Mr. Coles lived there though for a while, is

5    that right?

6    A    Yes.

7    Q    Did you move the safe down there from 5856 Cedar?

8    A    It was moved to Jersey but I didn't move it.

9    Q    You didn't move it.  Okay.  Just to be clear, was that

10   your safe or was that Mr. Coles' safe?

11   A    Mr. Coles'.

12   Q    All right.  Did some of the people that we talked about

13   before come visit you or Mr. Coles at this house that we're

14   looking at in number five?

15   A    No, not really.

16   Q    Did you ever see Hakiem Johnson or Tim Baukman there at

17   the house?

18   A    They came when we had barbecues and -- at the house.

19   Q    Okay.  Now, going back to the house at 5856 Cedar, and we

20   can put that picture back on, number 807, you mentioned that

21   Hakiem Johnson, you saw him coming with cash to this house, is

22   that right?

23   A    Yes.  Yes.

24   Q    Go ahead.

25   A    Yes.

1    Q    Okay.  Did you ever see him delivering cash to Mr. Coles

2    here at this house?

3    A    Yes.

4    Q    Okay.  Did you ever see Mr. Coles delivering anything to

5    Mr. Johnson at this house?

6    A    No.

7    Q    Did you ever see him give -- them exchanging any other

8    paper bags or other bag?

9    A    No.

10   Q    All right.  So it was strictly from your standpoint, what

11   you could see was Mr. Johnson giving cash to Mr. Coles?

12   A    Yes.

13   Q    Did Mr. Johnson come there on more than one occasion?

14   A    Yes.

15   Q    Did he come there weekly, monthly or can you give us some

16   idea about how regularly he came?

17   A    About once a week.

18   Q    About once a week.  Was this through the whole time that

19   you were there at 5856 Cedar?

20   A    No.

21   Q    All right.  Was there a time when it stopped?

22   A    Yeah.

23   Q    When was that, if you can tell us, approximately?

24   A    About a year or two later.

25   Q    When did it start?  Let's ask that.  Mr. Coles and you

Latney - Direct (Llo)                                    40

1    started living together in approximately the late fall of '97,

2    is that right?

3    A    Yes.

4    Q    Did Mr. Johnson start coming to the house regularly right

5    after that or was it some months later?

6    A    No, it was about into the new year.

7    Q    It as on past the new year of '98?

8    A    Yes.

9    Q    And then he was coming about once a week?

10   A    Sometimes.  It wasn't like every week.

11   Q    And when he came, did he always deliver money?

12   A    No.

13   Q    Did he regularly deliver money?

14   A    No, not always.

15   Q    Okay.  So but he came on more than one occasion and used

16   to visit about once a week?

17   A    Yes.

18   Q    Okay.  Approximately when was it -- was it still '98 when

19   Mr. Johnson stopped coming to the property at 5856 Cedar?

20   A    No, he'd visit.

21   Q    Okay.  Did you see him on occasion even after '98 with

22   money for Mr. Coles?

23   A    Yeah, very seldomly, but yes.

24   Q    Okay.  Did Mr. Johnson -- did you ever see Mr. Coles

25   picking up money for Mr. Johnson at other locations besides

Latney - Direct (Llo)                                         41

1  5856 Cedar?

2  A    Not really.

3  Q    Did you ever -- were you ever with Mr. Coles in the car

4  driving around Philadelphia when he would meet with Mr.

5  Johnson?

6  A    I mean, he would meet him but I don't know.  I wasn't

7  right there when they talked.

8  Q    Okay.  So you did see though Mr. Coles meeting with Mr.

9  Johnson at various places in Philadelphia?

10  A    Yes.

11  Q    Can you tell us where some of those places were that you

12  saw?

13  A    In Southwest Philadelphia.

14  Q    All right.  And do you know where they were more

15  specifically in Southwest?

16  A    I don't remember the names of the streets.

17  Q    Did you ever go with Mr. Coles and visit with Mr. Johnson

18  at Mr. Johnson's house or what you understood to be Mr.

19  Johnson's house?

20  A    Yes.

21  Q    Okay.  And approximately where is that?  Is that in

22  Southwest or Northwest?

23  A    Southwest Philadelphia.

24  Q    All right.  I'd like to look at number 506C.

25                              (Pause)

Latney - Direct (Llo)                                                    42

BY MR. LLORET:

Q    And ma'am, I'd like to show you what's been marked number 506C and ask you, do you recognize that?

A    Yes.

Q    What is that?

A    A gun.

Q    And have you ever seen that gun?

A    Yes.

Q    Where have you seen that gun?

A    Me and Ace went to the store to purchase it.

Q    Do you remember where the store was that you went to buy it?

A    It was two different ones so I don't remember which location.

Q    Can you describe for us the two different stores that you remember?

A    What you mean by describe them?

Q    Sure.  You went to a couple different gun stores, is that right, to buy guns for Ace?

A    Yes.

Q    All right.  Describe one of them and then describe the next one, if you can tell us -- give us some idea where these gun stores were.

A    One was like near Delaware Avenue in Philadelphia and one was -- I think it was McDade Boulevard.

Latney - Direct (Llo)                                        43

1    Q    Was this in Philadelphia, do you know, or was this outside

2    Philadelphia?

3    A    I -- Philadelphia.

4    Q    All right.  You bought more than one gun for Mr. Coles, is

5    that right?

6    A    Yes.

7    Q    All right.  And let me show you this.  I'll show you 506B

8    and 506A and ask you if you can identify these.

9    A    It's another gun with a holster.

10   Q    All right.  Are you familiar with that gun?

11   A    Yes.

12   Q    which one is the gun, which one is the holster?  And I'm

13   looking at the gun, marked 506B, is that correct?

14   A    Yes.

15   Q    All right.  And the holster is marked 506A?

16   A    Yes.

17   Q    Is that right?

18   A    Yes.

19   Q    All right.  You said you're familiar with that gun, is

20   that right?

21   A    Yes.

22   Q    Why are you familiar with that gun?

23   A    That was the gun I was allowed to keep.

24   Q    Okay.  When you say you were allowed to keep, is that the

25   gun that you bought with Ace?

1  A    Yes.

2  Q    Who supplied the money to buy that gun?

3  A    Ace.

4  Q    Okay.  And who picked it out?

5  A    Ace.

6  Q    And I'm looking at number 506C.  Who supplied the money to

7  buy that gun?

8  A    Ace.

9  Q    And who picked it out?

10  A    Ace.

11  Q    Was Ace with you at the store when you bought the gun?

12  A    Yes, both guns.

13  Q    All right.  He picked them out?

14  A    Yes.

15  Q    And did he pay for them?

16  A    Yes.

17  Q    Do you recall how he paid for them?

18  A    Cash.

19  Q    All right.  Now, I want to talk with you about a place out

20  in Woodland Avenue, approximately 65th and Woodland.  Did you

21  ever visit with Ace or with Mr. Coles out at an apartment at

22  approximately that location?

23  A    Yes.

24  Q    Was this a place that he shared with some person that was

25  unknown to you?

Latney - Direct (Llo)                     45

1  A   Yes.

2  Q   Okay.  Did he tell you anything about this apartment when

3  you visited there?

4  A   No.

5  Q   Were you inside the apartment?

6  A   Yes.

7  Q   Did you see any cocaine inside the apartment?

8  A   Yes.

9  Q   What did you see?  Did you see somebody with cocaine?

10          MR. WARREN:  Again, Judge --

11          MR. McMAHON:  Time frame, yeah.

12          MR. WARREN:  He has no time frame.

13          MR. LLORET:  Okay.

14  BY MR. LLORET:

15  Q   Approximately when was this ma'am?  Was this before you

16  moved from 5856 Cedar or after?

17  A   It was before I moved.

18  Q   Was this relatively early in your relationship?

19  A   Yes.

20  Q   Okay.  Do you recall how you got out to this apartment?

21  Did you drive with somebody?

22  A   No, I drove.  I met him there.

23  Q   You met him there?

24  A   Yes.

25  Q   Was it your idea to meet there or was it his idea?  How

1    did that come to pass?

2    A    His idea.

3    Q    All right.  Did he give you directions how to get there?

4    A    Yes.

5    Q    Had you ever been there before?

6    A    No.

7    Q    Did you go inside the apartment?

8    A    Yes.

9    Q    And what did you see when you were inside the apartment?

10   A    A couch, a TV.

11   Q    Okay.  Did you see any cocaine or drugs?

12   A    Not when I walked in the door, no.

13   Q    Okay.  What did you see as time progressed inside the

14   apartment?

15   A    He had some drugs and he gave it to someone.

16   Q    When you say he had some drugs, did you actually see them?

17   A    See who?

18   Q    The drugs?

19   A    Yes.

20   Q    Okay.  What did they look like?  Describe them.

21   A    No, I really can't because it was --

22   Q    Well, were they white, or black or --

23   A    Yeah, it was white.

24   Q    Okay.  Was it powder like or was it a solid brick or was

25   it --

1    A    It was in plastic.  I don't know --

2    Q    Okay.

3    A    -- if it was solid form.

4    Q    All right.  He -- did he, meaning Mr. Coles, did he give

5    this to the other person or did the other person give it to

6    him or were they just sitting there?

7    A    He gave it to the other person.

8    Q    Were they -- you mentioned a plastic bag -- were they

9    wrapped any other way, inside of a larger bag or just in the

10   plastic bag?

11   A    No, just in a plastic bag.

12   Q    Can you give us approximately a size -- and idea of what

13   the size was of the drugs?

14   A    It wasn't that much.

15   Q    Okay.  When we went back to our analogy -- golf ball,

16   baseball, softball --

17   A    No, it wasn't that much.

18   Q    It wasn't how --

19   A    That much.

20   Q    Okay.  It wasn't even a golf ball size?

21   A    No.

22   Q    Was it a small plastic bag?  Was it a Ziploc, or was --

23   A    No, it was like --

24   Q    -- it twisted?

25   A    It was like a small bag.

Latney - Direct (Llo)                                    48

1    Q    Okay.  And he gave this to the fellow that was in the

2    property?

3    A    Yes.

4    Q    Did you ever see that guy again?

5    A    No.

6    Q    Okay.  Was there another property on Chester Avenue near

7    40th Street that you visited with Mr. Coles?

8    A    On Chester Avenue?

9    Q    Yeah, near approximately 40th Street?  Well, let's do

10   this.  Let me ask show you another picture, a different one.

11           MR. LLORET:  Let's show the witness number 64, which

12   has been previously admitted.

13   BY MR. LLORET:

14   Q    Are you familiar with that picture, number 64?

15   A    Yes.

16   Q    Okay.  Have you seen that -- been to that place, seen it?

17   A    Yes, I have.

18   Q    Have you ever been inside that place?

19   A    Once.

20   Q    Was this before or after you moved to Woodstown?

21   A    I don't remember.

22   Q    Don't remember when?

23   A    No.

24   Q    Okay.  The -- when you went into this place, was there one

25   apartment, two apartments, or do you remember?

1  A    I don't remember.

2  Q    Okay.  Do you remember seeing anybody there at this place?

3  A    Yeah.

4  Q    Okay.  I want to ask you, do you know an individual by the

5  name of Taz?

6  A    Yes.

7  Q    Did you see Taz there at that property?

8  A    Yes.

9  Q    All right.  I want to show you a picture of number -- it's

10 number 504 -- I believe it's number 504Y -- let's see.  Ma'am,

11 do you recognize any of the people that are in the picture,

12 number 504Y

13 A    Yes.

14 Q    Can you tell us, going from left to right, who's in that

15 picture?

16        MR. LLORET:  And Your Honor, this has been

17 previously admitted so I'll ask that it be shown to the jury.

18        THE WITNESS:  Hakiem, Taz, and Alton.

19 BY MR. LLORET:

20 Q    All right.  Going from left to right then, the fellow you

21 identified as Hakiem is in the --

22 A    The far --

23 Q    -- bright shirt?

24 A    Yes.

25 Q    Who's in the middle?

Latney - Direct (Llo)                                      50

1    A    Taz.

2    Q    Do you know his last name?

3    A    No.

4    Q    All right.  Have you met him more than once?

5    A    Yes.

6    Q    Do you recall approximately when you first met him?  Was

7    it towards the beginning of -- well, let me ask this.  I'll

8    start again.  Do you recall -- did you meet Taz before you

9    knew Mr. Coles or after you knew Mr. Coles?

10   A    The same day.

11   Q    All right.  So the same day that you met Mr. Coles, you

12   also met this guy Taz?

13   A    Yes.

14   Q    What was the relationship between Mr. -- well, between Taz

15   and Mr. Coles?

16   A    He told me they were brothers.

17   Q    Who told you they were brothers?

18   A    They both --

19   Q    Okay.

20   A    Said it.

21   Q    And did Taz come to visit with Coles on a frequent basis?

22   A    Yeah.

23   Q    Did you see him at the house at 5856 Cedar Avenue

24   frequently?

25   A    Yes.

Latney - Direct (Llo)                                              51

1    Q    Okay.  And approximately how often, if you can tall us?

2    A    Maybe he might have came like once a week and then he got

3    locked up.

4    Q    Oh, then he got locked up?

5    A    Yes.

6    Q    All right.  Did he get -- when you say he was coming once

7    a week, did that start shortly after Mr. Coles moved in or was

8    this months later or do you know?

9    A    Shortly after.

10   Q    Okay.  When he came over to the house at 5856 Cedar, did

11   he deliver money?

12   A    Every now and then.

13   Q    What's that?

14   A    Every now and again.

15   Q    All right.  And when he had money, can you tell us

16   approximately how much?  Was it small amounts, was it large

17   amounts, or can you give us --

18   A    I didn't always see it.

19   Q    You didn't always see it?

20   A    No.

21   Q    When you did see him with money, was it a large amount?

22   Did he hold it in his hand, was it in a bag or --

23   A    In his hand.

24   Q    Okay.  And can you give us some idea, was it about the

25   same amounts that Hakiem delivered or was it more or was it

Latney - Direct (Llo)                                    52

1    less?

2    A    I don't think so.

3    Q    It wasn't as much?

4    A    No.

5    Q    All right.  Now, going back to the photo at number 64 --

6    by the way, before we move off of this photo, it seems

7    obvious, but who's on the left -- or on the right-hand side of

8    the picture as we're looking at it?

9    A    Alton Coles.

10   Q    Do you know where this picture was taken?

11   A    At his mother's wedding.

12   Q    At whose --

13   A    Alton's mother wedding.

14   Q    Who's that?

15   A    Alton's -- his mother wedding.

16   Q    And do you recall when that wedding was?

17   A    No, I don't.

18   Q    Was it after you moved to Woodstown or was it before you

19   moved to Woodstown?

20   A    It was after Woodstown.

21   Q    All right.  And if we can go back to the larger picture.

22   There's a small boy in the front, is that right?

23   A    Yes.

24   Q    Who is that?

25   A    My son, Naseem.

Latney - Direct (Llo)                                        53

1    Q    All right.  Is that your son with Mr. Coles?

2    A    Yes.

3    Q    All right.  And approximately how old is he in this

4    picture here?

5    A    Maybe like two, three.

6    Q    All right.

7    A    Two.

8    Q    I want to show you a picture, number 64, and ask you --

9    64C and ask you if you recognize anyone in this picture.  No,

10   got the wrong one.  It think it's -- well, let's ask this

11   about this picture.  Have you ever seen this car?

12   A    Yes.

13   Q    Now, where did you see this car?

14   A    At a party.

15   Q    Do you know who was driving the car at the party that you

16   saw?

17   A    His name is Ran.

18   Q    All right.  Do you know his last name?

19   A    No.

20   Q    You just knew him by Ran?

21   A    Yes.

22   Q    Is that I-R-A-N?

23   A    Ran.

24

25            MR. WARREN:  Objection, Judge, for the time frame.

1          MR. LLORET:  Certainly.  We'll get to that, Your

2    Honor.

3          THE COURT:  Get there.

4          MR. LLORET:  Will do.

5    BY MR. LLORET:

6    Q   Ma'am, when was it that you saw this car and this

7    individual?  Was this before or after you moved to Woodstown,

8    if you know?

9    A   It was after Woodstown.

10   Q   And do you recall where the party was?

11   A   Delaware Avenue.

12   Q   Do you recall what year the party was?

13   A   I think it was '01 or '02.  No, it couldn't have been --

14   couldn't have been.  I think it was '01.

15   Q   All right. It was '01?  All right.

16   A   I think so.

17   Q   Okay.  And I want to show you a picture that we've

18   previously introduced, number 424.  Do you recognize anyone in

19   this picture, ma'am?

20   A   The guy.

21   Q   And this is who?

22   A   Ran.

23   Q   All right.  What, if anything, was the relationship

24   between Ran and Mr. Coles?  Did they know each other?

25   A   Yes.

1    Q    Okay.  What, if anything, relationship between this guy

2    Ran and the fellow named Taz?  Did they know each other?

3    A    Yes.

4    Q    Do you know whether Ran and Taz were both at that location

5    or did you ever see them at that location that we looked at in

6    number 64 -- 64, if we could show the witness that picture.

7    A    Yes.

8    Q    Who did you see there at the property that you see here in

9    this picture?

10   A    Ran, Taz.

11   Q    And you mentioned that you were at this property on at

12   least one occasion?

13   A    Inside.

14   Q    Inside.  Were you at the property but outside the property

15   on other occasions?

16   A    Yes.

17   Q    Why were you there on various occasions?

18   A    Meeting Ace there.

19   Q    Referring to Mr. Coles?

20   A    Yes.

21   Q    Okay.  And why were you meeting Mr. Coles there?

22   A    To get money from him.

23   Q    Did you just show up there and look for money or how did

24   it come that you came there?

25   A    No, he would tell me to meet him there.

1    Q    All right.  At this property?

2    A    yes.

3    Q    And was this after you moved to Woodstown or before you

4    moved to Woodstown, or do you recall?

5    A    I believe I was still in Philadelphia.

6    Q    Okay.  Now, you met there on occasion with Mr. Coles.  Was

7    this just a handful of times or was this dozens of times or do

8    you remember?

9    A    No, a handful.

10   Q    And you received money from him, is that right?

11   A    Yes.

12   Q    What was the money for?

13   A    For me maybe to go to the store or just to have in my

14   pocket.

15   Q    All right.  Was it hundreds of dollars, thousands of

16   dollars --

17   A    No.

18   Q    -- or did it vary?

19   A    It was hundreds.

20   Q    All right.  Did Mr. Coles provide you with money to pay

21   your bills during the time that you all were together?

22   A    Yes.

23   Q    All right.  Did you work regularly while you were with Mr.

24   Coles?

25   A    I worked.  It wasn't always.

Latney - Direct (Llo)                                              57

1    Q    All right.  You worked say, off and on?

2    A    Yes.

3    Q    Let me show you a picture that's number 13.  Do you recall

4    ever seeing this -- what's in this picture, number 13?  And

5    this has been previously introduced so we can show it to the

6    jury.

7    A    A apartment where Alton stayed.

8    Q    All right.  And do you recall when you saw Mr. Coles there

9    at the property, if you did?

10   A    I wasn't -- living in Jersey then so --

11   Q    So this was after you had moved to New Jersey?

12   A    Yes.

13   Q    Was this closer to the time of the search warrants or was

14   this back during the time when you first moved to Jersey, or

15   do you remember?

16   A    More -- more when I moved to Jersey.

17   Q    All right.  So you saw Mr. Coles here at this property?

18   A    Yes.

19   Q    Did he live there or was this a property that -- you know,

20   you just met him there on occasion?

21   A    He told me he stayed there.

22   Q    He told you he stayed there?  Were you ever inside this

23   property?

24   A    I wasn't allowed.

25   Q    You weren't allowed inside?

1    A    No.

2    Q    Did he say why you weren't allowed in?

3    A    No.

4    Q    All right.  Did you ever meet Mr. Coles there for any

5    reason?

6    A    Yes, to get money.

7    Q    Again, what -- did you just drive up there --

8    A    No, he would tell me how to get there.

9    Q    All right.  And you would drive over and get money from

10   him?

11   A    Yes.

12   Q    All right.  Have you ever seen anybody else there besides

13   Mr. Coles?

14   A    Tim drove up once or twice.

15   Q    Tim being who?  Tim who?

16   A    Timothy Baukman.

17   Q    Do you recall approximately when it was that you saw Tim

18   Baukman drive up to this property?

19   A    No.

20   Q    Okay.  Was this before or after you moved to Woodstown?

21   A    I was in Woodstown.

22   Q    Okay.  Was this shortly after you moved to Woodstown or

23   was this a long time after you -- several -- a year or so or

24   do you remember?

25   A    I'm not really sure --

Latney - Direct (Llo)                                        59

1   Q   Okay.

2   A   -- on the year.

3   Q   You knew Tim Baukman.  When did you become or when were

4   you introduced to Tim Baukman?

5   A   Maybe the end of the year that I met Ace in '97 or maybe

6   the beginning of '98.

7   Q   All right.  And did Tim Baukman used to come over to the

8   other property at Cedar Avenue on occasion?

9   A   Yes.

10  Q   And did you ever see him with money?

11  A   Yes.

12  Q   And when Tim came, did he bring money or was he receiving

13  money from Mr. Coles?

14  A   He would bring money.

15  Q   All right.  And when he brought money, did he just bring

16  it in his hand, did he have it packaged, or can you remember?

17  A   He would have it in like different bags.

18  Q   He had it in bags?

19  A   Yes.

20  Q   Did you ever see inside the bags?

21  A   Once or twice, yes.

22  Q   When you looked inside the bags, did you see anything

23  inside the bags?

24  A   Money.

25  Q   Okay.  And when you say money, cash?

1    A    Yes.

2    Q    All right.  Could you compare for us between the money

3    that you saw Hakiem Johnson with and the money that you saw

4    Tim Baukman with?

5    A    It was a lot more.

6    Q    Who had a lot more?

7    A    Timothy had a lot more than Hakiem.

8    Q    All right.  And his money, the times that you saw it, was

9    in a bag?

10   A    Yes.

11   Q    Was this a paper bag?

12   A    Different bags.

13   Q    Okay.

14   A    Paper bag.

15   Q    Just indicating for the jurors, is it in like a sandwich

16   bag, a brown sandwich bag --

17   A    No --

18   Q    -- or something larger?

19        MR. WARREN:  Judge, again, I have no idea when this

20   time frame is for this --

21   BY MR. LLORET:

22   Q    Let's talk about when did you see Tim Baukman with --

23   A    I was living on Cedar Avenue.

24   Q    All right.  Was this -- and Tim Baukman, did you see him

25   with money early in the time that you and Mr. Coles were at

Latney - Direct (Llo)                                    61

1   Cedar Avenue or was it late?

2   A    Fairly early.

3   Q    All right.

4   A    No, was like in the middle.

5   Q    All right.  You lived at Cedar Avenue between '97 and

6   approximately 2000, is that right?

7   A    Yes.

8   Q    So the middle would be somewhere around what -- 1999 or

9   1998?

10  A    Yeah.

11  Q    Okay.  Around the turn of the year or is that fair?

12  A    Yes.

13  Q    Okay.  You saw Mr. Baukman with the money.  What type of

14  paper bag was it exactly?

15  A    Like sneaker bags or like store -- corner store bags.

16  Q    Okay.  So these are like store bags.  Are these paper or

17  plastic or --

18  A    Plastic.

19  Q    Okay.  They had like a store logo on them?

20  A    Some, yes.

21  Q    Now, I'm holding my hands about a foot apart first.  The

22  volume of the money that you saw Mr. Baukman with, was it

23  about a foot high or was it less?

24  A    Maybe less than that.

25  Q    Okay.  I'm holding my hands about six inches apart.

1   A    Yes.

2   Q    Is it approximately that much?

3   A    Yes.

4        MR. WARREN:  Judge, we can't see what Mr. Lloret is

5   doing.  Thank you.

6   BY MR. LLORET:

7   Q    Is this -- okay.

8   A    Yes.

9   Q    Okay.  So it was about six inches high --

10  A    Yes.

11  Q    -- in the bag?

12  A    Yes.

13  Q    And the bag that you were talking about that he had it in,

14  was this a -- I'm holding my hands about a foot wide -- was it

15  that wide or was it narrower or larger?

16  A    About the -- no, smaller.

17  Q    A little smaller?

18  A    Yeah.  Sometime like --

19  Q    About nine inches wide?

20  A    Yes.

21  Q    Okay.

22       MR. LLORET:  I'd like to show the witness number

23  802A.  Do you have that on the screen?  Okay.  And I don't

24  believe we've seen this before, Your Honor.  I'll just show it

25  to the witness.

1    BY MR. LLORET:

2    Q    Ma'am, do you recognize what's in number 802A?

3    A    Yes.

4    Q    What is that?

5    A    Department of Treasury firearms transaction record --

6    Q    All right.

7    A    -- over the counter.

8    Q    And are -- is that your name on the form?

9    A    Yes.

10   Q    Now, let's go to the bottom of the form, and ma'am, is

11   that your signature at the bottom of the form?

12   A    Yes.

13   Q    All right.  And next to that's a date.  Do you -- can you

14   read the date?

15   A    11-1-99.

16   Q    Right.  Did you sign that form?

17   A    Yes.

18   Q    And do you remember signing that form?

19   A    Yes.

20   Q    Okay.  Was this in connection with the purchase of one or

21   the other of firearms?

22   A    Yes, it was.

23   Q    And was this a firearm that you purchased with Mr. Coles?

24   A    Yes, it was.

25   Q    All right.

1              MR. LLORET:  Your Honor, I move the admission of

2       802A.

3              MR. WARREN:  No objection, Judge.

4              THE COURT:  It's admitted.

5              MR. LLORET:  Let me ask, do we have the second page

6       of this document in the computer?

7       BY MR. LLORET:

8       Q    Ma'am, we're looking at this document on the second page

9       or the back side.  Do you -- are you familiar with the --

10      looking down at the bottom where there's several lines --

11      yeah, that's it -- and ma'am, what is the -- can you read it

12      for us, the indications of what the firearms are that was

13      being purchased on this occasion?

14      A    It's Sigarms, SP2340, serial number, and then there's a

15      pistol, 40, STU.

16      Q    All right.  Now, ma'am, the 40 caliber you mentioned

17      previously -- the 40 caliber which we marked as number 506C,

18      you indicated that you were familiar with that, is that right?

19      A    Yes.

20      Q    Do you recall whether you bought one -- just one 40

21      caliber for Mr. Coles or was it more than one?

