

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA



UNITED STATES OF AMERICA )        No. 05-CR-440-01
                         )
v.                       )
                         )
ALTON COLES, et al.,     )        Philadelphia, PA
                         )        February 11, 2008
    Defendants.          )        2:49 p.m.

TRANSCRIPT OF TESTIMONY OF ALTON COLES
BEFORE THE HONORABLE R. BARCLAY SURRICK
UNITED STATES DISTRICT COURT JUDGE

APPEARANCES:

For the Government:            MICHAEL J. BRESNICK, ESQ.
                               RICHARD A. LLORET, ESQ.
                               U.S. Attorney's Office
                               615 Chestnut Street, Suite 1250
                               Philadelphia, PA  19106

For the Defendant             CHRISTOPHER D. WARREN, ESQ.
Alton Coles:                   Law Offices of Christopher Warren
                               1500 Walnut Street
                               Philadelphia, PA  19102

For the Defendant             JACK J. McMAHON, ESQ.
Timothy Baukman:               Law Offices of Jack McMahon
                               1500 Walnut Street, Suite 900
                               Philadelphia, PA  19102

For the Defendant             LAURENCE HARMELIN, ESQ.
Monique Pullins:               P.O. Box 3574
                               West Chester, PA  19381

For the Defendant             RONALD A. SMITH, ESQ.
Asya Richardson:               Ronald A. Smith and Associates
                               1617 JFK Boulevard, Suite 1240
                               Philadelphia, PA  19103




2

APPEARANCES:                    (continued)


For the Defendant          PAUL J. HETZNECKER, ESQ.
Thais Thompson:            1420 Walnut Street, Suite 911
                           Philadelphia, PA  19102


For the Defendant          RONALD THOMPSON, ESQ.
James Morris:              3002 Lincoln Drive, Suite J
                           Marlton, NJ  08053


                           WAYNE POWELL, ESQ.
                           811 Church Road
                           101 Parragon Building
                           Cherry Hill, NJ  08002


Audio Operator:            Inna Goldshteyn


Transcribed by:            DIANA DOMAN TRANSCRIBING
                           P. O. Box 129
                           Gibbsboro, NJ  08026-0129
                           Off.:  (856) 435-7172
                           Fax.:  (856) 435-7124
                           E-Mail:  dianadoman@comcast.net


Proceedings recorded by electronic sound recording; transcript
              produced by transcription service

3

## I N D E X

| WITNESSES | Direct | Cross | Redirect | Recross |
|---|---|---|---|---|

For the Defense

Alton Coles          4

| EXHIBITS | Ident. | Evid. |
|---|---|---|
| G-2   Photo of 4514 Pine Street | 51 | |
| G-11 Photo of 2820 W. Third Street | 55 | |
| DC-8 Materials seized from studio | 106 | |

Coles - Direct                                    4

1              THE COURT:  All right, have a seat, ladies and

2      gentlemen.  All right, will you swear the witness?

3              THE CLERK:  Please rise and raise **your** right hand.

4                    ALTON COLES, DEFENDANT, SWORN

5              THE CLERK:  Please state your full name, spell your

6      last name for the record.

7              THE WITNESS:  Alton Coles.  A-L-T-O-N   C-O-L-E-S.

8                         DIRECT EXAMINATION

9      BY MR. WARREN:

10     Q     Good afternoon, Alton.  How you doing?

11     A     All right.

12     Q     Can you tell the jury a little bit about your background?

13     How old are you?

14             UNIDENTIFIED ATTORNEY:  Excuse me, Your Honor.  We

15     can't see the witness.

16             THE COURT:  Why don't you --

17             UNIDENTIFIED ATTORNEY:  Thank you, counselor.

18             THE COURT:  Mr. Hetznecker --

19             UNIDENTIFIED ATTORNEY:  With all due respect --

20             THE COURT:  -- perhaps you'd better move it away.

21     Yes.

22             MR. WARREN:  All right.

23             THE COURT:  Thank you.

24             MR. WARREN:  All right.  I'll bring it back if I need

25     it, Judge.

Coles - Direct                                                    5

1          THE COURT:  Okay.  Go ahead, Mr. Warren.

2     BY MR. WARREN:

3     Q     All right, Alton.  Can you tell us how old you are?

4     A     I'm 34 years old.

5     Q     Where were you born?

6     A     I was born in Darby, P-A.

7     Q     Where'd you grow up?

8     A     Between Darby and Paschall.

9     Q     Do you have any brothers and sisters?

10    A     Yeah, I got three brothers.

11    Q     You said Darby and Paschall?

12    A     Yeah, my mom's from Darby and my dad's, my father's from

13    Paschall.

14    Q     When you say Paschall, what are you referring to?

15    A     Paschall Projects, Southwest Philadelphia.

16    Q     Same Paschall Housing Projects that we've heard testimony

17    about in this case?

18    A     Yes.

19    Q     All right, and I interrupted you.  You were telling us

20    about your brothers and sisters?

21    A     Yeah, my brother -- I got three brothers, no sisters.

22    Q     What are your brothers' names?

23    A     Michael Coles, Mitchell Coles and Ahmin Wiggins.

24    Q     And you say you had sisters or no?

25    A     No sisters.

Coles - Direct                                                    6

1    Q    Okay.  Michael, what's he do?

2    A    He was a cop.  I don't know if he's still a cop or not.

3    Might be a state trooper.  I don't know now.

4    Q    Where's he live at?

5    A    He lives in Virginia, near Dumfries.

6    Q    What about Mitchell?  What's he do?

7    A    Mitchell is a -- he helps lawyers.  I forget the name of

8    what he is.

9    Q    Paralegal?

10   A    Paralegal.

11   Q    And do you know where he work -- does he work?

12   A    Yeah, he works in Philadelphia.

13   Q    Okay.  And what about Ahmin?  What's he do?

14   A    Ahmin, he graduated from college from, for computers, but

15   I'm not sure where he works at right now.

16   Q    Okay.  Does he live in Philadelphia?

17   A    Yeah, he live in Philadelphia.

18   Q    How --

19   A    He was working for Comcast, but I don't know if he still

20   works there.

21   Q    How old's Ahmin?

22   A    Ahmin, mid-20's.

23   Q    Mid-20's?  And I forget to ask you this, how about

24   Mitchell?  How old's he?

25   A    Mitchell might be ready to turn 30.  Michael's 33.

Coles - Direct                                              7

1    Q    Okay.  And you're 34?

2    A    34.

3    Q    Oldest one of them?

4    A    Oldest one.

5    Q    All right.  Where'd you go to school at?

6    A    I went to Glen Mills.  I went to Pennwood first, then I

7    went to Glen Mills.

8    Q    Is Pennwood an elementary school?

9    A    No, Walnut Street was elementary school.

10   Q    Okay.  So Warner (sic) Street was in Darby?

11   A    Yeah.

12   Q    Were you living with your mom at the time?

13   A    Yes.

14   Q    How long did you live with your mom?

15   A    Till I was about 13 years old.

16   Q    And then after you stopped living with your mom, where'd

17   you go to?

18   A    My father's.

19   Q    And he was where?

20   A    In Paschall on Woodland Avenue.

21   Q    Paschall Housing Projects?

22   A    Yeah, he wasn't exactly in the projects.  He was on 70th

23   and Woodland in an apartment building.

24   Q    Did you go there by yourself or were you with one of your

25   brothers?

Coles - Direct                                                    8

1    A    My brother Michael.

2    Q    You and your brother, Michael?

3    A    Yeah.

4    Q    Went to live over at your dad's place near Paschall?

5    A    Yes.

6    Q    And Mitchell and Ahmin, where'd they go?

7    A    Mitchell went with my Aunt Sissie, my mom's sister, and

8    Ahmin went with his grandmother, his father's mother.

9    Q    How old were you again when you went to live with your

10   dad?

11   A    13.

12   Q    And how old was Michael?

13   A    12.

14   Q    12?  All right.  Now, before you went to live with your

15   dad, had you been going to school?

16   A    Yeah.

17   Q    You doing well in school?

18   A    Yeah, I was doing well, I was doing -- yeah, I was doing

19   well.

20   Q    What happened when you went to live with your dad?

21   A    I started getting in a little trouble here and there.  I

22   started getting in trouble.

23   Q    What kind of trouble?

24   A    Hanging out in the streets and stuff a little more.

25   Q    What kind of trouble were you getting into?

1   A    I was young, so like throwing rocks at cars and stupid

2   stuff like that, and stuff.

3   Q    Okay.  And there came a point in time when you went to a

4   school in Glen Mills?

5   A    Yeah, I went to Glen Mills.

6   Q    How old were you when you went to Glen Mills?

7   A    I was about 16.  16.

8   Q    That'd be sophomore, junior in high school?

9   A    I was, I know I was in ninth grade when I went there.

10  Q    Okay.  Now, do you remember Desmond Faison testifying?

11  A    Yeah, I do.

12  Q    All right.  He described how he met you at Glen Mills.

13  Did that happen?

14  A    Yeah.  He met -- he already knew me before Glen Mills, but

15  we was all in Glen Mills together.

16  Q    Okay.  When you were going up to the Paschall area, is

17  that when you first met Desmond Faison?

18  A    Yes.

19  Q    When -- how old were you when you first met Dez?  You knew

20  him by the name of Dez?

21  A    Dez.

22  Q    Yeah.  How old --

23  A    We were all kids.

24  Q    Okay.

25  A    Probably five or six years old.  Seven years old.

Coles - Direct                                          10

1    Q    Okay.  So you knew him before you had gone to Glen Mills?

2    A    Yes.

3    Q    Did you know his brothers?

4    A    Yeah.

5    Q    Okay.

6    A    Sharad and Marr.

7    Q    Okay.  Sharad and Marr?

8    A    Yeah.

9    Q    Okay.  What about another couple names that has come up,

10   Randall Austin?

11   A    No, I didn't meet him till 2001 or -- 2001.

12   Q    Okay.  Rasheed Calhoun, do you remember that name?

13   A    Yeah.  I met him like '99, 1999, 2000, round that area.

14   Q    Okay.  Al Zuagar?

15   A    Never really knew him.  I met him like around 2004 or 5,

16   end of '04, '05.

17   Q    Okay.  Charlton Custis?

18   A    I met him through -- Nino's my artist.  I think I signed

19   Nino Brown in like '01, so I might have met Gusto like around

20   end of '02.  I knew who he was from seeing him around, but I

21   never knew his name till like '02, '03.

22   Q    Okay.  So Charlton Custis was not somebody you grew up

23   with?

24   A    No.

25   Q    Randall Austin was not somebody you grew up with?

Coles - Direct                                    11

1    A    No.

2    Q    What about Terry Walker?

3    A    Terry Walker, I knew him when we were kids, but we never

4    was friends till I was like around 20 years old, I started

5    hanging with Terry Walker.

6    Q    Okay, that would have been what year?

7    A    '94, '95.

8    Q    Okay.  Rasheed Calhoun, not somebody you grew up with?

9    A    No.  He, actually he got kids by my cousin.

10   Q    Okay.  We'll get to that.

11   A    Yeah.

12   Q    Robert Cooper -- you know where these names I'm giving you

13   come from, the indictment?

14   A    Yeah, yeah.

15   Q    You know that, right?

16   A    Yeah.

17   Q    Robert Cooper, is he somebody you grew up with?

18   A    No, I don't know him.  I met him in --here.

19   Q    Okay.  So the only guy that you really grew up with in

20    Paschall was Dez?

21   A    Dez.  I never really grew up with him, but I know him from

22   when we was kids, yeah.

23   Q    Knew him from the projects?

24   A    Yeah, knew him from the projects.

25   Q    What about Anwar Leonard?

Coles - Direct                                            12

1    A     He was young, he younger than us.  I never knew him

2    until -- I don't know, till the label was up and established.

3    Q     Okay, Tyreek or Tyrek -- is it McGeth?

4    A     McGeth.  Hammer.

5    Q     Hammer?

6    A     I don't know him neither.  I just know him from playing

7    basketball.

8    Q     Okay.

9    A     Yep.

10   Q     All right.  When you went to Glen Mills, I think you told

11   us you were right, a junior, senior in high school?

12   A     I was 16 years old.  I was in 9th grade, 10th grade.  10th

13   grade, I was in 10th grade.

14   Q     How'd you do in Glen Mills?

15   A     I did good.  I got my GED about a month, two months after

16   I got there.  And I was varsity on the track and field,

17   football.  And I was in a college prep program.

18   Q     Okay.  And what year are we talking about here?

19   A     '90 -- I graduated in '92, so I was in Glen Mills from '91

20   and '92.

21   Q     Okay.  You told us you were in college or you were taking

22   college prep courses?

23   A     No, no.  They were preparing me for, they tried to send me

24   to a school in Denver to play sports, but I ain't, I didn't

25   want to go.

Coles - Direct                                                        13

1    Q    Why didn't you want to go?

2    A    I was there for like 23 months, ready to go home.

3    Q    I hear you; I hear you.

4    A    Yeah.

5    Q    All right.  Did they give you any money to pursue any

6    vocation at Glen Mills?

7    A    Yeah, I worked in the barber shop while I was at Glen

8    Mills, and since I didn't go to college, they paid for barber

9    school.  They gave me some of the proceeds from barber school.

10   Q    Did you got to barber school?

11   A    Yeah, I went to Tri-City.

12   Q    Okay.  Do you remember when that was?

13   A    '93, '93.

14   Q    Okay, now where is Tri-City?

15   A    There's one on Broad Street and there's one in Norristown.

16   I went to the one in Norristown because it was $1,000 cheaper.

17   Q    Okay.  And what sort of program were you involved in?

18   A    What you mean?

19   Q    Well, you were going to barber school, right?

20   A    Right.

21   Q    What were the -- did you -- was the idea to get a

22   certificate to cut hair?  What was the purpose of --

23   A    Yeah, you go to barber school.  You got to establish

24   enough hours, and then you could take your test to become a,

25   get a barber's license.

Coles - Direct                                          14

1    Q    And how long did you have to go to school in order to take

2    a test to get a license?

3    A    You had to go there -- the program take about nine months

4    to get enough hours.  I stayed there for about seven-and-a-half

5    months.  And then if you, what it is, if you miss too many

6    days, they'll kick you out.  You get expelled.

7    Q    Okay.  Were you also cutting hair during this time period?

8    A    Yeah, I was -- that was one of the reasons why I was not

9    attending school like I was supposed to.

10   Q    Okay.  How old are you now, about 18, 19 years old?

11   A    Yeah, I was 18, 19.

12   Q    And where -- you told the jury you were cutting hair.

13   Where were you cutting hair at?

14   A    I was cutting hair at -- first I was cutting hair at this

15   lady's shop -- I can't remember her name -- in Yeadon.  And

16   then after about three months of working there, I started

17   working at my Uncle Earl's shop.

18   Q    Now, your Uncle Earl's shop, where was that at?

19   A    That was on Main Street in Darby.

20   Q    Do you remember what year it was that you started cutting

21   hair at your Uncle Earl's shop?

22   A    Maybe the end of '93 or '94.

23   Q    1993, 1994?

24   A    Uh-huh.

25   Q    All right.  How did you make money cutting at your Uncle

Coles - Direct                                             15

1    Earl's shop?

2    A    I made money in cash.  People come and get a haircut, pay

3    you cash, tip you cash.

4    Q    Well, what kind of money were you making?

5    A    Weekly about anywhere between 400 to $700.

6    Q    This in cash, right?

7    A    Cash, yeah.

8    Q    Now, did you have to pay your Uncle Earl any money in

9    order to cut hair at his shop?

10   A    Yeah.

11   Q    How much did you have to pay your Uncle Earl?

12   A    I would pay him -- he would -- at first, he started, he

13   was taking 50 percent from all of the barbers.  And then we

14   complained, so he changed it to rent.  He would charge us rent

15   for the chair.  Well, certain individuals, like me.

16   Q    Okay.  When you say rent for the chair, you'd have to pay

17   him for the use of the barber chair?

18   A    Yeah, pay him for the use of the barber chair.

19   Q    And how much did you have to pay your Uncle Earl to get

20   use of the barber chair?

21   A    About $175 a week.

22   Q    A week?

23   A    Yeah.

24   Q    And did you tell me a moment ago that you made anywhere

25   between four and 700 a week?

Coles - Direct                                    16

1    A    Yeah, anywhere.

2    Q    Okay.  So it would range from 1,600 to 2,800 a month?

3    A    Exactly.  Depend on, it depends on if it's a holiday, it

4    be more money.  If it's a regular work week, it just be four to

5    700.  But yeah, anywhere between there, four and $700.

6    Q    And you were paying 150 a week in order to rent the chair?

7    A    Exactly.

8    Q    So monthly, that'd be about --

9    A    175.

10   Q    175?

11   A    Yeah.

12   Q    So monthly that would be about what?

13   A    I don't know, got a calculator?

14   Q    700.

15   A    Right.

16   Q    Okay

17   A    You said monthly?  Oh, paying the rent, yeah.

18   Q    Yeah.  Yeah.

19   A    Yeah, yeah, yeah.

20   Q    Yeah, so you paid about 700 a month --

21   A    Right.

22   Q    -- and expenses to cut hair?

23   A    Right.

24   Q    Where were you living at this time?

25   A    I was living with my grandmother, and then I met Keisha,

Coles - Direct                                          17

1    my oldest son's mother.

2    Q    Okay.  Let's start with your grandmother.  Where does your

3    grandmother live?  Or where did she live at that time?

4    A    She lived on 10th Street.

5    Q    Okay.

6    A    In Darby.

7    Q    10th Street in Darby?

8    A    Uh-huh.

9    Q    Okay.  Does she still live there now or no?

10   A    Yeah, she still live there.

11   Q    Okay.

12   A    She live next door, not in the same house, but she still

13   live on 10th Street.

