Page 1

```
 1           IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 2                        - - -
     THE UNITED STATES OF AMERICA :  2:05-cr-00440-RBS-1
 3              Plaintiff,        :  PHILADELPHIA, PA
         vs.                      :
 4                                :
       ALTON COLES,               :  February 23, 2018
 5              Defendant.        :  2:05 p.m.
 6       TRANSCRIPT OF STATUS HEARING ON 2255 MOTION
          BEFORE THE HONORABLE R. BARCLAY SURRICK
 7              UNITED STATES DISTRICT JUDGE
 8   APPEARANCES:
 9   For the Plaintiff:   ANDREA FOULKES, ESQ.
                          U.S. ATTY'S OFFICE
10                        615 CHESTNUT ST.
                          SUITE 1250
11                        PHILADELPHIA, PA  19106
                          (215) 861-8685
12                        andrea.foulkes@usdoj.gov
13   For the Defendant:   ALTON COLES
                          #59791-066
14                        U.S.P. BOX 2068
                          P.O. BOX 2068
15                        INEZ, KY 41224
                          PRO SE
16
                          MICHAEL R. SHAPIRO, ESQUIRE
17                        LAW OFFICES OF DAVID E. SHAPIRO
                          1429 WALNUT ST STE 1301
18                        PHILADELPHIA, PA 19102
                          215-380-9558
19                        mike.shapiro.esq@gmail.com
20   AUDIO OPERATOR:      DENNIS TAYLOR
     TRANSCRIBER:         JANINE THOMAS
21                        NOTARY PUBLIC
22      (Proceedings recorded by electronic sound recording,
          transcript produced by transcription service.)
23
            VERITEXT NATIONAL COURT REPORTING COMPANY
24                   MID-ATLANTIC REGION
               1801 Market Street - Suite 1800
25            Philadelphia, Pennsylvania  19103
                       (888) 777-6690
```

```
                                                          Page 2
 1                         I N D E X
                                                            Page
 2

     COLLOQUY                                         3
 3

 4
                          E X H I B I T S
 5

     PLAINTIFF'S
 6   NUMBER      DESCRIPTION              MARKED ADMITTED

 7
     N/A
 8

 9   DEFENDANT'S
     NUMBER      DESCRIPTION              MARKED ADMITTED
10
11   N/A
12
13
14
15
16
17
18
19
20
21
22
23
     (* Marked prior to the start of the proceeding.)
24
25
```

```
 1              DEPUTY CLERK:  The Court in THE Eastern District
 2   of Pennsylvania is now in session.  The Honorable R. Barclay
 3   Surrick presiding.
 4              THE COURT:  Good afternoon.  Have a seat.
 5              MULTIPLE SPEAKERS:  Good afternoon, Your Honor.
 6              THE COURT:  Okay.  We have the case of the
 7   United States versus Alton Coles it's number 5-440 on the
 8   criminal side, on the civil side 14-6988.  Counsel, please
 9   identify yourselves.
10              MS. FOULKES:  Good afternoon, Your Honor, Andrea
11   Foulkes and I have taken over the case from Clare Pozos who
12   has left the office.  I was assigned to this a week ago to let
13   you know since you know that this is a pretty extensive
14   history.
15              THE COURT:  All right.
16              MS. FOULKES:  So that's my situation.
17              Mr. SHAPIRO:  Michael Shapiro for the defendant
18   Alton Coles.  How you doing, Your Honor?
19              THE COURT:  All right.  Counsel, this is a
20   status conference.  I think Mr. Shapiro you and Ms. Pozos were
21   discussing this matter.  There has been a 2255 filed.  The
22   government filed a response and the question is where does it
23   stand at this point?  You have just gotten into the case; is
24   that -- that's correct?
25              MS. FOULKES:  That is correct, Your Honor.  I've
```

