IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA          :

   v.        :    CRIMINAL NO. 05-cr-00440

  ALTON COLES     :


WITHDRAWAL OF APPEARANCE

Kindly withdraw my appearance on behalf of the United States of America.

        JACQUELINE C. ROMERO
        UNITED STATES ATTORNEY


        */s/Andrea Foulkes*
        Andrea Foulkes
        Assistant United States Attorney