IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 05-440-01 |
| ALTON COLES | : | |

# O R D E R

**AND NOW**, this 26th day of March 2024, upon consideration of Defendant Alton Coles' (1) *pro se* Habeas Corpus Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person In Federal Custody (ECF No. 1624); (2) *pro se* Motion Pursuant to Rule 15(c) of Federal Rules of Civil Procedure, Supplemental Pleading (ECF No. 1647); (3) *pro se* Motion for Leave to File Supplemental Brief Pursuant to the Fed. R. Civ. P. Rule 15(d) (ECF No. 1702), (4) *pro se* Memorandum of Law in Support of 2255 Motion (ECF No. 1741); (5) Supplemental Memorandum of Law Addressing the Necessity for the Court to Have an Evidentiary Hearing on his Claims of Ineffective Assistance of Counsel Pursuant to 28 U.S.C. § 2255 (ECF No. 1816); and (6) Motion to Expand the Record (ECF No. 1574), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

1. Defendant's Motions for relief pursuant to 28 U.S.C. § 2255 (ECF Nos. 1624, 1647, 1702, 1741, 1816) are **DENIED**;

2. Defendant's Motion to Expand the Record (1574) is **GRANTED** with respect to Defendant's attempted filing with the Third Circuit and **DENIED** with respect to the remainder of the documents sought.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**