ATTACHMENT A-2
Exhibit

OFFICE OF THE CLERK

**MARCIA M. WALDRON**
**CLERK**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790
Website: http://www.ca3.uscourts.gov

TELEPHONE
215-597-2995

March 12, 2013

Alton Coles
USP Big Sandy
P.O. Box 2068
Inez, KY 41224

Re: USA v. Alton Coles
No.: 09-2323

Dear Mr. Coles:

    This will acknowledge receipt on March 8, 2013 of your Supplemental Authority per Rule 28(j).

    By copy of this letter we are forwarding your letter file pursuant to Rule 28(j) to Christopher D. Warren, Esq. for such, if any, action he deems appropriate. This Court does not permit hybrid or dual representation. See Rule 27.8 and 31.3, Third Circuit Local Appellate Rules. Only submissions made by counsel will be accepted for filing. Counsel is solely responsible for the prosecution of the appeal including decisions as to what issues will be presented to the Court. See also United States v. Turner, 677 F.3d 570 (3d Cir. 2012).

Very truly yours,

/s/Marianne
Case Manager

cc: Christopher D. Warren, Esq.

Exhibit A

ATTACHMENT A-2
Exhibit cont.

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 09-2323

United States v. Coles

To: Clerk

1) Pro Se Motion by Appellant to File Pro Se Supplemental Brief

2) Second Pro Se Motion by Appellant to File Pro Se Supplemental Brief

---

The foregoing motions are denied as it is noted that counsel filed a brief on the merits on behalf of Appellant. See 3d Cir. LAR 31.3. See also United States v. Turner, 677 F.3d 570 (3d Cir. 2012) (except in cases governed by Anders, parties represented by counsel may not file pro se briefs). The pro se brief will be forwarded to counsel in accordance with Local Rule 31.3 and Turner. Counsel is directed to review this Court's opinion in Turner regarding counsel's obligations with respect to the pro se arguments.

For the Court,

/s/ Marcia M. Waldron
Clerk

Dated: June 12, 2013
MB/cc: Alton Coles
Christopher D. Warren, Esq.
Richard A. Lloret, Esq.
Robert A. Zauzmer, Esq.