ATTACHMENT A
Exhibit

NO. 09-2323

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

UNITED STATES OF AMERICA
V.
ALTON COLES

JUDICIAL NOTICE

I, Alton Coles hereby request permission from this courts to submit a supplemental brief under Rule 28 (j) to argue <u>Alleyne v. United States</u>, to challenge my sentence on count two (2); 848 (CCE) conviction, specificly my mandatory life sentence. The district court found by the preponderance of the evidence that the quantities of drugs for which Mr. Coles was accountable activated the mandatory term of life imprisonment prescribeed by the CCE statue and imposed that sentence on Count Two.

On June 17, 2013 the Supreme Court granted a win in the case <u>Alleyne v. United States</u> - which specificly staees 'quanity/ enhancements' has to be determined by the jury (not the judge), so I humbly ask this court for permission to add this issue to my current appeal since the Supremem Court decision has been handed down before the decision on my direct appeal.

Respectfully,

*Alton Coles*

June 20, 2013

Exhibit B