# PAUL J. HETZNECKER

Attorney at Law
1420 Walnut Street Suite 911
Philadelphia, PA  19102

(215) 893·9640
FAX (215) 893·0255
E-MAIL phetznecker@aol.com

July 25, 2024

**SENT VIA EMAIL:** Tashia_Reynolds@paed.uscourts.gov

Honorable R. Barclay Surrick
United States District Court
8614 United States Courthouse
601 Market Street
Philadelphia, PA  19106-1744

      **RE:**    **United States v. Alton Coles; No 05-440**
               **Petitioner's Letter In Support of Supplemental Brief In Support of and Documents Submitted Responsive to the Court's Decision to Permit Expansion of the Record Based on the Alleyne Issue**

Dear Judge Surrick:

      On May 24, 2024, Petitioner submitted a Brief In Support of and Documents Submitted Responsive to the Court's Decision to Permit Expansion of the Record Based on the Alleyne Issue. On July 3, 2024, Petitioner submitted a Supplemental Brief In Support of and Documents Submitted Responsive to the Court's Decision to Permit Expansion of the Record Based on the Alleyne Issue. This letter and the attached documents are submitted in support of the Supplemental Brief filed on July 3, 2024. The attached mitigation documents are currently in the possession of Your Honor as exhibits to the First Step Act Motion filed on behalf of Mr. Coles on April 24, 2020. These mitigation documents are being presented anew for the Court's consideration as a part of the expanded record pursuant to the initial Brief filed on May 24, 2024, as well as the Supplemental Brief filed on July 3, 2024 in the above-captioned matter.

      I appreciate Your Honor's consideration in this matter.

      Sincerely,

      *Paul J. Hetznecker*

      Paul J. Hetznecker, Esq.

PJH/yjl

cc:    Robert Zauzmer, Esquire
        Chief of Appeals Unit
        United States Attorney's Office