# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| VS. | : | |
| ALTON COLES | : | NO. 05-440 |

## ORDER TO SEAL

AND NOW on this _____ day of _____, 2024, it hereby ORDERED that this Motion to Seal Exhibits is GRANTED and Petitioner's Exhibits are SEALED until further order of this Court. This Order shall designate on the docket sheet as a judicial document.

BY THE COURT:

_____
**HONORABLE R. BARCLAY SURRICK**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| VS. | : | |
| | : | |
| ALTON COLES | : | NO. 05-440 |

## MOTION TO SEAL EXHIBITS

TO THE HONORABLE R. BARCLAY SURRICK, JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA, PHILADELPHIA:

     Petitioner Alton Coles, by and through his attorney, Paul J. Hetznecker, Esquire, files this Motion to Seal Exhibits and submits the following in support thereof:

     1.    Counsel respectfully requests that Exhibit A (Mitigation Report), Exhibit B (Petitioner's Certifications), and Exhibit C (Character Letters) be filed under seal as attachments to the Letter to the Honorable R. Barclay Surrick filed in the above-captioned matter (Document No. 1937).

     2.    Petitioner's Exhibits A, B, and C have been presented for this Honorable Court's consideration as part of the Brief In Support of and Documents Submitted Responsive to the Court's Decision to Permit Expansion of the Record Based on the <u>Alleyne</u> Issue filed on May 24, 2024 (Document No. 1933), as well as the Supplemental Brief filed on July 3, 2024 (Document No. 1936).

     3.    Petitioner's Exhibits A, B, and C contain very sensitive, private personal information that should not be available to the public. These mitigation documents should be under seal to protect Petitioner's private information from public view.

WHEREFORE, Counsel respectfully requests that Your Honor grant the attached Order sealing the above-referenced Exhibits.

Respectfully submitted,

***/s/ Paul J. Hetznecker, Esquire***
Paul J. Hetznecker, Esquire
Attorney for Alton Coles

Date:   July 25, 2024