# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| VS. | : | |
| ALTON COLES | : | NO. 05-440 |

## ORDER TO SEAL

AND NOW on this 29th day of July, 2024, it hereby ORDERED that this Motion to Seal Exhibits is GRANTED and Petitioner's Exhibits are SEALED until further order of this Court. This Order shall designate on the docket sheet as a judicial document.

BY THE COURT:

s/ *R. Barclay Surrick*

**HONORABLE R. BARCLAY SURRICK**