**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
|  | : |  |
| **V.** | : |  |
|  | : |  |
| **ALTON COLES** | : | **05-440** |

## ORDER FOR RELEASE AND TRANSPORT TO ATTEND VIEWING

**AND NOW,** this      day of           , 2025, it is hereby **ORDERED** that the United States Marshal Service will transport the defendant, Alton Coles, from the Federal Detention Center located at 700 Arch Street, Philadelphia, PA 19105 to Terry Funeral Home, 4203 Haverford Avenue, Philadelphia, PA 19104 between 9:00 a.m. and 11:00 a.m. on Thursday, April 24, 2025 for the purpose of his uncle, Hakiem Johnson's viewing.

**BY THE COURT:**

_____
**HONORABLE R. BARCLAY SURRICK**

- 1 -

**PAUL J. HETZNECKER, ESQUIRE**
**Attorney I.D. No. 49990**
**1420 Walnut Street, Suite 911**
**Philadelphia, PA   19102**
**215 893-9640**                                    **Attorney for Defendant, Alton Coles**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| | **:** | |
| **UNITED STATES OF AMERICA** | **:** | **CRIMINAL ACTION** |
| | **:** | |
| **V.** | **:** | |
| | **:** | |
| **ALTON COLES** | **:** | **05-440** |

### MOTION FOR RELEASE AND TRANSPORT TO ATTEND VIEWING

**TO THE HONORABLE R. BARCLAY SURRICK, JUDGE, UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF PENNSYLVANIA:**

Defendant, Alton Coles, by and through his attorney, Paul J. Hetznecker, Esquire, files this Motion for Release and Transport to attend his uncle's viewing and submits the following in support thereof:

1.    Last week, Mr. Coles informed Counsel that his uncle Hakiem Johnson passed away and that the details regarding his uncle's viewing/funeral would be provided by a family member.

2.    Over the weekend, Counsel was informed by a family member that that Mr. Coles' uncle, Hakiem Johnson's viewing is scheduled for Thursday, April 24, 2025 from 9:00 a.m. to 11:00 a.m. at Terry Funeral Home, 4203 Haverford Avenue, Philadelphia, PA 19104. Mr. Coles is only requesting an opportunity to attend the viewing.

- 2 -

3.      Alton Coles moves this Court to permit an Order to Transport in the custody of

the United States Marshal Service at the cost to be paid by the family to that

location for the viewing between 9:00 a.m. and 11:00 a.m. on Thursday, April 24,

2025.

Respectfully submitted,

/s/ Paul J. Hetznecker, Esquire
Paul J. Hetznecker, Esquire
Attorney for Defendant, Alton Coles

Date:   April 21, 2025

**<u>CERTIFICATE OF SERVICE</u>**

I, Paul J. Hetznecker, Esquire, hereby certify that a copy of the Motion for Release and Transport for Viewing was served on the following parties via the Court's electronic filing system (ecf):

Francis Weber, Esquire
Assisted United States Attorney
United States Attorney's Office
615 Chestnut Street, 12th Floor
Philadelphia, PA 19106

Respectfully submitted,

<u>/s/ Paul J. Hetznecker, Esquire</u>
Paul J. Hetznecker, Esquire
Attorney for Defendant, Alton Coles

Date:   <u>April 21, 2025</u>