# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | NO. 05-440-01 |
| ALTON COLES | : | |

## ORDER

**AND NOW,** this _____ day of _____, 2025, it is hereby ORDERED that Defendant's Motion to File Reply Seven (7) Days Out of Time is GRANTED.

BY THE COURT:

_____
**HONORABLE R. BARCLAY SURRICK**

**PAUL J. HETZNECKER, ESQUIRE**
**1420 Walnut Street, Suite 911**
**Philadelphia, PA   19102**
**(215) 893-9640**                                                                  **Attorney for Alton Coles**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL ACTION |
| v. : | NO. 05-440-01 |
| ALTON COLES : | |

### MOTION TO FILE REPLY SEVEN (7) DAYS OUT OF TIME

**TO THE HONORABLE R. BARCLAY SURRICK, JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA:**

Petitioner, Alton Coles, by and through his counsel, Paul J. Hetznecker, Esquire, files this Motion to File Reply Seven (7) Days Out of Time and submits the following in support thereof:

1. On May 28, 2025, Defendant Alton Coles filed a Motion for a Sentence Reduction. (Document No. 1961)

2. At 10:04 p.m. on that same date, the government filed a Response in Opposition to Defendant's Motion to Reduce Sentence. (Document No. 1962)

3. Pursuant to Federal Rule of Criminal Procedure 27(a)(3), a response to a motion must be filed within ten (10) days and a reply to a response must be

1

filed within seven (7) days.

4. On May 29, 2025, the day after filing Defendant's Motion for Reduction of Sentence, Counsel for Defendant sent an email to Your Honor's Courtroom Deputy to advise that Counsel for Defendant was in the midst of drafting a Response to a Motion for Summary Judgment in another matter which was due on Friday, June 6, 2025, and expected to file a reply to the government's Response in Opposition to Defendant Coles' Motion the following week.

WHEREFORE, Counsel for Defendant respectfully requests an additional seven (7) days to submit a Reply to Government's Response to Defendant's Motion for Reduction of Sentence.

Respectfully submitted,

/s/ Paul J. Hetznecker, Esquire
Paul J. Hetznecker, Esquire
Attorney for Petitioner, Alton Coles

Date: June 11, 2025

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served upon the following individuals via the Court's electronic filing system:

Robert A. Zauzmer, Esquire
Chief of Appeals Unit
United States Attorney's Office
615 Chestnut Street, 12th Floor
Philadelphia, PA 19106

Francis A. Weber, Esquire
Assistant United States Attorney
United States Attorney's Office
615 Chestnut Street, 12th Floor
Philadelphia, PA 19106

/s/ Paul J. Hetznecker, Esquire
Paul J. Hetznecker, Esquire
Attorney for Petitioner, Alton Coles

Date: June 11, 2025