## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| | : | |
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | **NO. 05-440-01** |
| | : | |
| **ALTON COLES** | : | |
| | : | |

## <u>ORDER</u>

**AND NOW,**  this  11th  day of  June  , 2025, it is hereby

ORDERED that Defendant's Motion to File Reply Seven (7) Days Out of Time is GRANTED.


**BY THE COURT:**

*s/ R. Barclay Surrick*

**HONORABLE R. BARCLAY SURRICK**