IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| COLES, ET AL. | : | NO.: 05-CR-440-ALL |

### O R D E R

**AND NOW**, this 6TH day of NOVEMBER 2025, it is hereby

**ORDERED** that the above-captioned case is reassigned at random pursuant to Local Rule 50.1 of the Local Rules of Criminal Procedure from the calendar of the Honorable R. Barclay Surrick to the calendar of the Honorable Kai N. Scott.

FOR THE COURT:


 S/Wendy Beetlestone
WENDY BEETLESTONE
Chief Judge