IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | *AUSA: Robert Zauzmer* |
| | **:** | |
| v. | **:** | Criminal No. 05-440-1 |
| | **:** | |
| **ALTON COLES** | **:** | *AFD/Atty: Paul Hetznecker, Esq.* |
| *Reg. No. 59791-066* | **:** | *CJA Appointed* |

## NOTICE OF HEARING

Take notice that the defendant in the above-entitled case is scheduled for a Status/Motions Hearing on the pending motions listed below on **January 20, 2026, at 9:30 am** before the **Honorable Kai N. Scott** in **Courtroom 13B** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.  ***Counsel may submit a joint status report regarding the pending motions on or before January 13, 2026***.

> Doc. No. 1613 – Motion for Return of Property Post Trial
> Doc. No. 1614 – Motion for Return of Property Post Trial
> Doc. No. 1678 – Motion to Dismiss
> Doc. No. 1839 – Motion to Reduce Sentence Under First Step Act
> Doc. No. 1844 – Motion to Stay
> Doc. No. 1889 – Motion Reply to Government's Response
> Doc. No. 1961 – Motion to Reduce Sentence

☒ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **This proceeding has been rescheduled from**

s/Susan Flaherty
Courtroom Deputy to the
**Hon. Kai N. Scott,**
**US District Court Judge**
Phone: 267-299-7598
Susan_Flaherty@paed.uscourts.gov

Date: December 5, 2025

cc via U.S. Mail:  Mr. Alton Coles
cc via email:  Counsel listed above
  U.S. Marshal
  Court Security
  Probation Office
  Pretrial Services
  Interpreter Coordinator