IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| v. | : | CRIMINAL NO. 05-440 |
| ALTON COLES | : | |

## JOINT STATUS REPORT

On behalf of both parties and in accordance with the Court's December 5, 2025 Order, the government submits this joint status report regarding the pending motions in this matter. (ECF No. 1975.) The status of the motions identified in the Court's December 5, 2025 Order is below:

| Pending Motion | Response Filed? | Status |
| --- | --- | --- |
| 1. ECF No. 1613 – Defendant's Motion for Return of Property (filed 7/11/14) | No, but the government will respond on or before January 12, 2026. | Upon filing of the government's response, the motion will be fully briefed. |
| 2. ECF No. 1614 – Defendant's Motion for Return of Property (filed 7/11/14) | No, but the government will respond on or before January 12, 2026. | Upon filing of the government's response, the motion will be fully briefed. |
| 3. ECF No. 1678 – Defendant's Motion to Dismiss for Lack of Jurisdiction (filed 8/17/15) | ECF No. 1948 – Government's Response (filed 10/21/24) | This motion is fully briefed. **Ready for decision.** |
| 4. ECF No. 1839 – Defendant's Motion to Reduce Sentence Pursuant to the First Step Act (filed 4/24/20) | ECF No. 1886 – Government's Response (filed 9/29/21) ECF No. 1889 – Defendant's Reply (filed 11/2/21) (See #6) | This motion is fully briefed. **Ready for decision.** |
| 5. ECF No. 1844 – Government's Motion to Stay the Defendant's First Step Act Motion (filed 7/17/20) | N/A | This motion can be denied as moot in light of ECF No. 1886, in which the government advised that the stay was no longer needed. |
| 6. ECF No. 1889 – Defendant's Motion to Reply in Support of ECF No. 1839 (filed 11/2/21) (See #4) | None | This is a motion for the Court to consider a reply brief in support of the defense motion at ECF No. 1839, which is described above. The parties agree that this motion can be granted so that the Court |

1

| | | |
|---|---|---|
| | | may consider the reply brief in determining whether to grant the defendant's motion at ECF No. 1839. |
| 7. ECF No. 1933 – Defendant's Brief In Support of and Documents Submitted Responsive to the Court's Decision to Expand the Record Based on the <u>Alleyne</u> Issue (filed 5/24/24) | ECF No. 1947 – Government's Response re: ECF No. 1936 and 1933 (filed 10/21/24) | This motion is fully briefed. **Ready for decision.** |
| 8. ECF No. 1936 – Defendant's Supplemental Brief In Support of and Documents Submitted Responsive to the Court's Decision to Expand the Record Based on the <u>Alleyne</u> Issue (filed 7/3/24) | ECF No. 1947 – Government's Response re: ECF No.1936 and 1933 (filed 10/21/24) | This motion is fully briefed. **Ready for decision.** |
| 9. ECF No. 1961 – Defendant's Motion to Reduce Sentence (filed 5/28/25) | ECF No. 1962 – Government's Response (filed 5/28/25) ECF No. 1968 – Defendant's Reply (filed 6/11/25) | This motion is fully briefed. **Ready for decision.** |

                Respectfully submitted,

                DAVID METCALF
                United States Attorney

                */s/ Francis A. Weber*
                FRANCIS A. WEBER
                Assistant United States Attorney

Date:   December 30, 2025

CERTIFICATE OF SERVICE

I certify that a copy of the Joint Status Report was served by ECF on the following defense counsel:

Paul J. Hetznecker, Esq.
phetznecker@aol.com

*/s/ Francis A. Weber*
FRANCIS A. WEBER
Assistant United States Attorney

Date:   December 30, 2025