IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 05-440 |
| ALTON COLES, ET AL | : | |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of former Assistant United States Attorney Timothy M. Stengel on behalf of the United States of America.

                                            DAVID METCALF
                                            United States Attorney


                                            *s/ Francis A. Weber*
                                            FRANCIS A. WEBER
                                            Assistant United States Attorney