IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 05-440 |
| ALTON COLES, ET AL | : | |

WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of former Assistant United States Attorney Bernadette McKeon on behalf of the United States of America.

DAVID METCALF
United States Attorney

_s/ Francis A. Weber_
FRANCIS A. WEBER
Assistant United States Attorney