IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : *AUSA: Francis Weber* |
| | : |
| v. | : **Criminal No. 05-440-1** |
| | : |
| **ALTON COLES** | : *AFD/Atty: Paul Hetznecker, Esq.* |
| *Reg. No. 59791-066* | : *CJA Appointed* |

### O R D E R

**AND NOW**, this 20th day of January 2026, upon consideration of the Defendant's Motion to Reduce Sentence Pursuant to the First Step Act (Doc. No. 1839), the Government's Response thereto (Doc. No. 1886), the Defendant's Reply (Doc. No. 1889), and after a hearing, it is hereby **ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the parties shall file a joint status report no later than **February 10, 2026**.

**IT IS FURTHER ORDERED** that any pending motions shall be addressed at the re-sentencing hearing scheduled for **February 17, 2026, at 1:00 p.m.**

BY THE COURT:

_____
**HON. KAI N. SCOTT,**
**United States District Court Judge**