22      A    One.

23      Q    Do you remember ever buying a nine millimeter for Mr.

24      Coles?

25      A    Yes.

1    Q    Do you remember approximately when it was that you bought

2    the nine millimeter?

3    A    No.

4    Q    All right.  And looking at this firearm sheet that's on

5    802A, the second page, do you see where that gun was purchased

6    from?

7    A    1532 South Front Street.

8    Q    Now, is South Front Street near Delaware Avenue?

9    A    Yes, it is.

10   Q    All right.  Is this the location you were talking about

11   when you mentioned Delaware Avenue before?

12   A    Yes.

13   Q    All right.  You purchased this 40 caliber for Mr. Coles,

14   is that right?

15   A    Correct.

16   Q    And that was with his money?

17   A    Yes.

18   Q    He pointed it out to you?

19   A    Yes.

20   Q    Okay.  I'd like to show the witness number 802B and we've

21   not introduced this yet.  Ma'am, do you recognize your name on

22   this form?

23   A    Yes.

24   Q    What is this form?

25   A    Department of Treasury firearms transaction.

Latney - Direct (Llo)                                    66

1    Q    And is that your name on the top of the form?

2    A    Yes.

3    Q    And what's the address that you've indicated on that form?

4    A    5856 Cedar Avenue.

5    Q    All right.  Can we go down to the bottom of the form?  Do

6    you see your name at the bottom, you signature?

7    A    Yes.

8    Q    And what's the date on this form?

9    A    2-5-99.

10   Q    Is that '98 or '99 or is that scratched out somehow?

11   A    '99.

12   Q    Okay.  Did you sign this form?

13   A    Yes.

14   Q    And did you -- let's turn to page two of this form before

15   we introduce it and ask the -- you know, looking down at the

16   bottom where the line are, do you recognize and can you tell

17   us the identity of the firearm that's purchased in this form?

18   A    It was a 380.

19   Q    A 380?

20   A    Yes.

21   Q    All right.  And what's the serial number, if you would?

22   A    R-A-J-3-9-9-3.

23   Q    Now, did you buy this 380?

24   A    No.  I didn't purchase it, no.

25   Q    Okay.  Whose money was it that you used?

Latney - Direct (Llo)                                    67

1    A    Ace money.

2    Q    Okay.  Did Ace pick this out or did you pick it out?

3    A    He did.

4    Q    Whose idea was it to get this gun?

5    A    He -- his.

6    Q    And why did he tell you, if he told you at all, why it was

7    -- why did he direct you to or ask you get the gun?

8    A    He just told me I need it for protection.

9    Q    All right.  Did he explain to you why you needed

10   protection?

11   A    No.

12   Q    Had you ever needed to buy a handgun or felt the need to

13   buy a handgun before for protection?

14   A    No.

15   Q    Before you met Mr. Coles?

16   A    No.

17   Q    Now looking at the date at the bottom of this form, it's

18   February 5th of '99, do I have that right?

19   A    Yes.

20   Q    All right.

21            MR. LLORET:  Your Honor, I would move the admission

22   of 502B.

23            MR. WARREN:  No objection, Judge.

24            THE COURT:  It's admitted.

25            THE COURT:  We can show the whole of the document,

Latney - Direct (Llo)                                          68

1    page two.

2    BY MR. LLORET:

3    Q    Now ma'am, let's turn back to page one and, in fact, let's

4    go to 502A, which was the previous form that we talked about

5    minute or two ago.  Now, if we can zero in on the set of

6    questions in the middle of the form.

7              Now ma'am, the first question is 9A.  Do you see

8    that?  It says -- and I'm going to read it to you, tell me if

9    you got this right.

10             "Are you the actual buyer of the firearm indicated

11   on this form?  If you answer to this question, the dealer

12   cannot transfer the firearm to you."  And you -- is that your

13   handwriting next to it where it says "yes?"

14   A    Yes.

15   Q    Was that untrue?

16   A    Yes.

17   Q    That was a lie, is that right?

18   A    Yes.

19   Q    You were not the actual buyer?

20   A    No.

21   Q    Who was the actual buyer?

22   A    Alton Coles.

23   Q    Now, did you know that this was wrong at the time you did

24   it?

25   A    Yes.

Latney - Direct (Llo)                                         69

1    Q    All right.  And you certainly know that today, is that

2    right?

3    A    Yes.

4             MR. LLORET:  Your Honor, I'm cognizant of the time.

5    I don't know what Your Honor's pleasure is.  We have a lot

6    more to go with the witness so, whatever --

7             THE COURT:  Keep going.

8             MR. LLORET:  Thank you, Your Honor.  I'd like to

9    show the witness picture 504W.

10   BY MR. LLORET:

11   Q    Ma'am, do you recognize the people in this picture?

12   A    Yes.

13   Q    Can you tell us who is in this picture, starting from the

14   left and going to the right?

15   A    Alton's grandmother, Alton, me, Hakiem, my son Naseem.

16   Q    Do you know where Mr. Coles' grandmother lived?

17   A    In Southwest Philadelphia.

18   Q    Okay.  Approximately where in Southwest Philadelphia?

19   A    57th Street.

20   Q    All right.

21            MR. LLORET:  Your Honor, I move the admission of

22   number 504W.

23            MR. WARREN:  No objection, Judge.

24            THE COURT:  It's admitted.

25   BY MR. LLORET:

Latney - Direct (Llo)                                70

1    Q    Ma'am, do you ever recall seeing or being with Mr. Coles

2    when he would -- driving in a car with him when he would meet

3    people at various locations in Philadelphia?

4    A    Yes.

5    Q    And do you ever recall being in the car when Mr. Coles

6    would get out of the car and go talk to people for a while?

7              MR. WARREN:  Objection, Your Honor.  Leading the

8    witness.

9              THE COURT:  Objection sustained.

10   BY MR. LLORET:

11   Q    Do you recall the circumstances when you would drive with

12   Mr. Coles ever meeting with people?

13   A    Yes.

14   Q    Okay.  Can you tell for us some of the circumstances under

15   which you met people, and first of all, let's put a time frame

16   on it.  Did you drive around the city with Mr. Coles after you

17   moved to Woodstown or before you moved to Woodstown?

18   A    Before.

19   Q    Okay.  Was this when you all first met and after that

20   point in time?

21   A    Yes.

22   Q    And did you continue to drive around with him in

23   Philadelphia on a regular basis while you were living at 5856

24   Cedar?

25   A    For a while.

1  Q    All right.  When you say for a while, was it for a few

2  months or was it for a year or do you know?

3  A    It wasn't like every day.

4  Q    But it was on a regular basis?

5  A    No.  It was every now and then.

6  Q    Okay.  When you would drive around with Mr. Coles in

7  Philadelphia, were you going out on social occasions or were

8  you going to work or what were the circumstances?

9  A    We were going out.

10  Q    All right.  When you would go out, this is like out on a

11  date?

12  A    Yes.

13  Q    On occasion, did Mr. Coles ever stop and visit with

14  people?

15  A    Yes.

16  Q    Did he ever stop and visit with people that you really

17  weren't familiar with?

18  A    Yes.

19  Q    Okay.  Can you describe for us on one or more of these

20  occasions what you saw Mr. Coles do, just physically go

21  through what these meeting looked like?

22  A    Sometime he would get out the car and whoever he was

23  meeting would meet him at the back of the car, he would go in

24  the trunk.  Other times he would get out of the car and they

25  would stand there, they would hold conversations for a little

1    while and he'll get back in the car.

2    Q    Were these conversations that you were privy to that you

3    were involved in?

4    A    No.

5    Q    Where were you, sitting in the car?

6    A    Still in the car.

7    Q    Waiting for Mr. Coles to come back?

8    A    Yes.

9    Q    And then you would go out on your date or whatever?

10   A    Yes.

11   Q    Okay.  Did you ever see Mr. Coles meet with any people you

12   did know who they were like this?

13   A    Yes.

14   Q    Okay.  Did you ever see him meet with Mr. Johnson, Hakiem,

15   who's in this picture?

16   A    Yes.

17   Q    Okay.  Can you describe for us the circumstances during

18   that meeting and was this before or after you moved to

19   Woodstown?

20   A    Before.

21   Q    Okay.  While you were still at 5856 Cedar?

22   A    Yes.

23   Q    All right.  Tell us what you saw when Mr. Coles would meet

24   like this with Mr. Johnson.

25   A    He would get out the car and they would meet, they would

1    get out, talk, and one time or another, he may have got back

2    in with, you know, money in his hand --

3    Q    With -- Mr. --

4    A    -- or money in his pocket.

5    Q    Mr. Coles did?

6    A    Yes.

7    Q    Now, on the occasions when he met -- on these few

8    occasions when he met with Mr. Johnson like this -- well, let

9    me ask this question.  Was this -- did this happen more than

10   once that you saw?

11   A    Yes.

12   Q    Okay.  Did this happen on a regular basis when you would

13   go out with Mr. Coles?

14   A    Meaning meeting Mr. Johnson?

15   Q    Yeah, meetings with Mr. Johnson?

16   A    Not on a regular basis.

17   Q    Okay.  When you went out on these drives with Mr. Coles to

18   go out on a date or something, did he usually stop and meet

19   with somebody or was it usually the case that you all would go

20   straight to your date and come home?

21   A    He would usually stop.

22   Q    All right.  On the occasions -- it was just a few

23   occasions that you remember meeting with Mr. Johnson like

24   this?

25   A    Yes.

Latney - Direct (Llo)                                    74

1    Q    Did Mr. Coles get out of the car with cash in his hand?

2    A    No.

3    Q    Okay.  Did he get back in the car with cash?

4    A    A time --

5    Q    What's that?

6    A    One time or another.

7    Q    One time or another you saw this?

8    A    Yes.

9    Q    Okay.  The cash that he got back in the car with, was it a

10   large amount, was it a small amount, or can you describe it?

11   A    Small amount.

12   Q    All right.  Was it consistent with or not consistent with

13   the cash that you saw Mr. Johnson bringing to 5856 Cedar?

14   A    Yes.

15   Q    We'll have to get more clarity on that --

16   A    Yes, it was about the same amount.

17   Q    About the same.  Okay.  Do you recall back during this

18   period -- and this is the time frame when you were at Cedar,

19   '97 through 2000, do you know whether Mr. Johnson was working?

20   A    He was.

21   Q    Okay.  And where was he working?

22   A    I don't remember the name of it.

23   Q    Did there come a time when you saw Mr. Johnson and Mr.

24   Coles with a white powdery substance when the two of them were

25   meeting together?

1          MR. WARREN:  Objection as to the time frame on this,

2     Judge.  It's very difficult to tell.

3          THE COURT:  Be specific.

4     BY MR. LLORET:

5     Q    And let me ask the time frame first.

6     A    I was still at Cedar Avenue.

7     Q    Okay.  And was this towards the beginning or towards the

8     end of Cedar Avenue?

9     A    More like the middle.

10    Q    Okay.  And this would be approximately '98, '99?

11    A    Yes.

12    Q    Okay.  Did you see Mr. Coles and Mr. Johnson with a white

13    powdery substance?

14    A    I did.

15    Q    Okay.  Was it just sitting on a table or was somebody

16    giving it to the other one, or can you describe the

17    circumstances?

18    A    It was in a -- like a sandwich Ziploc bag and Mr. Coles

19    was giving it to Mr. Johnson.

20    Q    Was this at your house at 5856 Cedar or was this one of

21    these street meeting with Mr. Johnson?

22    A    At 5856 Cedar.

23    Q    All right.  Can you tell us approximately how much in

24    terms of and we'll go back to that holding out of palm with

25    some type of ball in it.  Can you give us an idea

1    approximately how big it was -- golf ball size, tennis ball

2    size, smaller?

3    A    I'm going to say like a golf ball size.

4    Q    What's that?

5    A    Like a golf ball size.

6    Q    Okay.  I'd like to show you number 18.  Do you recognize

7    what's in number 18?

8    A    A street.

9    Q    Do you recognize the street?

10   A    Where Hakiem Johnson used to live.

11   Q    All right.  You were familiar with Mr. Hakiem Johnson's

12   house, is that right?

13   A    Yes.

14   Q    And where was his house?  What area of the city was his

15   house?

16   A    Southwest Philadelphia.

17   Q    All right.  Let me do this.  Let me show you without

18   introducing number or moving number 18 yet, let me show you

19   number 17, all right, and let me ask you do recognize what's

20   in this picture?

21   A    Mr. Johnson's house.

22   Q    All right.  Is this the house on the street that we saw in

23   number 18 or is this a different house?

24   A    The same house.

25   Q    All right.

1          MR. LLORET:  Your Honor, I move the admission of

2   both 18 and 17.

3          MR. WARREN:  No objection, Judge.

4          THE COURT:  They're admitted.

5   BY MR. LLORET:

6   Q   Now ma'am, were you -- did you ever stop by this house

7   with Mr. Coles?

8   A   Yes.

9   Q   And how often did you do that?

10  A   We went there a number of times.

11  Q   Okay.  And was this before or after you moved to

12  Woodstown?

13  A   Before.

14  Q   All right.  Do you ever recall any conversations with Mr.

15  Coles about what was going on at the house?  Well, let me ask

16  you this question.  Did Mr. Johnson have a wife or girlfriend

17  that he lived with at this house?

18  A   Yeah, he did.

19  Q   Was it a girlfriend or a wife?

20  A   Girlfriend.

21  Q   All right.  Did you ever have occasion to talk with Mr.

22  Coles about a girlfriend of Mr. Johnson's?

23  A   Yes.

24  Q   Was it while Mr. Johnson was living at this house?

25  A   Yes.

Latney - Direct (Llo)                                        78

1   Q    What was it that Mr. Coles told you about the girlfriend?

2   A    He wanted me to beat the girlfriend up because he think

3   that she stole his drugs from Mr. Johnson.

4   Q    All right.  Was this in relationship to this house or to

5   some other location?

6   A    This house.

7   Q    Mr. Coles wanted you to go beat up Mr. Johnson's

8   girlfriend?

9   A    Yes.

10  Q    All right.  Did Mr. Coles ever tell you anything else

11  about this house in relation to Mr. Johnson?

12  A    No.

13  Q    Okay.  Did -- to your knowledge, did this house ever get

14  raided by the police?

15  A    Yes.

16  Q    How did you find out that it had been raided by the

17  police?

18  A    When Mr. Johnson was locked up and Alton told me that he

19  was locked up because they just raided his house.

20  Q    All right.  When you mentioned before that Mr. Coles

21  wanted you to go over to this place and beat up the girlfriend

22  there, this was over some drugs, is that right?

23  A    Yes.

24  Q    What did Mr. Coles say had happened?

25  A    He think that the girlfriend stole it.

1    Q    Stole Mr. Coles' drugs or Mr. Johnson's drugs?

2    A    It was Mr. Coles' drugs but Mr. Johnson had -- had it.

3    Q    Was Mr. Coles angry?

4    A    Yes.

5    Q    Let me show you a picture that we've marked number 101.

6    Do you recognize what's in this picture?

7    A    Yes.  Yes.

8    Q    What is in this picture?

9    A    A house that Hakiem moved to when he came home.

10   Q    When he came home?  He was away for some period of time?

11   A    Yes, he was locked up.

12   Q    All right.  Did you ever go to this house and see it?

13   A    Outside, not inside.

14   Q    Were you ever allowed to come inside or did you ever try

15   to go inside?

16   A    I never tried.

17   Q    Okay.  Why did you go to this property, and first of all,

18   let's ask was this before or after you moved to Woodstown that

19   you saw this house?

20   A    I think it was right when I was leaving Philadelphia --

21   Q    Okay.

22   A    -- and when I was at Woodstown.

23   Q    Did you see this house on more than one occasion after you

24   moved to Woodstown?

25   A    Yes.

Latney - Direct (Llo)                                          80

1    Q    Did you go to this house up until the time or shortly

2    before the time that the search happened at your house in

3    Woodstown in August of 2005?

4    A    No.   I stopped going around probably about '03.

5    Q    Stopped around '03?   Okay.   The --

6              MR. LLORET:   Your Honor, I move the admission of

7    number 101.

8              MR. WARREN:   No objection, sir.

9              THE COURT:   It's admitted.

10   BY MR. LLORET:

11   Q    Ma'am, when you went to this house, why did you go there?

12   A    I would meet Ace to get money from him.

13   Q    So this wasn't a situation where you just decided to go

14   over to the house and visit?

15   A    No, I would call him and ask him for money and he would

16   tell me where to meet him and that was one of the houses.

17   Q    Okay.   Have you met with Mr. Coles there on more than one

18   occasion?

19   A    Yes.

20   Q    And this was right around the time you moved to Woodstown

21   and then after that until about 2003?

22   A    Yes.

23   Q    When you -- I say more than one occasion, did you go just

24   a handful of times, was it more than a dozen or can you give

25   us some idea?

Latney - Direct (Llo)                                           81

1    A    It's a handful.

2    Q    Okay.  You met Mr. Coles there, is that right?

3    A    Yes.

4    Q    All right.  When you got there, let's talk about this --

5    the normal situation, did it follow sort of a normal script?

6    Did you normally do the same thing when you met Mr. Coles

7    there?  Tell us what happened when you went there.

8    A    Well, he would pull up there and he wasn't there or he

9    will be there and be inside the house and I would have to tell

10   him I'm outside.

11   Q    All right.  And you would pull up in your car?

12   A    Yes.

13   Q    You would meet Mr. Coles there?

14   A    Yes.

15   Q    And did you ever see Mr. Coles come out of the house?

16   A    Yes.

17   Q    When we're looking at this house -- is this two houses

18   actually in this picture, is that right?

19   A    Yes.

20   Q    Do you know -- did you ever see Mr. Johnson there on the

21   porch or in the house?

22   A    Coming out of the house.

23   Q    And which door, can you tell us, did you see him coming

24   out of?

25   A    The white door.

Latney - Direct (Llo)                                          82

1    Q    Is that the one on the left?

2    A    My right.

3    Q    Your right?  Okay.  There's a white door and there -- the

4    house appears to have a brick facade, is that right?

5    A    Yes.

6    Q    It shares a porch with a house that's next door to it, is

7    that right?

8    A    Yes.

9    Q    Can you tell us the condition of the house next door?  Did

10   you ever see it?

11   A    Never paid it no attention.

12   Q    All right.  You saw Mr. Johnson coming out of the house on

13   the right with the brick facade?

14   A    Yes.

15   Q    Okay.  Did you ever see Mr. Coles come out that door?

16   A    Yes.

17   Q    All right.  When Mr. Coles came out the door, what did he

18   do?

19   A    He would come out the door and come over to the car.

20   Q    And what did he do when he came over to the car?

21   A    He would give me money, talk to me for a minute, and then

22   I would be -- I would go about by business.

23   Q    All right.  Let me ask you, did you -- in the whole time

24   that you've known Mr. Johnson, and you met Mr. Johnson at the

25   time or about the time when you first met Mr. Coles, is that

Latney - Direct (Llo)                                           83

1    right?

2    A    Shortly after.

3    Q    Okay.  You didn't know Mr. Johnson before you met Mr.

4    Coles, correct?

5    A    No.

6    Q    All right.  Did you ever see Mr. Coles give Mr. Johnson

7    like a DVD or a CD or something like that?

8    A    No.

9    Q    Did Mr. Coles ever talk to you about giving Mr. Johnson

10   compact discs or DVDs for sale or anything like that?

11   A    No.

12   Q    Okay.  I'd like to show you number 25.  Ma'am, do you

13   recognize what's in number 25?

14   A    Yes.

15   Q    What is that?

16   A    The corner of 57th Street where Alton grandmother live.

17   Q    All right.  Is that the elderly lady that we saw in a

18   picture previously?

19   A    Yes.

20   Q    All right.  And what, if any, was this lady's relationship

21   -- well, first of all, do you know her name?

22   A    Dolores.

23   Q    All right.  What was her relationship, if any, to Hakiem

24   Johnson?

25   A    That's his mother.

Latney - Direct (Llo)                                          84

1    Q    All right.  Did you ever see Alton Coles at this property

2    before you moved to Woodstown, while you were still at Cedar

3    Avenue?

4    A    Yes.

5    Q    Is this a location where you went to meet Mr. Coles or is

6    this a location where you went to have family outings or what

7    was the circumstances?

8    A    They would have family dinner, outings -- you know,

9    different family things.

10   Q    All right.  Did you ever meet Mr. Coles here to get money

11   from him?

12   A    Yes.

13   Q    All right.  Did you ever see Mr. Johnson there?

14   A    Yes.

15   Q    All right.

16            MR. LLORET:  I'd like to move the admission of

17   number 25.

18            MR. WARREN:  No objection, Judge.

19            THE COURT:  It's admitted.

20   MR. LLORET:

21   Q    And where is this property located ma'am, do you know?

22   A    In Southwest.

23   Q    Do you know what the streets are?  The street

24   intersections?

25   A    That's 57th and Greenway.

1    Q    Do you know is Greenway running from our right to our left

2    or is it running sort of back from the picture towards the

3    left?

4    A    It's left to right it's Greenway.

5    Q    It's running across the front of the picture as we're

6    looking at it?

7    A    Where the car is at is Greenway.

8    Q    Okay.   The car --

9    A    The car that's turning.

10   Q    Describing a -- what appears to be a gray sedan in the

11   right-hand side of the picture?

12   A    Yes.

13   Q    And that car is situated right on Greenway Avenue, is that

14   correct?

15   A    Yes.

16   Q    All right.   And the other cross street is 57th Street?

17   A    Yes.

18   Q    All right.   Let's look at number 24, show it to the

19   witness only.   Do you recognize this house?

20   A    Yes, that's Alton's grandmother's house.

21   Q    Did you see any other persons -- did you ever see other

22   persons that you were familiar with that you met with Mr.

23   Coles -- for instance, did you see Mr. Baukman there?

24              MR. McMAHON:   Objection, Your Honor.

25              THE COURT:   The objection is sustained.

Latney - Direct (Llo)                                86

1   BY MR. LLORET:

2   Q    Did you see any other people there that you recognized?

3   A    Taz.

4   Q    Any other individuals?

5   A    Besides Mr. Johnson, no.

6   Q    And obviously, did you see Mr. Coles there?

7   A    Yeah.

8   Q    Okay.

9           MR. LLORET:  And, Your Honor, I move the admission

10  of number 24.

11          MR. WARREN:  No objection, Judge.

12          THE COURT:  It's admitted.

13  BY MR. LLORET:

14  Q    By the way, on the occasions that Mr. Johnson would drop

15  off cash to you back before you moved to Woodstown while you

16  were still at Cedar Avenue, did you ever have occasion to talk

17  with Mr. Johnson and did he ever tell you how much cash he was

18  dropping off?

19  A    No.

20  Q    Okay.  Did he ever tell you that the money was for you, or

21  did he explain to you who the money was for?

22  A    No, he just say somebody coming by to drop off some money,

23  just get it and put it up.

24  Q    Just get it and put it up -- and what did that mean?

25  A    Get it and take it upstairs in my room.

Latney - Direct (Llo)                                    87

1  Q    Okay.  And when you say somebody was coming by, somebody

2  would call you and tell you that somebody was coming by?

3  A    They would tell him.

4  Q    Okay.  Who --

5  A    They would tell Alton that they were.

6  Q    Okay.  Did Alton Coles communicate with you or did Mr.

7  Johnson --

8  A    He did -- Mr. -- Mr. Coles.

9  Q    All right.  And he would tell you that somebody was coming

10 by with money?

11 A    Yes.

12 Q    Did he ever tell you that Mr. Johnson was coming by with

13 money?

14 A    Yes.

15 Q    Okay.  And did he instruct you what to do with the money?

16 A    Yes.

17 Q    What was it that he would instruct you to do?

18 A    Sometimes if I needed money, he'll tell me to take a

19 certain amount out for myself and other times he would just

20 tell me to take it and put it up.

21 Q    All right.  And when he said put it up, that meant put it

22 upstairs?

23 A    Yes.

24 Q    Where upstairs?

25 A    Just put it up anywhere upstairs.

1   Q    All right.  In the bedroom or someplace else?

2   A    In my bedroom.

3   Q    All right.  Let's look at number 503MM, Mike, and this is

4   to the witness only.  Ma'am, do you recognize anyone in this

5   picture?

6   A    Yes.

7   Q    Who do you recognize, moving from the left to the right?

8   A    Ace, me, Tim, Tiffany, Joey and his girlfriend.

9   Q    And Joey's girlfriend?

10  A    Yes.

11  Q    Where was this picture taken, if you know?

12  A    2000 Camden.

13  Q    Was this shortly before you moved to Woodstown, shortly

14  after, or do you remember?

15  A    This was before.

16  Q    Did you --

17          MR. LLORET:  well, let me first move the admission

18  of 503MM.

19          MR. WARREN:  No objection, Judge.

20          THE COURT:  Admitted.

21  BY MR. LLORET:

22  Q    Now ma'am, if we can go through, this is a close-crop

23  version of the picture, is that right?

24  A    Yes.

25  Q    Are you on the far left or where are you located?

Latney - Direct (Llo)                                           89

1   A    I'm in the white.

2   Q    You're in the white fur?

3   A    Yes.

4   Q    Okay.  Directly behind you, who is that?

5   A    Ace.

6   Q    All right.  The female who is sitting next to you in the

7   picture dressed in a dark outfit, who is that?

8   A    Tiffany.

9   Q    And who is Tiffany?

10  A    Tim's girlfriend.

11  Q    Do you know her last name?

12  A    Dixon.

13  Q    Does she have a child?

14  A    Yes.

15  Q    Do you know the name of her -- does she have a son?

16  A    Yes.

17  Q    Does she have a son by Mr. Baukman?

18  A    Say it again?

19  Q    Does she have a son by Mr. Baukman?

20  A    Yes.

21  Q    Okay.  Do you know what the name of that son is?

22  A    I can't remember it right off hand.

23  Q    Okay.  Did you know what that name was at some point?

24  A    Yes.

25  Q    All right.  Well, maybe it will come to you.  If it does,

Latney - Direct (Llo)                                    90

1    let me know.  The individual behind Tiffany, who is that?

2    A    Timothy.

3    Q    And the male who is next to Timothy, who is that?

4    A    Joey.

5    Q    And who is Joey, if anything, in terms of relationship

6    with any of the other people in the picture?

7    A    Ace -- Alton's cousin.

8    Q    Okay.  When you say Timmy, the guy in the middle is who

9    you've designated Timmy, is that right?

10   A    Yes.

11   Q    Is -- what's his last name?

12   A    Baukman.

13   Q    All right.  Did you see Mr. Baukman and Tiffany frequently

14   in social settings?