14   Q    Okay.  And what year we in now?

15   A    We still in '93, '94.

16   Q    '94, and you're living with your grandmother?

17   A    Uh-huh.

18   Q    Okay, and you're cutting hair for, at your Uncle Earl's

19   shop?

20   A    Right.

21   Q    Okay.  And when you lived with your grandmother, did you

22   have to pay her rent?

23   A    No.

24   Q    Did you have any other expenses other than the, whatever

25   the money was you had to pay your Uncle Earl for use of the

Coles - Direct                                    18

1    chair?

2    A    No.

3    Q    Okay.  So what were you doing with the extra money you

4    were earning?

5    A    Spending it.

6    Q    Okay.

7    A    Clothes.  Cars, yeah.

8    Q    Fair enough.  All right.  You were about to tell us that

9    there came a point in time where you met a young woman named

10   Keisha?

11   A    Yeah, I met Keisha.

12   Q    When was that?

13   A    New Year's of '94.

14   Q    Where'd you meet her at?

15   A    I met her at a club.

16   Q    Do you remember which club?

17   A    Yeah, it was a club called the Township Inn, out Darby

18   Township.

19   Q    And did you eventually develop a relationship with Keisha?

20   A    Yeah.  We started dating and she was going to West Chester

21   University; she was in college.  And then we moved into an

22   apartment together, out West Chester.

23   Q    Okay.  Do you remember when that was?

24   A    '94.

25   Q    '94?

Coles - Direct                                    19

1    A    Yup.

2    Q    Were you still working at your Uncle Earl's?

3    A    Yeah.

4    Q    Okay.  How long did you live out in the apartment in West

5    Chester with Keisha?

6    A    Probably till like, that particular apartment till like

7    '95.  About a year.

8    Q    Did you ever have a child with Keisha?

9    A    Yeah, my oldest son.

10   Q    Okay.  What's your oldest son's name?

11   A    Alton Coles, Jr.

12   Q    And what year was he born in?

13   A    He was born in, near the end of '94.

14   Q    End of '94?

15   A    July 17th.

16   Q    July 17th?

17   A    July 17th.

18   Q    Okay.  And you were living with Keisha and your son at

19   this apartment in West Chester?

20   A    Keisha and my son, yup.

21   Q    Okay.  Still cutting hair at your Uncle Earl's?

22   A    Still cutting hair at my Uncle Earl's.

23   Q    All right.  And you were about to tell us there came a

24   point in time when you guys moved from the West Chester

25   apartment?

Coles - Direct                                    20

1    A    Yeah, to Chester.

2    Q    Okay.  When was that?

3    A    Probably about, some time in '95.

4    Q    And where'd you move to in -- you said it was Chester,

5    right?

6    A    Yeah, Chester.

7    Q    Where'd you move to in Chester?

8    A    I forget the name of the -- matter of fact, it's Park

9    Terrace, I think the name of it was.

10   Q    And what are you doing to make a living during this time

11   period?

12   A    I was still cutting hair and I was selling weed too.

13   Q    Okay.

14   A    Right.

15   Q    When you say selling weed, what do you mean by that?

16   A    I was selling marijuana.

17   Q    What quantities?

18   A    $10, $20 bags.

19   Q    Where were you selling it at?

20   A    Everywhere, just in my beeper.  You know, give people my

21   beeper number.

22   Q    Okay.

23   A    Yeah.

24   Q    All right.  And --

25   A    Between Darby and Philly and not really Chester.  I just

Coles - Direct                                    21

1    lived out there.

2    Q    And to whom were you selling?

3    A    Anybody that smoked weed.

4    Q    Okay.  Well, tell me how it worked.  Did people come up

5    and say sell me some weed?

6    A    Yeah, I didn't really stand on no corners and sell weed or

7    nothing.  I just -- I'm a barber.  So people get their hair

8    cut.  They buy weed then or if I be at the club or the bar,

9    they buy weed then.

10   Q    Okay.  You said you were selling small quantities?

11   A    Yeah, small quantities.

12   Q    What quantities would you get and then -- is it called

13   bagging up?

14   A    I was, I probably was only getting like a pound of weed.

15   Not a lot.  Pound of weed, a half pound of weed.

16   Q    How much did a pound of weed cost at that time?

17   A    At that time, like 800.

18   Q    Were you making money off selling the weed?

19   A    Yeah, I'd make probably like, after I bag it all up, I

20   probably make about, I don't know, 1,500.

21   Q    In addition to the income you were making as a barber?

22   A    Yeah, in addition to that.

23   Q    All right.  Now by the way, were you -- this income we're

24   talking about is cash?

25   A    Cash.

Coles - Direct                                    22

1    Q      Are you filing income tax returns on this stuff?

2    A      No.

3           MR. LLORET:  Your Honor, what time frame, the 1,500?

4    BY MR. WARREN:

5    Q      Let's start -- when you started working for your Uncle

6    Earl, I think you told us it was in 1993, 1990 --

7    A      I've never paid taxes.

8    Q      Okay.

9           MR. LLORET:  I was objecting about the 1,500 in

10   additional income.  I don't know the time frame.

11          MR. WARREN:  All right.  Fair enough.

12   BY MR. WARREN:

13   Q      What time period was it when you were selling weed?  I

14   think you told us you had moved to Chester?

15   A      Since -- I was selling weed since probably, since barber

16   school.  Since '94.

17   Q      '94?

18   A      '93.  Yeah, '93.

19   Q      All right.  And the specific question was you said you

20   were making about $1,500 a pound when you sold this stuff?

21   A      Uh-huh.

22   Q      What time period were you making the $1,500 a pound?

23   A      Between '93 and '95.  I think '95.

24   Q      All right.  From 1993 when you're working cutting hair at

25   your Uncle Earl's --

Coles - Direct                                          23

1    A    '96, matter of fact.

2    Q    '96?

3    A    Yeah.

4    Q    Until like 1996, during those -- you didn't sell weed

5    forever and ever.  You quit at some point, didn't you?

6    A    Yeah, I quit at some point.

7    Q    Okay.  All right.  What period -- how long were you making

8    money selling weed?

9    A    I was selling weed -- I mean, I don't understand your

10   question.  From '93, '94 all the way to like '96, I got

11   arrested.  I got locked up.

12   Q    Okay.  We'll get to that.  Till when?

13   A    From '93 to like, till I get locked up, '96.

14   Q    '96?

15   A    Yeah.

16   Q    All right.  During that three -- and we'll get to that

17   arrest ==

18   A    Uh-huh.

19   Q    -- but during that three-year time period, this cache that

20   you're making from cutting hair and selling weed, are you

21   filing taxes?

22   A    No.

23   Q    Are you reporting any of this income to the Government?

24   A    No.

25   Q    What are you doing with it?

                              Coles - Direct                    24

1     A     Saving it.

2     Q     Okay.  How much money do you think you were saving during

3     this -- we're talking about roughly a three-year time period

4     here, right?

5     A     I guess, I remember when I got locked up, probably had

6     like a -- when I got locked up in '96, I probably had about, I

7     don't know 20,000, $25,000 sitting around.

8     Q     Okay.  Well, let's go that.  In 1990 -- when you say you

9     got locked up --

10    A     Uh-huh.

11    Q     -- that's how you refer to being arrested?

12    A     Right.

13    Q     Okay.

14    A     Well, I got locked -- I caught one, I caught one case

15    in -- I can't remember if it was '90 -- I caught like two or

16    three cases in like between '94 and '95 but I was out on bail

17    for them.

18    Q     Okay.

19    A     And then I finally got locked up in '96, and then I

20    couldn't get out for about 10 months, 11 months, something like

21    that.

22    Q     All right.  Let's talk about it.  You say you caught two

23    or three cases starting in 1993?

24    A     Right.

25    Q     All right.  What happened?  Tell me about the first one.

Coles - Direct                                                25

1    Where was it?

2    A    The first one -- I can't put them in order, but I could

3    tell you the three arrests though; I remember them.

4    Q    That's fine; go ahead.

5    A    One of them, somebody set me up in Darby.  Tried to set me

6    up rather.  And they came and locked me up.  And I had a gun

7    and some weed on me.  And a couple dollars, probably like $600.

8    That was one arrest.

9    Q    Hang on.  When you say someone set you up --

10   A    Right.

11   Q    -- I mean, that's a conclusion.  What made you come to

12   that conclusion?  What facts, what occurred that made you think

13   that's what happened?

14   A    Oh, when they took me to the police station, they wouldn't

15   let me in the police station because the person that set me up,

16   they was letting him out the side door.  So they put me in his

17   cell, and his co-defendant that was in there let me know that

18   he just got out because I just came in.

19   Q    Fair enough.  So when you say you were set up, do you

20   remember what year this was?

21   A    This was about '94.

22   Q    '94?

23   A    Uh-huh.

24   Q    And you were charged with a gun?

25   A    Gun.

Coles - Direct                                          26

1    Q    Weed -- what was the quantity of weed?

2    A    Like maybe three bags, two bags of weed.  Three bags.

3    Q    Okay.  What size bags were they?

4    A    $10 bags.  I don't know the size.  They was $10 bags

5    though.

6    Q    All right.  Are those also called dime bags?

7    A    Dime bags, yeah.

8    Q    Okay.  And they're called that because they cost $10 to

9    buy them?

10   A    $10, right.

11   Q    Okay.  So you had a couple dime bags?

12   A    Couple dime bags.

13   Q    Weed, a gun, and was there anything else that I forgot to

14   write down?

15   A    No, that's it, just weed and a gun.

16   Q    All right.

17   A    And money.

18   Q    Now, you were let out on bail in that case?

19   A    Yeah.

20   Q    All right.  While you were out on bail in that case, did

21   you get in trouble again?

22   A    Yeah, I caught another case about -- I don't know how much

23   longer it was after, but me, my uncle and a guy named Deuce, we

24   got arrested in Darby.

25   Q    Okay.  When you say -- do you remember what year this was?

Coles - Direct                                     27

1    A    This was again '94.

2    Q    1994?

3    A    Yeah.  Probably like, I don't know, six months later, five

4    months later.

5    Q    By the way, do you remember the officer, the police

6    officer that arrested you in '94?

7    A    Richard Gibney.

8    Q    G-I-B-N-E-Y?

9    A    Yeah.

10   Q    Okay.  On the first case involving the gun and the weed,

11   the one where you say you were set up, who was that, Gibney?

12   A    Right.    Richard Gibney.

13   Q    Gibney?

14   A    Him and his partners, yeah.

15   Q    Okay.  All right.  In 1994 when -- you said it was you,

16   your uncle and a guy named Deuce?

17   A    Right.

18   Q    Okay.  Which uncle is this, your Uncle Earl?

19   A    No, no, not Earl.

20   Q    Okay.

21   A    Rivers, John Rivers.

22   Q    John Rivers?

23   A    Yeah.

24   Q    Is he your real uncle?

25   A    Yeah, it's my mom's brother.

Coles - Direct                                              28

1    Q    Mom's brother?

2    A    Yup.

3    Q    Okay.  And a guy named Deuce?

4    A    Deuce, yeah.

5    Q    What's Deuce's real name?

6    A    James Haines.

7    Q    James Haines?

8    A    Uh-huh.

9    Q    His nickname was Deuce?

10   A    Yeah.

11   Q    Forgot to ask you this.  What's your nickname?

12   A    Ace.

13   Q    How did you get that nickname?

14   A    I play cards real good; I gamble.  So when I was little,

15   they always called me Ace, and they called him Deuce because he

16   hung with me.

17   Q    Okay.  So you're in the car with your uncle, John Rivers,

18   and Deuce, also known as James Haines, right?

19   A    Uh-huh.

20   Q    What cop pulls you over?

21   A    Richard Gibney.

22   Q    Tell us what happened.  What happened that day?

23   A    I had a rent-a-car, and I went to Earl's and got dropped

24   off.  I had dropped my son's mother, Lakeisha, off at the mall.

25   Me and Deuce went to Earl's shop so I can get a haircut.  I

Coles - Direct                                      29

1    wasn't working this day; I just was getting a haircut.  And

2    Jamal cut my hair.  I let Deuce hold the car, and I don't know

3    where he went.  I don't know if he went to Philly or just rode

4    around Darby; I'm not sure.  But when I was done getting my

5    hair cut, he pulled up.  I came out the barber shop and got in

6    the car.  He got out the driver's seat and I got in the

7    driver's seat now.  He had my uncle with him.  So my uncle got

8    in the back, Deuce got in the passenger side, and I begin to

9    drive.  When I got to the light, I made a right, and I seen

10   Gibney and his partner in the alleyway.

11   Q    They were on foot or in a marked patrol vehicle?  What

12   were they doing?

13   A    They were in a marked patrol vehicle.

14   Q    You recognized them?

15   A    Yeah, I recognized them.  They seen Deuce pull out the

16   barber shop, so they pulled in the alleyway and waited for us

17   to pull off.

18   Q    Okay.  Well, did you see them pull in the alleyway?

19   A    I seen them drive past, and then when I made the right,

20   they was in the alleyway, so yeah.

21   Q    Fair enough.  All right.  So you're driving?

22   A    I'm driving.

23   Q    And you pull past Officer Gibney?

24   A    Yeah.

25   Q    And then he does what, pulls out behind me?

Coles - Direct                                                30

1    A    Yeah, he pulls out right behind us.  I pull over.  He put

2    the lights on for us to pull over.  I pull over.  He pulled us

3    out the car, and when he went to pull us over, I noticed Deuce

4    panicked.  He went in his pocket, and he pulled out a Tylenol

5    bottle and chucked it in the back --

6    Q    Okay.

7    A    -- in the back, in the back seat.  And then Richard Gibney

8    pulled me out the car.  Somebody else pulled Deuce out the car,

9    and he locked us all up.  They locked all three of us up, and

10   then he said I found the coke.

11   Q    Okay.  How much, do you know how much cocaine was in -- it

12   was cocaine inside this Tylenol bottle?

13   A    Yeah, it was cocaine in there.

14   Q    How much -- do you know what the quantity was?

15   A    Six.  Six bags of powder.

16   Q    What size bags were they?

17   A    They was -- I don't know, they was little.  They was

18   little bags of powder.  Six bags.

19   Q    Dime bags?  Nickel bags?

20   A    I don't know if they was dimes or nickels.  They was his,

21   but I know the weight wasn't much because it's on my record.

22   Q    Okay.  So six little bags powder cocaine.

23   A    Six bags of powder, yeah.

24   Q    Okay.  Any guns or anything like that they found in the

25   car?

Coles - Direct                                             31

1    A    No, no guns.  Just money.

2    Q    All right.  Now, you had previously told us that you had

3    been arrested by Officer Gibney once --

4    A    Uh-huh.

5    Q    -- and you were out on bail for that prior case.  Remember

6    that?

7    A    Say that again?  Yeah, I was out on bail for that prior

8    case already.  Yup.

9    Q    All right.  Well, what was happening with the prior case

10   when you got --

11   A    It still was pending; it was in the preliminary stages.

12   Q    Okay.

13   A    Yeah.

14   Q    So what happened?  You were arrested by Officer Gibney

15   again and are you given bail?

16   A    Yeah.  Well, what happened, we was in the police station

17   and actually Deuce called the cops because my uncle, he was, he

18   was complaining.  He was made; he was pissed off, telling Deuce

19   to, you know, he telling both of us, he was like, yo, whose was

20   that?  Y'all need to fess up to it.  So Deuce had told the

21   officer, he said yo, that's my drugs.  Can you --

22   Q    Try not tell us what Deuce said.  Just tell us --

23   A    All right.

24   Q    -- what happened, okay?

25   A    All right.

Coles - Direct                                              32

1   Q    Did you get bail in that case?

2   A    No, I didn't get bail in that case.

3   Q    Okay.

4   A    Yeah, I got bail.  I got bail.

5   Q    All right.

6   A    Yeah.

7   Q    You were out on bail?

8   A    I was out on bail; I got on bail.

9   Q    Okay.

10  A    Probably like the next day.

11  Q    Okay.  And were those the only two cases you picked up in

12  Delaware County?

13  A    No, I picked up one more.  One was I got in a high speed

14  chase, and they found one bag of crack, I believe.

15  Q    Okay.  And when was that?

16  A    That was -- all of them, all three of those cases was in

17  '94.  I caught them all back to back, between the end of '93

18  and '94.

19  Q    Okay.  Now, did you get bail on the third case?

20  A    Yeah, I had bail on all of them.

21  Q    All right.  That was one bag of crack, you say?

22  A    Yeah.

23  Q    Where'd you get that from?

24  A    I forget where I got it from, but well, I was, I wasn't in

25  the car by myself anyway.

Coles - Direct                                               33

1    Q    Okay.

2    A    I was in the car with somebody else.

3    Q    All right.  Were you driving the car?

4    A    Yeah, I was driving.

5    Q    Okay.

6    A    So that's why I wore the charge.

7    Q    Okay.

8    A    Yeah.

9    Q    Okay.  When you said you were in a high speed chase --

10   A    Yeah.

11   Q    Okay.  Were you?

12   A    Yeah, I was in a high speed chase.

13   Q    Okay.  Why'd you get in a high speed chase with the

14   police?

15   A    This time wasn't Gibney, it was another cop tried to pull

16   us over.  And when I went to pull over, the guy I had in the

17   car, he said man, I got, I'm dirty.  And I said you going to

18   eat it?  He said no, I ain't going to eat it.  And I wasn't

19   going to pull over because I was already out on bail for a

20   couple cases, so --

21   Q    Okay.

22   A    -- I tried to get in a high speed chase for him to get

23   out, but he couldn't get out so we got caught.

24   Q    All right.  So what happened after you were arrested on

25   this third case?