1    been trying mightily to just catch up with at least
2    procedurally where it is and read some of the most recent
3    material, so I have some understanding of the posture of the
4    case, but not a lot of the back substance yet.
5                THE COURT:  Okay.  Mr. Shapiro?
6                Mr. SHAPIRO:  Yes, Your Honor.  When I was
7    initially appointed and I believe in the government's initial
8    responses to Mr. Coles' 2255 that he filed pro se there was a
9    few issues where Ms. Pozos had acknowledged that he would
10   probably be entitled to a hearing where I come in was to kind
11   of investigate the conflict issue that was raised at the
12   hearing where he testified in Mr. Morris' case regarding Mr.
13   Morris' counsel Wayne Powell, now there are -- there might be
14   issues with the evidence or whether he can bring it, but I
15   developed a lot -- a lot of evidence and we have spent time,
16   the goal over the last -- since we have last spoken about the
17   case had been to attempt to work out a resolution of this
18   matter.  Part of the benefit that would be -- we would've been
19   offering to the government was really to end all work on this
20   case for everybody, so Ms. Pozos was waiting to respond to us
21   back about an offer.  It was kind of on her way out the door.
22   Where she informed me that there would be an offer I would
23   still like to address those issues, but in the meantime I will
24   investigate whether there are filings to be done and get them
25   filed as soon as possible and in the meantime discuss this

1  matter with Ms. Foulkes as well.  So that would be my plan
2  moving forward, but that is kind of why we have stayed in this
3  posture for a while with the hope that we could resolve all of
4  the issues for this case finally and completely.
5             MS. FOULKES:  Your Honor, if I might state my
6  understanding of whether things are and it's certainly subject
7  to revision in that I am clearly not the expert in the history
8  of this case yet.  But I just want to get a little more
9  concrete about what I think counsel's referring to.  I am -- I
10 agree that I am not aware that the U.S. Attorney's Office ever
11 proposed some kind of resolution.  I don't however know what
12 discussions took place in that regard and we can certainly
13 review that together and I can go back to my office, but I
14 haven't -- no one in my office has told me about what the
15 status of what that conversation was.
16            Second, the way I read the government's response
17 to the 2255 is that the government wouldn't object and certain
18 area s -- on a couple of issues that were raised -- I don't
19 know, I think 20 some issues that the defendant raised and
20 that were addressed in response and there were a couple of
21 those areas where the government I think said that they
22 wouldn't object to an hearing, but that a hearing was
23 unnecessarily required.  So that would really be up to the
24 Court as to whether a hearing -- the Court feels a hearing is
25 necessary in those areas.

1   And thirdly, what I understand counsel's
2   referring to in terms of any additional briefing is that he
3   has tried to flesh out an issue having to do with whether or
4   not the counsel for codefendant James Morris who he -- who had
5   previously represented him in some matter in New Jersey or
6   matters in New Jersey created for him a conflict of interest
7   at trial.  I've reviewed the materials and I again, I
8   apologize if I have missed this, but I have reviewed Mr. Coles
9   2255 filing, his reply to the government's response and a
10  subsequent memorandum and that first time that I saw any
11  reference and it was just a very short three-sentence
12  reference to whether or not Mr. Powell's presence in that
13  trial create a conflict for him raised almost in the form of a
14  question was in the third thing that he filed.  That was the
15  memorandum of law.  I just found on September 6, 2016 which
16  was a good year after the one year limitation period on 2255
17  issues could be raised.  He had a mandate in this case on
18  December 3, 2014.  He was apparently well prepared to file his
19  2255 on December 9, 2014.  The government responded in June of
20  2015.  He then files a reply -- the first motion was 200 pages
21  by the defendant.  The government's response was 91 pages.  He
22  files another 50 page reply to the government's response in
23  July of 2015 and it was not until September 6, 2016 that he
24  files then a 47 page memorandum of law in support of his
25  original 2255 and most of it as I could see and I just scanned