15   A    Yeah, every now and then we went away.

16   Q    Did -- when were you first introduced to Timothy Baukman?

17   A    Like I met him in '97, but he came around more in like

18   '98.

19   Q    All right.  You saw Tim in '98.  Did you know Tim through

20   somebody else?  Did somebody introduce you to him?

21   A    Alton did.

22   Q    All right.  Did Mr. Coles ever talk to you about his

23   relationship with Mr. Baukman, if any?

24   A    He said that was his right-hand man.

25   Q    Who said it was his right-hand man?

1    A    Alton.

2    Q    So Mr. Coles said that about Mr. Baukman?

3    A    Yes.

4    Q    All right.  You mentioned before that Mr. Baukman -- you

5    saw some -- him dropping off money.  What was it, dropping off

6    money with you or with Mr. Coles?

7    A    Me and Mr. Coles.

8    Q    Okay.  When he dropped off money for you -- and was this

9    before you moved to Woodstown or after?

10   A    Before.

11   Q    When he dropped off money for you, was it for you, did he

12   say, or was it for someone else?

13   A    No, it was his money.  It was Mr. Coles' money.

14   Q    All right.  Did Mr. Coles talk to you when Tim would come

15   over and drop off money, or no?

16   A    What do you mean, talk to me?

17   Q    Did he -- you mentioned before that sometimes Mr. Coles

18   would talk to you and tell you somebody was coming by?

19   A    Yeah, he would tell me Tim was coming by, just get the bag

20   from him and take it and put it upstairs.

21   Q    All right.

22              THE COURT:  Mr. Lloret?

23              MR. LLORET:  Yes, Your Honor?

24              THE COURT:  It may be a good time to recess --

25              MR. LLORET:  Okay.

Latney - Direct (Llo)                                    92

1            THE COURT:  -- at this point.  It's almost -- it's

2    past quarter to 1:00.

3            MR. LLORET:  Very well, Your Honor.

4            THE COURT:  Ladies and gentlemen, you can go out and

5    relax.  Don't discuss the case.  We'll bring you back at

6    quarter of 2:00, okay?  We're in recess.

7            COURTROOM DEPUTY:  All rise.

8            (Recess taken, 12:48 p.m. to 1:50 p.m.)

9                        (Tape change)

10           (On the record at 1:48 p.m.; jury present)

11           THE CLERK:  Please remain seated.  Court is in

12   session.

13                        (Pause)

14           THE CLERK:  Please rise.

15           THE COURT:  You may have a seat, ladies and

16   gentlemen.  Mr. Lloret.

17           MR. LLORET:  Thank you, Your Honor.

18           Can we show the witness picture number 430, Exhibit

19   430, show the witness only.  I believe this has been admitted,

20   Your Honor, so I'll ask that the jury see it as well.

21   BY MR. LLORET:

22   Q    Ma'am, do you recognize the person in this picture?

23   A    Yes.

24   Q    Who is that?

25   A    Alton Coles.

1    Q    All right.

2             MR. LLORET:  Let's look at, for the witness only,

3    picture 503S.

4    Q    Ma'am, do you recognize any of the people in this picture?

5    A    Yes.

6    Q    Going from the left to the right, and excluding the

7    obvious Elvis impersonator, can you tell us who they are?

8    A    Whatley, Tim and Ace.

9    Q    And when you say Tim, who are you speaking of?

10   A    Timothy Baukman.

11   Q    And when you say Ace, who is that?

12   A    Alton Coles.

13   Q    The fellow named Whatley that you identified on the left,

14   do you know his, any other name that he goes by?

15   A    Jody.

16   Q    All right.

17            MR. LLORET:  And Your Honor, I'll move the admission

18   of number 503S.

19            MR. WARREN:  No objection, Your Honor.

20            THE COURT:  Admitted.

21   BY MR. LLORET:

22   Q    Ma'am, do you know where this picture was taken?

23   A    Vegas, I believe.

24   Q    In Vegas?

25   A    Yes.

1    Q    Were you there with Mr. Coles or --

2    A    No.

3    Q    Did Mr. Coles make frequent trips to Las Vegas?

4    A    Yes.

5    Q    Did he go with you on occasion?

6    A    Yes.

7    Q    These occasions when he went with you, was this before or

8    after you moved to Woodstown or was it some, was it both?

9    A    Both.

10    Q    Okay.  Did you ever see the fellow named Whatley visiting

11    with Ace back in Philadelphia?

12    A    Yes.

13    Q    The time frame, was this before you moved to Woodstown?

14    A    Yes.

15    Q    How soon after you met Mr. Coles did you see or meet Mr.

16    Whatley?

17    A    '08 -- I'm sorry, '98.

18    Q    1998, all right.  Did Mr. Whatley ever come to the house

19    at 5856 Cedar?

20    A    Yes.

21    Q    When he visited, did he bring anything with him?

22    A    Not really sure.

23    Q    Not sure?

24    A    No.

25    Q    Okay.  And let's look at number 503LL.

1                    MR. LLORET:  Witness only.

2    Q    Can you tell me -- do you recognize the people in this

3    picture?

4    A    Yes.

5    Q    Who is in this picture going from left to right?

6    A    Whatley, Ace, Tim.

7                    MR. LLORET:    I move the admission of 503LL.

8                    MR. WARREN:  Without objection, Judge.

9                    THE COURT:  Admitted.

10   BY MR. LLORET:

11   Q    And with respect to Mr. Whatley, did he visit the house at

12   5856 Cedar on a regular basis like Mr. Johnson or was that

13   something less often than Mr. Johnson?

14   A    Less often.

15   Q    All right. Did you see him at any other locations meeting

16   with Mr. Coles?

17   A    Yes.

18   Q    Where was it that you saw him, and give us a time frame,

19   was it before or after you moved to Woodstown?

20   A    Before.

21   Q    Okay.  And before you moved to Woodstown, did you see Mr.

22   Whatley meeting with Mr. Coles at some other location besides

23   the house at Cedar Avenue?

24   A    Yeah, but I don't remember all the places.

25   Q    Were you with Mr. Coles at the time that you met with Mr.

1  Whatley?

2  A    Yes.

3  Q    Okay.  You were in the car with Mr. Coles or at locations?

4  A    Some, and sometime I probably met him there, more than

5  likely met him there.

6  Q    When you -- at any point in time when you saw Mr. Coles

7  with Whatley, did you ever see money change hands?

8  A    Not really, no.

9  Q    All right.

10         MR. LLORET:  And let's move to 501L, and show the

11  witness number 501L.

12  Q    Ma'am, do you recognize any of the people in 501L?

13  A    Yes.

14  Q    Can you go from left to right and tell me who these people

15  are?

16  A    Cory, Jamar, and Timothy.

17  Q    All right, and Cory, do you have any other name for Cory,

18  do you know?

19  A    Core.

20  Q    And how is that spelled, do you know?

21  A    C-O-R-E.

22  Q    And was this somebody that you met through Mr. Coles?

23  A    Yes.

24  Q    Did you meet Core or Cory before or after you moved to

25  Woodstown?

1    A    Before.

2    Q    Was this shortly after you met Mr. Coles or was this

3    sometime after that?

4    A    Sometime after.

5    Q    Was this in -- you mentioned the middle of a period you

6    lived with Mr. Coles at Cedar Avenue.  Was this in the middle

7    sometime or towards the end?

8    A    More middle than -- more the middle towards the end.

9    Q    Did you see Mr. Cory coming over to the house at Cedar

10   Avenue?

11   A    No.

12   Q    Where did you see Cory?

13   A    We went to his house in North Philadelphia.

14   Q    All right.

15            MR. LLORET:  Your Honor, I move the admission of

16   501L.

17            MR. WARREN:  Without objection, Judge.

18            THE COURT:  Admitted.

19   BY MR. LLORET:

20   Q    The person in the middle, can you give us a description of

21   him, who is he?

22   A    Jamar, Ace's friend.

23   Q    Okay.  What type of shirt does Mr. Mar have on?

24   A    A black jersey with the number 12.

25   Q    Did you know Mar by any other name?

1   A   Jamar.

2   Q   Did you know a last name for Jamar?

3   A   No.

4   Q   All right.  When you say he was Mr. Coles's friend, did

5   you meet him before or after you moved to Woodstown?

6   A   Before.

7   Q   And did you continue to see him after you went to

8   Woodstown?

9   A   Very seldomly.

10  Q   The occasions after you moved to Woodstown that you saw

11  Mar, or Jamar, what are those occasions and was it shortly

12  after you moved to Woodstown or was it a long time?

13  A   Say that one more time.

14  Q   Okay, the question was complicated.  Did you see Jamar

15  after you moved to Woodstown?

16  A   Very seldomly.

17  Q   All right.  And the time frame after you moved to

18  Woodstown, was it shortly after you moved to Woodstown that

19  you saw Jamar or was it sometime later?

20  A   It was sometime later and he came to -- we had a cookout,

21  he came as well.

22  Q   The cookout, what year was that cookout that you remember?

23  A   We had them like three years straight.

24  Q   All right.  The last one that you -- what time during the

25  year did you have this cookout?

1    A    What time we had --

2    Q    Yes, when?

3    A    The 3rd of July.

4    Q    The 4th of July?

5    A    The 3rd of July.

6    Q    Okay.  Did you have this three years running?

7    A    Yes.

8    Q    The year that your house got searched, did you have it

9    that year?

10   A    Yes.

11   Q    The year before that, did you have it that year?

12   A    Yes.

13   Q    And that was 2004, correct?

14   A    Yes.

15   Q    Okay.  And then the year before that was 2003.  Did you

16   have one that year?

17   A    Yes.

18   Q    Did you have a lot of friends and family over?

19   A    Yes.

20   Q    Okay.  And were there acquaintances of Mr. Coles that came

21   over?

22   A    Yes.

23   Q    Was one of the people that came over to the party on the

24   3rd of July Jamar?

25   A    Yes.

Latney - Direct (Llo)                                    100

1    Q   Okay.  Did he come more than once?

2    A   Can't remember if he came once or twice, I'm not sure.

3    Q   Did he come the year that your house got searched in 2005?

4    A   I'm not sure. There was a lot of people that year.  I

5    don't remember.

6    Q   All right, you're not sure when it was.  Did you ever --

7    when you were living in Philadelphia at Cedar Avenue, did

8    Jamar ever come to the house at Cedar Avenue?

9    A   I believe -- yes.

10   Q   All right.  Did Jamar ever bring anything with him or did

11   he ever have any money like Mr. Johnson or no?

12   A   I don't know.  I don't know.

13   Q   You don't know, okay.  Did you ever -- were you ever

14   driving with Mr. Coles anywhere in the city during the time

15   frame before you moved to Woodstown and did you see Mr. Coles

16   meeting with Jamar?

17   A   Not really sure.  Can't remember.

18   Q   All right.  Did Mr. Coles have parties that he used to

19   throw at nightclubs?

20   A   Yes.

21   Q   When did those parties start?  When do you remember them

22   starting?

23       Was it before or after you moved to Woodstown?

24   A   I think little ones, like small ones was started in like

25   '99, 2000, around there.

Latney - Direct (Llo)                               101

1    Q    And then did the parties get larger?

2    A    And then they grow, and then they got bigger, different

3    places.

4    Q    Okay.  As time went by?

5    A    Yes.

6    Q    All right.  Did Jamar participate with Mr. Coles in these

7    parties or did you ever see him at one of these parties?

8    A    Yes.

9    Q    You did see him there?

10   A    Yeah.

11   Q    Did you go to any of these parties?

12   A    Maybe one.

13   Q    Was this in --

14   A    Two.

15   Q    Is that the party where you saw Jamar Campbell?  I'm

16   sorry.

17   A    It wasn't really a party, he would just, he would host the

18   club on certain nights.

19   Q    Okay.  You don't know this individual's last name, do you?

20   A    Who?

21   Q    Jamar?

22   A    No.

23   Q    Okay.  The approximate year when you saw Jamar at a party,

24   this was after you moved to Woodstown, is that right?

25   A    Maybe.

Latney - Direct (Llo)                                    102

1    Q    Was this late in the game like towards 2005 or was this

2    early?

3    A    More earlier than that.

4    Q    All right.  Now the person on the right you identified as

5    Tim, is that right?

6    A    Yes.

7    Q    Tim who?

8    A    Timothy Baukman.

9    Q    All right.  Do you know approximately when this picture

10   was taken --

11   A    No.

12   Q    -- or no?

13   A    No.

14   Q    Okay.

15          MR. LLORET:  Just show picture 800T, Tom, to the

16   witness.

17   Q    Do you know who is pictured in 800T?

18   A    Yes.

19   Q    Who is that?

20   A    Tiffany Dixon.

21   Q    Now, did there come a time, ma'am --

22          MR. LLORET:  And Your Honor, I'll move the admission

23   of 800T.

24          MR. WARREN:  No objection, Judge.

25          THE COURT:  Admitted.

1    BY MR. LLORET:

2    Q    Ma'am, did there come a time when you worked at a place

3    called Metro Auto Sales?

4    A    Yes.

5    Q    And approximately when was it that you worked at Metro

6    Auto Sales?

7    A    2000, '99, 2000.

8    Q    All right.  How long did you work there, do you remember?

9    A    No more than six months.

10   Q    And did you know the people at Metro Auto Sales on your

11   own, is that how you got that job?

12   A    No, I met them through Alton.

13   Q    Had you ever been to Metro Auto Sales before you met Alton

14   Coles?

15   A    No.

16   Q    All right.  So you got the job through Mr. Coles or did he

17   just introduce you to these people and then you did the job on

18   your own?

19   A    Basically they just was looking for somebody, and I guess

20   he called around the town and spoke my name up.

21   Q    Okay.  Did you get a call from Metro?  Did they ask you to

22   come work for them or did Mr. Coles tell you to go there or

23   what happened?

24   A    He just told me to call them.

25   Q    Who's that?

1    A    Alton Coles told me to call them.

2    Q    All right.  And you worked there for six or seven months?

3    A    Yeah.

4    Q    All right.  While you were there at Metro Auto Sales, did

5    you see Ms. Dixon there or did you see her name there?

6    A    I believe I saw her there maybe once and I saw her name

7    there.

8    Q    When you say you saw her name there, what did you see?

9    A    File jackets with everybody names on them for all the

10   vehicles that people purchased.

11   Q    So this place has what are called file jackets?

12   A    Yes.

13   Q    All right.  Do those file jackets concern cars or do they

14   concern something else?

15   A    It's all the information when they get cars, buy cars.

16   Q    All right.  They're in the business of selling cars,

17   correct?

18   A    Yes.

19   Q    Do the file jackets have customer names on them or --

20   A    Yes.

21   Q    -- what information do they have?

22   A    They had the customer names on the jacket.

23   Q    Did you see any file jackets with Tiffany Dixon's name on

24   them?

25   A    Yes.

1   Q   All right.  Did you see any with Alton Coles name on them?

2   A   No.

3   Q   Did you see any with Timothy Baukman's name on them?

4   A   No.

5   Q   All right.  Did you have file jackets there from cars you

6   purchased?

7   A   Yes.

8   Q   You purchased several cars there, is that right?

9   A   Yes.

10   Q   When you purchased those cars, were you using your money?

11   A   No.

12   Q   Okay.  Whose money did you use?

13   A   Alton Coles.

14   Q   Who picked the cars out?

15   A   Alton Coles.

16   Q   All right.

17         MR. LLORET:  I want to look at number 503MM.  I'm

18   sorry, I meant double MM, we looked at it before, M as in

19   Mike.

20   Q   Ma'am, were you still at Cedar Avenue when this picture

21   was taken or were you -- had you already moved to Woodstown?

22   A   Cedar Avenue.

23   Q   Okay.  Was it shortly after this New Year's in -- tell me

24   what year it was?

25   A   2000.

1    Q    Was it shortly after this picture was taken that you moved

2    to Woodstown or was it late in the year 2000?

3    A    From what I remember it was 2001 when we moved.

4    Q    Okay, it was actually 2001 when you moved?

5    A    I believe.

6    Q    Did -- was there some time frame where the move was up in

7    the air or you were going to move there and you knew you were

8    going to move there?

9    A    No.

10   Q    Okay.  Was the house ready to move in once you -- once Mr.

11   Coles and you bought it?

12   A    No.

13   Q    Okay.  What was the condition of the house when you first

14   were made aware of it?

15   A    It wasn't livable.

16   Q    All right.  Did you do work on it or did Mr. Coles or did

17   somebody else do work on it?

18   A    Someone else did it.

19   Q    All right.  Was this a person who was hired?

20   A    Yes.

21   Q    Who were they hired by?

22   A    Alton Coles.

23   Q    All right.  Did they work on the property for a period of

24   months or weeks or was there some time frame?

25   A    A year, I believe it -- about a year.

Latney - Direct (Llo)                                107

1   Q   All right. And then once the work was done, is that when

2   you moved in?

3   A   Yeah.

4   Q   And you moved in with your children?

5   A   Yes.

6   Q   At that point in time, how many children did you have?

7   A   Three.  No, I'm sorry, I had two.

8   Q   You had two.  And one was by Mr. Coles or were both of

9   them?

10  A   Yes, one.

11  Q   Okay.  And you had a child by a previous relationship?

12  A   Yes.

13  Q   All right.  And subsequently you had another child with

14  Mr. Coles?

15  A   Yes.

16  Q   Okay.  Did you ever see Mr. Coles meeting with Tim Baukman

17  at other locations in Philadelphia besides 5856 Cedar Avenue?

18  A   Yes.

19  Q   Were you familiar with a house that Mr. Baukman lived at?

20  A   I wasn't familiar with the house, no.

21  Q   Did you know a house where Mr. Baukman lived at?

22  A   I knew a block that he lived on.

23  Q   Oh, okay.  Where was that block?

24  A   I think it was 56th -- 55th Street.

25  Q   55th Street. What part of the city is that?

1   A    Southwest.

2   Q    And do you know any of the cross streets, it's 55th or

3   56th Street were you familiar --

4   A    Woodland Avenue.

5   Q    Woodland Avenue?  You were there on that -- you were

6   familiar with and you were there on that block?

7   A    Yes.

8   Q    Who were you with?

9   A    Alton Coles.

10  Q    What time frame was this?

11  A    Cedar Avenue.

12  Q    So when you say Cedar Avenue, it's the time period when

13  you were living at Cedar Avenue?

14  A    Yes.

15  Q    Was it early in that time frame or was it late or in the

16  middle?

17  A    Like in the middle.

18  Q    All right.  Now I want to show you a picture number 428,

19  which I don't believe has been shown to the jury yet or

20  admitted.

21       Ma'am, do you know anyone in this picture, number 428?

22  A    I know his name, yes.

23  Q    Do you know the male or the female in this picture?

24  A    The male.

25  Q    And what is the name of the male?

1    A    Bub.

2    Q    Do you know any other name that he goes by?

3    A    No.

4    Q    All right.  How do you know Bub?

5    A    He came to my grandmother's house in Cedar Avenue.

6    Q    Was he there to meet with you?

7    A    No.

8    Q    Who was he there to meet with?

9    A    Ace. Ace.

10   Q    All right.  Mr. Coles?

11   A    Yes.

12   Q    Okay.  And did you ever see or did you ever talk with Bub

13   when he came to the house at 5856 Cedar?

14   A    We switched cars a couple of times when my car was down.

15   That was basically it.

16   Q    Okay.  Did Mr. Coles ever talk with you about Bub?

17   A    No.

18   Q    Did he ever mention what his relationship with Bub was, if

19   anything?

20   A    That it was Tim homey.

21   Q    What was that?

22   A    That is was Timothy's friend.

23   Q    What does that mean, Tim's homey?

24   A    That was his little friend.

25   Q    All right.  And Tim, when you're referring to Tim?

1  A    Timothy Baukman.

2  Q    Okay.

3         MR. LLORET:  Your Honor, I move the admission of

4  428.

5         MR. WARREN:  No objection, Your Honor.

6         THE COURT:  It will be admitted.

7  BY MR. LLORET:

8  Q    Now, you saw this fellow at the house at Cedar Avenue?

9  A    Yes.

10 Q    Did you ever see him with Mr. Coles at any other

11 locations?

12 A    No.

13 Q    Okay. When this fellow Bub came to the house at Cedar

14 Avenue, what if anything did he do?  Did he talk to Mr. Coles

15 or did he talk with you?  What did he do?

16 A    Talked to Mr. Coles.

17 Q    And did he talk to Mr. Coles in front of you?  Did he go

18 to some other location or what happened?

19 A    They would talk or go outside or I went upstairs.

20 Q    All right.  And do you recall any of the conversations

21 between this individual and Mr. Coles?

22 A    No.

23 Q    All right.

24        MR. LLORET:  I'd like to show the witness number

25 417.  And this has been admitted, Your Honor, so I believe we

1    can show it to the jury.

2    Q    Ma'am, looking at this document number 417, are you

3    familiar with the handwriting on this document?

4    A    Yes.

5    Q    Whose handwriting is it?

6    A    Alton Coles.

7    Q    Are you familiar with Mr. Coles's handwriting?

8    A    Yes.

9    Q    Okay.  Have you seen his handwriting on numerous

10   occasions?

11   A    Yes.

12   Q    All right.  Going down the list of people that are on this

13   thing --

14           MR. LLORET:  If we could close in on it a little

15   bit.  That's good.

16   Q    Ma'am, if you could from the top, what is the first name

17   that you see?

18   A    Luba.

19   Q    And do you know Luba?

20   A    That's Alton's aunt.

21   Q    All right.  There's a second name, what's that?

22   A    Marcie.

23   Q    Do you know anyone named Marcie?

24   A    No.

25   Q    And how about the third name?

Latney - Direct (Llo)                                    112

1    A    Rachad (phonetic).

2    Q    Do you know anyone named Rachad?

3    A    Yes.

4    Q    Okay, who is Rachad?

5    A    That was one of the guys that he dealt with.

6    Q    That who dealt with?

7    A    Alton dealt with.

8    Q    What time frame did he deal with Rachad?

9    A    Cedar Avenue, I was living on Cedar Avenue.

10   Q    Did you see Rachad at Cedar Avenue?

11   A    I knew his kids' mother.

12   Q    You knew his kids' mother?

13   A    Mmhmm.  That's how I know him.

14   Q    Did you ever see Rachad and Alton Coles meeting?

15   A    No.

16   Q    How did you know that he was meeting with Alton Coles?

17   A    Say again?

18   Q    How did you know him?  I mean how did you -- did you hear

19   about him some way?

20   A    Well, I knew his kids' mother.

21   Q    Okay.

22   A    Which --

23   Q    What's that?

24   A    I knew his kids' mother.

25   Q    All right.  And I guess I'm confused.  Did you ever see

1    him with Mr. Coles?

2    A    I mean, we went to Rachad's house, like his block, before.

3    Q    Okay.  The next line is number 4, I guess, and what is

4    that?

5    A    Q

6    Q    And do you know anyone that goes by the letter Q or the

7    name Q?

8    A    No.

9    Q    The next line is what?

10   A    Randy.

11   Q    Do you know anyone named Randy?

12   A    No.

13   Q    And the next line is Grate (phonetic), is that correct?

14   A    Yes.

15   Q    And do you know anyone by the name Grate?

16   A    No.

17   Q    Okay.  The next line is Dink (phonetic), is that correct?

18   A    Yes.

19   Q    And do you know anyone that goes by the name Dink?

20   A    No.

21   Q    The next line is Ron, is that correct?

22   A    Yes.

23   Q    And do you know anyone that goes by the name Ron?

24   A    No.

25   Q    The next one is -- can you spell that next one?

Latney - Direct (Llo)                                    114

1   A    Ran, R-A-N.

2   Q    And do you know anyone named Ran that goes by the name

3   Ran?

4   A    Yes.

5   Q    Who is that?

6   A    One of those friends.

7   Q    All right.

8          MR. LLORET:   Can we show picture number 424.   It's

9   been previously admitted, Your Honor.

10  Q    Who is this in the picture, the man?

11  A    Ran.

12  Q    All right.

13         MR. LLORET:   Go back to 417, please.

14  Q    And down below Ran is the name Sean (phonetic).   Do you

15  know anyone named Sean?

16  A    No.

17  Q    Okay.   And below that is the name Ace.   Do you know

18  someone named Ace?

19  A    That Ace, Alton.

20  Q    Do you know anyone else by the name Ace?

21  A    No.

22  Q    All right.   And below that is a name.   What is that name?

23  A    Snake.

24  Q    Do you know anyone by the name Snake?

25  A    Yes.

Latney - Direct (Llo)                                          115

1    Q    Okay.  And how do you know this person, Snake?

2    A    One of them rap kids from off that video.

3    Q    All right.  Off what video, ma'am?

4    A    The Take Down Workers video.

5    Q    Did you ever see that video?

6    A    Yes.

7    Q    Okay.  Did you ever meet this guy Snake?

8    A    I met him before, yes.

9    Q    Okay.  Did you ever Mr. Coles talk about this guy Snake?

10   A    About them rapping, yes.

11   Q    All right.  Was this before you moved to Woodstown or

12   after you moved to Woodstown?

13   A    I was living in Woodstown.

14   Q    All right.  Was this relatively late in the game at

15   Woodstown or was this early?

16   A    Early.

17   Q    Okay.  Did Mr. Coles make videos and do CD's and do the

18   rap business while you were in Philadelphia, or do you know?

19   A    In Jersey.

20   Q    Okay, you had already moved to Jersey?

21   A    Yes.

22   Q    And you had physically moved to Jersey, is that right?

23   A    Yes.

24   Q    Okay.  The -- when did the -- if you can give us an

25   approximate time, when did the videos and the rap stuff start

1    going on?

2    A    Maybe '01.

3    Q    Okay.  Was there anything that happened in '02 that was

4    significant in light of the rap and the -- or rap music and in

5    connection with Mr. Coles?

6    A    I don't know what you mean by significant.

7    Q    Okay.  Let me show you -- we'll go back to showing

8    pictures.

9              MR. LLORET:   Number 64.

10   Q    You mentioned before I think, the individual you

11   identified as Ran.  Do you see him here?

12   A    Yes.

13   Q    And let's -- did you see the guy that you identified as

14   Taz there?

15   A    Yes.

16   Q    Okay.  I'd like to show you number 421 which has been

17   previously admitted.