Coles - Direct                                    34

1   A    Bail.

2   Q    All right.  Now, these are all Delaware County cases?

3   A    Yeah, all Delaware County.

4   Q    Are you still working at the time?

5   A    Yeah.

6   Q    What are you doing to make money?

7   A    Cutting hair.

8   Q    Still selling weed, or have you stopped?

9   A    Still selling weed.

10  Q    Okay.

11  A    Still selling.

12  Q    All right.  Now, these three cases --

13  A    Right.

14  Q    -- what eventually or ultimately happens to them?

15  A    I had a warrant for them.  I never went to Court.  After I

16  caught, after I had so many of them, them three cases all

17  together, I just didn't go to Court.  I stopped cutting hair

18  out Darby, period.

19  Q    Okay.  Where did you go after you stopped cutting hair in

20  Darby?

21  A    I went back to Philly and back and forth between Philly

22  and Chester.

23  Q    Okay.

24  A    Uh-huh.

25  Q    And why were you going back and forth to Chester?

Coles - Direct                                    35

1    A    I lived there with Keisha.

2    Q    Okay.  And your son?

3    A    And my son was just being born, yup.

4    Q    Okay.  All right.  Does there come a point in time when

5    you move out of, stop living with Keisha?

6    A    I stopped living with Keisha around '96 some time.

7    Q    Okay.

8    A    Yeah.

9    Q    All right.  Is this around the time period that you told

10   us you stopped selling weed?

11   A    Yeah, I -- well, I never really stopped selling weed.  I

12   just, what it was, I got locked up.

13   Q    Okay.

14   A    I never really stopped.  I always hustled weed and even

15   cocaine at times.  But I got locked up like around '96.

16   Q    Okay.  When you say you got locked up, that means you were

17   actually put in jail?

18   A    Yeah, I got put in jail.

19   Q    Okay.  Is that different than the Delaware County cases?

20   A    Yeah, that's different from the Delaware County case.

21   Q    Okay.  All right.  Does this involve something that

22   happened in Jersey?

23   A    Yeah.

24   Q    All right.  Did that involve a woman named Lorraine Baker?

25   A    Yeah.

Coles - Direct                                              36

1    Q    All right.  You living with Keisha; you have a son?

2    A    I'm living with Keisha; I had a son, yeah.

3    Q    All right.  Tell us about this Lorraine Baker woman.  When

4    did you meet her?

5    A    I met her around '95.  Yeah, around '95.

6    Q    How did you meet her?

7    A    Through a friend, a mutual friend.

8    Q    Where'd you meet her at?

9    A    I met her -- I forget.  It might have been at a movies or

10   at the Plateau at Fairmount Park.

11   Q    Right.  Did you become -- were you still living with

12   Keisha at this time?

13   A    Yeah, I was still living with Keisha.

14   Q    Did you become romantically involved with Lorraine

15   Baker --

16   A    Yeah.

17   Q    -- while you were living with Keisha?

18   A    Yes, I did.

19   Q    Okay.  And when was this?  When did this start?  When did

20   your romantic relationship with Lorraine start?

21   A    '95.

22   Q    '95?

23   A    Yep.

24   Q    Where was Lorraine living at this time?

25   A    Chester.

Coles - Direct                                    37

1    Q    Chester?

2    A    Uh-huh.

3    Q    All right.  So you're seeing -- did you have any children

4    with Lorraine?

5    A    Not yet, but yeah, I got children with her now.

6    Q    Okay.

7    A    Not in '95.

8    Q    Okay.  Well, are you still working cutting hair in '95?

9    A    Cutting hair, yeah.  I'm not in the barber shop no more.

10   I'm not at Earl's.  Just cutting hair and hustling --

11   Q    Okay.

12   A    -- to make a living, yeah.

13   Q    All right.  You told us that you got in trouble in New

14   Jersey, and it was Lorraine Baker with you?

15   A    Right.

16   Q    Okay.

17   A    Yeah.

18   Q    You had the three cases in Delaware County, right?

19   A    Right.

20   Q    And then you get in trouble in New Jersey?

21   A    Right.

22   Q    Tell us what happens in New Jersey where you get in

23   trouble.  What year is this, '96?

24   A    This is '96, I believe.  I remember 'cause it was her

25   birthday.

Coles - Direct                                            38

1   Q    '96 would mean you'd been seeing Lorraine for about how

2   long?

3   A    I met her in '95, so a year later.

4   Q    Okay.  Well, what happened?

5   A    We went to Atlantic City.  It was her birthday.  And when

6   we left -- we went down Atlantic City, and I gambled.  We left

7   Atlantic City and went to the Feather Nest Inn, a hotel in, a

8   motel in Jersey.  And we pulled in the hotel -- well, before I

9   went there, I switched, I had switched cars with my cousin.  He

10  had a rent-a-car.  And I let him hold my car.

11  Q    All right.  This cousin's name is what?

12  A    Jervis Pringle.

13  Q    Now, is he really your cousin?

14  A    No, he not my blood cousin.  We just grew up together --

15  Q    Okay.

16  A    -- since we was young.

17  Q    In the Paschall area?

18  A    That's where I know him from.  His mom hangs with my aunt,

19  yeah.

20  Q    Okay.  So how -- you had known Jervis for how long?

21  A    I'd known Jervis all my life.

22  Q    All right.  So you had switched cars -- I think you were

23  telling us you had switched cars with Jervis?

24  A    Yeah, I switched cars with him.  I let him hold my car and

25  he let me hold his rent-a-car.

Coles - Direct                                                    39

1    Q    All right.  Well, what kind of car were you driving back

2    in 1996?

3    A    I had a BMW 733, I think.

4    Q    How'd you buy -- did you buy that or finance it?  How did

5    you get the BMW?

6    A    It was used.  I just brought (sic) it.

7    Q    Just bought it?

8    A    Yeah.  I paid like, I don't know, $1,800 for it.

9    Q    Okay.

10   A    Fixed it up.

11   Q    Okay.  And Jervis has a rental car?

12   A    Yeah, Jerv had a rental car.

13   Q    Why did you guys or why did, if you know, why did you guys

14   swap cars?

15   A    Well, I didn't want to drive the, my BMW.  I didn't have

16   no license, and Lorraine license was suspended.  So I let him

17   hold my car 'cause my car had rims and all that, rim system,

18   everything on it.  It was too flashy, so I let him hold my car

19   to hold his rent-a-car so I wouldn't get pulled over.

20   Q    And what kind of rental car did he have?

21   A    A Dodge Intrepid.

22   Q    A more conservative vehicle?

23   A    More conservative, yeah.

24   Q    All right.  You told us that you had gone to Atlantic

25   City?

Coles - Direct                                          40

1    A    Yeah, we went to Atlantic City.

2    Q    To gamble?

3    A    To gamble.

4    Q    Had you made any money?

5    A    Yeah, I made like 3,000, plus I still had like -- I made

6    like four, 5,000 altogether.  But I cashed out 3,000 and kept

7    like 20 $100 chips in my pocket.

8    Q    What kind of games did you like to play in Atlantic City?

9    A    Blackjack and craps.

10   Q    Were you good at it?

11   A    I'm great at it.

12   Q    And you told us it was Lorraine's birthday?

13   A    It was Lorraine birthday.

14   Q    And you guys were at the Feather Nest Inn?

15   A    Right, the Feather Nest Inn.

16   Q    So what happens -- and who's driving by the way?

17   A    Lorraine.

18   Q    And this is the car that Jervis has rented?

19   A    Right.

20   Q    And what happens?  Tell us what happens at the Feather

21   Nest Inn.

22   Q    What happens is we go inside to rent the room, and a New

23   Jersey street (sic) -- I don't know if it was a state trooper

24   or just a regular patrolman, he pulled past the car and I was

25   drinking a Heineken.  So he seen the Heineken bottle sitting in

Coles - Direct                                             41

1    the console.  So when we went back to the car and got in the

2    car, he pulled us over.

3    Q    And what happened when he pulled you over?

4    A    When he pulled us over --

5    Q    I'm sorry.  Who was driving?  Was Lorraine still driving?

6    A    Lorraine's still driving.

7    Q    Right.

8    A    Well, we was in the parking lot at this time, so we just

9    got in the car to pull from the front of the hotel into our

10   room.  We rented a, one of the, the theme rooms.

11   Q    Theme rooms?

12   A    Yeah, theme room.

13   Q    Okay.

14   A    Like the ice cave or something.  I forget.

15   Q    Okay.  Okay.

16   A    But when we pulled in front of the hotel room, the cop

17   pulled his lights and pulled us over.

18   Q    All right.  So what happens when the cop pulls you ver?

19   A    He come to the car.  He asked Lorraine for her license and

20   registration.  She told him she didn't have it.  She lie and

21   told him she didn't have it, and she used her sister name,

22   Sandra.  And she dropped her license between her lap so he

23   wouldn't find it because after he, she told him she didn't have

24   her license on her and gave her (sic) the name, he asked her to

25   step out the car.  So when she stepped out the car, he seen her

Coles - Direct                                    42

1    license on her seat.

2    Q     And he knew she had, she hadn't been straight with him

3    about the name?

4    A     Right.

5    Q     So then what did he do?

6    A     He asked me to step out of the car also.  And he had us

7    both sit on the curb.  And then he searched the vehicle.

8    Q     What did he find inside the car?

9    A     He found 14 bags of crack.

10   Q     What size bags were these?

11   A     I don't know if they was 5 or $10 bags, but they was

12   little.

13   Q     Okay.  So this is 1996, right?

14   A     Right.

15   Q     Twelve years ago?

16   A     Yeah, I guess, yeah.

17   Q     All right.  And they find 14 little bags of crack?

18   A     Yup.

19   Q     And in 1994, they found you with six little bags of crack?

20   A     Right.

21   Q     Okay.

22   A     No, no.  Six little bags of powder.  That was powder.

23   Q     I'm sorry, powder.

24   A     Yeah.

25   Q     One little bag of crack on the high speed chase thing?

Coles - Direct                                                          43

1    A    Right.

2    Q    Okay.  Okay.  So go on.  What happens to you, you and

3    Lorraine in New Jersey.  Are you both arrested?

4    A    Yeah.  Well, right there, he came to the car and said I

5    found crack, and somebody got to take a charge.  So I told him

6    lock me up then because she was pregnant at the time.  And when

7    he went to lock me up, she got emotional.  She wouldn't let him

8    arrest me, start crying and trying to hug me.  And he called

9    for back-up and he locked her up too.

10   Q    So both of y'all got locked up?

11   A    Yeah, he locked us both up.

12   Q    All right.  Now, what name -- when you got arrested in New

13   Jersey --

14   A    Uh-huh.

15   Q    -- did you still have, did you know you had warrants

16   outstanding from Delaware County?

17   A    Yeah, I knew I had 'em.

18   Q    What name did you give them in Delaware County when you

19   were arrested?

20   A    Delaware County?  I used my name; every -- they know me.

21   Q    Okay.  Well, what name did you give them?

22   A    Alton Coles.

23   Q    Alton Coles?

24   A    Right.

25   Q    Right.  Did you give them that same name when you were

Coles - Direct                                        44

1    arrested in New Jersey?

2    A    No, I didn't.

3    Q    What name did you give them when you were arrested in New

4    Jersey?

5    A    I gave them my middle name, Lamar, and my father's last

6    name, Johnson.

7    Q    Lamar Johnson?

8    A    Right.

9    Q    Why didn't you give -- excuse me -- why didn't you give

10   them your real name?

11   A    Because I ain't want to be stuck from the bench warrants

12   that I knew I had in Delaware County.

13   Q    All right.  Now, what happens?  Both you and Lorraine are

14   taken down to the police station?

15   A    Yeah, we both took down to the police station.  I told

16   the, one of the officers when they was fingerprinting us and

17   stuff, I asked them to let her go, what did he, what'd he

18   arrest her for?  And he said I got to arrest both of y'all.  So

19   I said, I explained my situation to him, let him know I was a

20   barber and all that.  And he felt sorry for us so he, he said

21   well, look, I can't let her go.  I got to arrest you because it

22   ain't my car, I didn't arrest you.  But what I will do, I'll

23   let you use your money that you have on you for her to bail out

24   tonight.

25   Q    All right.  So Lorraine got bailed out of jail?

Coles - Direct                                    45

1    A    Yeah, she bailed right out that night.

2    Q    You got locked up?

3    A    I got locked up.

4    Q    How long did you -- did you ultimately make bail in that

5    case?

6    A    I made bail, but I didn't go home to the street.  I made,

7    I made bail for Jersey about a month or two later, about two

8    months later.  And then I got transferred to Delaware County

9    Prison.

10   Q    Okay.  On those three prior cases you told us about?

11   A    Right.

12   Q    All right.  And you had pending charges in -- what were

13   you charged with in New Jersey?

14   A    The 14 little bags of crack that he found --

15   Q    Yeah.

16   A    -- in the ashtray.

17   Q    Okay, okay.  So you were charged with drug offenses in New

18   Jersey?

19   A    Right.

20   Q    All right.  And you got bail.  They just wouldn't let you

21   go because Delaware County also wanted you?

22   A    Exactly.

23   Q    And how long were you held in New Jersey?

24   A    I was held in New Jersey for two months, and then I got

25   transferred to Delaware County because I posted bail.  And then

Coles - Direct                                          46

1   I stayed in Delaware County for about -- I don't know -- I

2   think seven or nine months.

3   Q    All right.  What year are we in now?

4   A    We in '97.

5   Q    1997?

6   A    Right.

7   Q    All right.  Did you ultimately resolve the three cases

8   that you had in Delaware County?

9   A    Yeah.

10  Q    Well, go ahead.  How'd you resolve them?

11  A    I got sentenced by Judge Surrick.

12  Q    Same Judge Surrick sitting there?

13  A    Yeah.

14  Q    All right.  You had all three of your cases put -- what

15  did Judge Surrick give you, by the way?

16  A    He gave me -- I believe it was work release.

17  Q    Oh, by the way, he wasn't a federal judge at that time,

18  right?

19  A    No, he wasn't a federal judge at the time.

20  Q    He gave -- do you recall what he gave you?

21  A    He gave me work release.  I got one less, one year less a

22  day.  So it was a county sentence.  And he gave me immediate

23  work release.

24  Q    Okay.  And so you took it -- that took care of all three

25  cases?

Coles - Direct                                          47

1    A    That took care of all three cases.

2    Q    And I think there's a stipulation -- there's 11-1/2 months

3    or something like that --

4    A    Right.

5    Q    -- whatever it was.

6    A    11-1/2, 23 months.  Something like that, yeah.

7    Q    Something like that.  When you say it's a county sentence,

8    what do you mean by that?

9    A    That mean I was able to do the sentence in the county

10   instead of going to a state facility.

11   Q    Yeah, I understand.  Yeah, like a state prison, right?

12   A    Prison, yeah.

13   Q    Okay.  Okay.  How much time did you spend doing this

14   county sentence?

15   A    I only spent like -- I forget, maybe seven or eight

16   months.  What it was, Lorraine had had -- she was pregnant when

17   we got locked up.  So she had the baby while I was in prison.

18   Q    Right.

19   A    My son, Naail, was about a month or two old, so that's why

20   I got work release because they was going to allow me to work

21   at the barber shop to provide for my son.

22   Q    Okay.  Were you allowed to work at the barber shop?

23   A    No.  The prison, they didn't allow you to work at the

24   barber shop because you don't get checks.  So they don't know

25   exactly how much to take from you a week.  So Judge Surrick cut

```
                        Coles - Direct                    48
 1     me loose early my lawyer told me.

 2     Q    Okay.  So you could go to work?

 3     A    Right, so I can go to work.

 4     Q    All right.  Now, you said your child with Lorraine has

 5     been born?

 6     A    Right.

 7     Q    What's his name?

 8     A    Naail.  That was actually my second child by her.

 9     Q    That was your second child by Lorraine?

10     A    Yeah.  My first child was Narah.

11     Q    Okay.  Was Naaiil - N-A-I-L-L, right?

12     A    N-A-A-I-L, that's Naail, yup.

13     Q    Okay.  And that's a son?

14     A    That's a son.

15     Q    And your first child with Lorraine, when was that child

16     born, '96?

17     A    No, she was born '95 or '96.  I'm not even sure.

18     Q    Okay.  What's her name?

19     A    Narah.

20     Q    I'm sorry?

21     A    Linarah.

22     Q    Can you spell that?

23     A    Her first name is Sadee, S-A-D-E-E.

24     Q    S-A-D-E-E?

25     A    Linarah, L-I-N-A-R-A-H.
```

Coles - Direct                          49

1    Q    A-H.  All right.  So you had two children by Lorraine --

2    A    Right.

3    Q    -- by 1997?

4    A    Right.

5    Q    Okay.  What's happened to Keisha at this point?

6    A    Me and Keisha split up like around '96, I think.

7    Q    You split up with Keisha before or after you got arrested

8    in New Jersey?

9    A    Yeah, before.  Before Jersey.

10   Q    Okay.

11   A    Yeah.  We split up.

12   Q    All right.  If you, if you're allowed to let go on work

13   release, where did you -- did you go to work?

14   A    Yeah, I went to -- I never went for work release.

15   Remember, I told you the --

16   Q    Right.

17   A    Yeah.

18   Q    But you -- I think you also told us that because they

19   wouldn't, the prison wouldn't let you out?

20   A    Yeah.  Because they don't know exactly how much to take

21   from your check.

22   Q    Right.  It was your understanding that your sentence got

23   lowered and you were allowed to get out of jail?

24   A    Right.

25   Q    All right.  So you could work?

1   A    Right.

2   Q    Did you go to work?

3   A    Once I got out?

4   Q    Yeah.

5   A    Yeah.

6   Q    All right.

7   A    Yeah.  Once I got out, I went to work.

8   Q    All right.  Now, are you living with Lorraine at this

9   point?

10  A    No, she was living with her mother.

11  Q    All right.  When you get out, where do you go to live?

12  A    I go to stay with my mother for like two months I think I

13  stayed there.

14  Q    All right.  Well, where's your mom living?

15  A    My mom lived in West Philly.

16  Q    Where in West Philly?

17  A    On, right off 52nd Street.

18  Q    Okay.  You lived there for a couple months?

19  A    Yeah, I lived there for like two months and then I got an

20  apartment right down the street on 45th and Pine.