1   it.  I don't know if it raises any other new issues but the
2   only -- the first time that I saw any reference to whether or
3   not Attorney Wayne Powell -- may have had a conflict of
4   interest for him at the trial was in that last filing.  And
5   like I say it was just a sort of a short little blip in that
6   47 page memorandum.  So I have raised -- I just raised this
7   with counsel as to whether or not there would be any
8   legitimate exception to the one-year limitation for raising a
9   new issue if it had not and I'm assuming or for the sake of
10  argument right now that it was not appropriately raised
11  before, because it certainly wasn't addressed in the
12  government's response to the 2255.  And I think it certainly
13  would've been if it had been known to the government.  So if
14  there is some exception perhaps that could go forward into
15  additional briefing, but if not I think that that issue should
16  be resolved in advance of anybody having to put in the extra
17  work on that particular subject matter.  A new issue can't be
18  raised after the one-year limitation period had ended and I'm
19  not sure right now if it will be necessary for any further
20  filings.
21            MR. SHAPIRO:  Well, may I respond, Your Honor?
22            THE COURT:  I don't know that it's necessary for
23  you to respond Mr. Shapiro at this point.
24            MR. SHAPIRO:  Okay.
25            THE COURT:  Mr. Coles filed his 2255 and there

1   are 200 pages of 2255 pro se.  The government filed its
2   response in June of 2015.  We did have the Morris case.  We
3   had hearings in Morris.  The issue of the conflict did come up
4   in that proceeding.  At this juncture I'm not exactly sure
5   what the date was --
6              MS. FOULKES:  I can tell you.
7              THE COURT:  -- when it did come up, but in any
8   event I think obviously that issue is going to have to be
9   addressed sooner or later and what I want to do at this point
10  in the ball game is find out what kind of timeframe we need in
11  order for several things to happen.  First of all, for the
12  government and defense counsel to sit down and talk
13  meaningfully about the case.  I understand that you've just
14  gotten into it and there's an awful lot to talk about with
15  regard to this matter.
16             MS. FOULKES:  Yes, I need time.
17             THE COURT:  So I think you're going to need to
18  get up to speed and sit down with Mr. Shapiro and see whether
19  there is any basis upon which the matter could get resolved.
20  If that is not the case then we -- we're going to have to give
21  Mr. Shapiro the opportunity to file whatever he determines is
22  appropriate.  I would think that you would want to go through
23  the 2255 that was filed pro se and determine what issues that
24  are in there that you believe need to be addressed.  You'll
25  need time to go ahead and do that and then the government's

1  going to need time to respond.  So what we're talking about
2  now is I would think at least a 90-day period then which you
3  can talk about this situation and then advise the Court, let's
4  say 45-60 days down the line whether we're going to need to
5  sit down and address these issues formally on paper and then I
6  would set up a scheduling order for filing the briefs by the
7  defendant filing the briefs, the responses by the government
8  and then the matter would be in my hands.  So I think that's
9  probably the most reasonable way to go about approaching this
10 situation.
11          MR. SHAPIRO:  Makes sense to me, Your Honor.
12          THE COURT:  Okay.  We will go ahead on that
13 basis.  I will enter an order memorializing what I just said
14 and we will then move forward with the situation.  And
15 ultimately if we have to sit down and decide it that's what we
16 will do.  Okay?
17          MS. FOULKES:  Yes, very well, Your Honor.
18          MR. SHAPIRO:  We're okay.  Thank you, Your
19 Honor.
20          THE COURT:  Okay.  Recess.
21          MS. FOULKES:  Thank you, Your Honor.
22                         -  -  -
23             (Whereupon, the proceeding was concluded
24                       at 2:18 p.m.)
25                         -  -  -

1                    C E R T I F I C A T E

3            I do hereby certify that the aforesaid
4    hearing was transcribed by me from an audio recording to the
5    best of my ability; and that I am neither of counsel nor kin
6    to any party in said action, nor interested in the outcome
7    thereof.