18        And ma'am, have you ever seen this card?

19   A    Yes.

20   Q    Okay.  What is it?

21   A    It's for a rehearsal dinner.

22   Q    What rehearsal dinner?

23   A    Alton Coles's mother was getting married.

24   Q    Do you recall approximately when she was married?

25   A    '01, '02, I'm not really sure, maybe '02.

Latney - Direct (Llo)                                117

1   Q   You're not certain, is that right?

2   A   No.

3   Q   Was this rehearsal dinner shortly before the wedding or on

4   the day of the wedding or do you recall?

5   A   I don't know, I wasn't there.

6   Q   You weren't there, okay.  Were you invited?

7   A   To the wedding, yes.

8   Q   Oh, but not to the rehearsal dinner?

9   A   No.

10  Q   Okay.

11          MR. LLORET:   Show the picture number 423.

12  Q   Do you recognize this car?

13  A   Yes.

14  Q   Whose car is it?

15  A   Ran.

16  Q   Do you know where this car came from, who sold it to Ran?

17  A   Metro Auto Sales.

18  Q   What's that?

19  A   Metro.

20  Q   Is this the place you mentioned that you worked at?

21  A   Yes.

22  Q   And did Mr. Coles buy cars at Metro Auto Sales?

23  A   Yes.

24  Q   Now, were those cars or some of those cars in your name

25  that Mr. Coles bought there?

Latney - Direct (Llo)                                              118

1    A    Yes.

2    Q    All right.  Did Mr. Coles pay for them?

3    A    Yes, he did.

4    Q    All right.  The individual that you identified --

5              MR. LLORET:  And we can take the picture down.

6    Q    The individual that you identified as Taz, did you get

7    introduced to him the first time you met Mr. Coles?

8    A    I met him at the same time.

9    Q    Okay.  And did Mr. Coles introduce you to Taz or did Taz

10   introduce you to Mr. Coles or what?

11   A    They were in a car together.

12   Q    Okay, and did Mr. Coles introduce you or say hello or

13   something?

14   A    He just said that was his brother, Taz.

15   Q    His brother?

16   A    Yeah.

17   Q    And did he ever refer to him in any other fashion?

18   A    No.

19   Q    Okay.  Were you ever present when Mr. Coles would talk on

20   the telephone with various individuals?

21   A    Sometimes.

22   Q    Were you ever present when Mr. Coles talked with Taz over

23   the telephone?

24   A    Sometimes, yes.

25   Q    And this was back in -- before you moved to Woodstown did

1    you overhear Mr. Coles talking with Taz on the telephone?

2    A    Could have been, yes.

3    Q    Well, could have been.  Do you remember?

4    A    I mean he talked to a lot of people, I'm not sure exactly

5    when.

6    Q    Okay.  Did he talk -- do you remember that he talked with

7    Taz before or after Woodstown or both?

8    A    Both.

9    Q    And do you remember hearing him talking with somebody and

10   he was using the name Taz?

11   A    Yes.

12   Q    Okay.  Now did there come a time late in the game, the

13   year that the search warrant happened at your place in 2005,

14   did Mr. Coles have a conversation with you about Taz, about

15   his concerns about Taz?

16   A    Repeat that again, please.

17   Q    Sure.  Did -- late 2005, did Mr. Coles have any

18   conversation with you about Taz and about his concerns about

19   Mr. Taz, or Taz?

20   A    Yes, he think he killed his cousin.

21   Q    Okay.  Mr. Coles thought Taz killed his cousin?

22   A    Yes.

23   Q    All right.  Did he have any concerns about what Taz was

24   doing other than this particular episode where Ace's cousin

25   was killed?

1    A    Buying drugs off of someone else.

2    Q    All right.  So Mr. Coles was concerned that Taz was buying

3    drugs from someone else?

4    A    Yes.

5    Q    All right.  And did he indicate to you -- earlier did he

6    ever have any discussions with you about concerns about Taz,

7    especially when Taz was away?

8    A    No, not really.

9    Q    Okay.  Do you remember a point in time when Taz was

10   arrested?

11   A    Vaguely.

12   Q    Okay.  Do you recall approximately what time it was that

13   he was arrested?

14   A    No.

15   Q    Did Mr. Coles ever tell you about Ran or Ran being

16   involved in any criminal activity?

17   A    He got locked up.

18   Q    Did Mr. Coles tell you about that?

19   A    Yes.

20   Q    What did he tell you about Ran getting locked up?

21   A    Something to the effect that he was in car, him and girl,

22   and cops pulled him over.

23   Q    All right.  And did he ever talk to you about the

24   apartment that you looked at previously, and we'll show you

25   number 64?  Did Mr. Coles ever have any conversations with you

1    about what went on at that apartment or Mr. Ran or Mr. Taz or

2    any of that?

3    A    No.

4    Q    Okay.  Now, I'd like to show you 501D again.

5            MR. LLORET:  I'm sorry, I don't know that we've

6    introduced this.  Can we take that down for a moment.  We'll

7    show it to the witness only.

8    Q    Ma'am, do you recognize any of the people in the picture

9    that's been marked 501B?

10    A    Yes.

11    Q    Who is in this picture if you can start from left and move

12    to the right?

13    A    I know the guy face but I can't remember his name, Jamar,

14    I believe this is Snake and Alton.

15    Q    All right.  The first individual you don't know his name,

16    this is all the way to the left?

17    A    Yes.

18    Q    The second individual is in the background, is that right?

19    A    Yes.

20    Q    And that's who?

21    A    Jamar.

22    Q    The third individual has a red jersey on, is that correct?

23    A    Yes.

24    Q    Who is that?

25    A    Snake.

Latney - Direct (Llo)                                    122

1    Q    And the fourth individual all the way to the right is who?

2    A    Alton.

3              MR. LLORET:  Your Honor, I move the admission of

4    501B.

5              MR. WARREN:  I believe it has been admitted, but if

6    it hasn't, I don't object.

7              THE COURT:  It will be admitted.

8    BY MR. LLORET:

9    Q    Now, do you know whether Mar was employed by Mr. Coles or

10   not?

11   A    I don't know what you mean by employed.

12   Q    Okay.  Did Mar, to use the colloquial, did Mar work for

13   Mr. Coles or no?

14   A    I know he was with Take Down Records.

15   Q    Okay.  What was Take Down Records, if you know?

16   A    A record label.

17   Q    And whose record label was that?

18   A    Alton Coles and Timothy Baukman.

19   Q    All right.  And do you know when Take Down started

20   approximately?

21   A    No.

22   Q    Okay.  Do you know whether it started before or after you

23   moved to Woodstown?

24   A    I was in Woodstown.

25   Q    You were in Woodstown?

1   A    Yes.

2   Q    Did Alton Coles talk to you at all about Take Down Records

3   when it was starting up?

4   A    Yes.

5   Q    Did he mention that he was doing this?

6   A    Yes.

7   Q    Did he mention who he was doing it with?

8   A    Yes.

9   Q    Who was he doing it with?

10  A    Timothy.

11  Q    All right.  Were there any other individuals that you knew

12  that were involved with Take Down Records?

13  A    Alton's brother, Michael, and a couple of rap people.

14  Q    Was Taz involved with Take Down Records that you knew?

15  A    Not really.

16  Q    How about Ran, was he involved?

17  A    No.

18  Q    And what was the business of Take Down Records, did Mr.

19  Coles tell you?

20  A    It was a record label.

21  Q    All right.  Did you ever see any of the records that they

22  produced?

23  A    I heard a couple of the songs.

24  Q    Who was it that you heard on the songs?

25  A    Bugsy, Snake and there was a lot more.

Latney - Direct (Llo)                          124

1   Q   Okay.  Did he produce more than one record, do you know?

2   A   Yeah.

3   Q   Did he talk to you about producing records?

4   A   Yeah.

5   Q   Do you know where he produced these records?

6   A   Different locations.  Different locations.

7   Q   All right.  Let me show you a picture, number 425.

8           MR. LLORET:  And this has been previously admitted,

9   Your Honor, so we can show this to the jury.

10  Q   Ma'am, do you know anybody in that picture?

11  A   Name is Dot.

12  Q   Who is named Dot?

13  A   The guy.

14  Q   So the man in the picture is named Dot?

15  A   Yes.

16  Q   How did you know Dot, is he a personal friend of yours?

17  A   No.  I met him, he came to a cookout we had.

18  Q   Was this before or after you moved to Woodstown?

19  A   Woodstown.

20  Q   Okay.  Was this relatively late in the game?  Was this the

21  cookout in 2005 or the one in 2004 or the one in --

22  A   2005.

23  Q   Okay.  Did Mr. Coles ever talk to you about Dot?

24  A   No.

25  Q   Did Mr. Coles ever tell you who if anyone Dot was related

1   to?  Was he a relation of Mr. Coles or no?

2            MR. WARREN:  Objection, Judge.  She just testified

3   he didn't to her about him.

4            THE COURT:  Sustained.

5   BY MR. LLORET:

6   Q   Mr. Coles has never talked to you about this fellow?

7   A   No, he just -- when I was introduced to him he just said

8   that was Tim friend.

9   Q   Okay.  That was the extent of it?

10  A   That was it.

11  Q   And you didn't have occasion to talk with Dot?

12  A   No.

13  Q   All right.  And you didn't really talk with Mr. Coles

14  about Dot, is that right?

15  A   No.

16  Q   When he introduced you as related to Tim, who was he

17  talking about?

18  A   Dot.  He didn't say he was related, he just said that's

19  his homey.

20  Q   What does that mean?

21  A   His friend.

22  Q   All right.  Did you ever have any conversation with Dot on

23  the phone?

24  A   After my house was raided, yes.

25  Q   What was that?  Did Dot call you?

1    A    Yes, just to see if I was okay.

2    Q    He called?

3    A    Yes.

4    Q    To find out if you were okay?

5    A    Yes.

6    Q    All right.

7              MR. LLORET:  Now, I'd like to go back to 501O and

8    show the witness only.

9    Q    Looking at this picture, ma'am, do you recognize any of

10   the people that are in this picture?

11   A    Yeah, a couple of them.  A couple of them.

12   Q    Can you tell us who you do recognize?  This is a crowd of

13   people, is that right?

14   A    Yes.  The guy in the front kneeling down is Mac.

15   Q    All right.

16   A    I see one of the rap kids in the back, I see Jamar, I see

17   Alton, and I see Mike.

18   Q    All right.

19             MR. LLORET:  Your Honor, I move the admission of

20   501O.

21             MR. WARREN:  I don't have any objection but I

22   believe we've seen this before, but I don't care if it goes

23   in, Judge.

24             THE COURT:  All right.

25   BY MR. LLORET:

1   Q    Ma'am, first let's -- can you tell us that approximate

2   location on the picture of this guy named Mac?

3   A    The front kneeling down with the black T-shirt.

4   Q    All right.

5          MR. LLORET:  And can we move the cursor.

6   A    And can you tell us if the cursor is pointing in the

7   right place?

8   A    Yes.

9   Q    Okay.  Now, you indicated you knew a guy -- one of the

10  rappers, is that right?

11  A    Yes, right behind him.

12  Q    Right behind Mac?

13  A    Yes.

14  Q    And that's a rapper?

15  A    Yes.

16  Q    Okay, have you ever met him personally?

17  A    Yes.

18  Q    Okay.  Where did you meet him?

19  A    They performed at my house before and I been to the -- I

20  met Ace, Alton at the studio before where they were.

21  Q    What studio was that?

22  A    There's one in South Philly and there was one downtown.

23  Q    All right.  Do you remember the addresses of these

24  studios?

25  A    No.

Latney - Direct (Llo)                                    128

1   Q   Do you remember what street they were on?

2   A   One was off of Race or Arch, and then other one was like

3   near Passyunk Avenue or Oregon Avenue or something like that.

4   Q   Okay.  You don't know this guy's name, is that right?

5   A   I don't know all their names personally.

6   Q   You don't know their names?  Okay.  Now you mentioned that

7   you see Mar in that picture.  Is that Jamar?

8   A   Mmhmm.  Yes.

9   Q   You previously talked about him?

10   A   Yes.

11   Q   Can you use the cursor and tell us where Mar is?  Should

12   we move it to the right or to the left?

13   A   Keep moving.

14   Q   Go to the right?

15   A   Back.

16   Q   Back?

17   A   Right there.

18   Q   Okay.

19         MR. LLORET:  Can we blow that up.

20   Q   Now, this individual, is this the guy to the left to Mar?

21   A   The one in the center.

22   Q   Okay.  Is that the cursor on Mar or is that different?

23   A   Yes.

24   Q   Okay.

25         MR. LLORET:  We can go back to the original picture

1    size.

2    Q    You mentioned Alton.

3    A    Next to Jamar.

4    Q    Next to Jamar?

5    A    Mmhmm.

6    Q    Is the cursor near Mr. Coles?

7    A    It's on him.

8              MR. LLORET:  Okay, can we blow that up, please.

9    Q    And you mentioned a guy named Mike, is that right?

10   A    Yes.

11   Q    Okay, where is Mike in this picture, to the left, to the

12   right or where?

13   A    To the right of Alton.

14   Q    Okay.  Can you describe what type of shirt he has on?

15   A    It's a striped shirt behind the guy with the red shirt.

16   Q    All right.

17   A    Yes.

18   Q    Is that it?  Okay.

19             MR. LLORET:  Can we blow that up.

20   Q    This is Mike?

21   A    Yes.

22   Q    Did you ever meet Mike?

23   A    Yes.

24   Q    Okay.  When did you meet Mike?

25   A    When I was on Cedar Avenue.

Latney - Direct (Llo)                    130

1    Q    Was this relatively early while you were at Cedar Avenue?

2    A    Early of '08.

3    Q    Early part of '08?

4    A    I'm sorry, '98.

5    Q    All right.  Was Mike a personal friend or is this someone

6    you met through Alton Coles?

7    A    Met him through Alton.

8    Q    Did Alton ever tell you about Mr. -- about Mike?  First of

9    all, did you ever have a last name for this guy?

10   A    Not really, no.

11   Q    Okay.  Did Coles ever have any conversations with you

12   while you were at Cedar Avenue about Mike?

13   A    It was just his friend.

14   Q    Okay.  He mentioned that he was his friend?

15   A    Yes.

16   Q    Did Mike ever come to Cedar Avenue and deliver anything or

17   would he just come over and talk?

18   A    He would come over, he dropped off money before and they

19   would talk lot of times.

20   Q    Now, at some point in time, did Mr. Coles tell you about

21   Mr., or this guy Mike being in Texas?

22   A    Yes.

23   Q    What did Mr. Coles tell you?

24   A    That him and -- Mike and Alton's cousin Jervis, was locked

25   up in Texas.

1  Q   Mike, Jerv, is that J-E-R-V?

2  A   Yes.

3  Q   Who is Jerv?

4  A   Alton's cousin.

5  Q   And when was this conversation?  Can you give us an idea,

6  this conversation with Mr. Coles about Mike and Jerv being

7  locked up in Texas?

8  A   I believe I was still in Cedar Avenue.

9          MR. LLORET:  Can we turn to number 501SS and show it

10  to the witness only.

11  Q   Do you recognize what's in 501SS?

12  A   Yes.

13  Q   Who is in 501SS?

14  A   Jerv, Alton and Jamal.

15  Q   Where is Jerv in the picture?

16  A   The first one standing up on the left.

17  Q   What type of shirt does he have on?

18  A   Like a black and white.

19          MR. LLORET:  This has been previously admitted, Your

20  Honor, I believe, but if not, I move the admission.

21          MR. WARREN:  It has been admitted into evidence.

22          MR. LLORET:  Thank you.

23  BY MR. LLORET:

24  Q   And ma'am, can you tell us, you're looking at this

25  picture, you mentioned Jerv.  Can you tell the jurors exactly

Latney - Direct (Llo)                                132

1    where Jerv is in this picture, starting from --

2    A    On the left.

3    Q    Okay.  Is he standing or seated?

4    A    He's standing.

5    Q    Who is he standing next to?

6    A    Alton.

7    Q    Is Coles -- is this Alton Coles?

8    A    Yes.

9    Q    Is he -- and who is Mr. Coles next to?

10   A    Jamal.

11   Q    Is Jamal, what type of outfit is Mr. Jamal in?

12   A    A pinstripe suit.

13   Q    All right, who is Jamal?

14   A    He was Alton's barber.

15   Q    His barber where?

16   A    In Darby, Yeadon.

17   Q    Did you ever see Jamal in his barbershop?

18   A    Yes.

19   Q    Did you ever meet him there with Alton Coles?

20   A    Did I ever meet who there?

21   Q    Jamal.

22   A    No, I was never to meet Jamal there, no.

23   Q    Okay, did you see Alton Coles in the barbershop with

24   Jamal?

25   A    Yes.

Latney - Direct (Llo)                                    133

1   Q    And this was in Delaware County somewhere?

2   A    Yes.

3   Q    All right.  Have you ever talked with Jerv?

4   A    Yes.

5   Q    All right.  And has Jerv ever come over while you were at

6   Cedar Avenue, did Jerv ever come over to Cedar Avenue?

7   A    Yes.

8   Q    And what if anything did you see?  Did Jerv talk with Mr.

9   Coles or he talked with you or what?

10  A    He talked to Mr. Coles.

11  Q    Is Jerv somebody that you met through Mr. Coles?

12  A    Yes.

13  Q    Did he come over to Cedar Avenue regularly?

14  A    Not really regularly, no.

15  Q    No?  Did he ever deliver anything to Cedar Avenue?

16  A    He brought money over before.

17  Q    Did he ever drop off money with you?

18  A    Yes.

19  Q    All right.  Did he -- was this money for you or for

20  someone else?

21  A    It was for Alton.

22  Q    All right.  How much money was it that Jerv dropped off at

23  Cedar Avenue?

24  A    I don't know the exact amount.

25  Q    Okay.  Was it more or less than the amounts that Mr.

Latney - Direct (Llo)                                          134

1    Johnson used to drop off?

2    A    Sometime more, sometime less.

3    Q    Do you know where Jerv is from?

4    A    Chester.

5    Q    Is this the Jerv that you referred to before when you were

6    talking about Mike?

7    A    Yes -- when I -- yes.

8    Q    You talked about a guy named Mike a few minutes ago, is

9    that right?

10   A    Yes.

11   Q    Okay.  And you mentioned a guy named Jerv when you were

12   talking about Mike?

13   A    Yes.

14   Q    Is this the Jerv that you were talking about?

15   A    Yes.

16   Q    Okay. And this fellow, was he locked up in Texas?

17   A    Yes.

18   Q    And who did you find that out from?

19   A    Alton.

20   Q    So Mr. Coles told you about Mr. Jerv being locked up in

21   Texas?

22   A    Yes.

23   Q    Did you know Jerv's last name?

24   A    Pringle.

25   Q    All right.  Did you ever have occasion to put any money up

1  for Mr. Jerv?

2  A    Yes.

3  Q    When was that?

4  A    I don't remember what year it was.

5  Q    Was it before or after you moved to Woodstown?

6  A    I believe I was still in Cedar Avenue.

7  Q    Okay.  Do you recall what the reason was that you were

8  putting money up?

9  A    Trying to get him out of jail on bail.

10  Q    Whose money was it, was it yours?

11  A    Alton Coles.

12  Q    Did Mr. Coles give you the money?

13  A    Yes.

14  Q    Did he -- was it your idea to put the money up on bail?

15  A    No.

16  Q    Whose idea was it?

17  A    Alton Coles.

18  Q    And what did Mr. Coles tell you to do with the money?

19  A    Go down there and bail out his cousin.

20  Q    Go down where and bail --

21  A    Go down to where he was locked up at and try to bail him

22  out.

23  Q    And where was he locked up at, do you remember?

24  A    I only came downtown to the CJC in the basement.

25  Q    All right.  So this was at some point in time when he was

Latney - Direct (Llo)                                    136

1    locked up in Philadelphia?

2    A    Yes.

3    Q    All right.  Did Mr. Coles ever tell you, on the occasion

4    when he talked to you about Jerv and Mike going down to Texas,

5    did he say what they had gone down to Texas for?

6    A    No.

7    Q    All right.  Did he say whether he went to Texas or was he

8    just telling you about a trip that they took to Texas?

9    A    They took a trip.

10   Q    All right.  And do you recall, did he tell you what they

11   got locked, or what Jerv got locked up for?

12   A    Supposed to have been for drugs.

13   Q    Is that what Mr. Coles told you?

14   A    Yes.

15   Q    All right.  Did he say what kind of drugs?

16   A    No, he just said they got locked up.  They had drugs on

17   them and they got locked up.

18   Q    Did he say anything to you about conversations that he had

19   with Jerv about going to Texas?

20   A    No.

21   Q    Did he say anything to you about conversations that he had

22   with Jerv after he had gone to Texas?

23   A    Not that I recall.

24   Q    Okay.  Did you recall having any conversations with Mr.

25   Coles about an attorney in Texas?

1   A    No.

2   Q    All right.  I want to show you a picture that's been

3   marked 4523 --

4        MR. LLORET:  I'm sorry, I've got the wrong exhibit.

5   Pardon me, Your Honor.

6   Q    I want to show you number 506R.  Do you recognize what

7   506R is?

8   A    Yes.

9   Q    And who -- what is this?

10  A    A letter from Jervis to Ace, to Alton.

11       MR. LLORET:  And Your Honor, this has been

12  previously admitted.  If we could show this to the jury.

13  Q    Now, do you recall seeing this letter at some point in

14  time?

15  A    He wrote a couple times.  I don't know if this the exact

16  one.

17  Q    Okay.  So Jerv wrote Mr. Coles a couple of times?

18  A    Yes.

19  Q    What's the name that the letter is addressed to?

20  A    Lamar H. Johnson.

21  Q    Is that a name that's familiar to you?

22  A    Yes.

23  Q    Why is that familiar to you?

24  A    Because it's Alton Coles's middle name.

25  Q    What's that?

1    A    Lamar.

2    Q    And what's the last name, why is that familiar to you?

3    A    His family's last name.

4    Q    Okay.  Are you familiar with whether Mr. Coles went by the

5    name Lamar Johnson at any point in time?

6    A    Not really.  A couple family members called him that.

7    Q    A couple of family members called him what?

8    A    Lamar.

9    Q    Look at 506R1.  Ma'am, do you recognize this document?

10   A    No.

11   Q    Okay.

12            MR. LLORET:  And this has been previously admitted.

13   Q    Ma'am, by the way, this morning, I failed to do this, but

14   do you know an individual named Jay?

15   A    Yes.

16   Q    How do you know an individual named Jay?

17   A    He was a friend of Alton Coles.

18   Q    Did you know Jay before or after you moved to Woodstown?

19   A    I met him after I moved to Woodstown.

20   Q    Was it long after you moved to Woodstown or a short time

21   or do you recall?

22   A    He came to my house but I didn't know who he was.

23   Q    Okay.  Did he come to your house shortly after you moved

24   to Woodstown or was it relatively later on in the game?

25   A    Like maybe in the middle of me being in Jersey.

Latney - Direct (Llo)                    139

1   Q   You were in Woodstown from appropriate 2000 or 2001 until

2   2005?  Well, you're still there, is that right?

3   A   Yes.

4   Q   When you say in the middle of the time that you were in

5   Woodstown, approximately when is that?

6   A   Maybe it was like '02, '03.

7   Q   All right.  Is Jay in the courtroom?

8   A   Yes.

9   Q   Can you identify him, please?

10  A   Sitting over there with a brown sweater.

11  Q   All right.

12  A   Tan sweater, I'm sorry.

13  Q   Can you point to him?

14  A   Right there.

15          MR. LLORET:  All right, Your Honor, can the record

16  reflect that the witness has identified the defendant, Jay

17  Morris?

18          THE COURT:  Yes.

19  BY MR. LLORET:

20  Q   Ma'am, did you know Jay's last name?

21  A   Not before this case, no.

22  Q   Okay.  Did you ever see Mr. Morris in a car?

23  A   Yes.

24  Q   What type of car was it?

25  A   A little pickup truck.

Latney - Direct (Llo)                                    140

1    Q    All right.  And he came over to visit you or to visit to

2    Mr. Coles?

3    A    To visit Mr. Coles.

4    Q    Was he known to you before he came over?

5    A    No.

6    Q    And this was approximately '02 or '03?

7    A    Yeah.

8    Q    Did he visit and talk with you or was he visiting with Mr.

9    Coles?

10   A    Mr. Coles.

11   Q    Did he talk with Mr. Coles for awhile?

12   A    Yes.

13   Q    Okay.  Did he come over more than once?

14   A    Yes.

15   Q    Did he come over on a monthly basis, once a year, or can

16   you give us some idea?

17   A    Like a monthly basis.

18   Q    I see.  And when he came over, did he talk with Mr. Coles

19   in front of you in the house or did he go outside?  Can you

20   describe for us.

21   A    They wouldn't talk in front of me.  They would go outside

22   or in another part of the house.

23   Q    All right.  Did Mr. -- or did Jay drive any other cars or

24   trucks besides that pickup truck that you saw him in that

25   time?

Latney - Direct (Llo)                                    141

1    A    I believe it was a silver or goldish looking truck.

2    Q    Okay.  When you say truck, can you describe it?  Was it

3    like a pickup truck with an open bed?

4    A    No, it was a Suburban or a Tahoe.

5    Q    Okay.  And is that -- what type of vehicle is that, so the

6    jury understands?  What do you call that?

7    A    What do you mean what do you call it?

8    Q    Okay.  That's what you know it as is some type of truck?

9    A    A Suburban, Tahoe.

10   Q    Okay.

11   A    Utility truck.

12   Q    Was it enclosed in the back --

13   A    Yes.

14   Q    -- or did it have an open back?  Okay.  Did he drive that

15   throughout the time from 2002 forward or did you see him in

16   that later or before that?

17   A    Both.

18   Q    Okay.

19   A    He was in both vehicles.

20   Q    So he would drive over in both vehicles?

21   A    Right.  Different times, one or the other.

22   Q    All right.  Now, did you ever hear Mr. Coles talking with

23   Jay on the telephone?

24   A    No.

25   Q    All right.  Did you ever go over to Jay's place?

1    A    No.

2    Q    All right.  I want to show you a picture marked number 4.

3    Do you recognize what's depicted number 4?

4         MR. LLORET:  And this has been previously admitted,

5    Your Honor.

6    A    Yes.

7         MR. LLORET:  We can show that to the jury.

8    Q    What is that?

9    A    Metro Auto Sales.

10   Q    Now is that the Metro Auto Sales that you mentioned

11   before?

12   A    Yes.

13   Q    All right.  Do you remember the people who owned or

14   operated Metro Auto Sales?

15   A    Marty, Abdula Ahmad (phonetic).

16   Q    All right.  Do you remember an individual named Johnny

17   there?