21  Q    Okay.  Where's Lorraine living at this time?

22  A    She's still living with her mom.

23  Q    With the two kids?

24  A    Yeah.

25  Q    Remember the address on Pine Street?

Coles - Direct                                51

1    A    4514 Pine Street.

2              MR. WARREN:  Agent Tropea, do we have Exhibit 2, both

3    counts?

4              THE WITNESS:  That's it.

5    BY MR. WARREN:

6    Q    That's it?  That's where you were living with Lorraine?

7    A    No, Lorraine wasn't living there.  I was living there; she

8    just come visit.

9    Q    Okay.  What year were you living there?  That's -- for the

10   record, that's Government's Exhibit number 2.

11   A    I was living there in -- what's that, '97.

12   Q    Okay.  Now, where are you --

13   A    Actually, prior before me, prior before me going to jail,

14   I was living here too.

15   Q    Okay.

16   A    Yeah.  And that's why my mom, I let my mom have the

17   apartment, and then when I got out of jail, I went back and

18   stayed there with her.

19   Q    Okay.

20   A    Yeah.

21   Q    You also said you were working at this time period?

22   A    Right.

23   Q    All right.  How much total time did you spend in jail?

24   Because you said you did two months in New Jersey.

25   A    I got locked up in December of '96, December 29th, and I

Coles - Direct                                            52

1     got out August 27th.

2     Q     August 27th?

3     A     Yeah.

4     Q     1997?

5     A     Yup.

6     Q     Okay.  So that's around what -- eight, nine months?

7     A     Yeah, total.  Something like that.

8     Q     Okay.  Was that the only time period -- you know, put

9     aside this present case, all right, but is that the only time

10    period you've spent in jail in your life?

11    A     Yeah, that's it.

12    Q     Eight, nine months?

13    A     Yup.

14    Q     All right.  When you get out of the Delaware County jail,

15    live with your mom for a couple months?

16    A     Yeah.  I lived with her.

17    Q     Your mom's still living in this place on Pine Street?

18    A     Yeah.

19    Q     All right.  So how long did you live there?

20    A     We stayed there for about -- I met Kris about couple

21    months later, like November or October.  So then I started --

22    we, me and her was friends, so I started staying there more.

23    So I stay, I started staying with Kris more.  I stopped living

24    with my mom maybe like '98.  I still always lived at there; I

25    just never stayed home.

Coles - Direct                                        53

1    Q    I hear you.

2    A    Yeah.

3    Q    Okay.  You still got that New Jersey case, don't you?

4    A    Pending, yeah.  I'm out on bail for it.

5    Q    You're out on bail for that New Jersey case?

6    A    Yeah.

7    Q    What are you doing about that -- know what an open case

8    is?

9    A    Well, I didn't know it -- actually, at first, I thought

10   all of the cases was done, but then I got notified that I had

11   to appear in New Jersey Court, so I knew I had to deal with the

12   New Jersey case again, yeah.

13   Q    Okay.  All right.  So what were you doing, if anything, to

14   deal with the New Jersey case?

15   A    I was going to Court for it.

16   Q    Okay.

17   A    Yeah.

18   Q    Okay.

19   A    Up until like '98.

20   Q    Okay.  What are you doing -- you're going to Court for the

21   New Jersey case, and we'll get to the part where you stop

22   going.

23   A    All right.

24   Q    Are you seeing both Lorraine -- and when you say Kris, do

25   you mean Kristina Latney?

Coles - Direct                                        54

1    A    Yeah, Kristina Latney.

2    Q    So this is around 1998?

3    A    No, '97 I met Kristina Latney.

4    Q    All right.  And where's Kris living at this time?

5    A    5856 Cedar Avenue.

6    Q    Her mom's house?

7    A    Her grandma house.

8    Q    Her grandmom's house?

9    A    Yeah.

10   Q    All right.  So you're seeing Kris?

11   A    Right.

12   Q    And Lorraine?

13   A    Lorraine was my girlfriend, yeah.  Kris was just a friend

14   at the time.

15   Q    Okay.

16   A    Yeah.

17   Q    Where are you working?  What are you doing to make money

18   during this time frame?

19   A    I'm still cutting hair and at this time, I wasn't hustling

20   no more.

21   Q    Okay.  Why?

22   A    Because I just had did the nine months and I had a case

23   pending so I wasn't trying to get locked back up no more.

24   Q    Okay.  All right.  Do you know a place called Outlines?

25   A    Yeah.

Coles - Direct                                          55

1    Q      Tell the jury what Outlines was.  Now, this is around

2    1998, right?

3    A      Yeah.

4    Q      All right.

5    A      Outlines is a barber shop that I opened up around -- I

6    think I got it, the space like around December or, around the

7    time I met Kris.  I might have had it in November.  I can't

8    recall.  But I was fixing it up.  I had to paint and, you know,

9    put the chairs and all that stuff in there.

10   Q      Okay.  Do you remember what the address -- where was

11   Outlines located?

12   A      Outlines One was in Chester.

13   Q      Do you remember what street it was on?

14   A      Third Street.

15   Q      Remember what the address was?

16   A      I can't -- I think 2820 West Third Street.  I'm not sure.

17          MR. WARREN:  Agent Tropea, can we see Exhibit 11,

18   please.

19          THE WITNESS:  Yeah, that's it.

20   BY MR. WARREN:

21   Q      All right.  Now when you say that's it, you're looking at

22   what?

23   A      I'm looking at the building with the awning that I put up,

24   the Outlines awning.

25   Q      See down there in the right-hand corner, where it says

Coles - Direct                                      56

1    Government's Exhibit 11?

2    A    Not -- that one is the day care that I had next door to

3    it.

4    Q    Let me just point out what I'm talking about here.   See

5    this right here, Government Exhibit --

6    A    Yeah, Government Exhibit --

7    Q    Okay.   So the actual photograph, the exhibit you're

8    looking at is number 11.

9    A    Right.

10    Q    Okay.   So you told us that Outlines is depicted in this

11    photograph?

12    A    Right.

13    Q    All right.   Which building is it?   Is it to the left or

14    the right of that vacant lot?

15    A    To the left.

16    Q    And is that the one with the awning?

17    A    Yeah, the awning.

18    Q    Now, this picture, is that the condition the building was

19    in when you first opened up the barber shop there?

20    A    No, I had to do that to it.

21    Q    All right.   What did -- well, let me ask you this.   Did

22    you -- how did you get this place to even start a barber shop?

23    How did that happen?

24    A    Jerv's, Jerv's mother -- Jerv's little sister, her father

25    owns that building right there and the building next to it.   I

Coles - Direct                                    57

1    had a day care in it.  He owned both of these buildings.  And

2    he used to rent it to a girl that had a hair salon in there,

3    and she moved her hair salon, so he just had the space open but

4    it didn't have no chairs.  It needed work done, so I rented the

5    chair -- I rented the space from him for $400 a month and fixed

6    it up, made it a barber shop.

7    Q    All right.  And how much money did you spend fixing it up

8    to make it into a barber shop?

9    A    Altogether?

10   Q    Yeah.

11   A    I don't know, maybe, maybe like 8,000.

12   Q    Where'd you get the money that you used to fix the place

13   up?

14   A    I already had it.  As I told you, in '96, I already had

15   about 20,000, 25,000 laying around.

16   Q    Okay.  All right.  Now --

17   A    I used a lot of that for legal fees and stuff though so,

18   but I still had about 10 grand when I came home.

19   Q    Okay.

20   A    Yeah.

21   Q    All right.  Now, and to have a barber shop, you got to

22   have barber chairs?

23   A    Yeah, you got a barber chair.  I had to go out and buy

24   barber chairs.

25   Q    Where'd you get them at?

Coles - Direct                                                    58

1    A    I got them at, on McDade Boulevard at a barber supply

2    store.

3    Q    How much did they cost?

4    A    They cost me around 500 a chair.  I bought six of them.

5    Q    How long did it take you to get the place fixed up such

6    that you could actually open it as a barber shop?

7    A    Took me about two months.  It didn't take long.  About two

8    months.

9    Q    Now, you remember your friend, Deuce?

10   A    Yeah.

11   Q    James Haines?

12   A    Exactly.

13   Q    Was he involved in the barber shop business in Chester

14   with you?

15   A    Yeah.  He went to barber school with me, too.  Yeah.

16   Q    Okay.  So what was the relationship, if any, that the two

17   of you guys had with respect to this barber shop?

18   A    Well, Deuce actually had finished barber school, so he had

19   his barber's license and he had his teacher's license too, and

20   a manager license.

21   Q    Okay.

22   A    So that's why I opened the shop up, because he had all, he

23   had the teacher and the manager license and a barber license,

24   so I opened the barber shop for both of us to cut hair in it.

25   Q    Okay.  How many barber chairs were in there?

Coles - Direct                                      59

1   A    Six.

2   Q    All right.  And did you have to pay rent on this building,

3   by the way?

4   A    Yeah, I paid $400 a month.

5   Q    And who were you paying the rent to?

6   A    To Dell Arnold.

7   Q    And who's he?

8   A    That was my landlord.  And --

9   Q    Related to Jervis?  Or no?

10  A    He ain't related -- he's Jerv's mom's ex-boyfriend.

11  Q    Okay.  All right.  I'm sorry.  How much did you say you

12  were paying?

13  A    $400 a month.

14  Q    $400 a month?

15  A    Right.

16  Q    All right.  And did you say it had six chairs in there?

17  A    Yeah, I had six chairs in there.

18  Q    You would use one of the chairs?

19  A    Yeah, I would use one of the chairs.  I would, I had one

20  chair that I cut; it was my chair.  Deuce had a chair.  And

21  then I had four other chairs.

22  Q    Do you know how Deuce got his nickname?

23  A    How he got his nickname?

24        MR. WARREN:  All right.  I'll move on, Judge.

25  BY MR. WARREN:

Coles - Direct                                         60

1    Q    All right.  Deuce had a chair?  Was Deuce paying you rent

2    or no?

3    A    Yeah, Deuce paying me rent.

4    Q    How much is Deuce paying you for use of the chair?

5    A    Deuce paid me $125 a week.

6    Q    All right.  Did you also -- so that's two chairs.  Did you

7    also rent out the four other chairs?

8    A    Yeah.  I rented the other chairs out too.

9    Q    All right.  All four of them?

10   A    Two or three chairs would be empty at times, but I rented

11   all, I rented all six chairs out, yeah.

12   Q    Okay.

13   A    But I might fall short of a barber here and there, yeah.

14   Q    Barbers tended to come and go?

15   A    Right, right.

16   Q    Okay.

17   A    But it was four of us that stayed in there strong.  That

18   was me, Deuce, Kasid and Shad.

19   Q    Okay.  Do you know how to spell Kasid?

20   A    No.  I don't know how to spell it.

21   Q    Okay.  How about Shad?

22   A    S-H-A-D, I guess.

23   Q    Okay.  Were you charging -- you charged Deuce 150 a week.

24   Was it a week or a month?

25   A    125 a week.

Coles - Direct                                    61

1   Q    A week?

2   A    Yeah.

3   Q    All right.  And how much did you charge the other two

4   guys?

5   A    I was charging them 175 first, then I went down to 150.

6   Q    150, and this is weekly?

7   A    Yeah, weekly.

8   Q    All right.  So monthly, how much were you making at the

9   barber shop just for renting the chairs?

10  A    Let me see.  150 -- yeah, let me see that.

11          MR. WARREN:  May I approach, Judge?

12          THE WITNESS:  Yeah, please.

13          THE COURT:  Yes.

14  BY MR. WARREN:

15  Q    By the way, are you the one who mis-added the numbers on

16  that 10-day report that Agent Tropea pointed out?

17  A    Yeah.  Only one time.

18  Q    All right.

19  A    600.

20  Q    So you were pulling in about 600 a month --

21  A    No, 600 a week on the chairs.

22  Q    600 a week on chairs?

23  A    Yeah.

24  Q    Multiplied by four would be what?

25  A    2,400.

Coles - Direct                                     62

1    Q    Okay.  Now, that's 2,400 bucks, and you're paying 400 a

2    month in rent?

3    A    400 a month.

4    Q    All right.

5    A    That didn't include my chair though.

6    Q    I -- we're getting to that.

7    A    All right.

8    Q    So netting out the $400 expense --

9    A    Right.

10   Q    -- how much rental income did you get, about 2,000 just

11   for renting the chair?

12   A    Yeah, just for renting the chairs.

13   Q    All right.  Now, you're also making money cutting hair?

14   A    Right.

15   Q    How much money are you making?

16   A    Anywhere then from about 1500 to 2,200 a week sometimes

17   Q    Okay.  How can you make that much money cutting hair?

18   A    At this time, people started getting died.  They started

19   getting more than just haircuts about 25, $30 a head that I was

20   getting.

21   Q    All right.  Well, were you cutting men's and women's hair

22   or just men's hair?

23   A    Just men's.  I cut some women's though, but not a lot.

24   Q    Okay.  So how much would you charge a man to cut his hair?

25   A    Anywhere from 25 to $50.

Coles - Direct                                          63

1    Q    Okay.  And how much could you make a day charging -- I

2    mean, was -- how many people tended to come to this barber

3    shop?

4    A    We stayed, we stayed crowded.  We stayed packed,

5    especially Thursday, Friday, Saturday.  Be a full house all

6    day.

7    Q    So how much did --

8    A    We used to cut till like -- we ain't close till like -- we

9    actually got in trouble because we used to ain't close

10   sometimes till like 1:00 in the morning, 12:00 in the evening,

11   midnight.

12   Q    How much a day on average were you making by -- how many

13   days a week was this place open?

14   A    Monday through Sunday, every day.

15   Q    Seven days a week?

16   A    Sundays we would take off sometime unless it was

17   appointments.

18   Q    How much money a day do you think you were making back

19   then cutting hair?

20   A    A day?

21   Q    Just your chair?

22   A    My chair?  Monday, Tuesdays and Wednesdays would be like,

23   I don't know, anywhere between $150 --

24   Q    A day?

25   A    Yeah.

Coles - Direct                              64

1    Q    Okay.

2    A    $150.  But Thursday, Friday and Saturday, I mean,

3    Thursday, I might make $300.  Friday, I might make between four

4    and $600.  Saturday the same.  It would vary on days.

5    Q    Well, how much do you think on average you were pulling

6    in -- this is all cash, right?

7    A    Cash.

8    Q    Nobody's coming to you with -- it's all cash, right?

9    A    All cash.

10   Q    All right.  How much do you estimate that you were making

11   on average a week cutting hair at your chair?

12   A    Average, weekly average?

13   Q    Yeah.

14   A    I would keep it at -- average, I would say, I don't know,

15   1,500 a week.

16   Q    Okay.

17   A    Average.

18   Q    So that would be what a month, 6,000?

19   A    Right.

20   Q    Added to the 2,000 that you got from renting the chairs

21   out to the other three fellows, that would be about 8,000 a

22   month?

23   A    Right.

24   Q    In cash?

25   A    Yeah.

Coles - Direct                                           65

1    Q    Okay.  And you already told us your rental expense for

2    this place was $400?

3    A    400 bucks, yeah.

4    Q    All right.  So what other expenses do you have at this

5    time period?  We're talking 1998.

6    A    I had -- me and Lorraine had got an apartment.

7    Q    You and who?

8    A    Lorraine.

9    Q    Okay.  Now, where did -- when was this?

10   A    '98, I think we moved in around January of '98.

11   Q    Okay.  When you say moved in, where did you move into?

12   A    We moved into Korman Suites.

13   Q    Where at?

14   A    On Penrose and Island Avenues.  Penrose, Penrose, near

15   Penrose Plaza.

16   Q    Penrose and Island Avenue, Philadelphia?

17   A    Island Avenue, yup.

18   Q    Southwest Philadelphia?

19   A    Southwest Philly.

20   Q    All right.  All right.  That's around 1998?

21   A    Yeah, that's around '98.

22   Q    And you still just have two kids by Lorraine?

23   A    Yeah, I got two kids by her now, yup.

24   Q    Okay.  I'm sorry.  Were you living there with Lorraine or

25   Kris?

Coles - Direct                                        66

1    A    No, Lorraine.

2    Q    Lorraine?

3    A    Right.

4    Q    Okay.  What's going on with Kris at this time?

5    A    Kris was just -- at that time, she just was a side

6    girlfriend.

7    Q    All right.  Is -- where was Kris living at this time

8    period, her grandmom's place?

9    A    Yeah, her grandmom's.

10   Q    Cedar Avenue?

11   A    Yeah.

12   Q    All right.  So you've got Outlines in Chester?

13   A    Right.

14   Q    You've got Kris -- do you have any children with Kris at

15   this time period?

16   A    Not at this time, no.

17   Q    You've got a place at the Korman Suites with two kids and

18   Lorraine?

19   A    Right.

20   Q    All right.  How are things going for you at this time?

21   A    At this time, things was going swell.  It was all right at

22   this time.

23   Q    All right.

24   A    I was cutting hair at the barber shop.

25   Q    All right.  How much money were you paying for the place

Coles - Direct                                      67

1    at Korman Suites?

2    A    I was paying I think 700, $700, something like that.

3    Seven, maybe 750, 700.

4    Q    Still driving the BMW or do you have something else?

5    A    I had a Acura Legend.

6    Q    What was the expense you had to pay on that?

7    A    About 400 a month.

8    Q    Any other expenses that you had at this time that had to

9    come off the 8,000 you were making from just the hair cutting

10   side of it?

11   A    Lorraine car.

12   Q    How much was Lorraine's car?

13   A    Like, I don't know, 100, $200 a month.  Maybe $160 a

14   month.