             WITNESS my hand and official seal this
12   _26TH___ day of _ *[signature]*

                    _____
14                         Janine Thomas
                           Notary Public

| 0 | 5 | anybody 7:16 | 6:17 8:2,13,20 |
|---|---|---|---|
| **00440** 1:2 | **5-440** 3:7 | apologize 6:8 | catch 4:1 |
| **1** | **50** 6:22 | apparently 6:18 | certain 5:17 |
| **1** 1:2 | **59791-066** 1:13 | appearances 1:8 | certainly 5:6,12 |
| **1250** 1:10 | **6** | appointed 4:7 | 7:11,12 |
| **1301** 1:17 | **6** 6:15,23 | approaching 9:9 | certify 10:3 |
| **14-6988** 3:8 | **615** 1:10 | appropriate 8:22 | chestnut 1:10 |
| **1429** 1:17 | **7** | appropriately | civil 3:8 |
| **1800** 1:24 | **777-6690** 1:25 | 7:10 | clare 3:11 |
| **1801** 1:24 | **8** | area 5:18 | clearly 5:7 |
| **19102** 1:18 | **861-8685** 1:11 | areas 5:21,25 | clerk 3:1 |
| **19103** 1:25 | **888** 1:25 | argument 7:10 | codefendant 6:4 |
| **19106** 1:11 | **9** | assigned 3:12 | coles 1:4,13 3:7,18 |
| **2** | **9** 6:19 | assuming 7:9 | 4:8 6:8 7:25 |
| **20** 5:19 | **90** 9:2 | atlantic 1:24 | colloquy 2:2 |
| **200** 6:20 8:1 | **91** 6:21 | attempt 4:17 | come 4:10 8:3,7 |
| **2014** 6:18,19 | **a** | attorney 7:3 | company 1:23 |
| **2015** 6:20,23 8:2 | ability 10:5 | attorney's 5:10 | completely 5:4 |
| **2016** 6:15,23 | acknowledged 4:9 | atty's 1:9 | concluded 9:23 |
| **2018** 1:4 10:12 | action 10:6 | audio 1:20 10:4 | concrete 5:9 |
| **2068** 1:14,14 | additional 6:2 | aware 5:10 | conference 3:20 |
| **215** 1:11 | 7:15 | awful 8:14 | conflict 4:11 6:6 |
| **215-380-9558** 1:18 | address 4:23 9:5 | **b** | 6:13 7:3 8:3 |
| **2255** 1:6 3:21 4:8 | addressed 5:20 | **b** 2:4 | conversation 5:15 |
| 5:17 6:9,16,19,25 | 7:11 8:9,24 | back 4:4,21 5:13 | correct 3:24,25 |
| 7:12,25 8:1,23 | admitted 2:6,9 | ball 8:10 | counsel 3:8,19 |
| **23** 1:4 | advance 7:16 | barclay 1:6 3:2 | 4:13 6:4 7:7 8:12 |
| **26th** 10:12 | advise 9:3 | basis 8:19 9:13 | 10:5 |
| **2:05** 1:2,5 | aforesaid 10:3 | believe 4:7 8:24 | counsel's 5:9 6:1 |
| **2:18** 9:24 | afternoon 3:4,5,10 | benefit 4:18 | couple 5:18,20 |
| **3** | ago 3:12 | best 10:5 | court 1:1,23 3:1,4 |
| **3** 2:2 6:18 | agree 5:10 | blip 7:5 | 3:6,15,19 4:5 5:24 |
| **4** | ahead 8:25 9:12 | box 1:14,14 | 5:24 7:22,25 8:7 |
| **41224** 1:15 | alton 1:4,13 3:7,18 | briefing 6:2 7:15 | 8:17 9:3,12,20 |
| **45-60** 9:4 | america 1:2 | briefs 9:6,7 | cr 1:2 |
| **47** 6:24 7:6 | andrea 1:9 3:10 | bring 4:14 | create 6:13 |
| | andrea.foulkes | **c** | created 6:6 |
| | 1:12 | c 10:1,1 | criminal 3:8 |
| | | case 3:6,11,23 4:4 | |
| | | 4:12,17,20 5:4,8 | |