18   A    Yeah, I'm not -- not really but I heard of the name.

19   Q    All right.  Who did you hear his name from?

20   A    He came by the dealership.

21   Q    All right.  Where is Metro Auto Sales?

22   A    Roosevelt Boulevard.

23   Q    Do you remember, did you ever go to Metro Auto Sales and

24   get any cars there?

25   A    Yes.

1   Q   Now, was this your idea?  Did you know Metro Auto Sales?

2   A   No.

3   Q   Where did you get the idea to go to Metro Auto Sales to

4   get cars?

5   A   From Alton Coles.

6   Q   From Alton Coles?

7   A   Yes.

8   Q   All right.  Had you ever been to Metro Auto Sales before

9   you met Mr. Coles?

10   A   No.

11   Q   Did Mr. Coles ever tell you why he wanted you to go, or

12   why he went to Metro Auto Sales?

13   A   No.

14   Q   All right.  Now do you remember what cars you bought there

15   or Mr. Coles bought there?

16   A   A Taurus, Mercedes Benz, Cadillac Escalade.

17   Q   All right.

18   A   Acura.

19   Q   An Acura?

20   A   Yes.

21   Q   Okay.  Do you remember the approximate time frame that you

22   bought these cars?  Were you still down at, or back at Cedar

23   Avenue or had you moved to Woodstown?

24   A   I had the Acura and Taurus when I was living at Cedar

25   Avenue.  And I believe -- not really sure the years for the

Latney - Direct (Llo)                                      144

1    other two.  I'm not sure if it was 2000 or 2001.

2    Q    Were the other two cars, and I think you --

3    A    I believe I was still on Cedar Avenue for all of them.

4    Q    Okay.  Now, the other two cars, the Cadillac and the

5    Mercedes, did you buy those at Metro as well?

6    A    Yes.

7    Q    What type of Mercedes was it?

8    A    S430.

9    Q    And what type of Cadillac was it?

10   A    Cadillac Escalade.

11   Q    All right.  These particular cars, did you pay for them?

12   A    No.

13   Q    Do you recall how they were paid for?

14   A    By Alton.

15   Q    Now did you do -- did they get put in Mr. Coles's name?

16   A    No, they were put in my name.

17   Q    All right. Was that your idea?

18   A    No, it was Alton's idea.

19   Q    Did Mr. Coles explain to you why you were to put them in

20   your name?

21   A    No, he just told me to put them in -- go down to the

22   dealership.

23   Q    So Mr. Coles told you to go to the dealership and do what?

24   A    They got a car down there for him and just sign the

25   papers, just do what they told me to do.

1   Q   Was this on a telephone that he told you to do this or in

2   person or did it depend?

3   A   On the telephone.

4   Q   Was there someone in particular that Mr. Coles sent you to

5   at Metro to get the cars?

6   A   Marty.

7   Q   Whose money was it that was used to buy the cars?

8   A   Alton's.

9   Q   Now did you sign any loan paperwork for some of these

10  cars?

11  A   Yes.

12  Q   Okay.  And in signing these loan papers, did you tell the

13  people, or did you have information on there that you signed

14  for that you were working and making a lot of money?

15  A   I signed papers that said those things, yes.

16  Q   Okay.  And this was with what, with the banks?

17  A   Yes.

18  Q   At the time that you did this, were you making that kind

19  of money?

20  A   No.

21  Q   All right.  So those -- that was a lie?

22  A   Yes.

23  Q   And you signed the paperwork for it, correct?

24  A   Correct.

25  Q   Now is this your idea to sign the paperwork and to tell

1    them a lie about how much money you were making?

2    A    No.

3    Q    Okay.  Tell me something.  Had you ever worked at a place

4    called Outlines 2?

5    A    Yes.

6    Q    What was that?

7    A    It was a hair salon and a barbershop.

8    Q    All right.  And where was that located?

9    A    In West Philadelphia.

10   Q    And do you recall when you worked there, was it while you

11   were at Cedar Avenue or was it while you were down in

12   Woodstown or both?

13   A    While I was at Cedar.

14   Q    How long did  you work at this place, Outlines 2?

15   A    Six, seven months tops.

16   Q    All right.  And who owned it, if you know?

17   A    Me and Alton.

18   Q    All right.  And did you put up any money for it?

19   A    No.

20   Q    All right.  Who put up all the money?

21   A    Alton did.

22   Q    All right.  You were there six or seven months, correct?

23   A    Yes.

24   Q    All right.  Did you draw a salary while you were there?

25   A    No, not really.

1    Q    Did you file taxes while you were there?

2    A    No.

3    Q    Okay.  And when it closed down, why did it close down?

4    A    Because the people that owned the building shut off all

5    the electricity.

6    Q    All right.  I want to show you a picture marked 800A.

7         MR. LLORET:  And 800B let's show as well.  We can do

8    them side by side maybe, we'll do them side by side.

9    Q    Ma'am, are you familiar with this car that's in number

10   800A and 800B?

11   A    Yes.

12   Q    What is it?

13   A    Mercedes Benz S430.

14   Q    All right.  And did you ever own this car or was it ever

15   in your name?

16   A    It was in my name, yes.

17   Q    All right.  Who drove this car?

18   A    Ace did and I did a couple of times.

19   Q    Okay.  Did you drive this car regularly?  Was this like

20   your car?

21   A    No.

22         MR. LLORET:  Your Honor, I move the admission of

23   800A and 800B.

24         MR. WARREN:  I don't have an objection but I thought

25   we -- this may have been admitted yesterday.  I don't care if

1    it comes in.

2            THE COURT:  I believe it may have but in any event

3    it's admitted now.  Go ahead.

4            MR. LLORET:  Thank you.

5    BY MR. LLORET:

6    Q    And ma'am, this is 800 --

7            MR. LLORET:  Let's put up 800B first, go backwards.

8    Q    Ma'am, just asking, this car, was this the Mercedes you

9    referred to that you bought at Metro?

10   A    Yes.

11   Q    And who put the money up for this?

12   A    Alton did.

13   Q    But did you sign loan paperwork for it?

14   A    Yes.

15   Q    Do you know who was it that arranged for the loan

16   paperwork to be drawn up?

17   A    No, I wasn't there.

18   Q    All right.  When you say you weren't there, at some point

19   in time you signed some loan paperwork, is that right?

20   A    Yes.

21   Q    Where did you go to sign the paperwork?

22   A    Commerce Bank.

23   Q    Where?

24   A    Roosevelt Boulevard.

25   Q    And who was it that -- well, how did you get to Commerce

1    Bank?  Did you just kind of wake up and go there or what was

2    it --

3    A    No, when I had to sign the papers for the car, Alton told

4    me to go down to the dealer and he was gonna take me and take

5    me to the bank to sign papers for his car.

6    Q    All right.  Now, let's look at --

7              MR. LLORET:  Have the witness look at number 701A.

8    And we'll take the car down.  And can we blow up the signature

9    on the right hand side.

10   Q    Ma'am, do you recognize that signature?

11   A    Yes.

12   Q    Whose signature is it?

13   A    That is mine.

14   Q    All right.  And what's the date?

15   A    7/2/2001.

16   Q    All right.  Can you look at the entire document now.  What

17   is this document, ma'am?

18   A    Auto loan application.

19   Q    All right.

20             MR. LLORET:  And can we look up at the top of the

21   document and blow up the part from about mid document to the

22   top.

23   Q    Now, ma'am, is that your name on the lefthand side?

24   A    Yes.

25   Q    And on the right hand side does it describe the car?

1    A    Yes.

2    Q    What is the car that's being purchased?

3    A    2001 Mercedes S430.

4    Q    All right.  Is this the Mercedes that you mentioned?

5    A    Yes.

6    Q    All right.  Can you tell us what's the purchase price of

7    the car on the right hand side?

8    A    74,900.

9    Q    Now do you remember that being the purchase price of this

10   car?

11   A    Never paid no attention.

12   Q    All right.  What was your involvement in buying this car?

13   Did you come up with some money?

14   A    I just signed my name.

15   Q    All right.  Looking over at the lefthand side of the

16   document, there's an address there under your name, is that

17   right?

18   A    Yes.

19   Q    And what is the address?

20   A    5856 Cedar Avenue.

21   Q    All right.

22         MR. LLORET:  And can we look at the whole document.

23   Your Honor, I move the admission of 701A.

24         MR. WARREN:  No objection, Judge.

25         THE COURT:  Admitted.

1          MR. LLORET:  If we can go back to the middle of the

2     lefthand side of the document, yes, approximately there, and

3     down a little bit.  That's fine.

4     BY MR. LLORET:

5     Q    Ma'am, is there an indication on this document of where

6     you work, that is current employer?

7     A    Yes.

8     Q    And what is -- what does it say about that?

9     A    Outlines 2 and manager.

10    Q    Now, in July of 2001, was Outlines 2 open?

11    A    Could have been.

12    Q    Okay.  Were you working there?

13    A    Yes.

14    Q    Okay.  Were you working at Outlines 2 in July 2001 after

15    you had moved to Woodstown?

16    A    No.

17    Q    All right.  When did you stop working at Outlines 2?  Was

18    it before or after you moved to Woodstown?

19    A    '99.

20    Q    All right.  There's an indication, it says position

21    occupation, manager, two shops.  In 2001, July 2001, were you

22    managing two shops?

23    A    No.

24    Q    So these were both false, is that right?

25    A    Yes.

1    Q    Okay.

2              MR. LLORET:  Now if we can go back to the main

3    document.

4    Q    Now, this is a Commerce Bank document, is that right?

5    A    Yes.

6    Q    And you signed that, is that right?

7    A    Yes.

8    Q    Whose idea was it for you to sign this?

9    A    I was told by Ace to go down to the dealer and they would

10   tell me what to do.

11   Q    Did you have any problem at the time signing this

12   paperwork, even though you knew you were telling a lie about

13   where you were employed?

14   A    No.

15   Q    All right.  Who was it that -- did Ace discuss with you

16   that you were going to tell them about working at Outlines 2?

17   A    I didn't tell anyone anything.

18   Q    What's that?

19   A    I didn't tell anyone anything.

20   Q    Now did Ace talk with you about this, this Outlines 2

21   business?

22   A    Yes.

23   Q    Did he tell you that that's what you were going to sign?

24   A    Yes.

25   Q    Okay.  You knew at the time you weren't working there, is

Latney - Direct (Llo)                                  153

1    that right?

2    A    Yes.

3    Q    Okay.  Did he explain to you why you were doing this?

4    A    To be able to get the car.

5    Q    All right.  Did Ace put up -- did Alton Coles put up any

6    cash for this car, was there a down payment or do you know?

7    A    I don't.

8    Q    You have no idea.

9              MR. LLORET:   Number 701B.

10   Q    And do you recognize this document?

11   A    No.

12   Q    Okay.

13             MR. LLORET:   Can you blow it up a little bit.

14   Q    Ma'am, have you ever seen this document?

15   A    No.

16   Q    And what's in the top lefthand corner?

17   A    Outlines 2.

18   Q    All right.  And what does this document appear to be?

19   A    A W2.

20   Q    Did you ever get a W2 from Outlines 2?

21   A    No.

22   Q    All right.  Did you make this document up?

23   A    I did not, no.

24   Q    Do you know who did?

25   A    I was told it was from some other man.

Latney - Direct (Llo)                                          154

1    Q    Who were you told that by?

2    A    Alton.

3    Q    What did Mr. Coles tell you about this?

4    A    Just said that they were gonna make me up some W2's.

5    Q    All right.

6          MR. LLORET:  I'd like to turn to -- Your Honor, I

7    move the admission of 701B.

8          MR. WARREN:  Without objection, Judge.

9          THE COURT:  It's admitted.

10   BY MR. LLORET:

11   Q    Now are these numbers that appear on this in terms of your

12   income and withholding and all, are they correct or are they

13   false?

14   A    False.

15   Q    All right.  Did you ever talk to the people at Metro or at

16   Commerce Bank and tell them that you worked at Outlines 2?

17   A    No.

18   Q    Did you complete the form that we saw just a few minutes

19   ago and put in Outlines 2?

20   A    No.

21   Q    So you didn't communicate anything about Outlines 2 to

22   these people?

23   A    No.

24   Q    All right.  You just went and signed some paperwork?

25   A    That's it.

1    Q    The paperwork was ready for you when you went to sign it?

2    A    Yes.

3    Q    Look at 701C. Now ma'am, if we can look at this document,

4    let's look at the top of the document.  Do you recognize the

5    name on the right hand side?

6    A    My name.

7    Q    What's the date?

8    A    1/25/02.

9    Q    What's the address?

10   A    5856 Cedar Avenue.

11   Q    Over on the lefthand side of the document, what automobile

12   is written in there?

13   A    2002 Cadillac Escalade.

14   Q    All right.  And below that there's a line that says trade

15   if applicable, is that right?

16   A    Yes.

17   Q    What's the name on that?  What's the automobile?

18   A    2001 Mercedes S430.

19   Q    All right.  Did you trade the Mercedes for the Cadillac or

20   --

21   A    No.

22   Q    -- did you keep them?  Okay.

23   A    Keep them both.

24   Q    So you had them both at the same time?

25   A    Yes.

Latney - Direct (Llo)                                    156

1    Q    But this information indicates that there was a trade in

2    on the Cadillac?

3    A    Say it again?

4    Q    But this information indicates there was a trade on the

5    Cadillac?

6    A    Yes.

7    Q    But that didn't really happen?

8    A    No.

9    Q    All right.  Let's look down at the bottom of this

10   document.

11            MR. LLORET:  Keep going.

12   Q    There's a signature down at the bottom.  Do you recognize

13   that?

14   A    No.

15   Q    Purchaser's signature?

16   A    No.

17   Q    Okay.  And to the right of that is a signature.  Do you

18   recognize that?

19   A    No.

20   Q    Okay.  The total price of the car to the middle of the

21   screen that we're looking at --

22   A    54,000.

23   Q    54,000, is there some --

24   A    $322.

25   Q    All right.  And there's an indication that there's a trade

Latney - Direct (Llo)                                      157

1    in, is that right?

2    A    Yes.

3    Q    What is the trade in value?

4    A    50,300.

5    Q    All right.  Now if we can look at the whole document.

6    Does this accord with your recollection of about when you

7    bought the Cadillac Escalade?

8    A    Yes.

9    Q    All right.  And this was January 25th of 2002?

10   A    Yes.

11         MR. LLORET:  Your Honor, I move the admission of

12   701S.

13         MR. WARREN:  No objection, Your Honor.

14         MR. LLORET:  I think that's C, excuse me, Your

15   Honor.

16         THE COURT:  Admitted.

17   BY MR. LLORET:

18   Q    Now, ma'am, this dealt with a Cadillac Escalade, is that

19   right?

20   A    Yes.

21   Q    Did you used to drive the Cadillac Escalade?

22   A    No.

23   Q    All right.  Who drove the Cadillac Escalade?

24   A    Alton.

25   Q    Do you know whether Mr. Coles put up any money for the

1   Escalade?

2   A    I don't know.

3   Q    Okay.  Did you again make a loan or write up some loan

4   paperwork for this Escalade?

5   A    I just signed the papers.

6   Q    Okay.  Let's look at 701D.  Ma'am, can you tell me, does

7   your name appear on 701D?

8   A    Yes.

9   Q    And what -- is this over to the left?

10  A    Yes.

11          MR. LLORET:  All right, let's center in on where it

12  has Ms. Latney's name.

13  Q    Ma'am, what is it that appears there for your name?

14  A    Kristina Latney, Kristine.

15  Q    And what's the address?

16  A    5856 Cedar Avenue.

17  Q    All right.  And there's again the indication is that

18  you're employed by Outlines 2?

19  A    Yes.

20  Q    Now, is that your handwriting?

21  A    No.

22  Q    Do you recognize that handwriting?

23  A    No.

24  Q    All right.

25          MR. LLORET:  Let's move down the page.

Latney - Direct (Llo)                              159

1    Q    You didn't put this information in or did you?

2    A    No, I did not.

3    Q    Did you tell Commerce Bank you were employed at Outlines

4    2?

5    A    No.

6    Q    But you signed the loan application, correct?

7    A    Yes.

8    Q    All right.

9            MR. LLORET:   Let's blow up the whole document.

10   Okay.

11   Q    Now, ma'am, over on the right hand side, there's a

12   signature.   Do you see that?

13   A    Yes.

14           MR. LLORET:   Can we take a look at that close up.

15   Q    Ma'am, what's that signature there?

16   A    Kristina Latney.

17   Q    And is that your handwriting?

18   A    No.

19   Q    Do you know whose handwriting that is?

20   A    No.

21   Q    All right.

22           MR. LLORET:   Let's move over a little bit and see

23   what the date is.   Okay, we don't have a date.   Let's have the

24   whole document up on the screen.

25   Q    Ma'am, this is 701D, is that right?

Latney - Direct (Llo)                                   160

1   A    Yes.

2            MR. LLORET:  We'll move the admission of 701D, Your

3   Honor.

4            MR. WARREN:  Without objection, Judge.

5            THE COURT:  It's admitted.

6   BY MR. LLORET:

7   Q    And, ma'am, the signature that you were looking at just

8   now is in the bottom right hand side of the document?

9   A    Yes.

10           MR. LLORET:  If we could, let's go to the box on the

11  top right hand side of the document.  Thank you.

12  Q    What car are we dealing with here, ma'am?

13  A    2002 Cadillac Escalade.

14  Q    All right.  There's an indication of purchase price.  What

15  is the purchase price?

16  A    57,000.

17  Q    And is there an indication as to a trade in?

18  A    It does but I don't know what it says, 18,000.

19  Q    All right.  And next to that, what does that say, can you

20  read it?

21  A    39,000.

22  Q    All right.  Was there a trade in on this car?

23  A    No.

24  Q    Not that you know?

25  A    No.

1   Q    All right.  Did Mr. Coles drive the Cadillac Escalade?

2   A    Yes.

3   Q    And by the way, did you make payments on the Cadillac

4   Escalade?

5   A    I did make payments.

6   Q    And were these payments from your money?

7   A    No, it was money given to me by Alton Coles.

8   Q    Now, when you say that, did Mr. Coles give you the entire

9   purchase price of the car and ask you to pay for it?

10  A    No, he would just give me the monthly payment amount.

11  Q    All right.  So you had a monthly payment that came in your

12  name, is that right?

13  A    Yes.

14  Q    And how did you get the money to make the payments on this

15  car?  Did you go to work?

16  A    Alton used to give it to me.

17  Q    Okay.  And how did he give it to you?  Was it by check?

18  A    In cash.

19  Q    In cash.  What happened with the cash once you got it?

20  A    I would put it in the bank, my bank account.

21  Q    Now was this before or after you moved to Woodstown that

22  you did this transaction with the Cadillac?

23       Let's look back at number 701C.

24  A    I'm not sure.

25       Not sure.

Latney - Direct (Llo)                                    162

1    Q    Okay, let's look at the date in the upper right hand

2    corner next to your name.

3    A    I believe I was already in Jersey, I believe it.

4    Q    Let me ask you this.  On January 25th of 2002, were you

5    already moved in in New Jersey?

6    A    I believe I was.

7    Q    Okay.  You mentioned before that as early as 2000 or 2001,

8    you had identified the property or Mr. Coles had, is that

9    right?

10   A    Say it again?

11   Q    You mentioned before that in 2000, 2001 Mr. Coles told you

12   about the property, is that right?

13   A    Yes.

14   Q    Or did you find the property or did Mr. Coles?

15   A    The property in Jersey?

16   Q    Yes.

17   A    No, he did.

18   Q    Okay. Then there was some period of time when you had to

19   work on it or somebody did some work?

20   A    Well, that was -- it started in '99.

21   Q    Okay.  And then do you recall when it was that the work

22   was completed and you moved in?

23   A    It took awhile.

24   Q    You're not sure?  You mentioned before a year, is that

25   right, or is it more?

1    A    He didn't start on it right away so it was a year, give or

2    take, but it wasn't started on right away.

3    Q    Sitting here today, are you just not sure whether it was

4    before or after you actually moved to Woodstown that you put

5    your name on this?

6    A    I'm not definitely sure about the date, no.

7    Q    Okay.  Was it approximately that time?

8         And when I say was it, let me ask first, was the purchase

9    of the Cadillac approximately this time, January of 2002?

10   A    Yes.

11   Q    Okay.  The move to Woodstown, was it approximately that

12   time or was it a long time before or a long time after, or do

13   you know?

14   A    It was about that time.

15   Q    Okay.

16   A    Or after.

17   Q    Let me go down to number 701E.

18              MR. LLORET:  And if we can blow that up.

19   Q    Ma'am, again, what does this document appear to be?

20   A    A W2.

21   Q    And who's the name on the W2 or what's the entity on the

22   W2?

23   A    Outlines 2.

24   Q    All right.  Did you make this document up or did you have

25   it made up?

Latney - Direct (Llo)                                          164

1    A    No, I did not.

2    Q    Did you ever receive such a document from Outlines 2?

3    A    No.

4    Q    Did you tell Commerce Bank or Metro Auto Sales about being

5    employed at Outlines 2?

6    A    No.

7    Q    Did you make $781 a week or something over at Outlines 2?

8    A    No.

9    Q    Were you working at Outlines 2 in 2001 and 2002?

10   A    No.

11   Q    All right.

12        MR. LLORET:  Your Honor -- well, first let's go back

13   to the whole document.  Your Honor, I move the admission of

14   701E.

15        MR. WARREN:  No objection, Judge.

16        THE COURT:  It's admitted.

17   BY MR. LLORET:

18   Q    Let's go back to the picture 800A.  Ma'am, do you recall

19   Mr. Coles being arrested in approximately 2002?

20   A    Yes.

21   Q    Do you recall where he was arrested?

22   A    At Metro Auto Sales.

23   Q    And do you recall what car he was driving?

24   A    That Mercedes.

25   Q    All right.  This Mercedes, did there come a time where Mr.

Latney - Direct (Llo)                                    165

1      Coles stopped driving the Mercedes?

2   A   Yes.

3   Q   When was that?

4   A   I believe it was in February of '02.

5   Q   All right.  What happened, why did he stop driving it?

6   A   I was in a car accident with it.

7   Q   Did it ever get fixed up?

8   A   Yes.

9   Q   All right.  What happened to it after it got fixed up?

10  A   He traded it with a friend of his.

11  Q   And who was his friend?

12  A   Beanie Siegel.

13  Q   All right.  Did he trade any other cars to Beanie Siegal?

14  A   Yes, the Cadillac Escalade.

15  Q   All right, the Cadillac Escalade?

16  A   Yes.

17  Q   Now, when he traded them to Beanie Siegel, did you still

18  continue to have your name on the cars?

19  A   Yes.

20  Q   And did you still continue to make payments on the cars?

21  A   Yes, he would still give me the money.

22  Q   Mr. Coles did?

23  A   Yes.

24  Q   How did that work, did he give you cash on a monthly basis

25  or weekly or how did that work?

Latney - Direct (Llo)                    166

1    A    Monthly basis and I would take it to the bank and put it

2    inside the account.

3    Q    Do you remember approximately how much you had to pay on

4    these two cars, the Mercedes and the Cadillac?

5    A    We would put like $1600 in a month.

6    Q    It was about 1600 a month?

7    A    Yes.

8    Q    And this was given to you by Mr. Coles?

9    A    Yes.

10   Q    All right.  The Mercedes and the Cadillac -- and this went

11   on for about how long that Mr. Coles gave you money?

12   A    Up until he was arrested in 2005.

13   Q    All right.  And that was in August of 2005?

14   A    Yes.

15   Q    The same time that your house got searched?

16   A    Yes.

17   Q    All right.  By the way, on the house in Woodstown, did you

18   have a mortgage note on that house?

19   A    No.

20   Q    All right.  Who paid for the basic upkeep of the house,

21   maintenance, bills like oil and gas and electric and things

22   like that?

23   A    Alton did.

24   Q    All right, did he give you cash for that house as well?

25   A    Yes.

Latney - Direct (Llo)                                      167

1   Q   All right. Was he ever on the deed on that property?

2   A   Say it again?

3   Q   Was he ever on the deed on that property in Woodstown?

4   A   No.

5   Q   All right.

6           MR. LLORET:  Now, I want to take a look at picture,

7   it's number 12.  I don't think it's been admitted so let's

8   take a look first with the witness.

9   Q   Now, do you recognize what's in number 12?

10  A   Yes.

11  Q   What is it?

12  A   A picture of Outlines 2.

13  Q   And where is this located?

14  A   In West Philadelphia.

15  Q   What part of West Philadelphia?

16  A   The bottom of 42nd Street.

17  Q   In the bottom on 42nd Street?

18  A   Yes.

19          MR. LLORET:  Your Honor, I move the admission of

20  number 12.

21          MR. WARREN:  No objection, Judge.

22          THE COURT:  It's admitted.

23  BY MR. LLORET:

24  Q   Ma'am, are you familiar with this property, have you been

25  inside of it?

Latney - Direct (Llo)                                          168

1    A    Yes.

2    Q    Is this the Outlines 2 that you worked at for some period

3    of time?

4    A    Yes, it is.

5    Q    When was it that you worked there?

6    A    '99, yeah, '99.

7    Q    Okay, and for about how long?

8    A    Six months.

9    Q    All right.  Do you remember, did you make a salary there?

10   A    Not really.

11   Q    Did you cut hair there and style hair?

12   A    Yes, I did.

13   Q    Did you go to school for that by the way?

14   A    Yes.

15   Q    Before or after Outlines 2 here?

16   A    Before.

17   Q    All right.  Did you go to school while you had a

18   relationship with Mr. Coles or was it before that?

19   A    I stopped going right around the time I met him.

20   Q    And did you have student loans to pay for the schooling?

21   A    Yes.

22   Q    Did you complete that schooling?

23   A    No, I did not.

24   Q    All right.  Who paid for the upkeep and the maintenance

25   and the rent and so forth at Outlines 2?

1    A    Alton Coles.

2    Q    Did you get involved, did he give you the cash to pay for

3    it or how did that work?

4    A    No, he paid them.  I never paid them.

5    Q    All right.  Did he sign a lease or do you even know?

6    A    I don't know.

7    Q    All right.  You didn't sign a lease?

8    A    No.

9    Q    Now, did you -- when you worked there, what type of

10   customers did you have?  Did you have a lot of customers, did

11   you have few customers?

12   A    A few.

13   Q    What's that?

14   A    A few.

15   Q    All right.  When you worked at Metro Auto Sales, ma'am,

16   for a little while, do you recall when approximately it was?