15   Q    Okay.  That's about 700, 400, 200 -- 1,300 give or take?

16   A    Uh-huh.

17   Q    Okay.  And that would come out of the eight -- we already

18   netted the 400 you paid in rent for the --

19   A    Right.

20   Q    -- barber shop out.

21   A    Right.

22   Q    Well, let's make it easy.  Let's say about 2,000 to cover

23   utilities, that kind of stuff.

24   A    Right.

25   Q    You would clear about 6,000 in cash a month?

Coles - Direct                                          68

1   A    Yeah.  But my utilities -- yeah, I guess.  My utilities I

2   used to cover with my water ice stand and the pay phone.

3   Q    I got you.  I got you.

4   A    All right.

5   Q    Conservatively, as --

6   A    Right.

7   Q    -- a conservative estimate would be --

8   A    Yeah.

9   Q    -- you're still, after paying all expenses, still pulling

10  in about 6,000 a month?

11  A    Yeah.

12  Q    And this is in cash?

13  A    Cash.

14  Q    What are you doing with this cash?

15  A    I'm just saving it, stacking it.

16  Q    Where are you saving it at?

17  A    My house.

18  Q    Where in your house?

19  A    In my closet.

20  Q    Did you have a safe at this time?

21  A    Yeah, I had a safe then.

22  Q    Okay.  In Korman Suites?

23  A    Yeah.

24  Q    All right.  Now, is this the same safe that would end up

25  on Cedar Avenue?

Coles - Direct                                          69

1    A    No.

2    Q    This was a different safe?

3    A    Different safe.

4    Q    Where did you get this safe at?

5    A    Home Depot.

6    Q    Home Depot?

7    A    Yeah.

8    Q    Out on what used to be Delaware Avenue, that is now

9    Christopher Columbus Boulevard?

10   A    I think I was to the one in Springfield though, yeah.

11   Q    Okay, okay.

12   A    Yup.

13   Q    All right.  All right, so you kept your money in the safe,

14   the cash money?

15   A    Yeah, cash money.

16   Q    Whey did you keep it in the safe?  Why didn't you open up

17   a bank account?

18   A    I did open up a bank account.  I just never keep money,

19   that much money in the bank account.

20   Q    What's going on with your Delaware case around this time

21   period?  You still showing up in Court on that one?

22   A    I never had a Delaware case.

23   Q    I'm sorry.  I apologize.  Delaware County.  Your New

24   Jersey case --

25   A    Jersey.

Coles - Direct                                          70

1   Q     -- what's going on with your New Jersey case?

2   A     It's still pending.  We -- I went to Court for it like

3   around some time in that winter of '98, maybe like, I don't

4   know, February, January, February, March.  I just know it was

5   cold.  It was '98 though.

6   Q     Okay.

7   A     And they had told me -- we went to Court that day.  I had

8   a motion here, I lost it.  They asked if we's going to trial.

9   And then that's when the lawyer sat us down and said if we go

10  to trial and we lose, we both going have to go to jail.

11  Q     Both being who?

12  A     Me and Lorraine.

13  Q     Okay.  And then what happened?

14  A     So they -- I told my lawyer, I says see if I can plead

15  out.  I'll take the charge.  I'll take the time if they let her

16  go.  They wouldn't let her go, but they said if he takes four

17  years flat, we'll let her get probation.

18  Q     So what'd you do?

19  A     I pled out.

20  Q     Pled guilty?

21  A     Pled guilty that day.

22  Q     Okay.  And that was in -- do you remember what year?

23  A     That was in --

24  Q     '98?

25  A     Beginning of '98.

Coles - Direct                                              71

1    Q    All right.  Now, when you plead guilty, are you

2    immediately sentenced?

3    A    That day, I knew I pled guilty so yeah, I was sentenced

4    but I didn't have to turn in for the sentencing that day.

5    Q    Okay.  So and you were sentenced to four years flat?

6    A    Four years flat.

7    Q    Okay.

8    A    Right.

9    Q    All right, and you were supposed to report to jail?

10   A    Yeah, I was supposed to report to jail.

11   Q    Okay.  And you had used the name?

12   A    Lamar Johnson.

13   Q    Lamar Johnson, okay.  Did you report to jail?

14   A    No, I didn't.

15   Q    Okay.  Why not?

16   A    At that time, the barber shop was doing good for me, and I

17   had the apartment with Lorraine.  I wasn't stable, so I was

18   like I ain't going to jail right now, so I just ain't turn in.

19   I said I'll go, I'll get her stable before I turn in and do the

20   time.  I knew I had to do four years flat--

21   Q    Right.

22   A    -- so I figured I'll get her stable in a house and get my

23   business all situated before I turn in.  And they only had gave

24   me like a week to turn myself in.  Wasn't enough time.

25   Q    All right.  You're using the term four years flat.  What

Coles - Direct                                           72

1   does flat mean?

2   A    In Jersey, at the time -- I don't know if it changed.  I'm

3   not really too familiar with Jersey, but a four year flat was,

4   mean I had to do 12 months off of that four year sentence.

5   Q    Before you get parole or be let out?

6   A    Before you get parole, exactly.

7   Q    Okay.

8   A    Yup.

9   Q    All right.  Did there come a -- so you decided not to show

10  up in jail?

11  A    Right.

12  Q    Did you know what was going to happen to you when you

13  didn't turn yourself in?

14  A    I knew I was going to have to do the four years flat, the

15  same sentence --

16  Q    Okay.

17  A    -- whenever they catch up with me.

18  Q    What about warrants?  Did you know whether or not warrants

19  might be issued?

20  A    Yeah, I knew I had a warrant for it also.

21  Q    Well, how'd you know that?

22  A    Because I ain't turn in.

23  Q    Right.  And that is also what happened to you in Delaware

24  County?

25  A    Yeah, that's what happened.

Coles - Direct                                          73

1   Q     All right.  Did there come a point in time when you were

2   arrested -- you told us that the barber shop is doing pretty

3   well?

4   A     Right.  The barber shop was doing pretty well.

5   Q     In addition to the barber shop, did you have any other

6   businesses that you were running in this building?

7   A     Right next door to it, the building on the right of it

8   when you passed the yard, I actually was opening up a arcade in

9   that same property, but the city of Chester wouldn't allow me

10  to -- they figured the barber shop was already a hang-out, so

11  they wouldn't let me make it a arcade.

12  Q     All right.  You said it was a hang-out.  What kind of

13  people would come and -- did people hang out at the barber

14  shop?

15  A     Yeah.  Everybody hung out at the barber shop.  People --

16  Q     What kind of people hung out at the barber shop?

17  A     Drug dealers.  People getting haircut.  People from the

18  neighborhood.  Everybody.

19  Q     All right.  And you said you tried to make the building

20  next door into an arcade --

21  A     Right.

22  Q     -- but there was a problem with the city?

23  A     Yeah, because they figured the barber shop, and it's a bar

24  on the corner.  You can't see it in this picture.  The bar --

25  between the bar on the corner and my barber shop was too much

Coles - Direct                                    74

1    of a hang-out, so they thought it was going to be a problem for

2    the arcade.  So they wouldn't allow me, they wouldn't zone it

3    for me.  After I already put like a 1,000 sockets in there and

4    stuff to make it an arcade, they didn't let me do it.

5    Q    All right.  So you ended up opening, turning it into a day

6    care?

7    A    A day care center.

8    Q    Did that business actually start?

9    A    Yeah.  Honeybee's Day Care.

10   Q    What was it called, Honeybee's Day Care?

11   A    Honeybee's Day Care.  Lorraine ran it.

12   Q    Lorraine ran it?

13   A    Right.

14   Q    Right.  Did you guys make any money off Honeybee's Day

15   Care?

16   A    At first she did.  She had, she went and got all her

17   credentials to open up a day care.  Went and brought the place,

18   fixed it up, put swings and all that in the yard, and she

19   opened it up.  She probably had -- it was a little, it's a

20   small day care, so she only had, she was only allowed to have,

21   I believe, like 12 or 15 kids.  I can't remember.  I think we

22   had about 10 kids from the start, from just customers from the

23   barber shop putting their kids in the day care.

24   Q    How much money would you make when it was doing well when

25   Lorraine was running it?  How much money were you making?

Coles - Direct                                          75

1    A    She would charge about $75 a kid to 150, depending on how

2    old the kid was.

3    Q    Was that weekly?

4    A    Yeah, weekly.

5    Q    Okay.  All right.  How much a month do you think you guys

6    were pulling in running the day care center?

7    A    I'm not too sure.  Weekly, she had like 10 kids, so 10

8    times 75, 750.  What's that?

9    Q    Be conservative.

10   A    Yeah, I'll be conservative.  She'd make about $750 a week.

11   Q    Multiplied by four would give you what?

12   A    3,000.

13   Q    And we can add that to the -- I think it's the 6,000 a

14   month we've netted out from the barber shop business?

15   A    Yeah.

16   Q    That's about 9,000 a month?

17   A    Yeah.

18   Q    Net of your expenses?

19   A    Yeah.

20   Q    Cash?

21   A    Cash.

22   Q    In addition to the barber shop and the day care center,

23   did you also do any other business or have any other business

24   at the barber shop?

25   A    Yeah, I sold out to the drug dealers in the neighborhood.

1    Q    Well, we'll get to that.  What about water ice?

2    A    Water ice, yeah, I had water ice.  I had a water ice stand

3    out -- that was only in the summer though, but I had a water

4    ice stand out front of the barber shop and a pay phone.

5    Q    Okay.

6    A    That's it.

7    Q    Well, how much did you make -- the water ice stand was

8    only in the summer?

9    A    Yeah, only in the summer.  Water ice stand probably make

10   about anywhere between -- water ice stand did good.  Water ice

11   stand probably make about $500, 500 to $700 a week.

12   Q    In the summer time?

13   A    Yeah.  About $700 a week.

14   Q    Okay.  So let's say 2,800 a month for three months?

15   A    Say that again?

16   Q    Say -- well, you said it made about 700 a week?

17   A    Right.

18   Q    Four months, or four weeks would be 2,800?

19   A    2,800, yeah.

20   Q    Times three for the summer would be what?  2,800 times

21   three?

22   A    Almost 9,000.

23   Q    Okay.  Another 9,000?

24   A    Yeah.

25   Q    Okay.  Again in cash?

1    A    Cash.

2    Q    All right.  Did you have to pay anybody to work the water

3    ice stand for you?

4    A    I had a girl that used to sweep the shop and the shampoo

5    girl --

6    Q    Right.

7    A    -- she used to just, and a little, a little kid, a little

8    young kid that used to run the water ice.  I used to pay them

9    about, I don't know, 150 a week.  We all chip in and pay her.

10   Q    Did they cost you very much money?

11   A    No, nothing.

12   Q    Okay.  And you also mentioned the pay phone?

13   A    Yeah, the pay phone.

14   Q    Well, how did you, how did you -- you put a pay phone in

15   there?

16   A    Yeah, I -- 'cause everybody used to hang out in the barber

17   shop, so I used to get tired of them just using the barber shop

18   phone.  I went and bought a pay phone to make them use a pay

19   phone.  So the pay phone would make about, about $150 a week in

20   quarters.

21   Q    Okay.

22   A    Yeah.

23   Q    Again all in cash, right?

24   A    Yeah.  In quarters, yup.

25   Q    Okay.  You also were in the process of telling the jury

Coles - Direct                                                    78

1      about cut.  Remember that?

2      A      Right.

3      Q      Now at this time are you selling weed any more?

4      A      No.

5      Q      Are you hustling cocaine any more?

6      A      No.

7      Q      Cut?

8      A      Cut.

9      Q      When did you get involved in selling cut?

10     A      Umm --

11     Q      Well, tell -- what is cut?

12     A      Cut is something you mix with cocaine.  You stretch your

13     cocaine out with cut to make more money.

14     Q      All right.  Are you familiar with drug slang?

15     A      Yeah, I'm familiar with it.

16     Q      Are you familiar with the terminology?

17     A      Yeah.

18     Q      Are you familiar with the so-called, the word code words

19     have been used in this trial.  Are they really code words or

20     what are --

21     A      I don't call them code words.  It's slang, hip --

22     Q      Slang?

23     A      Yeah, slang.  It's just slang.

24     Q      Hickey, hizzey, superman --

25     A      Right.

Coles - Direct                                          79

1    Q    -- what do those words mean to you?  What are they?  What
2    do they represent?
3    A    Different terminologies, but they all represent quantity.
4    It's just weight.  You could have --
5    Q    Okay.  Do they represent a quantity or a specific quantity
6    of cocaine?
7    A    No, they just represent quantity.  You have a hickey of a
8    marijuana; you have a hickey anything.
9    Q    All right.  Where -- you were selling cut?
10   A    Cut.
11   Q    Who were you selling it to and where were you selling it?
12   A    I was selling it -- I always sold it like, round like --
13   when I was in jail, when I got out in '97, that's when I said I
14   ain't going back to jail for selling no drugs.
15   Q    All right.
16   A    I start selling cut actually from '97.  It's --
17   Q    Well, who were you making your money off of at the barber
18   shop.  What kind of people were they?
19   A    Drug dealers.
20   Q    Who were you making money off?  Who was buying the water
21   ice?
22   A    Everybody was buying the water ice.  Kids, the kids mostly
23   in the neighborhood was mostly buying the water ice up.
24   Q    All right.  Well, who's using the pay phone?
25   A    Customers and a lot of the dope boys used to be hanging in

Coles - Direct                                    80

1    the barber shop.

2    Q    Okay.

3    A    Yep.

4    Q    All right.  So you decided to start selling them cut?

5    A    Yeah, I was -- I already, yup, was familiar -- I already

6    was selling cut even before I opened that barber shop.

7    Q    All right.  Now, where did you get the cut you were

8    selling?  Why did these drug dealers have to buy cut off you?

9    Why couldn't they get it themselves?

10   A    The cut I had was a -- it was a special cut.  It's called

11   fish scale.  And it looked just like coke.  It looked just like

12   cocaine.  So you can't buy -- they can go buy they coke, they

13   cut from like GNC or anywhere like -- they can go anywhere and

14   buy their cut, but this specific cut, it looked just like

15   cocaine.  They could actually burn somebody and act like it,

16   you selling cocaine and it be cut.

17   Q    All right.  When you say burn somebody, what do you mean

18   by that?

19   A    Sell --

20   Q    Fool them?  Rip them off?

21   A    Rip them off, yeah.

22   Q    Make them think they're buying real cocaine?

23   A    Make them think they're buying cocaine, but it ain't

24   cocaine, it's cut.

25   Q    Okay.

Coles - Direct                                                   81

1    A    Yeah.

2    Q    And this was called fish scale?

3    A    Yeah, I called it fish scale.

4    Q    Where did you get it at?

5    A    I got it -- I used to get it in Philly.

6    Q    Where at in Philly?

7    A    Off Germantown Avenue.

8    Q    Germantown and what?

9    A    Lehigh.

10   Q    Okay.  That's North Philadelphia, right?

11   A    Right, right.

12   Q    Okay.  Let me ask you this.  Could I, dressed in my suit

13   like this, walk into this place at Germantown and Lehigh in

14   North Philly and get a quantity of cut?

15   A    No, nah.

16   Q    Why not?

17   A    'Cause you going to look like a cop.  Or a agent.

18   Q    Okay.  All right.  You, however, were able to get it?

19   A    Yeah, I was able to get it.

20   Q    All right.  Now, do you remember when -- I think it was

21   Detective Morano (phonetic) testified about how some cut is so

22   white that it's no good.  You can tell the cocaine's been cut?

23   A    Right.

24   Q    The -- you saw the exhibits, the stuff that came from

25   Essex, the -- I don't know how to pronounce it -- the, what is

Coles - Direct                                                  82

1    it, V-blend?  All the cuts that came from Essex?

2    A    Yeah.

3    Q    All right.  Are those the cheaper cuts that you're talking

4    about?

5    A    Yeah, that's the -- that was the cheaper cuts.  Those cuts

6    you could buy like I said at GNC for like $80 to $100 for like

7    four ounces, I think.  I don't -- you got to look at that

8    bottle.  I don't know, I think it's like 112 grams or more.

9    But it's like four ounces of cut in them.

10   Q    Okay.  You were able to buy this fish tail -- fish tail?

11   A    Fish scale cut.

12   Q    Fish scale cut?

13   A    Uh-huh.

14   Q    All right.  In North Philadelphia?

15   A    Right.

16   Q    All right.  How much did you buy?

17   A    I would buy -- at first, I wasn't buying a lot.  I would

18   buy like a half a brick of it.

19   Q    All right.  You used the term brick.

20   A    Right.

21   Q    All right.  Does brick inherently mean cocaine to you?

22   A    No.  That's for quantity for that, for that particular

23   substance.

24   Q    So if you were going in to order a half kilogram of this

25   cut, how would you order it?  What would you tell them you

Coles - Direct                                83

1    want?

2    A    I would tell them I want a half brick of that fish scale.

3    Q    If you want a whole kilogram, what would you tell him you

4    want?

5    A    I would tell him I want a whole brick of the fish scale.

6    Q    All right.  How much would a half brick cost?

7    A    A half would cost me about -- first it was like 500.  Then

8    I started getting it for like 400.

9    Q    All right.  Who were you getting it from?

10   A    I -- dude -- his name was Toine (phonetic), but it was a,

11   it was like a audio store.  They sell like CD's and radio

12   equipment and all that.  But you couldn't -- you had to -- he

13   would pull you in the back, you know what I mean, and get it

14   for you.

15   Q    It wasn't on display when you walked in there?

16   A    No, it wasn't on display.

17   Q    Okay.  Now, is this a black guy, white guy, Puerto Rican

18   guy?

19   A    Black.

20   Q    Black guy?

21   A    Yeah.

22   Q    Old, young, middle-aged?

23   A    I was young then; he probably was middle-aged.  Yeah.

24   Q    All right.  Do you know where he got this fish, fish scale

25   out from?

Coles - Direct                                                          84

1    A    I think he got it from New York, but I don't know for sure

2    where he got it.