**[d - mid]**  Page 2

| d | | | |
|---|---|---|---|
| **d** 2:1 | **extensive** 3:13 | **government** 3:22 | **jersey** 6:5,6 |
| **date** 8:5 | **extra** 7:16 | 4:19 5:17,21 6:19 | **judge** 1:7 |
| **david** 1:17 | **f** | 7:13 8:1,12 9:7 | **july** 6:23 |
| **day** 9:2 10:12 | **f** 10:1 | **government's** 4:7 | **juncture** 8:4 |
| **days** 9:4 | **february** 1:4 | 5:16 6:9,21,22 | **june** 6:19 8:2 |
| **december** 6:18,19 | 10:12 | 7:12 8:25 | **k** |
| **decide** 9:15 | **feels** 5:24 | **h** | **kin** 10:5 |
| **defendant** 1:5,13 | **file** 6:18 8:21 | **h** 2:4 | **kind** 4:10,21 5:2 |
| 3:17 5:19 6:21 9:7 | **filed** 3:21,22 4:8 | **hand** 10:11 | 5:11 8:10 |
| **defendant's** 2:9 | 4:25 6:14 7:25 8:1 | **hands** 9:8 | **know** 3:13,13 5:11 |
| **defense** 8:12 | 8:23 | **happen** 8:11 | 5:19 7:1,22 |
| **dennis** 1:20 | **files** 6:20,22,24 | **hearing** 1:6 4:10 | **known** 7:13 |
| **deputy** 3:1 | **filing** 6:9 7:4 9:6,7 | 4:12 5:22,22,24,24 | **ky** 1:15 |
| **description** 2:6,9 | **filings** 4:24 7:20 | 10:4 | **l** |
| **determine** 8:23 | **finally** 5:4 | **hearings** 8:3 | **law** 1:17 6:15,24 |
| **determines** 8:21 | **find** 8:10 | **history** 3:14 5:7 | **left** 3:12 |
| **developed** 4:15 | **first** 6:10,20 7:2 | **honor** 3:5,10,18 | **legitimate** 7:8 |
| **discuss** 4:25 | 8:11 | 3:25 4:6 5:5 7:21 | **limitation** 6:16 7:8 |
| **discussing** 3:21 | **flesh** 6:3 | 9:11,17,19,21 | 7:18 |
| **discussions** 5:12 | **form** 6:13 | **honorable** 1:6 3:2 | **line** 9:4 |
| **district** 1:1,1,7 3:1 | **formally** 9:5 | **hope** 5:3 | **little** 5:8 7:5 |
| **doing** 3:18 | **forward** 5:2 7:14 | **i** | **lot** 4:4,15,15 8:14 |
| **door** 4:21 | 9:14 | **identify** 3:9 | **m** |
| **e** | **foulkes** 1:9 3:10 | **inez** 1:15 | **mandate** 6:17 |
| **e** 1:17 2:1,4 10:1,1 | 3:11,16,25 5:1,5 | **informed** 4:22 | **marked** 2:6,9,23 |
| **eastern** 1:1 3:1 | 8:6,16 9:17,21 | **initial** 4:7 | **market** 1:24 |
| **electronic** 1:22 | **found** 6:15 | **initially** 4:7 | **material** 4:3 |
| **ended** 7:18 | **further** 7:19 | **interest** 6:6 7:4 | **materials** 6:7 |
| **enter** 9:13 | **g** | **interested** 10:6 | **matter** 3:21 4:18 |
| **entitled** 4:10 | **game** 8:10 | **investigate** 4:11 | 5:1 6:5 7:17 8:15 |
| **esq** 1:9 | **give** 8:20 | 4:24 | 8:19 9:8 |
| **esquire** 1:16 | **gmail.com** 1:19 | **issue** 4:11 6:3 7:9 | **matters** 6:6 |
| **event** 8:8 | **go** 5:13 7:14 8:22 | 7:15,17 8:3,8 | **meaningfully** 8:13 |
| **everybody** 4:20 | 8:25 9:9,12 | **issues** 4:9,14,23 | **memorandum** |
| **evidence** 4:14,15 | **goal** 4:16 | 5:4,18,19 6:17 7:1 | 6:10,15,24 7:6 |
| **exactly** 8:4 | **going** 8:8,17,20 | 8:23 9:5 | **memorializing** |
| **exception** 7:8,14 | 9:1,4 | **j** | 9:13 |
| **expert** 5:7 | **good** 3:4,5,10 6:16 | **james** 6:4 | **michael** 1:16 3:17 |
| | **gotten** 3:23 8:14 | **janine** 1:20 10:14 | **mid** 1:24 |