17   Was it before you moved to Woodstown or after?

18   A    Before.

19   Q    Do you remember about how much you made there at

20   Woodstown?

21   A    Three fifty -- three to -- 300 to 350 a week.

22   Q    Okay.  And you worked there for about how long?

23   A    Six months.

24   Q    All right.  And then at that point did you just leave or

25   what was the circumstance under which you stopped working

Latney - Direct (Llo)                                    170

1      there?

2      A    I was fired.

3      Q    Okay, and why were you fired?

4      A    Because I went to work with a black eye.

5      Q    All right.  And they told you you had to leave?

6      A    They didn't want to mix business with Alton and me.

7      Q    All right.  Now, the loans on the Cadillac and the

8      Mercedes, this wasn't the first time that you had signed false

9      paperwork for cars, was it?

10     A    No.

11     Q    Had you done this before?

12     A    Yes.

13     Q    At Metro?

14     A    Yes.

15     Q    Was this your idea before?

16     A    No.

17     Q    Okay.  And what cars did you do this before with at Metro?

18     A    The Cadillac, the Escalade, the Acura, all of them.

19     Q    Okay.  You mentioned before that you had gotten a Taurus

20     at Metro, is that right?

21     A    Yes.

22     Q    Did you drive the Taurus?

23     A    Yes.

24     Q    All right.  How about the Acura, did you drive that?

25     A    Yes.

Latney - Direct (Llo)                                    171

1   Q    Did you keep driving that car after you moved to

2   Woodstown?

3   A    I didn't have it then.

4   Q    All right.  Do you recall what car you did drive while you

5   were at Woodstown?

6   A    When I first moved to Woodstown I had a Suburban, a black

7   Suburban,

8   Q    All right, and where did you get that car?

9   A    Ace bought it off of Beanie Siegel.

10  Q    All right.  And did you pay for it?

11  A    No.

12  Q    Did it have a car note on it?

13  A    No.

14  Q    All right.  And after the black Suburban, do you recall

15  any other cars?

16  A    I had rented cars.  I didn't have a car for awhile.

17  Q    And then when you rented the cars, did you pay for them

18  with your money?

19  A    No.

20  Q    Whose money did you use to pay?

21  A    Alton.

22  Q    All right.  Did you ever own another car after you got rid

23  of the black Suburban?

24  A    No.

25  Q    By the way, what happened to the black Suburban?

Latney - Direct (Llo)                    172

1    A    Somebody stole it.  Oh, no, someone -- I think they stole

2    it or put it on fire.  I think it was put on fire.

3    Q    All right.  Was this somebody you knew?

4    A    No.

5    Q    Did you ever find out from Mr. Coles what happened to the

6    car?

7    A    No.

8    Q    How about the Escalade, that went to Mr. Siegel, is that

9    right?

10   A    Yes.

11   Q    Do you know, is that his real name, Beanie Siegel?

12   A    No, it's Dwayne something.

13   Q    Dwayne something?

14   A    Yeah.

15   Q    All right.  Did you ever meet Mr. Siegel?

16   A    Yes.

17   Q    You met him?

18   A    Yes.

19   Q    All right.  And when did you meet him, do you recall?

20   A    No, not exactly what year, no.

21   Q    How about with relationship to when you moved to

22   Woodstown, was it after you moved to Woodstown or before?

23   A    Not sure.

24   Q    Okay.  Did you meet Mr. Siegel in connection with the cars

25   or was it some event or where did you meet him?

Latney - Direct (Llo)                                    173

1    A    No, I think we -- we all went out to Atlantic City.

2    Q    All right.  When you say we all, who all?

3    A    Me, Alton, Beanie Siegel's mother, Beanie Siegel, one of

4    Beanie Siegel's girlfriends.

5    Q    All right.  You went to Atlantic City to do what?

6    A    Gamble.

7    Q    Did you gamble?

8    A    Yeah, a little bit.

9    Q    Did Mr. Coles gamble?

10   A    Yes.

11   Q    All right.  Now the Cadillac and the Mercedes, did you

12   ever -- once those got swapped to Beanie Siegel, was there

13   something that Mr. Siegel gave back in exchange for the two

14   cars?

15   A    He gave Alton a Bentley.

16   Q    Who did you hear about that from?

17   A    Alton.

18   Q    All right.  A Bentley.  Was this a luxury car?

19   A    Yes.

20   Q    Do you have any idea what the value of the car was?

21   A    No.

22   Q    Did Alton Coles ever discuss with you how expensive it

23   was?

24   A    I know it was expensive.

25   Q    Okay, and how expensive was it?

Latney - Direct (Llo)                                    174

1    A    It was like I guess, the top, one of the top of the line

2    cars.

3    Q    It was a top of the line car?

4    A    Yes.

5    Q    Do you know how expensive it was?

6    A    No.

7    Q    All right.  And do you know, did this car get titled in

8    your name?

9    A    No.

10   Q    Did it get titled in Alton Coles's name?

11   A    No.

12   Q    Whose name was it titled in?

13   A    Damon Dash.

14   Q    All right.  Did Alton Coles ever explain to you why it was

15   still titled in Damon Dash's name?

16   A    Until the car -- till the Benz and the Cadillac truck was

17   paid off.

18   Q    So, he described that this was going to still be in Damon

19   Dash's name until the two other cars get paid off?

20   A    Yes.

21   Q    Now, as of the time that your house was searched in 2005,

22   had the cars been paid off, the Cadillac and the Bentley --

23   A    No.

24   Q    -- or the Cadillac and the Mercedes?

25   A    No.

1   Q    They had not been?  Once Mr. Coles was arrested, were you

2   able to pay those car notes?

3   A    No.

4   Q    Did you find out what happened to those cars?

5   A    One of them I found out that it was -- the repo person got

6   it but the other one, no, it never was recovered.

7   Q    Okay, did you ever have any conversations with Mr. Coles

8   about what happened to the cars?

9   A    Yes.

10  Q    Was this before or after the search happened at your

11  house?

12  A    After.

13  Q    All right.  Did you find out what happened to the

14  Cadillac, what if anything happened to it?

15  A    No, I was told some story about it was --

16  Q    Well, first of all, by whom you were told?

17  A    Beanie Siegel, that it was in a car accident.

18  Q    All right. But you never were able to find out what

19  happened to the car?

20  A    No.

21  Q    All right.  And the credit, or the Commerce Bank, were

22  they after you to make the payments?

23  A    Yes.

24  Q    All right.  I'd like to show --

25       MR. LLORET:  Yes, Your Honor?

1           THE COURT:  It's quarter after three.  I think this

2    will be a good time to take a recess.

3           MR. LLORET:  Very well, Your Honor.  Thank you, Your

4    Honor.

5           THE COURT:  Ladies and gentlemen, go out and relax

6    for ten minutes, we'll bring you back in ten minutes.

7                    (Off the record at 3:17 p.m.)

8           (On the record at 3:30 p.m.; jury not present)

9           MR. WARREN:  Your Honor, is it possible something

10   might be done with that monitor so we can see the witness?

11          THE COURT:  Better?

12          MR. WARREN:  Yes. Thank you, Your Honor.

13                       (Jury enters)

14          THE COURT:  Okay, have a seat, ladies and gentlemen.

15          MR. LLORET:  Thank you, Your Honor.

16          If we could show the witness picture number 508.

17   This has not been admitted.  I'm sorry, 508G.  It's important.

18   BY MR. LLORET:

19   Q   Ma'am, do you recognize any of the people that are in

20   508G?

21   A   Yes.

22   Q   Who do you recognize?

23   A   Freeway, Alton Coles --

24          THE COURT:  Say again.

25   A   Freeway (phonetic), Alton Coles, Jamar, Beanie Siegel.

1          MR. LLORET:  All right, Your Honor, I move the

2   admission of 508G.

3          MR. WARREN:  No admission, Judge.

4          THE COURT:  It's admitted.

5   BY MR. LLORET:

6   Q   Now, ma'am, we're looking at the picture, 508G.  Who is

7   Freeway in that picture?  Can you describe what he's wearing?

8   A   With the burgundy reddish looking jacket and hat.

9   Q   All right.  And who is Freeway, do you know?

10  A   He's a rapper.

11  Q   Next to Freeway is who?

12  A   With the blue on is Alton.

13         MR. LLORET:  Okay, can we zero in on that, Freeway

14  and the person next to him.

15  Q   The person in blue is Alton Coles?

16  A   Yes.

17  Q   What does he have on, can you see?

18  A   Like a blue jacket, a white T-shirt and a blue hat.

19  Q   Have you ever seen that jacket?

20  A   I don't know what jacket it is.

21  Q   Okay, what's on the front of the jacket, can you tell?

22  A   No.

23  Q   Okay.

24         MR. LLORET:  If we can move to the next person, we

25  can just walk the picture over.

1  Q    Who is that?

2  A    Jamar.

3  Q    Is that the Jamar you mentioned previously?

4  A    Yes.

5         MR. LLORET:  All right, move over another, to the

6  right.

7  Q    Do you know who this is?

8  A    I seen him before.  I don't know his name.

9         MR. LLORET:  All right, move over to the next one.

10  Q    Who is that, ma'am?

11  A    Beanie Siegel.

12  Q    Who is Beanie Siegel?

13  A    A rapper.

14  Q    All right.  Is he from here in Philadelphia?

15  A    Yes.

16  Q    All right.  Did you know him before you knew Mr. Coles?

17  A    No.

18  Q    Did you meet him through Mr. Coles?

19  A    Yes.

20  Q    All right.  Do you know when you first met Mr. Siegel?

21  A    I can't remember exactly what year.

22  Q    Was it before or after you moved to Woodstown?

23  A    I think I was still living on Cedar.

24  Q    All right, and that was back in the period '97 to 2000 or

25  2001?

Latney - Direct (Llo)                                                      179

1    A    Yeah.

2    Q    All right.

3              MR. LLORET:  Move to the next person.

4    A    Do you know this individual?

5    A    I don't know his name but I've seen him before.  I can't

6    remember.

7    Q    Where have you seen him before?

8    A    Around Ace.  Around Alton Coles.

9    Q    Is this somebody that you used to see at the Cedar Avenue

10   house or --

11   A    No.

12   Q    -- is this later?

13   A    No, I didn't see him at my grandmother's house, no.

14   Q    All right, where did you see him?

15   A    Probably at the clubs or at the office where Take Down

16   used to be.

17   Q    All right.

18              MR. LLORET:  And let's move to the next.

19   Q    Do you know this individual?

20   A    No.

21   Q    Okay.

22              MR. LLORET:  We can look at the whole picture.

23   Q    Is the fellow, Beanie Siegel that you mentioned in the

24   picture, is he the individual that you got or that the Bentley

25   came from?

Latney - Direct (Llo)                                          180

1    A    Yes.

2    Q    And when Mr. Coles got the Bentley from Mr. Siegel, was

3    the Bentley in the name of Damon Dash or was it in someone

4    else's name?

5    A    Damon Dash.

6    Q    All right.  And who is Damon Dash?  If you know.

7    A    Something to do with the rappers.

8    Q    All right.  Did you ever have it explained to you who

9    Damon Dash was?

10   A    I mean, I kind of know but not really.

11   Q    Does he go -- or have you ever heard him referred to by a

12   nickname?

13   A    Dame.

14   Q    Dame?  Okay.  I want to show you picture number 800R.  Who

15   is this, if you know?

16   A    Melissa Butz (phonetic).

17   Q    And who is Melissa Butz in relationship to some of the

18   people that we just talked about, if you know?

19   A    Beanie Siegel's girlfriend.

20          MR. LLORET:  Your Honor, I move the admission of

21   800R.

22          MR. WARREN:  Without objection, Judge.

23          THE COURT:  It's admitted.

24   BY MR. LLORET:

25   Q    And ma'am, did you ever have any conversations with Ms.

Latney - Direct (Llo)                                      181

1    Butz about the cars?

2    A    Yes.

3    Q    All right.  What was the nature of the conversation?  What

4    were you looking for?

5    A    Basically for her to get in touch with her boyfriend so he

6    can pay off the cars so I can get them out of my name.

7    Q    What cars?

8    A    The Benz and the Cadillac Escalade.

9    Q    All right.

10            MR. LLORET:  Number 800Q, can we show the witness

11   that.

12   Q    Who is in the picture 800Q?

13   A    Michele Brown, Beanie Siegel's mom.

14            MR. LLORET:  Your Honor, I move the admission of

15   800Q.

16            MR. WARREN:  No objection, Your Honor.

17            THE COURT:  It's admitted.

18   BY MR. LLORET:

19   Q    And ma'am, did you have any conversations with this lady

20   about the cars, Cadillac and the Mercedes or any other cars?

21   A    Yes.

22   Q    And what was the nature of that conversation?

23   A    Basically the same conversation, to get the money for the

24   vehicles.

25   Q    Did that result in you getting any money for the vehicles

Latney - Direct (Llo)                                    182

1    or getting the cars paid off?

2    A    No.

3    Q    Do you know -- does Michele Brown, is she involved in rap

4    music?

5    A    She's not in rap music, no, but she was her son's manager.

6    Q    Her son Beanie Siegel?

7    A    Yes.

8    Q    All right.  I'd like to look at number 503R.  Do you

9    recognize who's in that picture?

10   A    Yes.

11   Q    Who is that?

12   A    Me and Alton Coles.

13   Q    And do you recall about when that picture was taken?

14   A    No, not really.

15   Q    All right.

16            MR. LLORET:  Move the admission of 503R, Your Honor.

17            MR. WARREN:  No objection, Your Honor.

18            THE COURT:  It's admitted.

19   BY MR. LLORET:

20   Q    Do you know where that picture was taken?

21   A    Either in Vegas or in -- I believe it was in Florida.

22   Q    Did you go on occasion with Mr. Coles to Florida as well

23   as Vegas?

24   A    Yes.

25   Q    And when you went, who paid for it?

Latney - Direct (Llo)                                    183

1    A    Alton Coles.

2    Q    Now, I'd like you to look at what's been marked 524A.

3         MR. LLORET:  And we'll put that up on the screen for

4    just the witness.

5    Q    Ma'am, looking at that --

6         MR. LLORET:  Do we have 524A?  No, okay.  Let me do

7    this the old-fashioned way, Your Honor.  I just want to show

8    this to counsel.

9                         (Pause)

10   BY MR. LLORET:

11   Q    Ma'am, can you look at 524A, and do you know what that is,

12   the manilla envelope that I'm showing to you that's been

13   marked 524A?

14   A    It's a dealer jacket.

15   Q    Is that the -- what's it got on it in the upper lefthand

16   corner?

17   A    2002 Cadillac.

18   Q    All right, and what is that manilla envelope, do you

19   recognize that?

20   A    It's a dealer jacket.

21   Q    And where is it from?

22   A    Metro Auto Sales.

23   Q    Is that the type of jacket you used to see at Metro Auto

24   Sales?

25   A    One of.

1    Q    One of them?  There were many that you saw?

2    A    Yes.

3              MR. LLORET:  Your Honor, I'll move the admission of

4    524A.

5              MR. WARREN:  No objection, Judge.

6              THE COURT:  It's admitted.

7              MR. LLORET:  And if I may just briefly walk this

8    before the jury so they can see it.  We tried to have this up

9    on the screen, Your Honor.

10   BY MR. LLORET:

11   Q    Ma'am, I'd like to show you what's been marked 524A4.

12             MR. LLORET:  I'm not sure if you have that on the

13   screen.

14   Q    And ma'am, I want you to look at the original 524A4 and

15   ask you is that what's up on the screen right now?

16   A    Yes.

17   Q    Do you recognize that?

18   A    No.

19   Q    Okay.  What does that appear to be?

20   A    I guess it's like the pink slip for the 2002 Cadillac.

21   Q    Is that the 2002 Cadillac Escalade?

22   A    Yes.

23   Q    All right, looking at the bottom of that document, there's

24   a signature down there and to the left, is that correct?

25   A    Yes.

Latney - Direct (Llo)                                    185

1    Q    Do you recognize that signature?

2    A    No.

3    Q    Do you know whose handwriting that is?

4    A    No.

5    Q    All right.   That's not yours though?

6    A    No.

7    Q    But it says Kristina Latney, is that correct?

8    A    Yes.

9    Q    Do you know who if anyone signed your name to this

10   document?

11   A    No.

12   Q    And this is in connection with the 2002 Cadillac Escalade

13   that you purchased?

14   A    Yes.

15            MR. LLORET:   Your Honor, I move the admission of

16   524A4.

17            MR. WARREN:   No objection, Your Honor.

18            THE COURT:   It's admitted.

19   BY MR. LLORET:

20   Q    I'd like you to look at 524 --

21            MR. LLORET:   If we can blow up the signature lines

22   for the jury.   524A3, if we can put that up on the screen for

23   the witness only.

24   Q    And ma'am, can you take a look at 524A3.   Do you recognize

25   that document?

1    A    I've seen one before but I don't recognize this one.

2    Q    Is there a signature on 524A3?

3    A    Yes.

4    Q    Whose signature is it?

5    A    It's my name.

6    Q    Is that your handwriting?

7    A    No.

8              MR. LLORET:  I move the admission of 524A3.

9              MR. WARREN:  No objection, Your Honor.

10             THE COURT:  It's admitted.

11             MR. LLORET:  Let's look at the entire document.

12   BY MR. LLORET:

13   Q    What does this document appear to be?

14   A    The MV for the car and basically the purchase of a car and

15   the insurance tag.

16   Q    All right.  You have seen these type of documents before?

17   A    Yes.

18   Q    All right.  And let me show you 524A2 and ask you if you

19   recognize 524A2?

20   A    No, I don't recognize it.

21   Q    Now, looking at 524A2, is that your signature?

22   A    No.

23   Q    Did you sign that?

24   A    No.

25   Q    It says Kristina Latney, is that correct?

1    A    Yes.

2    Q    What does this document appear to be?

3    A    It's a auto loan application.

4    Q    For what car?

5    A    2002 Cadillac Escalade.

6    Q    All right.  And is that your name on the top lefthand

7    side?

8    A    Yes.

9    Q    All right.

10        MR. LLORET:  Your Honor, I move the admission of

11   524A2.

12        MR. WARREN:  No objection, Judge.

13        THE COURT:  It's admitted.

14   BY MR. LLORET:

15   Q    And we'll look now last at 524A1.  What is 524A1?

16        MR. LLORET:  If we can hold that up on the screen

17   for the witness only.

18   Q    Or what does it appear to be?

19   A    It's a purchase order.

20   Q    All right.  And this is for what car?

21   A    2001 Mercedes Benz.

22   Q    Your name is on this document, is that right?

23   A    Yes.

24   Q    Is there a signature at the bottom?

25   A    Yes.

1    Q    Whose signature is it?

2    A    I don't know.

3    Q    Okay.  Have you ever seen this document?

4    A    No.

5         MR. LLORET:  Your Honor, I'll withhold this and

6    we'll move it in at an appropriate time.

7    Q    I'd like to show you what's been marked 524B.

8         MR. LLORET:  And I think we have the same issue,

9    this is the cover, the manilla cover.

10   Q    Ma'am, can you tell us what 524B is, if you know?

11   A    A dealer jacket.

12   Q    Ma'am, is this the type of dealer jacket that you've seen

13   before?

14   A    Yes.

15   Q    Do you recall whether you've seen this particular dealer

16   jacket before?

17   A    I have not.

18   Q    All right.  Now, the car that this dealer jacket is for,

19   can you tell us what that is in the upper lefthand side?

20   A    2000 Ford.

21   Q    And did you ever buy a Ford from Metro Auto Sales?

22   A    A Ford Taurus?

23   Q    Yes.  Did you ever buy a Ford Excursion?

24   A    No, I did not buy it.

25   Q    Do you ever recall a Ford Excursion being purchased from

Latney - Direct (Llo)                                    189

1   that location?

2   A    Yes.

3   Q    Do you know who bought that?

4   A    Ace, Alton Coles.

5   Q    All right.  On the cover of this document, do you see a

6   handwritten note?

7   A    Ahmad, Ace and his phone number.

8   Q    All right.  And ma'am, did you ever see Mr. Coles driving

9   the Ford Excursion?

10  A    Yes.

11  Q    Did you ever drive the Ford Excursion?

12  A    Yes.

13  Q    Was that a car that you drove for awhile?

14  A    Yes.

15  Q    Did you make payments on the Ford Excursion?

16  A    I am now, yes.

17  Q    What's that?

18  A    I am now, yes.

19  Q    Okay.  Whose name was the Ford Excursion in?

20  A    Naseem Coles.

21  Q    And who is Naseem Coles?

22  A    My son's name.

23  Q    All right.  How was your son at this point in time when

24  this document was -- well, you don't know when that document

25  was prepared?

Latney - Direct (Llo)                                              190

1    A    I don't know.

2    Q    How old is your son today, ma'am?

3    A    Eight.

4              MR. LLORET:  Your Honor, I move the admission of

5    524B.

6              MR. WARREN:  No objection, Your Honor.

7              THE COURT:  Admitted.

8    BY MR. LLORET:

9    Q    Now, ma'am, I want you to look at what's been marked

10   524B1.  What does that appear to be?

11   A    A W2 tax form.

12   Q    And who's the name on that form?

13   A    Naseem Coles.

14   Q    And what's the Social Security number, just the first

15   three digits of the Social Security number?

16   A    201.

17   Q    Now, do you know the Social Security number for your son,

18   Naseem Coles?

19   A    Yes.

20   Q    Does it begin 201?

21   A    Yes.

22   Q    Looking at the Social Security number, without reading it,

23   can you tell us is that your son's Social Security number?

24   A    Yes, I think there's a number not right.

25   Q    There's one number not right?

1    A    Maybe a number or two not right.

2    Q    Do you know Alton Coles's Social Security number?

3    A    Yes.

4    Q    Is it the same number?

5    A    No.

6    Q    Do you know whether Alton Coles used to use or did ever

7    use your son's name?

8    A    Yes.

9    Q    What did he use it for?

10   A    Driver's license.

11   Q    Anything else?

12   A    Vehicles.

13   Q    He used it to buy vehicles?

14   A    And credit cards.

15   Q    Well, let me ask you first.  The Ford Excursion, that was

16   in the name of Naseem Coles?

17   A    Yes.

18   Q    Did you make payments on it?

19   A    I am now.

20   Q    Did you make payments up until August of 2005 on that car?

21   A    No, Alton Coles did.

22   Q    All right.

23        MR. LLORET:  Your Honor, we've marked 524B1.  I'll

24   move it in at this time.

25        MR. WARREN:  I don't have any objection, Judge.

Latney - Direct (Llo)                                    192

1              THE COURT:  Admitted.

2              MR. LLORET:  All right, we can display it to the

3    jury.

4    BY MR. LLORET:

5    Q    Are we looking at the one you just saw, 524B1, ma'am?

6    A    Yes.

7    Q    And the upper part of the document, there's the name

8    Naseem Coles.

9              MR. LLORET:  Can we zero in on that.

10   Q    What's the address there?

11   A    5856 Cedar Avenue.

12   Q    Okay.  And the Social Security number, you can see that on

13   the right hand side?

14   A    Yes.

15   Q    Did your son, Naseem, did he used to live with you at 5856

16   Cedar Avenue?

17                        (Tape change)

18   A    Yes.

19   Q    How old was he when you moved?

20   A    One.

21   Q    All right.  And how old was he in 2002?

22   A    Two.

23   Q    Did you make any arrangements to buy the Ford Excursion?

24   A    No.

25   Q    Were you with Mr. Coles when he bought the Ford Excursion?

1    A    No.

2    Q    And do you know who Naiil Johnson is?

3    A    Alton's name he uses.

4    Q    He uses the name Naiil Johnson sometimes?

5    A    Yes.

6    Q    Do you know a real Naiil?

7    A    Yes.

8    Q    And who is that?

9    A    Alton's son.

10   Q    All right.  Let me show you a picture, number 19, please.

11   Do you recognize this location?

12   A    Yes.

13   Q    Where is that?

14   A    On 57th or 58th and Elmwood.

15   Q    Is that a location you've been to and seen other people

16   that you know in this case?

17   A    No.

18   Q    All right.  Who, if anyone, who did you go to this place

19   with?

20   A    Alton Coles.

21   Q    All right.  Is this a place you knew apart from Mr. Coles

22   or did he introduce you to this location?

23   A    We went there one night.

24   Q    All right.  And do you recall when it was that you went

25   there?

1   A    No.

2   Q    Was this before or after you left Philadelphia and moved

3   to --

4   A    No, when I was in Philadelphia.

5   Q    All right.

6        MR. LLORET:  I'd like to move the admission of 19,

7   Your Honor.

8        MR. WARREN:  No objection, Judge.

9        THE COURT:  It may be admitted.

10  BY MR. LLORET:

11  Q    Ma'am, do you recognize -- and let me put number 88 before

12  you -- do you recognize what's pictured in number 88?

13  A    Yes.

14  Q    And what is it?

15  A    It's a bar called Jules or Julies.

16  Q    All right.  And where is it, do you know?

17  A    Southwest Philadelphia on Woodland Avenue --

18  Q    All right.  And have you ever been to this location

19  inside?

20  A    Yes.

21  Q    All right.  Did you go with someone?

22  A    I went with Alton once, twice.

23  Q    And do you know what the cross streets are here?

24  A    Maybe 72nd, 73rd?  I'm not sure of the exact number.

25  Q    And what -- what's the other main street?

1    A    I think it's Woodland Avenue.

2    Q    All right.

3              MR. LLORET:  Move the admission of number 88, Your

4    Honor.

5              MR. WARREN:  No objection, Your Honor.

6              THE COURT:  It's admitted.

7    BY MR. LLORET:

8    Q    The large building in the center of the picture, is that

9    the place you just described?

10   A    Yes.

11   Q    What's the name?

12   A    Julies.

13   Q    All right.  Number 422, if we can show the witness only.

14   Ma'am, I want to zero in on the address, that's these two

15   documents or this -- yeah, one of the addresses.  Do you

16   recognize the address first?

17   A    Yes.

18   Q    What is the address?  Could you read it to us?

19   A    118 South 46th Street, Floor One.

20   Q    All right.  Why do you recognize that address?

21   A    Because that's a property that I own.

22   Q    What's that?

23   A    That is a property that I own.

24   Q    All right.  And you own that property.  Did you pay money

25   for it?