3    Q    Okay.

4    A    Yeah.

5    Q    All right.  So you would go in there and buy -- I think

6    you said started out a half brick?

7    A    Right.

8    Q    Half kilo of cut?

9    A    Right.

10   Q    All right.  And you paid 500 for it?

11   A    Right.

12   Q    And then started getting it cheaper?

13   A    Right.

14   Q    Now, what quantities -- and you sold it at the barber shop

15   in Chester?

16   A    Right.

17   Q    What quantities were you selling in Chester?

18   A    I would sell it in little boys and big boys.

19   Q    All right, what's --

20   A    Or quarter ounces.

21   Q    What's a -- quarter ounces?

22   A    Yeah.

23   Q    What's a little boy?  What quantity is that?

24   A    A little boy's a quarter ounce of cut.

25   Q    And a big boy would be a what?

Coles - Direct                                         85

1    A    Ounce of cut.

2    Q    So if I wanted to buy a quarter ounce of cut --

3    A    Uh-huh.

4    Q    -- I would ask for a little boy?

5    A    Right.

6    Q    Okay.

7    A    Well, not, not, not customers.

8    Q    Okay.  Back in 1998, remember when you guys -- I think the

9    barber shop -- I knew I'd get it --

10   A    Right.

11   Q    -- was raided, do you remember that?

12   A    Right.

13   Q    All right.  Tell us about that.  What happened there?

14   A    We was in the barber shop, and I actually was buying the

15   swings for the, for the day care center.  I went and brought

16   the -- I went and brought the swings and when I pulled in front

17   of the barber shop, I had noticed the cops.  And it's a gas

18   station -- you can't see it from that picture, they was all

19   tullied (sic) in that gas station.  So when I pulled in the

20   barber shop, maybe about five minutes after I pulled into that

21   barber, to my barber shop, they just raided it.  Kicked the,

22   came in and bust through the door.

23   Q    Who was there that day?

24   A    Me, Deuce, Jerv, some customers.  About three or four

25   customers; I can't remember exactly who was there.  Somebody

Coles - Direct                                                86

1    was getting their hair cut though.  And the shampoo girl.

2    Q     And what happened?

3    A     They raided the barber shop, searched us all, went in the

4    closet and grabbed -- somebody told them we was selling drugs

5    out the barber shop, but --

6    Q     Okay.

7    A     -- they went in the closet and retrieved my boots.

8    Q     Your boots?  Were these the black size nine boots I think

9    we heard the officer testify about?

10   A     Yeah, my Timberland boots.  And I had the cut in there.

11   Q     In what quantities?

12   A     I actually had -- I actually had a four-and-a-half of cut

13   in the, in like -- two quarter-ounces in there, but he

14   testified --

15   Q     You had more in there than --

16   A     -- than he testified to, yeah.

17   Q     Okay.  Okay.  Were you selling it in quarter-ounce

18   quantities?

19   A     Yeah.

20   Q     All right.  And that was in your boots?

21   A     Yeah, it was in my boots.

22   Q     Did they search the whole place?

23   A     Yeah, they searched the whole place.

24   Q     Didn't find any drugs?

25   A     Nope, no drugs.

Coles - Direct                                    87

1    Q    Crack?

2    A    No crack.

3    Q    Marijuana?

4    A    No marijuana.

5    Q    Cocaine?

6    A    No cocaine.

7    Q    Pills?

8    A    No pills.

9    Q    Anything?

10   A    Nope.

11   Q    The only thing --

12   A    He thought he found cocaine though.

13   Q    They found -- the only thing -- yeah.

14   A    Yeah.

15   Q    When they got that --

16   A    Right.

17   Q    -- did they think they found -- strike that.  What did

18   they do when they pulled out the cut?

19   A    They locked me and Deuce up because I was the owner of the

20   shop.

21   Q    Now, this is, this is the fish scale cut we're talking

22   about?

23   A    This is the fish scale cut.

24   Q    Did you see him field -- do you know what a field test is?

25   A    Right.

Coles - Direct                                                88

1   Q    Did you see him do that?

2   A    I made him do it 'cause when we got to the police station,

3   I knew it wasn't cocaine.  And I asked him what is you locking

4   us up for.

5   Q    What'd they say?

6   A    He said you know what we locking you up for.  You guys is

7   hustling and this is cocaine.  What are you acting stupid for?

8   I said that ain't cocaine; that's soap powder.  And he started

9   laughing.  And then I said y'all not printing me or cuffing

10  me -- y'all not fingerprinting me and I'm not giving you my

11  name until you prove to me that that's cocaine.  And they got

12  tired of me arguing with him, and one of the officers snatched

13  it from the officer that you, that testified here today --

14  Q    Right.

15  A    -- and he snatched it from him and said, you know it's

16  cocaine.  Just test it -- he arguing for -- and he put it in

17  the tester, and he shook it like three, four times.  And he

18  said must be a mistake.

19  Q    What did he do then?

20  A    He did it again.

21  Q    How many times did he test it?

22  A    He tested it like three or four times, and then his

23  partner said well, if it ain't, it ain't coke, you got to let

24  him go.  And he said I'm not letting him go nowhere; that's

25  coke.  And he still charged us.

Coles - Direct                                                89

1    Q    How long were you held on that case?

2    A    We made bail the next day.  I had to go to Court for it

3    for about -- they sent it out for a lab report, so I had to go

4    to Court for it for about -- I don't know, two months maybe.  I

5    can't remember.

6    Q    Okay.

7    A    Couple months.

8    Q    Ultimately, they sent it off to the state police lab?

9    A    Yeah, because they didn't believe that it still was cut.

10   Q    And the state police lab report came back?

11   A    Negative.

12   Q    That it was cut?

13   A    Yup.

14   Q    Had to let you all go?

15   A    Had to let us go.

16   Q    Okay.  Now, at this time period, you still living with

17   Lorraine?

18   A    Yeah.

19   Q    All right.  Where you living at with Lorraine?

20   A    Korman Suites still.

21   Q    Do you know a fellow named -- and you're still seeing

22   Kris, Kristina?

23   A    Yeah, I'm still seeing Kristina.

24   Q    So we're in about, what, '98 now?

25   A    Yeah, we in '98 still.

1    Q    Okay.

2    A    This was '98, going into -- I can't remember too good on

3    the numbers, but I think we going into '99.  Kris might have

4    been, might have got pregnant around this time.

5    Q    Right.  Remember the name, or did you hear the name in the

6    trial, Ron Walker?

7    A    Yeah, Ronnie Walker.

8    Q    Okay.  In addition to selling out to the people at the

9    barber shop, were you selling out to other people?

10   A    Yeah.

11   Q    Like who?

12   A    Like him.

13   Q    Who's Ron Walker?  How did you meet him?

14   A    I met Ron -- Ron just an old-head from like, from the

15   neighborhood.  I know him from, just from the neighborhood.

16   Ron is --

17   Q    All right.

18   A    -- he an old-head, yeah.

19   Q    You used a phrase there, old-head.  What's that mean to

20   you?

21   A    Somebody older than you.

22   Q    Okay.

23   A    You my old-head.

24   Q    Oh, great.  All right.  So you had known Ron -- when you

25   say from the neighborhood, what neighborhood are you referring

1    to?

2    A     Paschall.

3    Q     Paschall.

4    A     Uh-huh.

5    Q     All right.  Did you sell Ron cut?

6    A     Yeah.

7    Q     Where would you sell this cut at?

8    A     Ron -- I sold it at my barber shop mainly.  That was my

9    headquarters for the cut, but certain guys that I knew, like

10   Ron, I would sell it to him, just make him meet me at my house.

11   Q     And where were you living at that time?

12   A     Korman Suites.

13   Q     Korman Suites.

14   A     Uh-huh.

15   Q     Do you remember Desmond Faison's testimony about when he

16   came to the apartment?

17   A     Yeah.

18   Q     Okay.  Did Desmond ever come to your apartment that you

19   know?

20   A     I can't say he lied but I never -- if he did meet Ron

21   there, Ron ain't let me know.  He must have -- they must have

22   did it behind my back because I never allowed Desmond to come

23   to my house.

24   Q     Okay.  Did you ever serve cocaine to Ron in Desmond's

25   presence?

Coles - Direct                                             92

1    A    No.

2    Q    Did you ever serve or sell cut, give it to Ron in

3    Desmond's presence?

4    A    No, I did not.

5    Q    Okay.  But Ron did come to your place at Korman Suites?

6    A    Right.

7    Q    All right.  So Dez could have meet, met him there?

8    A    Dez could have met him there, but I just ain't know Dez

9    met him there.  Ron might have did that behind my back, met.

10   Q    What kind of -- now, we talked about this cut.  What kind

11   of quantities of cut are you selling to, like Ron, for example?

12   A    I would sell Ron like a half a brick of it or a whole

13   brick of it.

14   Q    Okay.  You're getting this stuff, I think you told us

15   originally you were getting it for 500 bucks, right?

16   A    No.  I was -- that's for half a brick of it, yeah.

17   Q    For a half a brick.

18   A    Right.

19   Q    So it would be a thousand for a kilogram, full brick?

20   A    Yeah, but then I started getting it for like 800 --

21   Q    Okay.

22   A    -- then it got down to --

23   Q    All right.

24   A    -- 600.

25   Q    Or 800 for a whole one --

Coles - Direct                                          93

1    A    Right.

2    Q    == have you ever heard it called that?

3    A    Yeah, a whole one.  Yeah.

4    Q    A whole brick?

5    A    Right.

6    Q    Okay.  So you started getting it for 800?

7    A    Right.  If I get a whole one, yeah.

8    Q    If you get a whole one.  How much are you selling this

9    stuff for?

10   A    Back then, '98?

11   Q    Yeah.

12   A    '98, I sold it for more.  I got like -- I got $100 for an

13   ounce, $25 for a quarter ounce.  That's how I would normally

14   sell it in those, those -- those are my customers for like the

15   barber shop.  Then Ron, I would sell him the half a brick.  He

16   just couldn't know where to get it at, so I would sell it to

17   him for like six, 700.  I wouldn't make much profit on it.

18   Q    Okay.

19   A    Yeah.

20   Q    How much money do you think you're making off the cut

21   sales that you're making?

22   A    I would make -- back then, you're saying '98 or what?

23   Q    Yeah, '98, '99?

24   A    '98, I would make -- I would make about 2,800 once I'm

25   done selling the whole brick of it.

Coles - Direct                                                    94

1    Q    Okay.

2    A    Yeah.

3    Q    And how many bricks do you think you were selling?  Say on

4    a monthly basis.  I mean, it started out -- did it start out

5    small and gradually increase?

6    A    Yeah, it got bigger.  I -- at first, it probably was -- I

7    can't put it weekly.  I guess, it might take me a week or two,

8    a week or two to sell 'bout a brick or two a week tops.

9    Q    And that was in cash?

10   A    Yeah.  About a brick a week.

11   Q    And that's in addition to the other 9,000 in cash you're

12   making off the barber shop?

13   A    Yes, they're different.

14   Q    Day care center?

15   A    Right.

16   Q    Water ice in the summer, pay phone?

17   A    Right.

18   Q    Okay.

19   A    Right.

20   Q    Does there come a point in time when you move out of

21   Korman Suites, and I guess, I don't want to say leave Lorraine.

22   That's not an appropriate term, is it?

23   A    Right, I never --

24   Q    Did you ever really leave Lorraine?

25   A    Yeah, I never really left her.

Coles - Direct                                          95

1    Q    But you began spending more time with Kris?

2    A    Right.  After that, after they raid the barber shop, they

3    sabotage it for me so I didn't -- I stopped -- I used to only

4    cut on appointments now.  Plus my money was up, so I didn't cut

5    hair every day no more.  I used to only cut on Thursday,

6    Friday, Saturday.  And I stopped selling the cut after the

7    barber shop raid.  I just would only sell it to certain dudes.

8    But --

9    Q    Well, how are you making your money then?  Because the,

10   you say the barber shop got raided, right?

11   A    Right.

12   Q    Obviously, that shuts down your revenue from that?

13   A    Right.  Well, the barber shop, I didn't stop, I didn't

14   stop cutting hair until like '99, almost 2000.  About the end

15   of '99.  Yeah.

16   Q    All right.

17   A    So now I'm just selling cut and cutting hair three days a

18   week.  That's it.

19   Q    All right.  Let's go to the fall of 2000, all right?

20   A    Right.

21   Q    Now, refresh my recollection.  When did you meet Randall

22   Austin?

23   A    I met Randall Austin -- I met Tim in like, I met Tim 'bout

24   '99, so I met Ran about two years later, like the end of '01.

25   Q    When you say Tim, you're talking about Tim Baukman?

Coles - Direct                                    96

1   A    Yeah.

2   Q    Okay.  You met him in '99?

3   A    Yeah.

4   Q    And you met Ran in '01, two years later?

5   A    '01, yup.

6   Q    All right.  What about Taz?  Is Taz around in the fall of

7   2000?

8   A    No, I believe Taz might have -- Taz was locked up in 2000.

9   Q    And by Taz, you know that to be Terry Walker?

10  A    Terry Walker, yeah.

11  Q    And you think he was locked up?

12  A    Yeah, I'm almost sure he was locked up in 2000.  He got

13  out, it might have been like the end of 2000 or the beginning

14  of '01.

15  Q    Okay.  Rasheed Calhoun --

16  A    Right.

17  Q    -- is he still dating your cousin?  In the fall of 2000,

18  is, does he, to your knowledge, have a relationship with your

19  cousin?

20  A    Yeah, they had kids together.  They were still boyfriend

21  girlfriend.

22  Q    All right.  Do you know Charlton Custis this time period?

23  A    In 2000?

24  Q    2000?

25  A    I don't know him, but I know, I seen him, I seen him, you

Coles - Direct                                        97

1   know, around, but I don't know him, no.

2   Q    All right.  Where do you see him around at?

3   A    In 2000, I ain't seen him around at all.  I ain't, I

4   didn't meet Charlton Custis till after I signed Nino Brown, my

5   artist.

6   Q    Okay.

7   A    All right.

8   Q    Which again is --

9   A    That's --

10   Q    -- in 2002?

11   A    Yeah, that's 2002, 2001.

12   Q    All right.  How much contact -- how frequently do you even

13   go to Cecil Street in, let's say the fall of 2000?  How --

14   A    Never.

15   Q    Okay.

16   A    Never.

17   Q    All right.  Do you remember that incident that Charlton

18   Custis described where he supposedly had a confrontation

19   with -- was it Randall Austin?  No, it was Rasheed Calhoun.

20   You remember that testimony?

21   A    Yeah.

22   Q    And then supposedly Rasheed picks up the phone, makes a

23   phone call and then you show up in a newer model car along with

24   Taz and Ran?

25   A    Yeah, I remember that testimony, yeah.

Coles - Direct                                    98

1    Q    Do you remember that testimony in the fall of 2000?

2    A    Yeah.

3    Q    Did that happen?

4    A    No.

5    Q    All right.  Were you in the area of Cecil Street in the

6    fall of 2000?

7    A    Answer that -- he actually put lies with truth.  That

8    answer that happened between him and Sheed, I happened to be

9    driving past, and I seen Sheed, it was a lot of people in the

10   neighborhood, like at the top of Cecil Street.

11   Q    Okay.  Well, what are you doing on Cecil Street to begin

12   with?

13   A    My grandmother lives on 57th Street, right around the

14   corner from there.

15   Q    Okay.  So you were there seeing your grandmother?

16   A    Exactly.

17   Q    And you were driving --

18   A    I'm leaving my grandmother's.  I drive past Rasheed.  I

19   see him out there and he flagged me down like this.  He flagged

20   me down, so I pulled over and I asked him what's up?  And he

21   was mad because he was getting ready to, him and Gusto was

22   getting ready to fight or something.  And when I looked over

23   there to see who Gusto was, Gusto was with two other guys,

24   Marcus, L'il Marcus, which is Deuce cousin, and some other

25   dude.  And I said what's going on?  And L'il Marcus and the

Coles - Direct                                    99

1    other guy was like it ain't nothing, that's your people?  I

2    said yeah, that's my family, man.  What's going on?  And then

3    they just squashed -- whatever beef they had, they just

4    squashed it right there.  But I was by myself.

5    Q    Okay.  Were you supplying kilogram quantities of cocaine

6    to Rasheed Calhoun's faction?  Do you remember that testimony?

7    A    No.

8    Q    In 2000?

9    A    No.

10   Q    Ever?

11   A    Ever.

12   Q    Okay.  And there was no confrontation between you, Ran and

13   Taz, and I guess Gusto's group, the way he described it?

14   A    Never.  No confrontation.

15   Q    All right.

16   A    I never even sold Rasheed cut.  I never even sold him cut.

17   Q    Okay.  All right.  All right.  Now, how did you get

18   involved -- we're up to like 2000 now, right?

19   A    2000.

20   Q    All right.  How did you get involved in the entertainment

21   industry?  How'd that happen?

22   A    My brother was signed to, he had a record deal with Suge

23   Knight and Corrupt.

24   Q    Okay.  What -- which brother?

25   A    Michael.

Coles - Direct                                                100

1    Q    Michael?

2    A    Right.

3    Q    By Suge -- is it S-U-G-E, Suge Knight?

4    A    Yeah, Suge Knight.  He had some cockamamie contract.  I

5    don't even think they signed him all the way, but he was in

6    cahoots with them, a singer.

7    Q    I'm sorry, with a singer?

8    A    He was a singer for them.

9    Q    All right.  He was a singer with --

10   A    Corrupt.

11   Q    -- a label that Sujay (sic) Knight was doing?

12   A    Yeah, Corrupt?

13   Q    Am I -- is it Suge?  Am I mispronouncing it?

14   A    Suge Knight, Snoop Dogg and Corrupt, yup.

15   Q    Okay, okay.  And when was -- to your knowledge, when did

16   they have this relationship?  What year?