**[mightily - sound]** Page 3

**mightily** 4:1
**mike.shapiro.esq** 1:19
**missed** 6:8
**morris** 4:12,13 6:4 8:2,3
**motion** 1:6 6:20
**move** 9:14
**moving** 5:2
**multiple** 3:5

**n**

**n** 2:1,7,11
**national** 1:23
**necessary** 5:25 7:19,22
**need** 8:10,16,17,24 8:25 9:1,4
**neither** 10:5
**new** 6:5,6 7:1,9,17
**notary** 1:21 10:14
**number** 2:6,9 3:7

**o**

**object** 5:17,22
**obviously** 8:8
**offer** 4:21,22
**offering** 4:19
**office** 1:9 3:12 5:10,13,14
**offices** 1:17
**official** 10:11
**okay** 3:6 4:5 7:24 9:12,16,18,20
**operator** 1:20
**opportunity** 8:21
**order** 8:11 9:6,13
**original** 6:25
**outcome** 10:6

**p**

**p.m.** 1:5 9:24
**p.o.** 1:14
**pa** 1:3,11,18
**page** 2:1 6:22,24 7:6
**pages** 6:20,21 8:1
**paper** 9:5
**part** 4:18
**particular** 7:17
**party** 10:6
**pennsylvania** 1:1 1:25 3:2
**period** 6:16 7:18 9:2
**philadelphia** 1:3 1:11,18,25
**place** 5:12
**plaintiff** 1:3,9
**plaintiff's** 2:5
**plan** 5:1
**please** 3:8
**point** 3:23 7:23 8:9
**possible** 4:25
**posture** 4:3 5:3
**powell** 4:13 7:3
**powell's** 6:12
**pozos** 3:11,20 4:9 4:20
**prepared** 6:18
**presence** 6:12
**presiding** 3:3
**pretty** 3:13
**previously** 6:5
**prior** 2:23
**pro** 1:15 4:8 8:1 8:23
**probably** 4:10 9:9
**procedurally** 4:2
**proceeding** 2:23 8:4 9:23

**proceedings** 1:22
**produced** 1:22
**proposed** 5:11
**public** 1:21 10:14
**put** 7:16

**q**

**question** 3:22 6:14

**r**

**r** 1:6,16 3:2 10:1
**raised** 4:11 5:18 5:19 6:13,17 7:6,6 7:10,18
**raises** 7:1
**raising** 7:8
**rbs** 1:2
**read** 4:2 5:16
**really** 4:19 5:23
**reasonable** 9:9
**recess** 9:20
**recorded** 1:22
**recording** 1:22 10:4
**reference** 6:11,12 7:2
**referring** 5:9 6:2
**regard** 5:12 8:15
**regarding** 4:12
**region** 1:24
**reply** 6:9,20,22
**reporting** 1:23
**represented** 6:5
**required** 5:23
**resolution** 4:17 5:11
**resolve** 5:3
**resolved** 7:16 8:19
**respond** 4:20 7:21 7:23 9:1
**responded** 6:19