Latney - Direct (Llo)                          196

1   A    No.

2   Q    Who paid the money for it?

3   A    Alton Coles.

4   Q    Is there a mortgage on the property?

5   A    No.

6   Q    All right.  Did Mr. Coles pay cash for it?

7   A    Yes.

8   Q    Do you know how much he paid for it?

9   A    No.

10  Q    Where did he buy it from?

11  A    He went to a Sheriff's sale.

12  Q    All right.  And was this in Philadelphia?

13  A    Yes.

14  Q    Do you know approximately when this was?

15  A    No.

16  Q    This property, is it in Mr. Coles' name or is it in your

17  name?

18  A    My name.

19  Q    All right.  Do you know -- did he tell you why it was in

20  your name?

21  A    No.

22  Q    Did he explain to you that he was putting it in your name?

23  A    When we went there, he -- I was -- already knew, well, I

24  already knew that it was to go in my name.

25  Q    Okay.  Did he explain to you why it was going in your

1    name?

2    A    Because he couldn't put it in his name.

3    Q    Did he say why he couldn't put it in his name?

4    A    No, not really.

5    Q    He just told you he couldn't put it in -- in his name?

6    A    At least I knew that we couldn't put it in his name.    I

7    wouldn't have went.

8    Q    You wouldn't have gone --

9    A    No.

10   Q    -- if what?    You wouldn't have gone for what reason?

11   A    I wouldn't have gone to be -- for the reason I'm going

12   period.    I wouldn't have went.    He would have went by his

13   self --

14   Q    Okay.

15   A    -- if he didn't need me.

16   Q    So he did tell you and you -- did you go with him to the

17   Sheriff's Sale?

18   A    Yes.

19   Q    Okay.    And the property was titled in your name when it

20   was purchases?

21   A    Yes.

22   Q    And who paid for it?

23   A    Alton did.

24   Q    Okay.    There was no mortgage note though, correct?

25   A    No.

1    Q    All right.

2            MR. LLORET:   Your Honor, I move the admission of 18

3    -- no, number 422.

4            MR. WARREN:   No objection, Judge.

5            THE COURT:   It may be admitted.

6    BY MR. LLORET:

7    Q    Ma'am, do you know the individual who's named on the

8    envelope and we can show the -- let's do the close up again on

9    that.  Do you know that individual?

10   A    Yes.

11   Q    Who is that?

12   A    Taz.

13   Q    This is the Taz that you mentioned previously?

14   A    Yes.

15   Q    All right.  Do you know what association, if any, Taz has

16   with 118 -- or had with 118 South 46th Street?

17   A    He used to stay on the first floor.  He used to live on

18   the first floor.

19   Q    Did he pay rent or would he live for free or what?

20   A    I don't know.

21   Q    Did -- did you make arrangements with him to have him live

22   there?

23   A    No.

24   Q    Did you ever talk with Mr. Coles about Mr. Walker living

25   there at 118 South 46th Street?

1    A    No, not really.

2    Q    All right.  Did you ever collect rent from Mr. Walker?

3    A    No.

4    Q    How did you find out he was paying rent?

5    A    I don't know if he was paying rent.

6    Q    Oh --

7    A    I don't know.

8    Q    -- okay.  You have no idea.

9    A    No.

10   Q    All right.  Let's look at number seven.  Do you recognize

11   number seven?

12   A    Yes.

13   Q    Can you tell us what it is?

14   A    118 South 46th Street.

15   Q    All right.

16            MR. LLORET:  Your Honor, I believe this has already

17   been moved into evidence.  Can we show it to it to the jury?

18            THE COURT:  You may.

19            MR. LLORET:  Thank you.

20   BY MR. LLORET:

21   Q    Ma'am, can you tell us where in the picture is 118 South

22   46th Street?

23   A    The white -- where the white is.

24   Q    Where the white is on what?

25   A    Yeah, where the white is on the building.

1    Q    What's that?

2    A    Where the white is on the building.

3    Q    Okay.

4    A    The poles.

5    Q    There a porch, is that correct?

6    A    Yes.  Yes.

7    Q    Can you describe what we're looking at at the roof of the

8    porch as we look at it on the first floor there?

9    A    It's the white -- the one with the white -- not the wood.

10    Q    Okay.  There's -- are you talking about a porch roof that

11    has white paint on it?

12    A    Yes.

13    Q    Okay.  And there's a part of the porch roof that does not

14    have white paint on it?

15    A    Yes.

16    Q    That part that is -- or the doorway that is under the

17    white paint, is that where you're talking about?

18    A    Yeah, it's where the white chair is.

19    Q    Okay.  The white chair is next to the door for 118 South

20    46th Street?

21    A    Yes.

22    Q    Is the cursor on the doorway now?

23    A    Yes.

24    Q    Do you know is there a -- is there a property next door to

25    that?

Latney - Direct (Llo)                          201

1    A    Yes.

2    Q    That you're familiar with?

3    A    Yes.

4    Q    Okay.  What's the number on the property next door and why

5    are you familiar with it?

6    A    Because it's a downstairs and a upstairs.

7    Q    All right.  Now, is 118 South 46th, is that next to 116

8    South 46th?

9    A    I got to see that.

10   Q    You don't know.

11   A    I really don't pay no attention.

12   Q    Okay.  Is this a property that you paid a lot of attention

13   to after you were put on the deed?

14   A    I didn't, no.

15   Q    Oh.  This is the property you're talking about before that

16   you got put on the deed?

17   A    Yes.

18   Q    Okay.  Did you put up any cash at all for this?

19   A    No.

20   Q    All right.  Did you pay in any way for this property?

21   A    No.

22   Q    All right.  Now, this property, is this the one that Mr.

23   Walker had on the first floor?

24   A    Yes.

25   Q    Okay.  Who collected the -- well, what, if any, activity

1    did Mr. Coles have on that property?  Did he do anything with

2    the property?

3    A    Yeah, he had -- first had a -- like a little office there.

4    Then Taz lived there, then after that, he moved his studio out

5    of there or his little office out of there and he moved

6    tenants in.

7    Q    All right.  Did you ever have occasion to collect rent

8    from any tenants there?

9    A    Yes.

10   Q    When was that that you started collecting rent from

11   tenants?

12   A    '05.

13   Q    Was this after Mr. Coles was arrested?

14   A    Yes.

15   Q    Okay.  Did you know whether there was ever a studio there

16   at the property at 118 South 46th?

17   A    Wasn't no studio.  It was like a -- just a office.

18   Q    Did Mr. Coles ever talk with you about that office or

19   putting that office in or anything else?

20   A    Yeah.

21   Q    All right.  And what did he tell you?

22   A    It was just his office for his record company.

23   Q    All right.  Did you ever work there?

24   A    Yeah.

25   Q    And how long did you work there?

1   A    A couple months, if that long.

2   Q    That was the office for the record company at that time?

3   A    Yes.

4   Q    Do you remember when that was that you worked there?

5   A    I was still on Cedar Avenue.

6   Q    So this was prior to your moving to Woodstown in

7   approximately 2000, 2001?

8   A    Hm-hmm.

9   Q    All right.  Do you recall when Mr. Coles actually bought

10  this property?

11  A    No.

12  Q    Were you still at Cedar Avenue?

13  A    Yes.

14  Q    Was this pretty early in your relationship with Mr. Coles?

15  A    Yes, sir..

16  Q    All right.  Now, I want to show you what's been marked

17  501A.

18          MR. LLORET:  And I believe this has already been

19  introduced so we can show the witness.

20  BY MR. LLORET:

21  Q    Ma'am, do you recognize this property?

22  A    Yes.

23  Q    What is it?

24  A    The house Alton Coles moved to.

25  Q    Did Mr. Coles ever invite you there?

1    A    No.

2    Q    How did you find this property or how did you see it?

3    A    How did I see it?

4    Q    How did you come to see it?

5    A    I tricked one of his friends into telling me where it was.

6    Q    Do you remember who the friend was that you tricked?

7    A    Yeah.

8    Q    Who was it?

9    A    Matt.

10   Q    Matt?

11   A    Yes.

12   Q    All right.  And did you go see the house at some point?

13   A    Yes.

14   Q    Did you know or did you find out what the house was about?

15   Did you ever talk to Mr. Coles about it?

16   A    Kind of but not really.

17   Q    Well, did you mention the house to him?

18   A    I mentioned I knew he lived with a female.

19   Q    All right.  Did you ever meet the female that he was

20   living with there?

21   A    No.  I've talked to her but never met her.

22   Q    Do you know what her name is?

23   A    Asya.

24   Q    Did you talk to her before -- was this in -- approximately

25   what time frame?

1    A    2002 -- end of 2002, beginning of 2003.

2    Q    What was the occasion that you had talked to her on the

3    phone?

4    A    Because Alton kept lying and saying he wasn't cheating and

5    they were together.

6    Q    All right.  You found out about this?

7    A    Yes.

8    Q    And you confronted her?

9    A    Yes.

10   Q    All right.  Let me show you number 421, please.  Where

11   does -- you mentioned that this was in connection with a

12   wedding, is that right?

13   A    Yes.

14   Q    And who was it that was getting married?

15   A    Alton Coles' mother.

16   Q    And what was her name again?

17   A    Shirley Coles.

18   Q    Do you recall where she lived?

19   A    Yes.

20   Q    Where was that?

21   A    In the Northeast.

22   Q    Do you recall a property on Tackawanna Street?

23   A    Yes.

24   Q    What was the property on Tackawanna Street?

25   A    4757 Tackawanna.

Latney - Direct (Llo)                                    206

1    Q    It's -- is it 47 or 57?

2    A    Oh.  5744.

3    Q    I'm sorry, it's 57 --

4    A    5744 Tackawanna.

5    Q    All right.  What was the story on this property?  Was that

6    in your name or Mrs. Coles or Alton Coles name --

7    A    It was --

8    Q    -- or whose name was it?

9    A    -- it was in my name.

10   Q    All right.  And do you recall did you pay for it?

11   A    No.

12   Q    Do you recall how it was purchased?  Did you go to a

13   Sheriff's Sale?

14   A    No.  We --

15   Q    All right.  Do you remember putting any money down on it?

16   A    I didn't myself, no.

17   Q    Do you know who put money on it?

18   A    Alton Coles.

19   Q    Now, it was in your name, is that right?

20   A    Yes.

21   Q    Did you sign the property transfer documents or anything?

22   A    Yes.

23   Q    Okay.  Was that your idea?

24   A    Well, no.

25   Q    Whose --

Latney - Direct (Llo)                                    207

1    A    It wasn't my idea, no.

2    Q    Whose idea was it?

3    A    It was Alton's idea.

4    Q    What were the circumstances why did -- did Mr. Coles tell

5    you why he was buying the property?

6    A    He was buying me a house so I could move out of my

7    Grandmother's.

8    Q    And this was when, approximately?

9    A    It was --

10   Q    What's that?

11   A    I'm not exact on the year.

12   Q    Was this before or after you moved to Woodstown?

13   A    Before.

14   Q    Was this early in the relationship with Mr. Coles?

15   A    No.

16   Q    Okay.  Midway during the time you were still in

17   Philadelphia at Cedar Avenue?

18   A    Yeah.

19   Q    Do you remember, did you actually move to 5744 Tackawanna

20   Street?

21   A    No.

22   Q    Do you remember did anybody else move into 5744

23   Tackawanna?

24   A    Shirley Coles did.

25   Q    And that's Mr. Coles mom?

1    A    Yes.

2    Q    Did she move in there before she got married?

3    A    Yes.

4    Q    All right.  Let's show the witness number 504D1.  Ma'am,

5    do you regular what we put in front of you, 504D1?

6    A    Yes.

7    Q    What is it?

8    A    It's a saving abstract.  It's for basically us getting a

9    deed for the house on 5744 Tackawanna.

10   Q    All right.

11            MR. LLORET:  Move the admission of 504D1, Your

12   Honor.

13            MR. WARREN:  No objection, Judge.

14            THE COURT:  It's admitted.

15   BY MR. LLORET:

16   Q    And ma'am, if we can, this is directed to whom?  To whom

17   is it addressed?

18   A    Myself.

19   Q    Okay.  And what's the address to whom it's sent?

20   A    5744 Tackawanna Street.

21   Q    All right.  And this is from whom?

22   A    The abstract company.

23   Q    And what's the date?

24   A    April 30th, 2001.

25   Q    Now, do you remember in approximately that time frame

Latney - Direct (Llo)                                    209

1   signing any paperwork for this property?

2   A    I thought it was before that.

3   Q    You thought it was before?  Okay.  The property at

4   Tackawanna, was that bought before you moved to Woodstown?

5   A    Yes.

6   Q    What was the relationship -- did you actually ever move to

7   Tackawanna, even for a brief period before you moved to

8   Woodstown?

9   A    No.

10  Q    What happened there?  Did Mr. Coles tell you?

11  A    He said he found a house that was bigger that we could

12  move to and it was in Jersey.

13  Q    And was that the Woodstown house?

14  A    Yes.

15  Q    Okay.  Did some period of time elapse between buying the

16  Tackawanna property and actually moving into the place in

17  Woodstown?

18  A    What you mean?

19  Q    Okay.  Was it just a week or so between the time that

20  Tackawanna was purchased and the time you moved to Woodstown,

21  or was there some longer period of time?

22  A    It was longer.

23  Q    Was it like months or a year or do you remember?

24  A    About a year.

25  Q    About a year?  And during that time, you were still living

Latney - Direct (Llo)                                      210

1    with your grandmother?

2    A    Yes.

3    Q    Was Mr. Coles also living with your grandmother?

4    A    Yes.

5    Q    All right.  If we can show number 504-D2 to the witness?

6    Ma'am, do you recognize what's in 504D2?

7    A    Vaguely.  Vaguely.

8    Q    Okay.  Is your name on it?

9    A    Yes.

10   Q    What is it?

11   A    It's the insured (sic) policy.

12   Q    Okay, the insurance policy?  Is this -- what type of

13   insurance -- do you know?

14   A    For the home at 5744 Tackawanna.

15   Q    Is this like fire insurance or some other kind?

16   A    Insured -- it just says insured --

17   Q    All right.

18   A    -- by the deed.

19   Q    And what's the date of the policy?  That is at the top.

20   There's three lines down.  What's that date?

21   A    November 17th, 2000.

22              MR. LLORET:  Your Honor, I move the admission of

23   504D2.

24              MR. WARREN:  No objection, Judge.

25              THE COURT:  It's admitted.

Latney - Direct (Llo)                                  211

BY MR. LLORET:

Q    Ma'am, what is the amount of the insurance on the property?

A    The whole amount or just the premium?

Q    It says at the top, "Amount of Insurance."

A    47,900.

Q    All right.  And what's the address of the property?

A    5744 Tackawanna.

Q    Okay.  Now, let me have the witness look at 504F.  Ma'am, do you recognize what's in 504F?

A    Yes.

Q    What is it?

A    It's a forfeiture paper from the District Attorneys Office.

Q    What property did it concern?

A    2757 North 25th Street.

Q    Are you familiar with that property?

A    Yes.

Q    And why are you familiar with it?

A    Because it's in my name.

Q    Did you pay for it?

A    No.

Q    Who paid for it?

A    Alton Coles.

Q    Did he tell you what he was doing with this property?

Latney - Direct (Llo)                                    212

1   A    We got it at a Sheriff's Sale -- the District Attorney

2   so --

3   Q    Did he tell you he was putting it in your name?

4   A    No.  I knew.

5   Q    You knew he was?

6   A    Yes.

7   Q    Did you go to the Sheriff's Sale on this one?

8   A    Yes.

9   Q    And at the time, your name got put on the deed?

10  A    Yes.

11  Q    Okay.  And what's the date on this letter?

12  A    Friday, January 19th, 2001.

13  Q    All right.

14            MR. LLORET:  Your Honor, I move the admission of

15  504F.

16            MR. WARREN:  I don't have any objection, Judge.

17            THE COURT:  It may be admitted.

18  BY MR. LLORET:

19  Q    And ma'am, this is -- did you handle the finances for this

20  property in some way?

21  A    No.

22  Q    Did you make payments on it?

23  A    No.

24  Q    Did you ever collect rent from it?

25  A    Now I do.

1   Q   Now you do?

2   A   Yes.

3   Q   Is there a tenant there now?

4   A   Yes.

5   Q   Who put the tenant in there?

6   A   Alton Coles.

7   Q   And when was it that he put a tenant in the property?

8   A   I don't know.

9   Q   When did you start collecting rent there?

10  A   After Alton Coles was arrested.

11  Q   All right.  Can you tell us approximately, all told, you

12  mentioned some properties.  Are you still collecting rent at

13  118 South 46th Street?

14  A   No.

15  Q   How about at 2757 North 25th Street?

16  A   Yes.

17  Q   All right.  Are there any other properties you're still

18  collecting rent for?

19  A   Yes.

20  Q   What are they?

21  A   5744 Tackawanna.

22  Q   Is there one person or more than one person that lives

23  there?

24  A   One.

25  Q   All right.  Can you tell us how much rent a month?

1    A    5744 -- I collect 800, and 2757 -- I collect $600.

2    Q    What's that?

3    A    2757 North 25th, I collect 600.

4    Q    Are there any other properties you collect rent for?

5    A    No.

6    Q    All right.  Are there other properties that you have a

7    mortgage on?

8    A    No.

9    Q    Do you make payments for various expenses on both 5744

10   Tackawanna and 2757?

11   A    I make -- I pay a mortgage on one.

12   Q    Which one do you pay a mortgage on?

13   A    5744 Tackawanna.

14   Q    All right.  And when did you get the mortgage on the

15   property?

16   A    Back when we was sitting at the table doing the deed and

17   everything.

18   Q    All right.  Which was back when?

19   A    I guess it was 2000, 2001.

20   Q    And the deed is in your name, correct?

21   A    Yes.

22   Q    The mortgage is in your name?

23   A    Yes.

24   Q    So you owe the money?

25   A    Yes.

1   Q   Now, how did you make payments while Mr. Coles -- before

2   Mr. Coles was arrested in August of 2005, how did you make

3   payments on the property?

4   A   He was collecting the rent and I would -- he would give me

5   money and I would pay that.

6   Q   You would pay the rent?

7   A   I would pay the mortgage, yes.

8   Q   The mortgage?  Well, how did you pay the mortgage?  With

9   what device?  Did you pay cash?

10  A   I paid cash -- no, actually, I would pay them with a

11  check.

12  Q   All right.  You had a checking account?

13  A   Yes.

14  Q   And by the way, the automobiles that you paid for, did you

15  pay with a check for those when you paid the car notes on the

16  automobiles?

17  A   No.  I deposited into an account at Commerce and it was

18  automatically --

19  Q   So you had a direct deposit or --

20  A   Yes.

21  Q   -- an automatic withdraw?

22  A   Yes.

23  Q   Okay.  But this -- this property you paid by check,

24  correct?

25  A   Yes.

Latney - Direct (Llo)                    216

1    Q    The cash was deposited?  Did you make the deposits of cash

2    to the account?

3    A    Yes.

4    Q    Who gave you the cash?

5    A    Alton.

6    Q    Did he give it to you on a monthly basis or one lump sum

7    at the beginning of the year, or how did it happen?

8    A    Monthly.

9            MR. LLORET:  Excuse me for one moment, Your Honor.

10                          (Pause)

11   BY MR. LLORET:

12   Q    Ma'am, I'm going to show you a picture marked number

13   three.  Do you recognize it?

14   A    Yes.

15   Q    What is it?

16   A    It's where Alton Coles studio was for Take Down Records.

17   Q    All right.

18            MR. LLORET:  Your Honor, I move the admission of

19   number three.

20            MR. WARREN:  No objection, Judge.

21            THE COURT:  It's admitted.

22   BY MR. LLORET:

23   Q    Ma'am, do you recognize or can you tell us, when did this

24   become a studio for Mr. Coles?

25   A    I'm not sure exactly when.

1    Q    Was it after or before you move to Woodstown work

2    A    I was in Jersey.

3    Q    You were in Jersey?  Okay.  Was it late in the time that

4    you were in Jersey towards 2005 or was it early or do you

5    know?

6    A    It was more earlier.

7    Q    All right.  You mentioned that the property at 118 South

8    46th Street was used for an office, is that right?

9    A    Yes.

10    Q    Now, was that an office and this a studio at the same time

11    or did one come after the other or what was the relationship.

12    Of any?

13    A    This one came after.

14    Q    Okay.  We're talking about this one, you're referring to

15    the one that's in number three?

16    A    Yes.

17    Q    Do you know the address there or do you know what street

18    it's on?

19    A    I don't know the address.  I believe that's Springfield,

20    if I'm not mistaken.

21    Q    Is Springfield Avenue near Baltimore Avenue?

22    A    Yes.

23    Q    All right.  Is that out in West Philadelphia?

24    A    Yes.

25    Q    Very good.  Do you know what block it is, approximately,

Latney - Direct (Llo)                                    218

1    or can you give us an estimate of what block it is?

2    A    40-something hundred.

3    Q    40-hundred-something block?

4    A    Yes.

5    Q    Okay.  Somewhere in the 400s -- or 4000 set?

6    A    Yes.

7    Q    Okay.  This property, have you ever been inside?

8    A    Yes.

9    Q    How do you get inside this studio here?

10   A    I had to walk up a ramp.

11   Q    Where's the ramp?  Can we see it in this picture?

12   A    Where that gray door is --

13   Q    Where the gray door is?  Is that to the left on the

14   picture?  The cursor's on --

15   A    Yeah.

16   Q    -- a location --

17   A    I believe that's it.

18   Q    You're familiar with this?

19   A    I believe that's it.  It was a while ago.

20   Q    Okay.  How many times have you been in the property?

21   A    Three.

22   Q    Three?

23   A    Three times, maybe.

24   Q    And did you see a studio inside there?

25   A    They were in the process of building a studio or

1    something.

2    Q    Who was building?

3    A    I don't know who was actually was doing the building.    I

4    don't know.

5    Q    Did Mr. Coles tell you at all who -- how he got this

6    property or who he got it from?

7    A    No.

8    Q    Did he ever tell you who he was involved with in making a

9    studio there?

10    A    No.

11    Q    All right.  Did you see any people that you recognized

12    there at the studio when you were there?

13    A    A couple of the rap -- the people that was rapping for

14    him --

15    Q    All right.

16    A    -- for the label.

17    Q    Did you ever have conversations with Mr. Coles when he

18    talked to you about going to the studio or coming from the

19    studio?

20    A    No.

21    Q    All right.  Basically, this was not something that you

22    were involved with, the business?

23    A    No.

24    Q    All right.  Did you ever talk with Mr. Coles about his

25    reasons for making or for creating Take Down?

Latney - Direct (Llo)                                      220

1    A    No.

2    Q    Did he ever use Take Down Records as an employer or

3    anything of that nature?  Did he ever get paid, do you know,

4    by Take Down Records?

5    A    I really don't know.

6    Q    You don't know that?

7    A    No.

8    Q    Okay.  Now, I want to show you what's been marked number

9    418.  Do you recognize the numbers on that picture?  Do you

10   recognize any of the writing?

11   A    Not really.

12             MR. LLORET:  This can be shown to the jury, Your

13   Honor.  I believe it's been previously introduced.

14   BY MR. LLORET:

15   Q    You don't really recognize that, is that right?

16   A    Yes.

17             MR. LLORET:  Let me look at 501Z1.

18   BY MR. LLORET:

19   Q    And let's ask the witness, do you recognize that document?

20   A    Yes.

21   Q    And what is that document?

22   A    A bunch of numbers and names.

23   Q    Do you recognize the handwriting in that document?

24   A    Alton Coles'.

25   Q    All right.

1          MR. LLORET:  I believe this is -- well, this has

2    been previously admitted, Your Honor.

3    BY MR. LLORET:

4    Q    I'd like to show you what's been marked -- well, before we

5    do that let me ask you, are any of these names on ths document

6    familiar to you?

7    A    A couple of them.

8    Q    Can you tell us which ones are familiar to you?

9    A    Core --

10   Q    Who is Core that you know?

11   A    The guy that was in a wheelchair.

12   Q    All right.  Did you know him from your own or did you know

13   him from someone else?

14   A    Through Ace.

15   Q    Did you meet him?

16   A    Through Alton.  I met him.

17   Q    Where did you meet him?

18   A    At his home.

19   Q    At whose home?

20   A    At Core -- Core's house.

21   Q    And where did Core live?

22   A    North Philly somewhere.

23   Q    Is this the Core that you identified before that was in a

24   picture?

25   A    Yes.

Latney - Direct (Llo)                                    222

1    Q    Okay.  Anybody else that you recognize the name in this

2    item?

3    A    Snake.

4    Q    And that's where on this document?

5    A    Under Shaff (phonetic) --

6    Q    Under Shaff?  Towards the bottom of this expanded version?

7    A    Yes.

8    Q    Okay.  Any other names?

9    A    Bub, Norm, Gusto --

10   Q    Where do you see Bub?

11   A    The last three names at the bottom -- near the bottom.

12   Q    All right.  You see a name Bub, a name Norm, and a name

13   Gusto, is that right?

14   A    Yes.

15   Q    Now, who do know as Bub?

16   A    One of the guys that Ace knew.

17   Q    Is this a person that you previously identified in a

18   picture?

19   A    Yes.

20   Q    Okay.  How about Norm?

21   A    I don't know him by --

22   Q    What's --

23   A    I don't really know him by face.

24   Q    All right.  Did you know Norm by talking with Mr. Coles or

25   by some other means?

1    A    I've heard his name before.

2    Q    How did you hear his name?  Was -- who --

3    A    From Alton.

4    Q    Okay.  Did Mr. Coles mention it?  Did he talk about Norm

5    in some fashion?

6    A    We just probably was talking.

7    Q    Well, let's not have probably.  Did -- did you --

8    A    Well, he just was talking and I've heard the name but not

9    to know him.

10    Q    You don't know the context though?

11    A    No.

12    Q    All right.  There's a name Gusto.  Are you familiar with

13    that?

14    A    Yes.

15    Q    What are you familiar with about Gusto?

16    A    I know he has something to do with like Take Down.

17    Q    All right.  You were familiar with him through Take Down?

18    A    Yes.

19    Q    When did you become familiar with this fellow Gusto?

20    A    I wasn't really familiar with him but I just knew he was

21    with Take Down.

22    Q    How did you know he was with Take Down?

23    A    He was a rapper?

24    Q    You saw him or you met him or what -- what was the

25    circumstances?

Latney - Direct (Llo)                                224

1    A    No, he was in one of -- the video.

2    Q    He was in a video?

3    A    Yes.

4    Q    What video?

5    A    The Take Down Record -- New Jack City.

6    Q    New Jack City?

7    A    Yes.

8    Q    All right.

9              MR. LLORET:  I'd like to show the witness number E

10   or Exhibit Number 525 triple H - H-H-H.  And can I have the --

11   do we have the hard copy of that?