17   A    2000, '99, 2000.  They had him around for a couple years,

18   just not doing nothing with him.  Just making him help them

19   promote their stuff instead of his stuff.

20   Q    All right.  So you're talking with your brother, Michael?

21   A    Right.

22   Q    And --

23   A    He been with them since like '98, early '97, '98,

24   something like that.

25   Q    And did you say they were -- that your brother, was he

Coles - Direct                                    101

1    with a -- was he signed with a label?

2    A    Yeah, but they never did nothing with him.  I'm not even

3    sure if he actually signed an agreement with them.

4    Q    Okay.  What does label mean?  Assume I don't know what

5    that means.  Tell the jury what a label is in your business.

6    A    A record label is like my company.  But theirs were,

7    theirs were, they was on a bigger level.  They were on a higher

8    level.  They had a major record deal.  So a label, a record

9    label is somebody that sets up a business and you have a

10   artist, and the artist singing rap for you.

11   Q    Roc-A-Fella Records?

12   A    Roc-A-Fella Records.  That's a label.

13   Q    That's a very well-known label?

14   A    That's a big-time label, yeah.

15   Q    Okay.  Run by at least here Damon Dash?

16   A    Jay-Z now.

17   Q    Jay-Z, but back in the time period --

18   A    Partners with Damon Dash and Jay-Z, yeah.

19   Q    Okay.  Damon Dash the guy who, I think the Bentley you

20   drove was titled in, right?

21   A    Yeah, my Bentley was in his name, yup.

22   Q    Okay.  All right.  So your -- Michael is, maybe he's

23   signed, maybe he's not, but he has a relationship with this

24   record label, Corrupt?

25   A    Exactly.

Coles - Direct                                          102

1    Q    Then what happens?

2    A    He got tired of being a poster boy for them, just passing

3    out flyers and stuff like that.  So he told me, he said, you

4    know, what you think about a record label.  And --

5    Q    Well, what are you doing at this time period?  How's the

6    barber shop going?

7    A    Barber shop is a, barber shop still up and running.  Like

8    I said, I was only cutting about two or three days a week now.

9    Q    Okay.

10   A    I still was doing good.  Like I said, I always gambled and

11   my dogs, my kennel.  So he asked me, he know I had money.  So

12   he said why don't we, why don't you start a label?  And I

13   already -- matter of fact, prior to doing the label, I used to

14   do just my birthday party in my barber shop.  I would always do

15   a party.  My party started back in like '98.

16   Q    Okay.  Did the parties precede creation of the record

17   label?

18   A    Exactly.

19   Q    All right.

20   A    I would do good on my parties.  I would have a birthday

21   every year or a party for my barber shop and hair salon and

22   stuff like that would always make my shop a part of it.  So I

23   had a fan base for parties.  So I would do little parties,

24   little small parties, but they would always be packed.  So --

25   Q    Would you go to particular locations?  Would you do them

1   at your house?

2   A     No, I would do them at like skating rinks.  Small little

3   bars with like, you know, like you would throw a wedding

4   reception at.  I would rent a hall or something and just have a

5   party like that.

6   Q     Some place with a banquet room?

7   A     Yeah, banquet room.

8   Q     And what would you do, get a D-J?

9   A     Yeah, I'd get a D-J, and I'd rent the space.  Get a D-J,

10  promote it on flyers.  Let everybody know that I was having a

11  party and that's it.

12  Q     In the beginning, did you charge people to get into these

13  parties?

14  A     Yeah.  I charged people to get in every party.

15  Q     And where did you get the D-J, where'd you get the D-J's

16  from?

17  A     Street.

18  Q     Okay.

19  A     Yeah.  Paid one of the little D-J's that I know from the

20  neighborhood.  Somebody that got D-J equipment.  Give him like

21  $200.  That's your D-J.

22  Q     Okay.  And how'd these parties do?

23  A     They did good.  Particularly I had threw a nice one; it

24  turned out real good.  I had a skating party, but that was

25  after around the time I started the label.  When my brother

Coles - Direct                                            104

1    gave me the idea of starting a label, I had rented some studio

2    time and had some rappers that he knew, he basically knew and a

3    couple rappers that I knew so I put them in the studio, gave

4    them some beats.  They did good.  We put together a mix tape.

5    Q    All right.  All right.  What is a -- explain to the jury

6    what a mix tape is.

7    A    A mix tape is a underground CD, where you would take a

8    beat from like Ludacris or Jay-Z, a song that's popular, that

9    they, that they know is popular, that everybody knows, and then

10   one of my artists would rap over that beat and make their own

11   version of a song about it.

12   Q    Like Puff Daddy song, Every Move You Make, where they re-

13   recorded --

14   A    Right.

15   Q    -- would that be an example?

16   A    Every Move You Make?

17   Q    Well, they took the song Every Move You Make and then re-

18   recorded it with --

19   A    Yeah.

20   Q    -- a rapper singing it?

21   A    Exactly.  With Every Move You Don't Make, they make their

22   own song about it, yeah.

23   Q    Okay.  Okay.  So a mix CD is basically where you take

24   somebody else's beat --

25   A    Take somebody else beat.

Coles - Direct                                                105

1    Q    -- which is somebody else's music, right?

2    A    Somebody else music.

3    Q    And you have your rappers coming in?

4    A    Right.

5    Q    And they --

6              MR. WARREN:  All right, Your Honor.

7    BY MR. WARREN:

8    Q    Did you --

9              MR. WARREN:  Judge, I'm trying as best I can.

10   BY MR. WARREN:

11   Q    All right.  You told us that you had done a mix tape?

12   A    Right.

13   Q    All right.  This was the first one you did?

14   A    This was the first mix tape I did, my brother.

15   Q    All right.  How did you go about doing a mix tape?

16   A    I rented studio time, put the mix tape together, the

17   master.  And then I got about 1,000 copies printed up.

18   Q    Who were the artists?  I mean, who'd you get to sing on

19   the CD?

20   A    On the first one, my brother, Mykal, P Dot A --

21   Q    Brother, Mykal, is that the picture we saw -- M-Y-K-A-L?

22   A    Yeah.

23   Q    Okay.  So your brother.

24   A    Another --

25   Q    You said P Dot?

Coles - Direct                                      106

1    A    P Dot A, another group I had called The Young Assassins.

2    Q    And this is on the first one, right?

3    A    Yeah, this on the first one.  The Young Assassins.

4    Another group I had called The Untouchables.  Another group I

5    had called The Delinquents.

6    Q    Okay.

7    A    Bunch of artists.  I had a lot of artists.

8    Q    Okay.

9         MR. WARREN:  And I've marked this exhibit

10   collectively as DC-8 and I think we can stipulate this is some

11   of the materials seized from the studio on --

12        UNIDENTIFIED ATTORNEY:  Springfield.

13        MR. WARREN:  Springfield.

14        MR. LLORET:  I saw them.

15        MR. WARREN:  Okay.  Want to see them again?

16        (Pause while counsel reviews exhibit)

17   BY MR. WARREN:

18   Q    All right, Mr. Coles, I'm going to hand you what I've

19   marked collectively for purposes of identification as DC-8, and

20   we've got a stipulation that is some of the stuff that was

21   seized at the studio on Springfield Avenue.  What's that?

22   A    This actually, this ain't the first one, but this one of

23   my free, this one of my free-style mix tapes.

24   Q    Is that an example of a mix tape?

25   A    This is an example of a mix tape, exactly.

1    Q    Take Down Records?

2    A    Take Down Records.

3    Q    Yeah, look at the address.  What's the address on there?

4    A    118 South 46th Street.

5    Q    Okay.  And that was before you guys went to the other one,

6    right?

7    A    Right.  That's -- this before I went down town.  I got, I

8    had an office down town after this.  But this my first office

9    is 118 South 46th Street.

10   Q    Okay.  Just hang on to that for a second.  That's an

11   example of the type of mix tape that you first did?

12   A    Exactly.

13   Q    How was this first mix tape?  How did it work out?

14   A    It was good.  I couldn't believe it.  They, they did good.

15   So I printed up about 1,000 of them and I started giving them

16   out to friends of mine to sell.

17   Q    All right.  How did you print them out?  You said, you

18   said the --

19   A    I went, I actually -- it was so good that I actually went

20   and the first 1,000 I think I, I believe I paid to get printed

21   up, 1,000 of them at one time.  But after that, I went and

22   brought a burn machine and a, the computer, that's why -- this

23   my second one.  I actually brought the machines to print them

24   up myself.

25   Q    All right.  You said you burned them yourself.  What does

Coles - Direct                                          108

1    that mean?

2    A    Right.  Means you buy the machine, a CD burner --

3    Q    Yeah, what's a C -- all right, how do you burn a CD?

4    What's that mean?  Assume I'm illiterate.

5    A    You got a blank CD.  This would be a blank CD at first.

6    Q    Right.

7    A    And then you put them -- they towers.  I got, I brought

8    two towers.  I think they spit out about eight CDs at a time,

9    so I had two towers spitting out 16 CDs.  You just put a blank

10   CD in there.  You put the master in there.  The computer reads

11   the information from the master, and then it burns them on to

12   the blank CDs.

13   Q    And then you get the little containers to package them in?

14   A    No, then I take them and put them in the, a print machine

15   that I got on the computer.

16   Q    Uh-huh.

17   A    I put them on the print machine and then print, you know,

18   free style mix tape, whatever the name, my label, my logo, Take

19   Down Records.  And then put them in here.

20   Q    What's it cost you?  What did it cost you to produce,

21   generate, whatever you call it, that very first mix tape?  How

22   much did it cost you?

23   A    The first mix tape, I don't know.  I spent about -- I was

24   paying $50 a hour for studio time.  It didn't take much studio

25   time for a mix tape, relatively quick, so --

Coles - Direct                                       109

1    Q    Is that because the music's already done?

2    A    Yeah, the music's already done.  You just got to rap on

3    it.

4    Q    Yeah, they just played the beat --

5    A    Right.

6    Q    -- and the artists rap?

7    A    Right.  They rap.  And at this time, none of the artists

8    was known.  So they just rapped the raps they already known on

9    to another beat.

10   Q    Okay.

11   A    And that was it, so it didn't take much.  I can't remember

12   exactly how much.  I got to say I guess between 500 to $1,500

13   altogether by the time they was printed up on the CD.

14   Q    And I think you told us you had them print 1,000 for you?

15   A    1,000.

16   Q    Okay.  And what's that cost?

17   A    That's with that 1,500 number.

18   Q    Okay.

19   A    About -- yeah.

20   Q    It's part of that -- when you told me that 1,500 number,

21   that was the --

22   A    Yeah, about 1,500, yeah.

23   Q    Okay.  How'd you go about selling it?  Or I'm sorry,

24   strike that.  Did you try and sell it?

25   A    Yeah, I sold them.  I sold them.

Coles - Direct                                          110

1   Q    How?

2   A    I gave some away and I sold them for $10 a piece.  I gave

3   a couple away to get the buzz started and then I was selling

4   them for $10 a piece.

5   Q    How did you sell those?  I mean, you weren't Tower

6   Records?

7   A    No.  I would -- I actually, this is around the time I met

8   Tim, like '99.  So I had gave Tim about two or 300 of them to

9   sell and he sold them all quick.  And then I sold them to like,

10  I would give them to like family, friends, people around the

11  way.  I would give them like 20 CD's and they'd sell them for

12  me and bring me back $150.

13  Q    What was in it for them?  Why would they sell this stuff

14  for you?

15  A    They'd make $50 and then just supporting me.  Supporting

16  my label.

17  Q    Okay.  All right.  Was this first mix tape that you

18  recorded, was it a success?

19  A    It was the starting point for my business, so yeah, it was

20  some success.

21  Q    Did you have a party centered around this mix tape?

22  A    Right.  I had a party a little while after.  Once I

23  established, once the mix tape started buzzing and I started,

24  after I put the mix CD out, I started getting other people,

25  other rappers in the area were trying to get in contact with

Coles - Direct                                        111

1    me.  And then Tim had sold so many, he was interested in

2    becoming a partner with me because he had a lot of, a lot of

3    artists too.  A lot of people was coming at him for selling the

4    CDs because it was good.

5    Q    Where we at now, 2000, 2001, around in there?

6    A    Yeah, we at 2000, 2001.

7    Q    Okay.  Go ahead.

8    A    So I came up with the name Take Down Records because my

9    kennel was Take Down Kennels.

10   Q    All right.  Tell us about the kennel.  When did you start

11   doing that?

12   A    I been doing that the whole, since maybe '96, '97.  I

13   always had dogs.

14   Q    Okay.  What kind of dogs?

15   A    Pit bulls.

16   Q    There were also some Corsos, was that later on?

17   A    Yeah, I breeded, I breeded pit bulls -- I mean, I breeded

18   Cane Corsos, Maltese, miniature Doberman.  I started breeding.

19   That was later.  That was to like '02, '03.

20   Q    What did you breed them for?  For what purpose?

21   A    The pit bulls?

22   Q    Yeah.

23   A    To fight.

24   Q    How many did you have?

25   A    Before I got locked up?

Coles - Direct                                                    112

1    Q    Right.

2    A    27 dogs.

3    Q    27 dogs?

4    A    Yeah.

5    Q    I mean, how did you view a pit bull fight?

6    A    How did I view it?

7    Q    Yeah.

8    A    They athletes to me.  It's no different than a boxing

9    match.

10   Q    I mean, were any of the dogs killed or electrocuted?

11   A    No, we ain't do that.  We just fought them.  They quit

12   before they die.  They ain't -- I never seen a dog -- I never

13   visually seen a dog die in the box.

14   Q    They quit before they die?

15   A    Yeah, they quit before they die.

16   Q    All right, all right.

17   A    It can happen though.  They can get killed in the box.

18   Make no mistake about it.  But I just haven't, never seen it.

19   Q    All right.  To you, this was like a professional boxing

20   match?

21   A    Yeah, like  professional boxing match.  Athlete, like a

22   sport.

23   Q    All right, all right.  And did you take care of these

24   dogs?

25   A    Yeah, I took good care of them.  Fed them, conditioned

Coles - Direct                                    113

1    them, exercise.

2    Q    What about steroids?

3    A    Shoot them up with steroids.  You only want to use

4    steroids on them when they about to be in a match.

5    Q    Okay.  What do the steroids do, if anything?

6    A    Enhance their speed, agility and their bite.

7    Q    Does it hurt them, to your knowledge?

8    A    No, it don't hurt them.

9    Q    Okay.  Where did you get these steroids?

10   A    Back then or recently?

11   Q    Back -- let's -- back then.  We'll get up to recently.

12   A    Back then, I would get them from different people.  Ivan,

13   Johnny.  Whoever, whoever had them.  We had a, we had a guy

14   that was a, we had a guy that had, that was a vet.  I had a

15   couple horses too.  And I had a vet.

16   Q    Okay.

17   A    So my grandfather raced horses, so I had met a vet dude

18   that I used to deal with that I would get steroids from.

19   Q    Okay.  And just jumping forward real quick, when your

20   place out in Mullica Hill was raided in August, 2005 --

21   A    Right.

22   Q    -- did you have any of the equipment that you'd been

23   talking about at your house that wasn't seized?

24   A    At which house?

25   Q    Mullica Hill?

Coles - Direct                                                              114

1     A     Far as the dogs?

2     Q     Yeah.  Or was it Woodstown?

3     A     Woodstown.

4     Q     Okay.  What was at Woodstown that they didn't take?  Or

5     take pictures of.

6     Q     About 17 dogs, 18 dogs and kennels.  I had kennels.  They

7     was in like runs, five by fives and gates, tall.  Had like 10

8     runs and, or like eight runs and one big breeding kennel.  Like

9     a eight by eight.

10    Q     What about any steroids or performance enhancing drugs?

11    Did you have --

12    A     Yeah, I had -- it was some steroids there.  It was

13    needles, iron, penicillin, everything.

14    Q     Okay.

15    A     Meals.  Weights for the dogs.  Everything was there.

16    Spring pools.  Everything was there.

17    Q     And did you go take them to fight dog fights with other

18    people who raised dogs for fighting?

19    A     Did I take the dogs?

20    Q     Yeah.

21    A     Yeah.

22    Q     Yeah.

23    A     Yeah.

24    Q     What kind of money would be -- did you actually go to

25    these dog fights?

Coles - Direct                                                    115

1    A    Yeah, I used to go to them and promote them.

2    Q    Were large sums of money wagered at these dog fights?

3    A    Yeah, a lot of money.

4    Q    What kind of sums?

5    A    Anywhere from, anywhere from 5,000, 2,500 to 93,000, I

6    seen dog fights for.

7    Q    Could be bet, right?

8    A    Could be bet.

9    Q    On one fight?

10   A    One fight.

11   Q    All right.  Are you familiar with Michael Vicks' kennel?

12        MR. LLORET:  Objection, Your Honor.

13        THE WITNESS:  Yeah, we cracked it --

14        THE COURT:  Objection sustained.

15   BY MR. WARREN:

16   Q    Well, how much money do you think you made off dog

17   fighting?  Over the years.  I mean, you didn't just start and

18   stop this stuff, did you?

19   A    No.  I never stopped that.  I couldn't even count it.  I

20   made a lot of money on dog fights.

21   Q    Well, you ended up with 17 dogs?

22   A    Right.

23   Q    Are these dogs cheap?

24   A    No.  I done paid up to $10,000 for some of my dogs, 3,500,

25   5,000.

1    Q    Does it cost money to care for them?

2    A    Yeah, it costs money to care for them.

3    Q    Okay.  Okay.  Right, and your kennel was -- and by the

4    way, at the place in Woodstown, you had steroids and syringes

5    there?

6    A    Steroids, syringes, penicillin.

7    Q    So when Kris said she saw you injecting dogs, that really

8    happened?

9    A    Yeah, when she saw me injecting dogs, that's steroids I'm

10   injecting them with.