**response** 3:22 5:16 5:20 6:9,21,22 7:12 8:2
**responses** 4:8 9:7
**review** 5:13
**reviewed** 6:7,8
**revision** 5:7
**right** 3:15,19 7:10 7:19

**s**

**s** 2:4 5:18
**sake** 7:9
**saw** 6:10 7:2
**scanned** 6:25
**scheduling** 9:6
**se** 1:15 4:8 8:1,23
**seal** 10:11
**seat** 3:4
**second** 5:16
**see** 6:25 8:18
**sense** 9:11
**sentence** 6:11
**september** 6:15,23
**service** 1:22
**session** 3:2
**set** 9:6
**shapiro** 1:16,17 3:17,17,20 4:5,6 7:21,23,24 8:18,21 9:11,18
**short** 6:11 7:5
**side** 3:8,8
**signature** 10:13
**sit** 8:12,18 9:5,15
**situation** 3:16 9:3 9:10,14
**soon** 4:25
**sooner** 8:9
**sort** 7:5
**sound** 1:22

**[speakers - year]**  Page 4

| | | |
|---|---|---|
| **speakers** 3:5 | **three** 6:11 | **x** |
| **speed** 8:18 | **time** 4:15 6:10 7:2 | **x** 2:1,4 |
| **spent** 4:15 | 8:16,25 9:1 | **y** |
| **spoken** 4:16 | **timeframe** 8:10 | **year** 6:16,16 7:8 |
| **st** 1:10,17 | **told** 5:14 | 7:18 |
| **stand** 3:23 | **transcribed** 10:4 | |
| **start** 2:23 | **transcriber** 1:20 | |
| **state** 5:5 | **transcript** 1:6,22 | |
| **states** 1:1,2,7 3:7 | **transcription** 1:22 | |
| **status** 1:6 3:20 | **trial** 6:7,13 7:4 | |
| 5:15 | **tried** 6:3 | |
| **stayed** 5:2 | **trying** 4:1 | |
| **ste** 1:17 | **u** | |
| **street** 1:24 | **u.s.** 1:9 5:10 | |
| **subject** 5:6 7:17 | **u.s.p.** 1:14 | |
| **subsequent** 6:10 | **ultimately** 9:15 | |
| **substance** 4:4 | **understand** 6:1 | |
| **suite** 1:10,24 | 8:13 | |
| **support** 6:24 | **understanding** 4:3 | |
| **sure** 7:19 8:4 | 5:6 | |
| **surrick** 1:6 3:3 | **united** 1:1,2,7 3:7 | |
| **t** | **unnecessarily** | |
| **t** 2:4 10:1,1 | 5:23 | |
| **taken** 3:11 | **usdoj.gov** 1:12 | |
| **talk** 8:12,14 9:3 | **v** | |
| **talking** 9:1 | **veritext** 1:23 | |
| **taylor** 1:20 | **versus** 3:7 | |
| **tell** 8:6 | **vs** 1:3 | |
| **terms** 6:2 | **w** | |
| **testified** 4:12 | **waiting** 4:20 | |
| **thank** 9:18,21 | **walnut** 1:17 | |
| **thereof** 10:7 | **want** 5:8 8:9,22 | |
| **thing** 6:14 | **way** 4:21 5:16 9:9 | |
| **things** 5:6 8:11 | **wayne** 4:13 7:3 | |
| **think** 3:20 5:9,19 | **week** 3:12 | |
| 5:21 7:12,15 8:8 | **witness** 10:11 | |
| 8:17,22 9:2,8 | **work** 4:17,19 7:17 | |
| **third** 6:14 | **would've** 4:18 | |
| **thirdly** 6:1 | 7:13 | |
| **thomas** 1:20 10:14 | | |