12   BY MR. LLORET:

13   Q    By the way, ma'am, I'm holding up number 502Y.  Do you

14   recognize this?

15   A    Yes.

16   Q    What is that?

17   A    New Jack City.  It was a movie that Alton Coles and Tim

18   Baukman made.

19   Q    Did you have occasion to see that?

20   A    I have.

21   Q    Did you see it -- where did you see it?  Was it a movie

22   house?

23   A    No, in Jersey where I lived.

24   Q    All right.  Did you have a copy there?

25   A    Yeah.

Latney - Direct (Llo)                                    225

1    Q    Was that your copy?

2    A    No, it was just in the house.

3    Q    All right.  Who brought it to the house?

4    A    Alton did.

5    Q    I want to show you -- this has been marked 5.2 -- 525HHH.

6    Is that the red document that you were looking at in the

7    screen?

8    A    Yes.

9    Q    I want to open this to page one and I want to ask you, do

10   you recognize any of the handwriting on page one?

11   A    Yes.

12   Q    Okay.  And whose handwriting do you see on page one?

13   A    Alton Coles'.

14   Q    Where is Mr. Coles' handwriting on page one?

15   A    To the right.

16   Q    To the right?  And can you read some of the items that are

17   written in Mr. Coles's handwriting, please?

18   A    Hac, Zee (phonetic), Kris, Shiz (phonetic), Ile

19   (phonetic), Rone (phonetic), Dink (phonetic), Bub, K-Y-C-H-H-

20   E-R-R Street (phonetic).

21   Q    I see a name --

22          MR. LLORET:  -- if we could blow up the top half of

23   this -- thank you.

24   BY MR. LLORET:

25   Q    Now, to the left there's some writing, is that correct --

1    A    Yes.

2    Q    -- as we're looking at it?  There's a name that looks like

3    -- and I don't know what it is, maybe you can tell me, at the

4    top.  The top left?

5    A    Well, like I say, Drodie (phonetic), Brody (phonetic) --

6    Q    All right.  Do you know anyone named Drodie or Brody?

7    A    Brody --

8    Q    What do you know --

9    A    -- Broddie (phonetic).

10   Q    What do you know about Brodie or Broddie?

11   A    He was a friend of Ace.

12   Q    From where?

13   A    From Jersey.

14   Q    And when do you recall, if at all, meeting Broddie?

15   A    When I moved to Jersey.

16   Q    So it was after you moved to Jersey.  Did you know him

17   before that?

18   A    No.

19   Q    All right.  There's a name "Cal."  Are you familiar with

20   anyone named Cal?

21   A    Not really.  I don't know who it stands for.

22   Q    And how about Hac?

23   A    His uncle.

24   Q    All right.  Are there's three items that I just read --

25   Broddie, Cal, and Hac, are they in Mr. Coles' handwriting?

1   A    Yes.

2   Q    All right.  And over on the other side there's some other

3   names that you just read -- Cal, and what's -- there's one

4   that appears to be marked out below Cal, is that right?

5   A    Hac.

6   Q    All right.  And below that there a --

7   A    Zee.

8   Q    All right.  Do you know anybody that goes by Zee?

9   A    No.

10  Q    All right.  There's one below that that says -- appears to

11  say Kris, is that right?

12  A    Yes.

13  Q    Who is Kris?

14  A    Myself.

15  Q    And there's a number next to it, 1,600.  Do you know what

16  that is?

17  A    More than likely, it as for the car notes.

18  Q    Is that the approximate number on your car notes?

19  A    Yes.

20  Q    Okay.  Below that, there's one called Shiz and one called

21  Al, is that right?

22  A    Yes.

23  Q    Now move down the page here -- named Rone there.  Do you

24  -- are you familiar with anyone named Rone?

25  A    He was on that video.

Latney - Direct (Llo)                          228

1    Q    All right.  And below that, Dink, is that correct?

2    A    Yes.

3    Q    And do you know anyone named Dink?

4    A    No.

5    Q    How about Bub?  Is this something that's familiar to you?

6    A    Yes.

7    Q    Who is Bub to you?  Do you know someone named Bub?

8    A    One of Ace friends.

9    Q    All right.  Let's move down.  Do you recognize any of the

10   other names here?

11   A    No.

12   Q    All right.

13   A    No.

14   Q    Now, have you ever seen that book before?

15   A    No.

16   Q    Do you know who this Alicia (phonetic) is at the top --

17   A    No.

18   Q    -- of the page?

19   A    No.

20   Q    Is that Mr. Coles' handwriting?

21   A    No.

22   Q    All right.

23            MR. LLORET:  I'd like to show the witness number

24   501Z1.  I'm sorry, we've shown this already.  501Z4, please.

25   BY MR. LLORET:

Latney - Direct (Llo)                    229

1    Q    Ma'am, you're looking at 501Z4, is that correct?

2    A    Yes.

3    Q    Do you recognize the handwriting in 501Z4?

4    A    Yes.

5    Q    Whose is that?

6    A    Alton Coles'.

7    Q    And do you recognize the names that are in 501Z4?

8    A    Some of them.

9    Q    Who do you recognize?

10   A    BU, Snake, Gus, Bub, Rone.

11   Q    And these are names that we've heard before, is that

12   right?

13   A    Yes.

14   Q    Who is BU?

15   A    Bugsy.

16   Q    Okay.  Who is Bugsy?  Do you know him?

17   A    Alton's Coles' -- one of his rappers.

18   Q    All right.  Did you ever meet Bugsy?

19   A    Yes.

20   Q    When did you meet him?

21   A    I met him at the studio a couple of times and he also came

22   to my house for a barbecue.

23   Q    All right.  And when he came to your house for a barbecue,

24   was this in the last three years -- 2003, 2004, 2005?

25   A    He didn't come every year, no.

Latney - Direct (Llo)                                    230

1    Q    He came one of those years?

2    A    Maybe one or two of them.

3    Q    Do you remember which years?

4    A    I know in '04.  I believe in '04, I believe he performed

5    there.

6    Q    And did -- was this something that Mr. Coles arranged or

7    that you arranged, for him to perform?

8    A    He -- Mr. Coles arranged.

9    Q    All right.  Did you ever see this fellow Bugsy while you

10   were still at Cedar Avenue?

11   A    While I was still there?

12   Q    Yes.

13   A    Not really.

14   Q    All right.

15   A    Barely.

16   Q    You don't -- do you remember seeing him?

17   A    I said barely.

18   Q    Okay.  Upper right-hand corner of this document, there's a

19   name.  Do you see that?

20   A    Yes.

21   Q    Do you recognize the handwriting?

22   A    Yes.

23   Q    Whose handwriting?

24   A    Alton Coles'.

25   Q    And what's the name?

1    A    Hac.

2    Q    And what do you see below that?  Is that also in his

3    handwriting -- Mr. Coles' handwriting?

4    A    Yes.

5    Q    What are the things that are in Mr. Coles' handwriting

6    below the word Hac?

7    A    213 or 2B, 10L, and 1PC.

8    Q    Very well.

9              MR. LLORET:  Let me show the witness only number

10   50201.

11             MR. LLORET:  Your Honor, I believe this has been

12   admitted.  I'd like to show it to the jury.

13   BY MR. LLORET:

14   Q    Ma'am, I'll show you the original and ask you, can you

15   identify what you're looking at or have you seen it before?

16   A    I haven't seen it before but it's a page with numbers on

17   it and names.

18   Q    Do you recognize the handwriting on that page?

19   A    Alton Coles'.

20   Q    And do you recognize some of the names on that page?

21   A    Yes.

22   Q    Could you tell us the names that you recognize on that

23   page?

24   A    I'm not sure if that say Tim or ==

25   Q    What's that?  I'm sorry.

Latney - Direct (Llo)                                         232

1    A    I said I'm not sure if that says Tim, but I see Hac and

2    Brody -- Broddie --

3    Q    What's that?  Where do you see Brody?

4    A    All the way near the end at the bottom.

5    Q    Are we looking at Brody now on the screen?

6    A    Yes.

7    Q    Can we put the cursor -- and Ms. Latney, would you tell

8    the person who's working the cursor where Brody is?

9    A    Near the bottom to the left.

10   Q    Is that it?

11   A    Yes.

12   Q    Okay.  What's the number next to Brody?

13   A    3,750.

14   Q    Any other names that you mentioned that you recognized?

15   A    Hac.

16   Q    Where is Hac?

17   A    Right under Mark.

18   Q    Okay.  Now, ma'am, I want to show you number 5020 or '02,

19   which has also been admitted, if you would flip that piece of

20   paper around.  And are you looking at 50202?

21   A    Yes.

22   Q    And what do you see there?

23   A    Some more names and numbers.

24   Q    All right.  Do you recognize the handwriting on 50202?

25   A    Yes.

Latney - Direct (Llo)                                    233

1    Q    And whose is it?

2    A    Alton Coles'.

3    Q    All right.  What names to you recognized?

4    A    Taz.

5    Q    Any other names?

6    A    There's Taz on there twice.

7    Q    Very well.  Taz -- who do you know named Taz?

8    A    Alton Coles' friend.

9    Q    That you previously talked about?

10   A    Yes.

11   Q    Is there more than one Taz, do you know?

12   A    Not that I know of.

13   Q    With respect to the name Tim, do you know more than one

14   friend of Alton Coles' that's named Tim?

15   A    No.

16   Q    The only Tim you know is who?

17   A    The only one I knew was Timothy Baukman.

18   Q    All right.  I went to show you 502P1.  And ma'am, do you

19   recognize the handwriting on 502P1?

20   A    Alton Coles'.

21   Q    All right.  Do you recognize any of the names that you see

22   on 502P1?

23   A    Wells, and Jerv and News (phonetic), and Wells and Jerv.

24   Q    Wells and Jerv?

25   A    Yes.

Latney - Direct (Llo)                                234

1   Q   Okay.  Who is Wells?

2   A   Whatley.

3   Q   It's another name for Whatley?

4   A   Yes.

5   Q   Is this the Whatley you talked about before?

6   A   Yes.

7   Q   All right.  And you mentioned Jerv.  Is this the Jerv you

8   mentioned before?

9   A   Yes.

10   Q   Okay.  And also, you mentioned News.  Who is News?

11   A   Beanie Segal brother.

12   Q   That's a nickname for him?

13   A   Yes.

14   Q   I'd like to show you picture number 516E.  Do you

15   recognize this guy in this picture?

16   A   Yes.

17   Q   Who is that?

18   A   I don't know his name.  I don't know him by name.  I know

19   him from seeing him.

20   Q   Well, where did you see him?

21   A   With Ace in the video.

22   Q   Did you ever see him in sort of in real life or just in

23   the video?

24   A   I've seen him in real life.

25   Q   Where have you seen him in real life?

Latney - Direct (Llo)                                            235

1    A    At 58th and Cedar.

2    Q    When you were still living in Philadelphia?

3    A    Yes.

4    Q    Was towards the beginning of the relationship with Alton

5    Coles or was this a few years on or do you remember?

6    A    I'm not really sure.

7    Q    All right.  But it was while you were at Cedar Avenue?

8    A    Yes.

9    Q    Now, was this somebody who came over regularly to Cedar

10   Avenue or did you only see him once or twice?

11   A    Once or twice.

12   Q    Did he ever bring anything with him our did he just come

13   on over and talk?

14   A    He just came over and talked.

15   Q    Who did he talk to?

16   A    Alton.

17   Q    All right.  And when he talked to Mr. Coles, did he talk

18   to him in front of you or did they go someplace else or what

19   were the circumstances?

20   A    They talked in front of me.

21   Q    All right.  Did he ever talk -- did this guy ever talk to

22   you?

23   A    Yeah.

24   Q    Was he a younger guy or was he an older guy?  Do you

25   remember?

1    A    I believe he was younger.

2    Q    All right.  Let's show the witness --

3             MR. LLORET:  And Your Honor, I move the admission of

4    516E.

5             MR. WARREN:  I don't believe the witness identified

6    anybody in the photographs though, Judge.

7             THE COURT:  She didn't -- cannot name who --

8             THE WITNESS:  The name but I saw him before.

9             THE COURT:  You don't remember his name but he did

10   come to your house.

11            THE WITNESS:  Yes.

12            MR. WARREN:  So be to that --

13            THE WITNESS:  Yes.

14            MR. WARREN:  -- for what it's worth, I don't have a

15   problem with him admitting it.

16            THE COURT:  It's admitted.  Go ahead.

17   BY MR. LLORET:

18   Q    And let's show the jury -- this is the guy that you were

19   just talking about that used to come to the house?

20   A    Yes.

21   Q    This is the house at Cedar?

22   A    Yes.

23   Q    All right.  The 516C, if we can show the witness only.

24   Ma'am, do you recognize anybody in this picture?

25   A    The same guy in the middle.

 1    Q    All right.  Do you recognize either of the other two

 2    individuals?

 3    A    I can barely see it.  I can barely see.

 4    Q    Okay.  Let's --

 5              MR. LLORET:  Your Honor, if I may, pull the screen

 6    out for a moment.

 7    BY MR. LLORET:

 8    Q    Do you recognize anyone else?

 9    A    No.

10    Q    All right.

11    A    No.

12    Q    And it's the same guy that we just saw in the last

13    picture?

14    A    Yes.

15    Q    But you don't know his name, correct?

16    A    No.

17    Q    All right.

18              MR. LLORET:  Your Honor, I move the admission of

19    516C.

20              MR. WARREN:  No objection, same limitation as the

21    last one.

22              THE COURT:  It may be admitted.

23    BY MR. LLORET:

24    Q    And 516D.  Do you know who this individual is?

25    A    No.

1  Q    Okay.  Show the witness number 501F.  Do you recognize

2  this document, ma'am?

3  A    No.

4  Q    Now, let's look in the middle of the document.  This is

5  what type of document and what property does it refer to?

6  A    The property is 146 South 46th Street.  It says something

7  about a building permit.

8  Q    All right.  Were you familiar with any building that went

9  on at 118 South 46th Street?

10 A    Yeah, it needed work done to it.

11 Q    Did you get the work done?

12 A    No, Alton did.

13 Q    All right.  What's the date on this particular document?

14 A    6-8-2001.

15 Q    But you've never seen this document, is that right?

16 A    I may have.  I can't remember.

17 Q    All right.  Did you see the work being done at the

18 property at 118 South 46th?

19 A    I didn't see it actually being done, no.

20 Q    All right.  Did you see the property before and then after

21 the work was done?

22 A    Yes.

23 Q    Did Mr. Coles ever talk to you about the property or work

24 being done on the property?

25 A    A little bit.

1  Q    Were you paying for it or was he paying for it or someone

2  else?

3  A    He was.

4  Q    Your Honor, I'll show the witness number 501M -- Mary.

5  And ma'am, can you tell us who's in this picture?

6  A    Alton Coles and Golden Girl.

7  Q    And who is Golden Girl?

8  A    A radio personality.

9  Q    Did you ever meet Golden Girl?

10  A    Yes.

11  Q    All right.  Where did you meet her?

12  A    There was some affair that was given down -- downtown.

13  Q    Do you remember when this was?

14  A    No, it was a while ago.  No.

15  Q    Are Mr. Coles and Ms. -- do you know her real name?

16  A    No.

17  Q    Are Mr. Coles and this woman named -- or as you know as

18  Golden Girl, are they friends or do you know if they know each

19  other?

20  A    They're friends.

21  Q    All right.

22          MR. LLORET:  May I move the admission of 501M?

23          MR. WARREN:  No objection, Judge.

24          THE COURT:  It's admitted.

25  BY MR. LLORET:

Latney - Direct (Llo)                                    240

1    Q    Now ma'am, is Golden Girl somebody that you've heard on

2    the radio?

3    A    Yes.

4    Q    All right.   What station does she work for, do you know?

5    A    99.

6    Q    99?

7    A    Yes.

8    Q    All right.   Is 99 a station that you've heard of Take Down

9    Records on?

10   A    Yes.

11   Q    Did Take Down Records used to have ads on 99?

12   A    Yes.

13   Q    That's 99 FM?

14   A    Yes.

15   Q    What's the call letters of that station, do you know?

16   A    It used to be Power 99 FM --

17   Q    All right.

18   A    -- or it still is.

19   Q    I see.   Let's show the witness number 501I.   Ma'am, do you

20   recognize the individuals in this picture?

21   A    Alton Coles.

22   Q    And do you know who the female is?

23   A    No.

24   Q    Okay.

25              MR. LLORET:   Your Honor, I move the admission of

1    501I.

2              MR. WARREN:  No objection, sir.

3              THE COURT:  It's admitted.

4    BY MR. LLORET:

5    Q   We'll show the witness now number 501AA.  And Your Honor

6    -- well, ma'am, do you know who is depicted or who the picture

7    is in 501AA?

8    A   Alton Coles.

9    Q   I see.  And what's the name under that?

10   A   Naseem Coles.

11   Q   Have you ever seen this before -- this ID or driver's

12   license rather?

13   A   Yes.

14   Q   Where did you see it, do you remember?

15   A   On Alton Coles.

16   Q   Did he used to carry it?

17   A   Yes.

18   Q   All right.  Did he tell you why he was using the name

19   Naseem Coles?

20   A   Because he couldn't get a driver's license.

21   Q   Why couldn't he get a driver's license?  Did he tell you?

22   A   I don't remember.

23   Q   All right.

24             MR. LLORET:  I move the admission of 501AA, Your

25   Honor, if it's not already been admitted.

1          MR. WARREN:  I'm pretty sure it's been admitted --

2          MR. LLORET:  I think it has.

3          MR. WARREN:  -- but I don't have an objection to its

4    readmission.

5          THE COURT:  It's admitted.

6    BY MR. LLORET:

7    Q    Now let's look at 501BB, and I believe that has been

8    admitted as well.  Ma'am, what is 501BB?

9    A    Identification card.

10   Q    And what's the name?

11   A    Naiil Johnson.

12   Q    And who is the face in the picture, ma'am?

13   A    Alton Coles.

14   Q    The date of birth on that, is that Alton Coles' date of

15   birth?

16   A    No.

17   Q    Who's date of birth is that, if you know?

18   A    I believe it's his son.

19   Q    All right.  Is the 1974 part of the date of birth correct

20   for Mr. Coles or is that for the son as well?

21   A    For Mr. Coles.

22   Q    How about the May 24th part of the date of birth?  Is that

23   for his --

24   A    For his son.

25   Q    Okay.  Can we move back to the one we just looked at --

1    501AA?  And what's the date of birth on 501AA, ma'am?

2    A    9-28-1974.

3    Q    Is that Mr. Coles -- Alton Coles' correct date of birth?

4    A    No, that's my son's.

5    Q    That's your son's.  Is that -- the 1974 wouldn't be your

6    son's, would it?

7    A    Mr. Coles'.

8    Q    Okay.  But how about the 9-28?

9    A    That would belong to my son.

10   Q    All right.  What is Alton Coles' date of birth, ma'am, do

11   you know?

12   A    1-13-74.

13   Q    All right.  Let's move to 501II.  Ma'am, do you know what

14   this is?  Have you ever seen this?

15   A    No.

16   Q    Okay.

17          MR. LLORET:  Let's show the witness number 502K.

18   BY MR. LLORET:

19   Q    Ma'am, do you recognize anyone?

20          MR. LLORET:  And this has been admitted, Your Honor.

21   Can we show this to the jury?

22   BY MR. LLORET:

23   Q    Ma'am, do you recognize anyone in this picture?

24   A    Alton Coles.

25   Q    All right.  Do you recognize the female that's in the

1    picture?

2    A    No.

3    Q    All right.  Ma'am, in 2005, the agents came to your door

4    -- it was August of 2005, is that right?

5    A    Yes.

6    Q    August 10th?

7    A    Yes.

8    Q    Okay.  And at that time, did the agents arrest you?

9    A    No.

10   Q    Okay.  Did they -- did they charge you with anything?  Did

11   they bring you to Court and charge you?

12   A    Not at that time, no.

13   Q    All right.  Did the agents ask you if you wanted to talk

14   with them?

15   A    Yes.

16   Q    Did you talk with the agents that day?

17   A    Yes.

18   Q    And did you give them a statement that day?

19   A    Yes.

20   Q    And did you tell them a lot of things about Mr. Coles, is

21   that right?

22   A    Yes.

23   Q    Okay.  Were you frightened that day?

24   A    Yes.

25   Q    Did the agents have you in cuffs or things like that?

Latney - Direct (Llo)                                                245

1    A    When they were in my house, yes.

2    Q    When they were first in your house?

3    A    Yes.

4    Q    Okay.  And did you tell the agents the truth that day when

5    you talked to them?

6    A    Yes.

7    Q    All right.  You weren't happy about talking to them, were

8    you?

9    A    No.

10   Q    Why did you talk to them?

11   A    I had to tell the truth.

12   Q    All right.

13   A    I wasn't trying to go to jail.

14   Q    What's that?

15   A    I didn't want to go to jail.

16   Q    All right.  And so you told the agents a variety of

17   things, is that right?

18   A    Yes.

19   Q    Now, did the agents take this down in a statement?

20   A    Yes.

21   Q    And did you initial the statement?  Did you go through it

22   with them?

23   A    Yes.

24   Q    Okay.  Since that time that you went through and made this

25   statement to the agents, have you had occasion to review your

1    statement, or no?

2    A    No.

3    Q    All right.  Now, ma'am, did you also go before what's

4    called a Grand Jury and testify?

5    A    Yes.

6    Q    And when you went in front of the Grand Jury, do you

7    remember approximately when that was?

8    A    No.

9    Q    Was that before or after you made the statement to the

10   agents back on the day you got searched -- the property got

11   searched?

12   A    After.

13   Q    After?  Okay.  Now, also, did you sign a plea agreement,

14   ma'am?

15   A    Yes.

16   Q    And do you recall approximately when you signed the plea

17   agreement?

18   A    No.

19   Q    No?  Let me show you what's been marked number 850, which

20   has been previously supplied -- the Guilty Plea Agreement.

21   Ma'am, can you take a look at this and also take a look at the

22   last page -- the last few pages where there's some signatures?

23   That's page 11 of the Plea Agreement, is that right?

24   A    Yes.

25   Q    Do you know -- have you seen that document?

Latney - Direct (Llo)                                    247

1    A    Yes.

2    Q    Is that your plea agreement?

3    A    Yes.

4    Q    Do you know what you pled guilty to, ma'am?

5    A    Money laundering.

6    Q    All right.  Did you plead guilty to money laundering

7    because you did that?

8    A    Yes.

9    Q    Did you understand what you were doing when you entered

10   into the plea agreement?

11   A    Meaning understand that what they caught me with or what

12   they considered that I had done, what's considered money

13   laundering.

14   Q    Okay.  Now did you have an attorney as well when you

15   signed your plea agreement?

16   A    Yes.

17   Q    And did he explain the charges to you?

18   A    Yes.

19   Q    In that plea agreement, do you also agree to cooperate

20   with the Government?

21   A    In this plea agreement?

22   Q    Yes.

23   A    I can't remember.

24   Q    Okay.  Did you agree with the Government, ma'am?

25   A    Yes.

1  Q    All right.  And what is your understanding of what you

2  have to do or what's your obligation in cooperating with the

3  Government?

4  A    Testify in my own defense.

5  Q    What's that?

6  A    To testify in --

7  Q    All right.  Now, do you have some kind of deal with the

8  prosecutor and with the Government?  Is that that you're going

9  to get a certain amount of time or something like that?

10 A    No.

11 Q    All right.  What's your understanding of how things work.

12 A    Basically get on the stand and tell the truth.

13 Q    All right.  And why are you testifying?  Why are you

14 cooperating with the Government?

15 A    Because I'm in a lot -- I have to tell the truth.  I

16 really don't want to go to jail.  I got kids out here I have

17 to be here for, so --

18 Q    Okay.  Did you receive some type of promise from the

19 agents or from the Government about how much time you would

20 get if you cooperated?

21 A    No.

22 Q    What's your understanding of who or when you were going to

23 find out how much time you get?

24 A    When the case was over.

25 Q    Okay.  Do you understand at some point in time you have to

1    go to sentencing?

2    A    Yes.

3    Q    All right.  Now, do you know who is going to sentence you?

4    A    I'm not really sure.

5    Q    Okay.  Is a Judge going to sentence you?

6    A    Yes.

7    Q    All right.  What's your understanding of what the

8    Government will do for you if you cooperate?  Do you have an

9    understanding?

10   A    No.

11   Q    Okay.  You don't know what the Government's going to do

12   for you?

13   A    No.

14   Q    Do you hope that the Government's going to do something

15   for you?

16   A    If they can get me off of this case, I'll be happy.

17   Q    Okay.  And the -- you hope that.  Have you had an

18   agreement --

19   A    No.

20   Q    -- with the Government that they're going to get you off

21   this?

22   A    No.

23   Q    And who is it ultimately that will decide -- your

24   understanding -- of what sentence you're going to get?

25   A    The Judge.

1    Q    All right.

2              MR. LLORET:  Your Honor, I have a considerable

3    number of -- well, I say considerable -- I do have more

4    information to go through with Ms. Latney in the form of some

5    tapes.  I'll discuss these with counsel.  They'll take up

6    certainly past 5:00.

7              I also understand that counsel has some matters that

8    need to be taken up with the Court.  I see what time it is

9    now.  My suggestion would be that we take those matters up

10   before Ms. Latney goes any further.

11             THE COURT:  How much more time do you have with this

12   witness?

13             MR. LLORET:  Your Honor, I'm guessing about an hour

14   with tapes.

15             THE COURT:  All right.  Ladies and gentlemen, it's

16   almost 10 minutes to 5:00 so we will recess at this point.

17   I'm going to ask you to be back tomorrow at 9:15 ready to go.

18   Don't discuss the case with anyone, don't let anyone discuss

19   it with you.  We'll see you tomorrow at 9:15.

20                        (Jury dismissed)

21             (Testimony of Kristine Latney ends at 4:49 p.m.)

22                           *  *  *

23

24

25

1

### C E R T I F I C A T I O N

2

3

4          We, Sandy Carbonaro and Diane Gallagher, court

5    approved transcribers, certify that the foregoing is a correct

6    transcript from the official electronic sound recording of the

7    proceedings in the above-entitled matter.

8

9

10

SANDY CARBONARO

11

12

13    February 8, 2008

14    DIANE GALLAGHER

15    DIANA DOMAN TRANSCRIBING

16

17

18

19

20

21

22

23

24

25