11   Q    Okay.  All right.  And your kennel was called what?

12   A    Take Down Kennels.

13   Q    All right.  So you've decided now to -- the mix tape has

14   done well?

15   A    Right.

16   Q    And you had a party that you promoted in connection with

17   the mix tape?

18   A    Well, not this, not that particular mix tape.

19   Q    I know.  The first one we're talking about.

20   A    Right.  Not even the first one.  I had a compilation

21   album, and I promoted -- that was the starting -- I had so many

22   artists, I couldn't put out, figure out which artist I wanted

23   to put out first, so I made Tim a partner because he sold the

24   CDs well, and we put together a compilation album.

25   Q    What's that?

Coles - Direct                                117

1    A    It's a album where you promote all your artists instead of

2    just one artist.  So I would let the public decide which artist

3    was worthy of me putting out the first album.

4    Q    Okay.  And who are the artists at this time?  Were there

5    more than there were --

6    A    Now, there are more, yeah.  Tim came along.  There were

7    more artists.  I met Bugsy through Rasheed.

8    Q    And who's Bugsy?  We had Mykal, your brother, right?

9    A    Right.

10   Q    P Dot, right?

11   A    P Dot A.

12   Q    Young Assassins?

13   A    Young Assassins.

14   Q    Untouchables, right?

15   A    Untouchables.

16   Q    Now, you get Bugsy, right?

17   A    Bugsy.

18   Q    Also known as Anwar Berryman?

19   A    Anwar Berryman.

20   Q    Snake, did he come on board around this time?

21   A    Snake came along.

22   Q    What is Snake's real name?

23   A    I don't -- I can't remember his last name.  Brian though I

24   think is his first name.

25   Q    Okay.  Who else?

Coles - Direct                                          118

1    A    Nino Brown.  That's Keenan Brown.

2    Q    Nino Brown, Keenan Brown.  That was Gusto's friend?

3    A    Right.

4    Q    That's how you met Gusto?

5    A    That's how I met Gusto.

6    Q    All right.

7    A    Let me see.  Tasha, she was a singer.

8    Q    T-A-S-H-A, Tasha?

9    A    Yeah, yup.

10   Q    Okay.

11   A    Caution & Minute.

12   Q    Caution & Minute?

13   A    Uh-huh.

14   Q    And we'll look at some photographs tomorrow, but you've

15   seen -- remember those photographs we saw of all those groups

16   of people?

17   A    All them photos that they showed, yeah.

18   Q    Yeah.

19   A    That's all just pictures of me at different clubs and

20   concerts and parties, events.

21   Q    With your artists?

22   A    With my artists and friends, yup.

23   Q    All right.  You were telling us how you put together this

24   compilation album?

25   A    Right.

Coles - Direct                                    119

1    Q     And at that time, it's you and Tim basically?

2    A     Yeah, now Tim's on board in 2000.

3    Q     All right.  So when is this?

4    A     That Tim get involved with the label?

5    Q     No, when is this that you put the compilation album

6    together?

7    A     I put the compilation album together in '01, the beginning

8    of '01.  I incorporated Take Down Records and I put my, we was

9    working on the compilation.  We was working on it prior, from

10   the end of 2000, but we ain't actually put it out till '01.

11   Q     Okay.  Who did -- did you get a lawyer to do the

12   incorporation work for you?

13   A     Yeah.

14   Q     Who's that?

15   A     Scott Griffith.

16   Q     Scott Griffith?

17   A     Right.

18   Q     And do you know actually when Take Down was actually

19   incorporated?  What year, what date?

20   A     I can't remember the exact date.  I know I -- I had Take

21   Down, I didn't incorporate it until like a year after I had it

22   up and running already.  So but I want to say '01 or the

23   beginning of '02.  I can't really --

24   Q     Somewhere around in there?

25   A     Yeah, somewhere around there.

Coles - Direct                                    120

1    Q    Now, you see on that CD that I put in that collective

2    exhibit, it's got an address there for Take Down, doesn't it?

3    A    Right.  Yeah.

4    Q    Okay.  Now is that the first office that you had for Take

5    Down Records?

6    A    Yeah, this the first office.  It wasn't a studio; it just

7    was a office.

8    Q    Now, what's that address?

9    A    118 South 46th Street, which is a property I owned in

10   Kristina's name.  Kristina Latney.

11   Q    Okay.  Now, by the way, are you living with Kristina on

12   Cedar Avenue?  Are you still with Lorraine?  What's your

13   romantic situation like at this time?

14   A    By this time?

15   Q    Yeah.

16   A    I moved Lorraine to a house and then Kris still was living

17   with her grandmother, and then I brought that house over Jersey

18   in like '99 --

19   Q    Okay.

20   A    -- and just was fixing it up.  I actually bought the house

21   for the dogs.

22   Q    The one in, the one in New Jersey, Woodstown?

23   A    Yeah, 'cause it's two-and-a-half acres.  I brought it for

24   the land.  The dogs were there before we were there.

25   Q    Okay.  All right, you just told us -- do you remember when

1    I went through this with Kristina, identified the properties

2    that were put in her name?

3    A    Right.

4    Q    Let's start out with this question.  Why would you put the

5    properties in Kristina's name?

6    A    Certain properties I put in her name because we went to a

7    D-A's auction and brought it.

8    Q    Okay.

9    A    And you can't have a --

10   Q    What's a D-A's auction?

11   A    Like, something like the government, but the state.

12   Q    Okay.  Property seized by the government?

13   A    Property seized by the government.

14   Q    And the government's turning around and selling it?

15   A    Exactly.

16   Q    and you went to an auction?

17   A    I went to a auction.

18   Q    How'd you hear about these auctions?

19   A    In the newspaper.

20   Q    All right.  So some of -- and what's the problem with

21   putting property in your name that you buy at a D-A's

22   forfeiture auction?

23   A    You can't even buy it if you got a criminal record.

24   Q    Okay.

25   A    You can't buy a property from the D-A's auction.

Coles - Direct                                    122

1    Q    Are you still wanted at this time in New Jersey?

2    A    Yeah, I'm still wanted.

3    Q    So this is before -- this is before you've resolved the

4    situation in New Jersey?

5    A    Exactly.

6    Q    All right.

7    A    I was on the run.

8    Q    You were on the run, so to speak?

9    A    Right.

10   Q    You just -- you hadn't shown up to go to jail in New

11   Jersey?

12   A    No.  Say that again?

13   Q    You didn't show up -- you were supposed to go to jail in

14   New Jersey?

15   A    No, I wasn't -- I was supposed to show up.  I didn't go to

16   jail exactly.

17   Q    So you had warrants out for your arrest?

18   A    Exactly.

19   Q    Okay.

20   A    Right.

21   Q    All right.  Why would -- what was the reason that you

22   couldn't -- now, you didn't -- I think we'll go all over the

23   properties, but you didn't buy all of the properties you put in

24   Kristina's name --

25   A    No.

Coles - Direct                                123

1   Q    -- at a D-A's auction?

2   A    Not all of them.  I brought 118 46th Street and 3801.

3   Q    All right.  Kristina did not remember how much this thing

4   cost.  Do you remember?

5   A    Yeah.

6   Q    How much?

7   A    7,700.

8   Q    Okay.  You bought this for 7,700?

9   A    Right.  And I actually put that one in her name because

10  Lorraine was at work, so Kristina went to the auction with me.

11  Q    Went to the auction with you?

12  A    Yeah.

13  Q    And you closed right there at the auction?

14  A    Yeah, I put $700 down, and then I had two months to pay

15  the 7,000.

16  Q    Do you remember when it was generally that you bought

17  this -- it had to be before you started -- if you -- before you

18  started Take Down if you used this place for Take Down's

19  office --

20           MR. LLORET:  Objection, Your Honor, leading.

21           THE WITNESS:  Yeah, it was before that.

22           MR. WARREN:  I apologize.

23  BY MR. WARREN:

24  Q    Do you remember when?

25  A    It was -- I can't remember the exact year.  I got to say

Coles - Direct                                                    124

1     around 2000 though I might have brought that property.

2     Q     Okay.

3     A     Maybe even -- not 1999.  2000.  It was after she had my

4     son, because I never really trusted her.  She had my son.

5     That's when I put it in her name.

6     Q     What about 2757 North 25th Street?  Do you remember when

7     you bought this property?

8     A     Yeah, I brought that -- I brought actually that one and

9     another one at the same time I believe.  I bought them at a

10    drug auction, at the D-A auction.  Barry and Slav (sic) was up

11    Northeast Philly.

12    Q     How much did you pay for 2757 North 25th Street?

13    A     100 bucks.

14    Q     100 bucks?

15    A     Yeah.

16    Q     And this was bought at the forfeiture auction?

17    A     Yeah.

18    Q     Okay.  And you said you think you bought two properties,

19    right?

20    A     Yeah.

21    Q     How about 5744 Tackawanna?

22    A     No, that was actually a house that, like I said Kristina

23    had got pregnant, so I wanted to move her to her own house, out

24    of her grandma house.  So that was a mortgage.

25    Q     That's why it says -- do you remember -- Kristina couldn't

Coles - Direct                                                    125

1     recall how much it cost, but do you remember her testimony

2     about the 48,000 in insurance?

3     A     That's how much the house cost was 48,000.

4     Q     Okay.  And --

5     A     I dropped--

6     Q     -- you had a mortgage on that?

7     A     Yeah, we dropped I think four or $5,000.

8     Q     How's your credit at this time when you buy them?  Do you

9     remember when you bought them?

10    A     Yeah, my credit sucked till right now.  Till today.

11    Q     Okay.  Okay.  Fair enough.  All right.  Why was this

12    property titled in Kristina's name?

13    A     Because she had the credit to get a mortgage.

14    Q     All right.  And I think you said you believed there may

15    have been another property you bought the same day you got that

16    place for 100 bucks?

17    A     Say that again?  Oh, yeah.

18    Q     Yeah.

19    A     Yeah.

20    Q     Is that the one -- do you remember which one that was?

21    A     I can't remember the address for that one.

22    Q     Okay.  All right.  And the one in Woodstown, how much did

23    you pay for that?

24    A     Oh, Woodstown.

25    Q     Yeah.

1    A    I paid like 35,000 for that property.

2    Q    Okay.  To buy it -- so when she said it was only 2,500 or

3    she thought it was only 2,500 --

4    A    Yeah, it wasn't no, it wasn't no 2,500.

5    Q    She was wrong?

6    A    Yeah, she was wrong.

7    Q    All right.  You paid --

8    A    35,000.

9    Q    All right.

10    A    For that property.

11    Q    And then you paid to renovate it?

12    A    And then I renovated it, yup.

13    Q    How much did it cost you to renovate the place?

14    A    By the time I was done, phew, might have took about

15    100,000.

16    Q    100,000.  Which begs the question, where are you getting

17    the money to pay for this?

18    A    The same money that I'm, been making from the barber shop

19    and the cut.  And the cut really wasn't doing, I really wasn't

20    doing much with the cut, but I brought that property in '99.

21    Q    Right.  How long did it take you to get it -- it didn't

22    get fixed up overnight, or did it?

23    A    No, it didn't get fixed up.  That 100,000 it took me, I

24    only had to pay it in installments.  I got the, the guy that I

25    got to fix the house up, he put me, he only charged me 30,00 to

Coles - Direct                                                127

1    do the work.  So I gave him the money in installments, like

2    7,200 each time.  72 or 73 a quarter, like every three weeks,

3    every four weeks.

4    Q    Okay.

5    A    And I just would buy the material.

6    Q    Have you ever heard of H and N Contractors?

7    A    That's my construction company.

8    Q    Your construction company?

9    A    Yeah.

10   Q    Did H & N Contractors have anything to do with renovating

11   this place?

12   A    Yeah, we fixed that up.

13   Q    All right, when you say we, who was H & N Contractors?

14   A    Hakiem Johnson and Naail, that's my attribute.

15   Q    The initials H and N for Naail.

16   A    H and N for Naail, yeah.

17   Q    Okay, okay.  When was that company formed?

18   A    That was formed -- it was formed, I didn't, I just -- I

19   think I LLC'd that just because I was opening Take Down

20   Records, either before then or around, maybe 2000, something

21   like that.

22   Q    What was the purpose for forming that company?

23   A    Because I was getting into the real estate, buying my,

24   buying properties and fixing them up.  So I opened up a

25   construction company.

Coles - Direct                                              128

1   Q    All right.  Now, did you ever live at 118 South 46th
2   Street?
3   A    I never lived there.  I stayed there though in the, during
4   the summer of '05.
5   Q    In the summer of '05?
6   A    Yeah.
7   Q    Okay.  We're still in, we're still talking about the
8   formation of Take Down Records --
9   A    Right.
10  Q    This was Take Down's first office was in this location
11  here?
12  A    Exactly.  Yep.
13  Q    Now, how many employees, if any, did Take Down have at
14  that time?
15  A    When we first started?
16  Q    Yeah, when you first started?
17  A    Shayna, my mom, Caution's, Caution's mother.  I don't
18  know, maybe like four or five of us.  My brother.
19  Q    All right, now, what are these people doing?
20  A    My mom was my secretary.  Shayna was my assistant.  Me and
21  Tim were the owners.  Caution's mom, she would just help her
22  out, help us out with anything.  She just would help out around
23  the office or anything that we had going.
24  Q    All right.  Is -- and Take Down is formed in connection
25  with the production of the compilation album?

Coles - Direct                                                129

1    A    Yeah.

2    Q    All right.

3    A    We were, we were, we were Take Down Records before the

4    compilation album, but the compilation album was our first

5    official album that we put out.

6    Q    Okay.  And were you guys still at the 46th street -- what'd

7    you call it, the office?

8    A    Right, the office.  It just was office.  We had a -- I

9    rented studio time and space at the office, the studio in South

10   Philly.

11   Q    Where in South Philly?

12   A    Right off Penrose Avenue.

13   Q    All right.  Now, was this like the previous thing, a mix

14   tape where the rappers basically laid down their own lyrics to

15   somebody else's beat?

16   A    Exactly.

17   Q    All right.  But this was a compilation album with all your

18   rappers?

19   A    Right.  So when I opened my office at 118 South 46th

20   Street in the back apartment, because we just had got done

21   finishing that property.  I had -- it's five units I got in

22   that property, so I used the back apartment as a office.  Then

23   as we got bigger, we moved downstairs to the, to the first

24   floor office.

25   Q    Okay.  All right.  Do you recall when you guys finished

1    the compilation album?

2    A    Some time in '01, some time in '01.

3    Q    Okay.  And did you make efforts, if any, to sell it?

4    A    Yeah, we sold it.  We had a, I had a compilation party at

5    a skating rink.  I rented a skating rink at -- Elmwood Skating

6    Rink in Paschall.  I rented the skating rink and I threw a big

7    party there, and that was the compilation release party.

8    Q    Now, was that the, was that bigger than any party you had

9    previously thrown?

10   A    Yeah, that was one of the big, that was one of my

11   biggest -- that was one of, that was my first big party because

12   I rented the skating rink and we packed it.

13   Q    Okay.  When you say packed it, how many people could

14   fit -- the Elmwood Skating Rink is where?

15   A    Elmwood Skating Rink's in Paschall in Southwest Philly.

16   It holds about 800 people.  We couldn't put no more people in

17   there.

18   Q    Okay.  How did you go about -- I mean, what do you do?  Do

19   you sell tickets?  I mean, how do you go about promoting and

20   selling for that party?

21   A    For that, for that, for that party, we sold tickets and

22   took money at the door.  We charged $10 a ticket in advance,

23   and then we charged $20 at the door.

24   Q    All right.  Who sells these tickets?

25   A    My artists.  People.  Family, friends.  Anybody that wants

1    to help out and sell tickets.  And I just sold the tickets.

2    Q    Who was buying them?

3    A    Everybody.

4    Q    How many people showed -- and you said tickets were sold

5    in advance.  Were they cheaper?

6    A    Cheaper, they were cheaper if you brought the tickets in

7    advance.

8    Q    And then you could also purchase, I guess, access or,

9    entrance at the door?

10   A    Yeah, you pay -- if you don't have a ticket, you pay at

11   the door, which would be more money.  That'd be 20 because it

12   depends on how many people are there.

13   Q    Was this party a success?

14   A    Yeah, this party was a success.  I made about, for that

15   particular party, between the skating rink and the after party

16   I had down the street, I made about 30 grand.

17   Q    30 grand?  What's an after party?

18   A    An after party is a party you have after a party.

19   Q    Thank you very much.  Does it cost --

20          MR. WARREN:  Do you want me to stop?

21          THE COURT:  I, yeah, I think it's a good time.  It's

22   almost five minutes of five.

23          Ladies and gentlemen, we're going to recess at this point

24   for the day.  Going to ask you to be back tomorrow at 9:15,

25   ready to go.  Again, I caution you don't discuss the case with

Coles - Direct                                           132

1    anyone.  Don't let anyone discuss it with you.  Don't do any

2    independent investigation.  Don't read about the matter.  Don't

3    listen to anything about the matter.  And we'll see you

4    tomorrow at 9:15.

5                    (Pause as jury exits courtroom)

6              THE COURT:  Mr. Warren, how much longer do you

7    anticipate your direct is going to be?

8              MR. WARREN:  Probably -- in all candor, Your Honor, I

9    intend to go through a great many of these tapes, so I was just

10   telling the Prosecutor I'll probably -- I wouldn't be surprised

11   if I took most of the day tomorrow.

12             THE COURT:  All right.

13             MR. WARREN:  And that's honestly --

14             THE COURT:  All right.

15                          * * * * *

16                  C E R T I F I C A T I O N

17

18        I, Mary Anne Kowalczyk, court approved transcriber,

19   certify that the foregoing is a correct transcript from the

20   official electronic sound recording of the proceedings in the

21   above-entitled matter.

22

23    _Mary Anne Kowalczyk_            April 21, 2008

24   DIANA DOMAN TRANSCRIBING

25   (856) 435-7124